OCT 29 '03 12:59 FR FORD MOTOR CREDIT    5592610246 TO 918002▮▮▮▮▮▮

**0330360194**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Sheila Hirsch 559.261.4545

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
Pacific Corp & Title Services
914 "S" Street
Sacramento, CA 95814
P6-0001-155-5
```

1484410a

FILED
SACRAMENTO, CA
OCT 29, 2003 AT 1547
KEVIN SHELLEY
SECRETARY OF STATE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME**

1a. ORGANIZATION'S NAME: Lewis Family Enterprises, Inc.

1c. MAILING ADDRESS: 909 Capitol Expwy
CITY: San Jose
STATE: Ca
POSTAL CODE: 95136

1e. TYPE OF ORGANIZATION: Corporation
1f. JURISDICTION OF ORGANIZATION: California
1g. ORGANIZATIONAL ID #: C2561145

**3. SECURED PARTY'S NAME**

3a. ORGANIZATION'S NAME: Ford Motor Credit Company

3c. MAILING ADDRESS: 8365 N Fresno St Ste 260
CITY: Fresno
STATE: Ca
POSTAL CODE: 93720

**4. This FINANCING STATEMENT covers the following types or items of collateral owned or hereafter acquired by Debtor(s):**

1) Equipment, furniture, machinery, demonstrator and service vehicles, supplies and other goods of every kind.
2) Motor vehicles, tractors, trailers, implements, service parts, and accessories and other inventory of every kind and any accessions thereto.
3) Accounts, instruments, chattel paper, general intangibles, contract rights, documents and supporting obligations thereto.
4) Fixtures located at the above address and at any other address from which the above debtor conducts business now or in the future.

8. OPTIONAL FILER REFERENCE DATA
FRA503

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**EXHIBIT D**