# 2007 FORD MOTOR COMPANY DEALER FINANCIAL STATEMENT — 2007

**P & A CODE:** 11042
**PERIOD OF:** 4
**MONTH ENDED:** 30 APR 2007
**DEALER:** BOB LEWIS LM
**ADDRESS:** 911 CAPITOL EXPWY AUTOMALL
**CITY/STATE/PROVINCE ZIP/POSTAL CODE:** SAN JOSE, CA 95136
**SALES CODE:** 51F488

## BALANCE SHEET

### ASSETS

| # | Item | Amount |
|---|---|---|
| 1 | CASH — ON HAND, IN BANK | 602380 |
| 2 | CASH — MONEY MARKET / DEPOSIT | |
| 3 | FINANCE CONTRACTS — NEW | 173936 |
| 4 | FINANCE CONTRACTS — USED | 284276 |
| 5 | MARKETABLE SECURITIES | |
| 6 | NOTES RECEIVABLE | 59995 |
| 7 | DISCOUNTED NOTES RECEIVABLE (NON US) | |
| 8 | ACCOUNTS RECEIVABLE — VEHICLE | 59643 |
| 9 | ACCOUNTS RECEIVABLE — PARTS SERVICE BODY | 108511 |
| 10 | ACCOUNTS RECEIVABLE — OTHER | 37510 |
| 11 | W & P CLAIMS | 869 |
| 12 | VEHICLE HOLDBACK | 5425 |
| 13 | INCENTIVES / CARRYOVER ALLOWANCE | -2661 |
| 14 | FORD / JAG CSI / JAG FAC | 50354 |
| 15 | LDBP 50354 / OTHER #2 / OTHER #3 | |
| 16 | YCS / LMS / LR | |
| 17 | JOBBER INCENTIVES/ESP/FLOOR PLAN ASSISTANCE/OTHER | 1461 |
| 18 | | |
| 19 | FINANCE RECEIVABLES - CURRENT | 36449 |
| 20 | ALLOWANCE - DOUBTFUL RECEIVABLES | |
| 21 | NEW CARS — FORD 16 / L-M | 462281 |
| 22 | NEW TRUCKS — FORD 46 / L-M | 1951377 |
| 23 | NEW DEMOS — FORD / L-M | |
| 24 | USED CARS — 48 / 36 DAY / 14 | 303977 |
| 25 | USED TRUCKS — 10 / DAY / 6 | 113984 |
| 26 | RE-MARKETED VEHICLES CARS — 8 / 30 DAY / 7 | 136387 |
| 27 | RE-MARKETED VEHICLES TRUCKS — 3 / DAY / 2 | 43492 |
| 28 | PARTS INV. FoMoCo 139358 | 139358 |
| 29 | ALLOWANCE - PARTS INVENTORY ADJUSTMENT | |
| 30 | OTHER INVENTORIES — MEMO: WORK IN PROCESS 3023 | 8653 |
| 31 | LIFO INVENTORY RESERVE — NEW / USED / PARTS | |
| 32 | | |
| 33 | PREPAID EXPENSES | 20130 |
| 34 | **TOTAL CURRENT ASSETS** | 4597787 |
| 35 | LEASED VEHICLES - NET (UNITS: CAR / TRK) | |
| 36 | RENTAL VEHICLES - NET | 40968 |
| 37 | LAND AND IMPROVEMENTS - NET | |
| 38 | BUILDINGS — COST | 22000 |
| 39 | BUILDINGS — DEPRECIATION | 3713 |
| 40 | EQUIPMENT — COST | 266694 |
| 41 | EQUIPMENT — DEPRECIATION | 158992 |
| 42 | LEASEHOLDS — COST | 215537 |
| 43 | LEASEHOLDS — AMORTIZED | 64220 |
| 44 | FINANCE RECEIVABLES DEFERRED - NET | 884 |
| 45 | RECEIVABLES - OFFICERS & EMPLOYEES | |
| 46 | CASH VALUE - LIFE INSURANCE | |
| 47 | OTHER ASSETS - NET | |
| 48 | **TOTAL ASSETS** | 4916947 |
| 49 | FROZEN CAPITAL — USED VEHICLE INVENTORY | 83778 |
| 50 | FROZEN CAPITAL — PARTS INVENTORY | 0 |
| 51 | FROZEN CAPITAL — PSB RECEIVABLES | 0 |
| 52 | FROZEN CAPITAL — TOTAL | 83778 |

### LIABILITIES

| Item | Amount |
|---|---|
| NOTES PAYABLE — NEW VEHICLES & DEMOS | 2881623 |
| NOTES PAYABLE — USED VEHICLES | 320309 |
| NOTES PAYABLE — REMARKETED VEHICLES | 329626 |
| NOTES PAYABLE — RECREATION VEHICLES | |
| NOTES PAYABLE — OTHER - SHORT TERM | |
| NOTES PAYABLE — LONG TERM - CURRENT PORTION | |
| INSTALLMENT SALE BALANCE | |
| BANK LOANS (AUTHORIZED LIMIT) CANADA ONLY | |
| ACCOUNTS PAYABLE | 200045 |
| INCOME TAXES | |
| CUSTOMER DEPOSITS | |
| ACCOMMODATIONS-SVC. CONTRACTS/REPO REFUND | 25132 |
| ACCRUED — TAXES | 706 |
| ACCRUED — PAYROLL & BONUSES | 52427 |
| ACCRUED — PROFIT SHARING (NON US) | |
| ACCRUED — OTHER | 100197 |
| DEFERRED INTEREST INCOME (CURRENT PORTION-NON US) | |
| **TOTAL CURRENT LIABILITIES** | 3910065 |
| VEHICLE EQUITY NEW | -467965 |
| VEHICLE EQUITY USED | -52095 |
| NET CASH | 182214 |
| AVERAGE MONTH TOTAL EXPENSES | 390783 |
| NET CASH OVER (UNDER) | -208569 |
| LONG TERM LIABILITIES — MORTGAGES PAYABLE | |
| LONG TERM NOTES PAYABLE — OFFICERS & OWNERS | 2074000 |
| LONG TERM NOTES PAYABLE — FORD | 280013 |
| LONG TERM NOTES PAYABLE — OTHER | 57232 |
| LEASED VEHICLES | |
| RENTAL VEHICLES | |
| ESTIMATED LIABILITY-REPOSSESSION PURCHASE LOSS | |
| OTHER LIABILITIES | |
| **TOTAL LIABILITIES** | 6321310 |
| NET WORTH — CAPITAL STOCK | 200000 |
| CORPORATION — RETAINED EARNINGS | -1288638 |
| CORPORATION — LEGAL RESERVE (NON US) | |
| CORPORATION — OTHER CAPITAL RESERVE (NON US) | |
| CORPORATION — FIXED ASSET REVALUATION (NON US) | |
| SUB "S" DIVIDENDS DECLARED | |
| PARTNERS' OR PROPRIETOR'S — INVESTMENT | |
| PARTNERS' OR PROPRIETOR'S — DRAWING | |
| NET INVESTMENT | -1088638 |
| NET PROFIT - AFTER INCOME TAX - YTD | -315725 |
| NET WORTH | -1404363 |
| **TOTAL LIABILITIES & NET WORTH** | 4916947 |
| WORKING CAPITAL — ACTUAL | 687722 |
| WORKING CAPITAL — RECOMMENDED MINIMUM OR GUIDE | 1166879 |
| WORKING CAPITAL — ACTUAL OVER (UNDER) | -479157 |

### OPERATING ANALYSIS

| # | | MONTH | YTD | % TOTAL SALES MONTH | YTD | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 | SALES | 1441308 | 6373517 | | | PARTS ACCOUNTS | 2596 | 9130 | 2366 | 14 |
| 55 | TOTAL GROSS | 253532 | 1182684 | 17.6 | 18.6 | SERVICE ACCOUNTS | 44296 | 47461 | 1655 | 867 |
| 56 | TOTAL EXPENSE | 379676 | 1563132 | 26.3 | 24.5 | BODY ACCOUNTS | | | | |
| 57 | OPERATING PROFIT | -126144 | -380448 | -8.8 | -6.0 | WARR. RECEIVABLES | 273 | 597 | | |
| 58 | ADDIT & DEDUCT TO INCOME - BONUSES | 13198 | 64729 | .9 | 1.0 | FORD INCENTIVES | | | | |
| 59 | PROFIT BEFORE INCOME TAX | -112946 | -315719 | -7.8 | -5.0 | NOTES RECEIVABLES | | | | |

FORD 2007 PAGE 1

**EXHIBIT G**

DEALER: BOB LEWIS LM  P&A CODE: 11042  SALES CODE: 51F488  MONTH: 30 APR 2007  PG 2

## OPERATING SUMMARY

| Line No | Operating Summary | Dollars Month | Dollars YTD | Units YTD Car | Units YTD Truck | % Total Gross Month | % Total Gross YTD | Dept: New | Dept: Used | Dept: Parts | Dept: Service | Dept: Body |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TOTAL SALES | | | N 24 | N 42 | M | | 650670 | 547981 | 126743 | 115914 | |
| 2 | | 1441308 | 6373517 | U 126 | U 54 | Y | | 2462799 | 2792938 | 543494 | 574286 | |
| 3 | TOTAL GROSS | | | % TOTAL GROSS | | M | | 63470 | 67237 | 41927 | 80898 | |
| 4 | | 253532 | 1182684 | MONTH | YTD | Y | | 184441 | 420419 | 186043 | 391781 | |
| 5 | TOTAL SELLING EXPENSE | | | | | M | | 66294 | 77142 | 21862 | 64908 | |
| 6 | | 230206 | 964927 | 908 | 816 | Y | | 234333 | 362515 | 99102 | 268977 | |
| 7 | TOTAL SELLING/ADJUSTED SELLING GROSS | | | | | M | | -2824 | -9905 | 20065 | 15990 | |
| 8 | | 23326 | 217757 | 92 | 184 | Y | | -49892 | 57904 | 86941 | 122804 | |
| 9 | TOTAL FIXED EXPENSE | | | | | M | | 49324 | 29894 | 20926 | 49326 | |
| 10 | | 149470 | 598205 | 590 | 506 | Y | | 197408 | 119640 | 83749 | 197408 | |
| 11 | DEALER SALARY | | | | | M | | | | | | |
| 12 | | | | | | Y | | | | | | |
| 13 | OPERATING PROFIT | | | | | M | | -52148 | -39799 | -861 | -33336 | |
| 14 | | -126144 | -380448 | -498 | -322 | Y | | -247300 | -61736 | 3192 | -74604 | |

### ADDITIONS / DEDUCTIONS

| Line | Item | | Month | YTD |
|---|---|---|---|---|
| 15 | LEASED VEHICLE | | | |
| 16 | RENTAL VEHICLE | | | |
| 17 | RECREATIONAL VEHICLE | | | |
| 18 | | | | |
| 19 | TRACTOR/OTHER | | | |
| 20 | ADJ. TO INCOME | | 4813 | 35690 |
| 21 | CUSTOMER SATISFACTION & FORD SUPPORT | | 8385 | 29039 |
| 22 | INDEMNITIES (NON US) | | | |
| 23 | BONUS - DEALER | | | |
| 24 | BONUS - EMPLOYEE | | | |
| 25 | PROFIT BEFORE INCOME TAX | | -112946 | -315719 |
| 26 | | PNVS | -6644 | -4784 |
| 27 | EST. INCOME TAX | | -1 | 6 |
| 28 | PROFIT SHARING (NON US) | | | |
| 29 | COMBINED CAPITAL LEGAL RESERVE (NON US) | | | |
| 30 | NET PROFIT AFTER TAX | | -112945 | -315725 |
| 31 | | PNVS | -78 | -50 |
| 32 | TOTAL OVERHEAD EXP. | | 331804 | 1340824 |
| 33 | TOTAL P.S. BS GROSS | | 122825 | 577824 |
| 34 | NET OPERATING COST | | 208979 | 763000 |
| 35 | TOTAL VEHICLE GROSS | | 130707 | 604860 |
| 36 | TOTAL VAR. SALES EXP. | | 47872 | 222308 |
| 37 | VARIABLE GROSS | | 82835 | 382552 |

Units (cols A/B/C/D):
- Line 33: A 7225 / B 8755
- Line 34: C / D
- Line 35: 7689165
- Line 36: 2816 3368
- Line 37: 4873 5796

BREAK-EVEN UNITS: N.O.C. ÷ VAR. GROSS PN/UVR — MONTH 111 / YTD 407

Service Absorption: The Sum of Total Parts, Service & Body Shop Gross Profits DIVIDED By the Sum of Total Fixed Expense + Dealer Salary + Parts, Service & Body Shop Sales Expense.
(Benchmark is 85% - 100%)  MONTH 52.0%  YTD 59.8%

### DEPARTMENTAL OPERATING SUMMARY — Additions / Deductions

| Item | Code | Month | YTD |
|---|---|---|---|
| CASH DISC. EARNED | 9108 | | |
| INTEREST INCOME | 9150 | | |
| DIVIDEND INCOME | 9300 | | |
| SALES FIXED ASSETS | 9250 | | |
| OTHER | 9300 | 4813 | 35690 |
| TDS (VOLVO ONLY) | 9300 | | |
| CASH DISCOUNT | 9400 | | |
| OTHER | 9450 | | |
| TOTAL (Line 20) | | 4813 | 35690 |

### CUSTOMER SATISFACTION AND FORD SUPPORT

| Item | Month | YTD |
|---|---|---|
| FORD BLUE OVAL | | |
| VOLVO CSI / VMS | | |
| LOSP | 8385 | 29039 |
| OTHER #2 | | |
| OTHER #3 | | |
| JAG CSI / FAC / CPO / MMP | | |
| LAND ROVER | | |
| TOTAL CUSTOMER SATISFACTION ADJUSTMENT (Line 21) | 8385 | 29039 |

### NON-US DEALER ADJUSTMENTS (MEMO)

| Item | Month | YTD |
|---|---|---|
| EXCHANGE RATE ADJUSTMENT | | |
| MONETARY ADJUSTMENT | | |
| TOTAL PAYROLL | 232723 | 887123 |

### OPERATING TREND ANALYSIS

| Line | Month | New Units Car | New Units Truck | Used Units Retail Car | Used Units Retail Truck | Total Car/Trk (Inc. Whsl) | Selling/Adjusted Selling Gross (000) New | Used | Parts | Service | Body Shop | Fixed Exp. (000) | Opt. Pft (000) | Pft Bit (000) | Net Profit PNVS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | JANUARY | | | | | | -20 | 20 | 24 | 45 | | 155 | -86 | -68 | |
| 48 | FEBRUARY | | | | | | -17 | 15 | 21 | 27 | | 148 | -104 | -83 | |
| 49 | MARCH | 19 | 30 | 73 | 39 | 199 | -10 | 33 | 22 | 35 | | 146 | -65 | -52 | -1060 |
| 50 | APRIL | 5 | 12 | 23 | 4 | 47 | -3 | -10 | 20 | 16 | | 149 | -126 | -113 | -6644 |
| 51 | MAY | | | | | | | | | | | | | | |
| 52 | JUNE | | | | | | | | | | | | | | |
| 53 | JULY | | | | | | | | | | | | | | |
| 54 | AUGUST | | | | | | | | | | | | | | |
| 55 | SEPTEMBER | | | | | | | | | | | | | | |
| 56 | OCTOBER | | | | | | | | | | | | | | |
| 57 | NOVEMBER | | | | | | | | | | | | | | |
| 58 | DECEMBER | | | | | | | | | | | | | | |
| 59 | CURRENT YTD | 24 | 42 | 96 | 43 | 246 | -50 | 58 | 87 | 123 | | 598 | -380 | -316 | -4784 |
| 60 | PRIOR YTD | 33 | 58 | 100 | 80 | 316 | -120 | 90 | 68 | 131 | | 571 | -403 | -309 | -3397 |

FORD 2007 PAGE 2

EXHIBIT G

| LINE NO | MONTH SALES | MONTH GROSS | UNITS | GR PVR | | Model | Code | Units | GR PVR | YTD SALES | YTD GROSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | CROWN VICTORIA | 3000/3001 | | | | |
| 2 | | | | | | TAURUS | 3020/3021 | | | | |
| 3 | | | | | | 500 | 3022/3024 | | | | |
| 4 | | | | | | MUSTANG | 3040/3041 | | | | |
| 5 | | | | | | FOCUS | 3035/3036 | | | | |
| 6 | | | | | | MONDEO (MEXICO ONLY) | 3030/3031 | | | | |
| 7 | | | | | | FIESTA/IKON (MEXICO ONLY) | 3110/3111 | | | | |
| 8 | | | | | | KA (MEXICO ONLY) | 3050/3051 | | | | |
| 9 | | | | | | FORD GT | 3037/3038 | | | | |
| 10 | | | | | | FUSION | 3027/3029 | | | | |
| 11 | | | | | | TBD FORD CAR #1 | 3012/3013 | | | | |
| 12 | | | | | | TBD FORD CAR #2 | 3032/3033 | | | | |
| 13 | | | | | | TBD FORD CAR #3 | 3047/3048 | | | | |
| 14 | | | | | | TBD FORD CAR #4 | 3062/3063 | | | | |
| 15 | | | | | R | TBD FORD CAR #5 | 3066/3067 | | | | |
| 16 | | | | | E | TBD FORD CAR #6 | 3070/3071 | | | | |
| 17 | | | | | T | TBD FORD CAR #7 | 3074/3075 | | | | |
| 18 | | | | | A | TBD FORD CAR #8 | 3078/3079 | | | | |
| 19 | | | | | I | TBD FORD CAR #9 | 3082/3083 | | | | |
| 20 | | | | | L | FORD DISCONTINUED MODEL CARS | 3045/3046 | | | | |
| 21 | | | | | | TOTAL FORD RETAIL CARS | | | | | |
| 22 | 31787 | 1656 | 1 | 1656 | | GRAND MARQUIS / MARAUDER | 3200/3201 | 2 | 1681 | 57797 | 3361 |
| 23 | | | | | C | SABLE | 3220/3221 | | | | |
| 24 | | | | | A | MONTEGO | 3222/3223 | 2 | 1805 | 54574 | 3609 |
| 25 | 63819 | 4243 | 3 | 1414 | R | MILAN | 3224/3225 | 7 | 968 | 152939 | 6776 |
| 26 | | | | | S | TBD LM CAR #2 | 3212/3213 | | | | |
| 27 | | | | | | TBD LM CAR #3 | 3216/3217 | | | | |
| 28 | | | | | | TOWN CAR | 3290/3291 | 2 | 1897 | 83325 | 3793 |
| 29 | | | | | | LS | 3720/3721 | | | | |
| 30 | 35005 | 2755 | 1 | 2755 | | ZEPHYR / MKZ | 3292/3293 | 10 | 1873 | 332796 | 18734 |
| 31 | | | | | | LINCOLN MKS | 3226/3227 | | | | |
| 32 | | | | | | TBD LM CAR #5 | 3230/3231 | | | | |
| 33 | | | | | | TBD LM CAR #6 | 3234/3235 | | | | |
| 34 | | | | | | TBD LM CAR #7 | 3238/3239 | | | | |
| 35 | | | | | | TBD LM CAR #8 | 3247/3248 | | | | |
| 36 | | | | | | LM DISCONTINUED MODEL CARS | 3242/3243 | | | | |
| 37 | 130611 | 8654 | 5 | 1731 | | TOTAL LM RETAIL CARS | | 23 | 1577 | 681431 | 36273 |
| 38 | | | | | | TOTAL JAGUAR RETAIL CARS | | | | | |
| 39 | | | | | | TOTAL VOLVO RETAIL CARS | | | | | |
| 40 | | | | | | TOTAL MAZDA RETAIL CARS | | | | | |
| 41 | | | | | | NON FOMOCO CARS | | | | | |
| 42 | 130611 | 8654 | 5 | 1731 | | TOTAL RETAIL CARS | | 23 | 1577 | 681431 | 36273 |
| 43 | | | | | | FORD MOTOR CO. FLEET CARS | 3360 | 1 | 928 | 40978 | 928 |
| 44 | | | | | | NON FoMoCo FLEET CARS | 3379 | | | | |
| 45 | | | | | | TOTAL FLEET CARS | | 1 | 928 | 40978 | 928 |
| 46 | | 1400 | | | | CAR INCENTIVES | 4380 | | | | 2225 |
| 47 | 130611 | 10054 | 5 | 2011 | | TOTAL NEW CARS | | 24 | 1643 | 722409 | 39426 |

DEALER: BOB LEWIS LM    P&A CODE: 11042    SALES CODE: 51F488    MONTH 30 APR 2007    PG 3C

FORD 2007 PAGE 3

EXHIBIT G

| DEALER | BOB LEWIS LM | | | | P&A CODE 11042 | SALES CODE 51F488 | | MONTH 30 APR 2007 | | PG 3T | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LINE | SALES | GROSS | UNITS | GR PVS | | UNITS | GR PVS | SALES | | GROSS | |
| 1 | | | | | EDGE | 3475 / 3476 | | 3045 | | 3047 | |
| 2 | | | | | FREESTYLE | 3575 / 3576 | 3144 | 3145 | | 3147 | |
| 3 | | | | | ESCAPE | 3450 / 3451 | 3004 | 3005 | | 3007 | |
| 4 | | | | | EXPLORER | 3410 / 3411 | 3014 | 3015 | | 3017 | |
| 5 | | | | | EXPEDITION | 3200 / 3201 | 3024 | 3025 | | 3027 | |
| 6 | | | | | EXCURSION | 3550 / 3551 | 3034 | 3035 | | 3037 | |
| 7 | | | | | FREESTAR (MINIVAN) | 3425 / 3406 | 3134 | 3135 | | 3137 | |
| 8 | | | | | ECONOLINE / CLUB WAGON | 3420 / 3421 | 3054 | 3055 | | 3057 | |
| 9 | | | | | RANGER | 3450 / 3431 | 3064 | 3065 | | 3067 | |
| 10 | | | | | F150 (UNDER 8500# GVW) | 3780 / 3781 | 3074 | 3075 | | 3077 | |
| 11 | | | | | F-SUPER DUTY (F250-350 OVER 8500# GVW) | 3790 / 3791 | 3084 | 3085 | | 3087 | |
| 12 | | | | | COURIER (MEXICO ONLY) | 3560 / 3561 | 3094 | 3095 | | 3097 | |
| 13 | | | | | ECOSPORT (MEXICO ONLY) | 3564 / 3565 | 3104 | 3105 | | 3107 | |
| 14 | | | | | R E T A I L T R U C K S | TRANSIT (MEXICO ONLY) | 3597 / 3598 | 3114 | 3115 | | 3117 |
| 15 | | | | | | TBD FORD TRUCK #2 | 3484 / 3495 | 3174 | 3175 | | 3177 |
| 16 | | | | | | TBD FORD TRUCK #3 | 3488 / 3489 | 3184 | 3185 | | 3187 |
| 17 | | | | | | TBD FORD TRUCK #4 | 3492 / 3493 | 3194 | 3195 | | 3197 |
| 18 | | | | | | TBD FORD TRUCK #5 | 3496 / 3497 | 3244 | 3245 | | 3247 |
| 19 | | | | | | TBD FORD TRUCK #6 | 3502 / 3503 | 3544 | 3545 | | 3547 |
| 20 | | | | | | TBD FORD TRUCK #7 | 3418 / 3487 | 3534 | 3535 | | 3537 |
| 21 | | | | | | TBD FORD TRUCK #8 | 3494 / 3496 | 3654 | 3655 | | 3657 |
| 22 | | | | | | FORD DISCONTINUED MODEL TRUCKS | 3570 / 3671 | 3124 | 3125 | | 3127 |
| 23 | | | | | | TOTAL FORD LIGHT TRUCK RETAIL | 3201 | 3204 | 3205 | | 3207 |
| 24 | | | | | | MONTEREY | 3558 / 3559 | 3214 | 3215 | | 3217 |
| 25 | 58896 | 2244 | 2 | 1122 | | MARINER | 3544 / 3545 | 6 | 1566 | 180215 | 9394 |
| 26 | | | | | | MOUNTAINEER | 3510 / 3511 | 5 | 1112 | 172243 | 5559 |
| 27 | | | | | | TBD L/M TRUCK #1 | 3582 / 3583 | 3006 | 3007 | | 3007 |
| 28 | | | | | | TBD L/M TRUCK #2 | 3584 / 3585 | 3325 | 3326 | | 3027 |
| 29 | | | | | | TBD L/M TRUCK #3 | 3582 / 3583 | 3345 | 3346 | | 3547 |
| 30 | | | | | | AVIATOR | 3582 / 3583 | 3256 | 3257 | | -143 |
| 31 | 297837 | 14351 | 6 | 2392 | | NAVIGATOR | 3580 / 3581 | 16 | 1576 | 809863 | 25212 |
| 32 | | -448 | | | | LINCOLN MARK LT | 3585 / 3586 | 6 | -91 | 209060 | -548 |
| 33 | 163326 | 8184 | 4 | 2046 | | LINCOLN MKX | 3566 / 3567 | 9 | 2389 | 369009 | 21499 |
| 34 | | | | | | TBD L/M TRUCK #5 | 3572 / 3573 | 3454 | 3455 | | 3457 |
| 35 | | | | | | TBD L/M TRUCK #6 | 3578 / 3579 | 3464 | 3465 | | 3467 |
| 36 | | | | | | LM DISCONTINUED MODEL TRUCKS | 3586 / 3587 | 3254 | 3255 | | 3257 |
| 37 | 520059 | 24331 | 12 | 2028 | | TOTAL L/M LIGHT TRUCK RETAIL | | 42 | 1452 | 1740390 | 60973 |
| 38 | | | | | | TOTAL VOLVO TRUCK RETAIL | 3026 / 3028 | 3337 | | | 3337 |
| 39 | | | | | | TOTAL MAZDA TRUCK RETAIL | 3054 / 3055 | 3406 | 3407 | | 3407 |
| 40 | | | | | | TOTAL LAND ROVER TRUCK RETAIL | 3058 / 3059 | 3476 | 3477 | | 3477 |
| 41 | | | | | | NON FOMOCO LIGHT TRUCK | 3480 / 3481 | 3494 | 3495 | | 3497 |
| 42 | 520059 | 24331 | 12 | 2028 | | TOTAL LIGHT TRUCK RETAIL | | 42 | 1452 | 1740390 | 60973 |
| 43 | | | | | | FLEET LIGHT TRUCKS | 3470 | | | | 3327 |
| 44 | 520059 | 24331 | 12 | 2028 | | TOTAL LIGHT TRUCK | | 42 | 1452 | 1740390 | 60973 |
| 45 | | | | | R T L F L T | F-SUPER DUTY (F450-550 OVER 8500# GVW) | 3740 / 3741 | | | | 3567 |
| 46 | | | | | | F-SUPER DUTY (F650-750) | 3500 / 3501 | 3574 | 3575 | | 3577 |
| 47 | | | | | | LOW CAB (FWD) | 3577 / 3578 | 3154 | 3155 | | 3157 |
| 48 | | | | | | TOTAL FORD COMMERCIAL TRUCKS | | | | | 3587 |
| 49 | | | | | | NON FOMOCO CLASS 4-7-8 | 3602 / 3601 | | | | 3607 |
| 50 | | | | | | TOTAL COMMERCIAL/OTHER TRUCKS | | | | | 3607 |
| 51 | | | | | | UNITS MEMO FLEET / UNITS MG COMMERCIAL YTD | | | | | |
| 52 | | 1399 | | | | TRUCK INCENTIVES | 4620 | | | | 3399 |
| 53 | 520059 | 25730 | 12 | 2144 | | TOTAL NEW TRUCK | | 42 | 1533 | 1740390 | 64372 |
| 54 | | 1521 | | | | DEALER TRANSFERS (Units) YTD | 3632 / 4640 | 20 | | | 4655 |
| 55 | 650670 | 37305 | 17 | 2194 | | TOTAL NEW VEHICLES | | 66 | 1643 | 2462799 | 108453 |
| 56 | 257370 | 8920 | 8 | 1115 | | MEMO: NEW INTERNET SALES | | 16 | 2692 | 1170867 | 43070 |
| 57 | RETAIL LEASE | | | CARS | | TRUCKS | | NON RETAIL | | | |
| 58 | | | UNITS | GROSS | GR PVL | UNITS | GROSS | GR PVL | UNITS | GROSS | GR PVL |
| 59 | NEW MONTH | | 2 | 2454 | 1227 | 3 | 3965 | 1322 | | 5 6419 | 1284 |
| 60 | NEW YTD | | 2 | 841 | 421 | 3 | 13633 | 4544 | | 5 14474 | 2895 |
| 61 | USED MONTH | | | | | | | | | | |
| 62 | USED YTD | | 3560 | 3561 | 3562 | 3563 | 3564 | 3565 | 3567 | 3568 | 3569 |

FORD 2007 PAGE 4

EXHIBIT G

DEALER: BOB LEWIS LM  P&A CODE 11042  SALES CODE 51F488  MONTH 30 APR 2007  PG 4

### USED VEHICLE DEPARTMENT

| Line | SALES | GROSS | UNITS | GR PVS | Description | UNITS | GR PVS | SALES | GROSS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 337676 | 25120 | 17 | 1478 | USED CARS RETAIL | 81 | 1681 | 1375202 | 136200 |
| 2 | | | | | MEMO: USED CERTIFIED CARS (FRANCHISE ONLY) | | | | |
| 3 | 82531 | 7031 | 6 | 1172 | REMARKETED CARS RETAIL | 15 | 1637 | 250130 | 24557 |
| 4 | | -212 | | | USED LIGHT TRUCKS RETAIL | 29 | 2786 | 584071 | 80803 |
| 5 | | | | | MEMO: USED CERTIFIED TRUCKS (FRANCHISE ONLY) | | | | |
| 6 | | | | | USED MED/HVY TRUCKS RETAIL | | | | |
| 7 | 102839 | 13477 | 4 | 3369 | REMARKETED TRUCKS RETAIL | 14 | 3490 | 339883 | 48861 |
| 8 | | | | | USED CAR/TRK INCENTIVES | | | | |
| 9 | 523046 | 45416 | 27 | 1682 | TOTAL USED RETAIL | 139 | 2089 | 2549286 | 290421 |
| 10 | 13545 | 1025 | 2 | 513 | USED CARS WHOLESALE | 29 | -117 | 174120 | -3382 |
| 11 | | | | | REMARKETED CARS WHOLESALE | 1 | -200 | 6545 | -200 |
| 12 | 11390 | 2495 | 1 | 2495 | USED TRUCKS WHOLESALE | 11 | 92 | 62987 | 1012 |
| 13 | | | | | REMARKETED TRUCKS WHOLESALE | | | | |
| 14 | | | | | USED VEH INVENTORY ADJUSTMENT | | | | |
| 15 | 24935 | 3520 | 3 | 1173 | TOTAL USED WHOLESALE | 41 | -63 | 243652 | -2570 |
| 16 | 547981 | 48936 | 30 | 1631 | TOTAL USED VEHICLES | 180 | 1599 | 2792938 | 287851 |
| 17 | 159945 | 12921 | 8 | 1615 | MEMO: USED INTERNET SALES | 72 | 2220 | 1266973 | 159827 |

### RECONDITIONING ANALYSIS / F&I DEPARTMENT

| Line | MONTH | YTD | MONTH | YTD | YTD | MONTH | YTD | Description | MONTH | YTD | YTD | MONTH | YTD | MONTH | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 13 | 73 | 4733 | 42886 | 364 | 587 | | CAR / TRK | 1 | 37 | 1632 | 22278 | 1632 | | 602 |
|  | INCOME | | UNITS | %PEN | PVR | | | | UNITS | %PEN | PVR | | | INCOME | |
|  | MONTH | YTD | MONTH | YTD | YTD | MONTH | YTD | | MONTH | YTD | YTD | MONTH | YTD | MONTH | YTD |
| 23 | 3365 | 20194 | 4 | 50 | 769 | 198 | 311 | FINANCE CONTRACTS | 4 | 115 | 827 | 247 | 421 | 6658 | 58457 |
| 24 | 248 | 7006 | | | | 15 | 108 | FIN. INC. ADJ. | | 9 | 53 | | 248 | | 7305 |
| 25 | | | | | | | | INSURANCE CONTRACTS | | | | | | | |
| 26 | | | | | | | | INSUR. ADJ. | | | | | | | |
| 27 | 13958 | 37905 | 4 | 20 | 308 | 821 | 583 | EXT. SERVICE CONTR. | 2 | 52 | 374 | 182 | 352 | 4907 | 48884 |
| 28 | 1170 | -150 | | | | 69 | -2 | EST. SERVICE CONTR. REP. | | | | 75 | 36 | 2030 | 5045 |
| 29 | 10260 | 24745 | | | | 604 | 381 | OTHER MERCHANDISE | | | | 334 | 270 | 9014 | 37577 |
| 30 | | | | | | | | REPO LOSS NET | | | | | | | |
| 31 | 26165 | 75988 | | | | 1539 | 1169 | F & I INCOME | | | | 678 | 954 | 18301 | 132568 |

| Line | MONTH | YTD | | | Description | MONTH | YTD | MONTH | YTD |
|---|---|---|---|---|---|---|---|---|---|
| 33 | 37305 | 108453 | 2194 | 1669 | CAR / TRUCK GROSS | 1812 | 2071 | 48936 | 287851 |
| 34 | | | | | COST OF SALES ADJ: LIFO | | | | |
| 35 | 26165 | 75988 | 1539 | 1169 | F & I NET INCOME (LINE 31) | 678 | 954 | 18301 | 132568 |
| 36 | 650670 | 2462799 | NEW GROSS % SALES | | TOTAL | USED GROSS % SALES | | 547981 | 2792938 |
| 37 | 63470 | 184441 | 98 | 75 | VEHICLE | 123 | 151 | 67237 | 420419 |
|  | NEW VEHICLE SALES EXPENSE | | % TOTAL NEW GROSS | | | % TOTAL USED GROSS | | USED VEHICLE SALES EXPENSE | |
| 39 | 9416 | 26043 | 148 | 141 | SALESPERSON | 217 | 171 | 14566 | 71728 |
| 40 | 1994 | 3354 | 31 | 18 | SALES MANAGERS | 72 | 92 | 4824 | 38544 |
| 41 | 6267 | 17806 | 99 | 97 | F & I | 81 | 89 | 5427 | 37555 |
| 42 | 1395 | 9796 | 22 | 53 | PRE-DELIVERY | | | | |
| 43 | 2217 | 12707 | 35 | 69 | PRE-DELIVERY ALLOWANCES | | | | |
| 44 | 147 | 1434 | | 2 | FREE SERVICE / MAINTENANCE & POLICY | 90 | 68 | 6053 | 28755 |
| 45 | 17002 | 45726 | 268 | 248 | TOTAL VARIABLE EXPENSES | 459 | 420 | 30870 | 176582 |
| 46 | 46468 | 138715 | 732 | 752 | VARIABLE GROSS | 541 | 580 | 36367 | 243837 |
| 47 | 3538 | 10790 | 56 | 59 | SALESPERSONS | 67 | 32 | 4527 | 13537 |
| 48 | 13713 | 66963 | 216 | 363 | SALES MANAGERS | 189 | 101 | 12693 | 42402 |
| 49 | 6795 | 24540 | 107 | 133 | OTHER | 110 | 56 | 7412 | 23646 |
| 50 | | | | | F & I | | | | |
| 51 | 4245 | 23242 | 67 | 126 | ADVERTISING | 66 | 102 | 4412 | 42970 |
| 52 | 2474 | 13728 | 39 | 74 | MEMO: INTERNET ADVERTISING | 82 | 84 | 5502 | 35255 |
| 53 | 7630 | 28156 | 120 | 153 | ADVERTISING REBATES | 27 | 24 | 1830 | 9935 |
| 54 | 10444 | 37089 | 165 | 201 | PROMOTION | 119 | 60 | 8021 | 25272 |
| 55 | 783 | 1752 | 12 | 9 | TRAINING | 7 | 4 | 504 | 1473 |
| 56 | 217 | 1298 | 3 | 7 | DEMO EXPENSE | | 4 | | 1500 |
| 57 | | -843 | | -5 | SERVICE LOANERS | | | | |
| 58 | | | | | F & I OTHER | | | | |
| 59 | 27649 | 104309 | 436 | 566 | INTEREST - FLOOR PLAN | 157 | 107 | 10533 | 45068 |
| 60 | 10462 | 52377 | 165 | 284 | FLOOR PLAN ASSISTANCE | | | | |
| 61 | 49292 | 188607 | 777 | 1023 | TOTAL SEMI-FIXED EXPENSES | 688 | 442 | 46272 | 185933 |
| 62 | -2824 | -49892 | -44 | -271 | SELLING GROSS | -147 | 138 | -9905 | 57904 |

FORD 2007 PAGE 5

EXHIBIT G

DEALER  BOB LEWIS LM    P&A CODE 11042    SALES CODE 51F488    MONTH 30 APR 2007  PG 5

### PARTS DEPARTMENT / SERVICE DEPARTMENT / BODY SHOP DEPARTMENT

| Line | Parts MONTH | Parts YTD | GROSS % SALES MON | GROSS % SALES YTD | Service Account | Service MONTH | Service YTD | GROSS % SALES MON | GROSS % SALES YTD | Body Account | Body MONTH | Body YTD | GROSS % SALES MON | GROSS % SALES YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 30210 | 108652 | | | 5400,5401 5442 WHOLESALE | | | | | FRANCHISE R.O. ANALYSIS / TRAFFIC R.O. COUNT | | | SALES PER R.O. PARTS / LABOR | |
| 2 | 5101 | 18970 | | | 5410 WHOLESALE M/I JOB INCENTIVE | | | | | | | | | |
| 3 | -100 | 172 | | | | | | | | LABOR RATES | | | | |
| 4 | 5001 | 19142 | 166 | 176 | TOTAL WHOLESALE | REPAIR 12000 | BODY | W&P 10828 | INTERNAL 12000 | REPAIR SHOP | M 271 | 208 | 298 | |
| 5 | 6180 | 38893 | | | COUNTER | | | | | | Y 1278 | 196 | 272 | |
| 6 | 2072 | 11557 | 335 | 297 | | | | | | BODY SHOP | M | | | |
| 7 | 56263 | 250538 | | | 5430, 5439 REPAIR SHOP | 80864 | 347031 | | | | Y | | | |
| 8 | 24164 | 103872 | 429 | 415 | | 67251 | 280017 | 832 | 807 | W&P CLAIMS SERVICE | M 109 | 180 | 203 | |
| 9 | 983 | 18924 | | | 5440, 5445 ESP REPAIR SHOP | 3324 | 35722 | | | | Y 496 | 174 | 188 | |
| 10 | 518 | 5726 | 527 | 303 | | 2301 | 24535 | 692 | 687 | W&P CLAIMS BODY | M | | | |
| 11 | | | | | JOB INCENTIVE | | | | | | Y | | | |
| 12 | 19586 | 86545 | | | 5460 5442 WARRANTY & POLICY CLAIMS (SERVICE) | 22083 | 93289 | | | ESP REPAIR | M 35 | 28 | 95 | |
| 13 | 5774 | 24382 | 295 | 282 | | 14827 | 60518 | 671 | 649 | | Y 238 | 80 | 150 | |
| 14 | 7864 | 30565 | | | INTERNAL (SERVICE) | 6106 | 45004 | | | INTERNAL | M 29 | 271 | 211 | |
| 15 | 892 | 6373 | 113 | 209 | | 4519 | 34083 | 740 | 757 | | Y 279 | 110 | 161 | |
| 16 | | | | | UNAPPLIED TIME | -7381 | -13162 | | | | | | | |
| 17 | | 3720 | | | SUBLET REPAIRS | 3305 | 32593 | | | | | | | |
| 18 | | 239 | | 64 | | 124 | 1924 | 38 | 59 | | | | | |
| 19 | | | | | OTHER MERCHANDISE | | | | | MEMO: OTHER FRAN PARTS DEPT | | | | |
| 20 | | | | | | | | | | WHOLESALE S | | | | |
| 21 | | | | | PARTS SALES SERV-OTHER FRANCHISE | | | | | | G | | | |
| 22 | | | | | | | | | | COUNTER RETAIL S | | | | |
| 23 | 84696 | 390292 | | | TOTAL | | | | | | G | | | |
| 24 | 31348 | 140592 | 370 | 360 | | MEMO: OTHER FRAN PARTS PURCHASES | | | | | | | | |
| 25 | | | | | BODY SHOP (METAL) | MONTH | YTD | | | | | | | |
| 26 | | | | | | | | | | | | | | |
| 27 | | | | | BODY SHOP (PAINT) | RO ANALYSIS | TRAFFIC RO COUNT | SALES PER RO PARTS | LABOR | | | | | |
| 28 | | | | | | | | | | | | | | |
| 29 | | | | | WARRANTY & POLICY CLAIMS (BODY SHOP) | SERVICE M | | | | | | | | |
| 30 | | | | | | OTH FRAN Y | | | | | | | | |
| 31 | | | | | INTERNAL (BODY SHOP) | BODY M | | | | | | | | |
| 32 | | | | | | OTH FRAN Y | | | | | | | | |
| 33 | 5657 | 5657 | | | 5545, 5645 MATERIALS | 232 | 20647 | | | | | | | |
| 34 | 1845 | 1845 | 326 | 326 | | -743 | 3866 E | 18 | 7 | | | | | |
| 35 | | | | | PARTS SALES BODY-OTHER FRANCHISE | | | | | | | | | |
| 36 | | | | | | SERVICE TECHNICIANS | MONTH | YTD | | | | | | |
| 37 | 5657 | 5657 | | | TOTAL PARTS SALES BODY | AVAILABLE CLOCKED HOURS | 1512 | 5984 | | | | | | |
| 38 | 1845 | 1845 | 326 | 326 | | ACTUAL RETAIL HOURS WORKED | 797 | 4978 | | | | | | |
| 39 | 1661 | 12907 | | | DISCOUNTS EARNED | FLAT RATE HOURS SOLD | 802 | 4949 | | | | | | |
| 40 | | | | | INVENTORY ADJ | | | | | | | | | |
| 41 | 126743 | 543494 | | | | 115914 | 574286 | | | | | | | |
| 42 | 41927 | 186043 | 331 | 342 | | 80898 | 391781 | 698 | 682 | | | | | |
| 43 | | | | | COST OF SALES: LIFO | | | | | | | | | |
| 44 | 41927 | 186043 | 331 | 342 | | 80898 | 391781 | 698 | 682 | | | | | |
| 45 | PARTS SALES EXPENSE | % PARTS GROSS | | | | | | | | BODY SHOP SALES EXPENSE | % BODY GROSS | | | |
| 46 | 8542 | 31204 | 204 | 168 | 7400,35 COMP. 7700,05 7720,39 MGRS. 7800,05 | 2500 | 2500 | 31 | 6 | | | | | |
| 47 | 3764 | 29643 | 90 | 159 | SAL-OTHER | 18802 | 72793 | 232 | 186 | | | | | |
| 48 | 900 | 3565 | 21 | 19 | COMN & IN-CTR | 20488 | 90408 | 253 | 231 | | | | | |
| 49 | 2624 | 16394 | 63 | 88 | ADVERT / PROMO | 4236 | 27972 | 52 | 71 | | | | | |
| 50 | | | | | | | | | | | | | | |
| 51 | | | | | TRAINING | 1700 | 6431 | 21 | 16 | | | | | |
| 52 | 2250 | 2250 | 54 | 12 | POLICY ADJ | 2413 | 4986 | 30 | 13 | | | | | |
| 53 | | | | | SERV LOANER | 1387 | -350 | 17 | -1 | | | | | |
| 54 | 217 | 1360 | 5 | 7 | TOOLS & SUPPLIES | 4549 | 23779 | 56 | 61 | | | | | |
| 55 | 272 | 916 | 6 | 5 | FREIGHT | | 82 | | 0 | | | | | |
| 56 | 241 | 1620 | 6 | 9 | EQ & VEH MAINT | 1834 | 12259 | 23 | 31 | | | | | |
| 57 | 3052 | 12150 | 73 | 65 | INV CNTRL & DP | 2556 | 9595 | 32 | 24 | | | | | |
| 58 | | | | | VAC / TO PAY TECH | 4443 | 18522 | 55 | 47 | | | | | |
| 59 | 21862 | 99102 | 521 | 533 | TOT SALES EXP | 64908 | 268977 | 802 | 687 | | | | | |
| 60 | 20065 | 86941 | 479 | 467 | SELLING GROSS | 15990 | 122804 | 198 | 313 | | | | | |
| 61 | | | | | SHOP PARTS GROSS TRANS | | | | | | | | | |
| 62 | 20065 | 86941 | | | ADJ SELLING GROSS | 15990 | 122804 | | | | | | | |

FORD 2007 PAGE 6

**EXHIBIT G**



**EXHIBIT G**


Case 5:07-cv-03301-RS   Document 1-8   Filed 06/22/2007   Page 8 of 8

EXHIBIT G