ORIGINAL

1 | DUANE M. GECK (State Bar No. 114823)
2 | Email: dmg@severson.com
  | DAVID E. PINCH (State Bar No. 124851)
3 | Email: dep@severson.com
4 | DONALD H. CRAM, III (State Bar No. 160004)
  | Email: dhc@severson.com
5 | SEVERSON & WERSON
6 | A Professional Corporation
  | One Embarcadero Center, Suite 2600
7 | San Francisco, CA 94111
8 | Telephone: (415) 398-3344
  | Facsimile: (415) 956-0439
9 |
10 | Attorneys for Plaintiff Ford Motor Credit Company, LLC

FILED
2007 JUN 22 P 2: 38
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FORD MOTOR CREDIT COMPANY, ) No. C07 03301 RS
LLC, a Delaware Limited Liability )
Company, )
           Plaintiff, )
                        ) **PLAINTIFF'S CERTIFICATION
                        ) AS TO INTERESTED PARTIES**
vs. )
                        )
LEWIS FAMILY ENTERPRISES, )
INC., dba BOB LEWIS LINCOLN )
MERCURY, a California corporation, )
and STEVEN ROBERT LEWIS, an )
individual, )
                        )
           Defendants. )

The undersigned, counsel of record for Ford Motor Credit Company, LLC, certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

10872/0000/631316.1                    1                    CERTIFICATE OF INTERESTED PARTIES

1.   Plaintiff, Ford Motor Credit Company, LLC is a Delaware limited liability company, having its principal place of business in the State of Michigan.

2.   Ford Motor Company, parent corporation to Ford Motor Credit Company, LLC is a Delaware corporation having its principal place of business in the State of Michigan.

3.   Defendant, Lewis Family Enterprises, Inc., dba Bob Lewis Lincoln Mercury, is a California corporation, which had its principal place of business in the County of Santa Clara, City of San Jose.

4.   Steven Robert Lewis is the principal and sole shareholder of Defendant, Lewis Family Enterprises, Inc.  Mr. Lewis resides in Santa Clara County.

DATED:  June 19, 2007

SEVERSON & WERSON
A Professional Corporation

By: _____
Donald H. Cram, III
Attorneys for Plaintiff
Ford Motor Credit Company, LLC