DUANE M. GECK (State Bar No. 114823)
Email: dmg@severson.com
DAVID E. PINCH (State Bar No. 124851)
Email: dep@severson.com
DONALD H. CRAM, III (State Bar No. 160004)
Email: dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Plaintiff Ford Motor Credit Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>    vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>            Defendants. | No.  C 07-03301 RS<br><br>**DECLARATION OF PHIL WARD IN SUPPORT OF FORD CREDIT'S *EX PARTE* APPLICATION FOR WRIT OF POSSESSION AND FOR TEMPORARY RESTRAINING ORDER** |

I, PHIL WARD, declare as follows:

1. I am employed by Ford Motor Credit Company, LLC ("Ford Credit"), as its Territory Sales Manager, Fresno.

2. I am familiar with the manner and procedures by which the records, letters and memoranda contained in Ford Credit's files are prepared and maintained. Those records, letters and memoranda are prepared by agents or employees of Ford Credit in performance of their regular business duties. Those records, letters and memoranda are made either by persons with knowledge of the matters they record or from information supplied by persons with such knowledge. It is Ford Credit's regular business practice to maintain such records, letters or memoranda in the course of its business. The documents herein contained and referenced are business records produced and maintained in this above described manner. Except as otherwise specifically stated in this Declaration, the facts set forth herein are based on my review of the files to this account and if called as a witness I could and would be competent to testify to those facts.

3. Plaintiff Ford Credit is, and at all material times hereto, has been, a Delaware limited liability company. Ford Credit has its principal place of business in the state of Michigan. Ford Credit is in the business of providing loans and lines of credit to dealers, such as defendant, Lewis Family Enterprises, Inc., dba Bob Lewis Lincoln Mercury ("Bob Lewis Lincoln Mercury"), as described below.

**A.    Wholesale Agreement with Bob Lewis Lincoln Mercury**

4. Ford Credit and Bob Lewis Lincoln Mercury entered into an agreement titled Automotive Wholesale Plan Application for Wholesale Financing and Security Agreement dated December 12, 2003, ("Wholesale Agreement"). A copy of the Wholesale Agreement is attached hereto as Exhibit "A" and is incorporated by this reference. Under the Wholesale Agreement, Ford Credit

provided Bob Lewis Lincoln Mercury inventory financing for the acquisition of new and used motor vehicles for sale and lease through Bob Lewis Lincoln Mercury's retail automotive sales business.

5. Under the Wholesale Agreement, Bob Lewis Lincoln Mercury granted Ford Credit a security interest as follows:

> As security for all Advances now or hereafter made by Ford Credit hereunder, and for the observance and performance of all other obligations of Dealer to Ford Credit in connection with the wholesale financing of Merchandise for Dealer, Dealer hereby grants to Ford Credit a security interest in the Merchandise wherever located now owned or hereafter acquired by Dealer, accessions thereto, accessories and replacement parts therefore, and in the proceeds and products thereof in whatever form, of any sale or other disposition of the Merchandise or other collateral, and in accounts, instruments, chattel paper, general intangibles, contract rights documents and supporting obligations arising from the disposition of the Merchandise or other collateral; and Dealer hereby assigns to Ford Credit, and grants to Ford Credit a security interest in, all amounts that may now or hereafter be payable to Dealer by the manufacturer, distributor or seller of any of the Merchandise by way of rebate or refund of all or any portion of the purchase price thereof.

6. Ford Credit and Bob Lewis Lincoln Mercury entered into a Security Agreement dated February 26, 2004. Under the Security Agreement, Bob Lewis Lincoln Mercury granted Ford Credit a security interest in:

   a. All equipment, fixtures, furniture, demonstrators and service vehicles, supplies and machinery and other goods of every kind.

   b. All motor vehicles, tractors, trailers, service parts and accessories and other inventory of every kind and accession thereto.

   c. All accounts, instruments, chattel paper and general intangibles, contract rights, documents and supporting obligations thereto.

A copy of the Security Agreement is attached hereto as Exhibit "B" and is incorporated by reference.

7. On or about January 13, 2004, Ford Credit and Bob Lewis Lincoln Mercury entered into a Master Loan and Security Agreement and Supplement thereto ("Capital Loan Agreement"). A copy of the Loan Agreement is attached hereto as Exhibit "C".

8. Under the Capital Loan Agreement, Ford Credit lent Bob Lewis Lincoln Mercury $800,000.00 to be repaid with interest as set forth in the agreement.

9. The Capital Loan Agreement includes a cross default provision by which a default under any security document or other agreement between Bob Lewis Lincoln Mercury and Ford Credit is a default under the Capital Loan Agreement and Ford Credit is entitled to accelerate the loan balance that Bob Lewis Lincoln Mercury owes to it under the Capital Loan Agreement.

10. Under the Capital Loan Agreement, Bob Lewis Lincoln Mercury granted Ford Credit a security interest in specific collateral. The collateral includes the vehicles identified in the Wholesale Agreement. The complete description of the collateral is as follows:

> The term "Collateral" shall mean, collectively, all of the personal property now owned or hereafter acquired by [Bob Lewis Lincoln Mercury], including without limitation (1) all equipment, fixtures, furniture, demonstrators and service vehicles, supplies and machinery and other goods of every kind, (2) all motor vehicles, tractors, trailers, implements, service parts and accessories and other inventory of every kind and an accessions thereto, (numbers (1) and (2) above collectively referred to as the Personalty") and (3) all accounts, instruments, chattel paper, general intangibles, contract rights documents and supporting obligations thereto (collectively, the "Intangibles").

10872/0000/630827.1                    - 4 -                    **DECLARATION OF PHIL WARD**
*Ford Credit v. Lewis Family Enterprises, Inc.*

11.   The collateral identified under the Wholesale Agreement, the Security Agreement, and the Capital Loan Agreement is collectively referred to as the "Collateral".

12. Ford Credit perfected its security interests in the Collateral by filing a UCC-1 financing statement with the Office of the Secretary of State of California on October 28, 2003, as document number 0330360194, and all amendments and continuation statements thereafter. Copies of Ford Credit's UCC-1 Financing Statements are attached as Exhibit "D" and are incorporated by reference.

13. All of the loan and security agreements identified above and attached hereto as Exhibits "A" through "D," inclusive, are collectively referred to as the "Loan Documents".

**B.   Defaults by Bob Lewis Lincoln Mercury Motors under Wholesale Agreement**

14. Ford Credit lent money and extended credit to Bob Lewis Lincoln Mercury under the Wholesale Agreement and therefore performed all conditions, covenants and promises required of it in accordance with the terms and conditions of the Loan Documents.

15. Ford Credit conducted an audit of the inventory and accounts of Bob Lewis Lincoln Mercury on June 13, 2007. Ford Credit determined pursuant to that audit that Bob Lewis Lincoln Mercury has defaulted on its obligations under the Wholesale Agreement. Bob Lewis Lincoln Mercury has sold vehicles and failed to repay Ford Credit. This creates a sales out of trust or "SOT" condition. This is a serious breach of the Wholesale Agreement because Ford Credit has lost its vehicle Collateral and Bob Lewis Lincoln Mercury has received the proceeds from the sale of those vehicles and used the money for other purposes—effectively reducing Ford Credit's Collateral that secures its loans of money to Bob Lewis Lincoln Mercury.

10872/0000/630827.1 - 5 - **DECLARATION OF PHIL WARD**
*Ford Credit v. Lewis Family Enterprises, Inc.*

16. As of the audit Ford Credit conducted on June 13, 2007, Bob Lewis Lincoln Mercury owes Ford Credit for the principal sums on 22 SOT vehicles totaling $497,754.70. A copy of the spreadsheet that identifies each SOT vehicle sold by vehicle identification number, date of sale, and balance owed is attached hereto as Exhibit "E".

17. As a result of these defaults and through this lawsuit, Ford Credit is exercising its rights under its Wholesale Agreement and Security Agreement to accelerate the remainder of the payments due for the financing of the vehicle inventory. This right is granted to Ford Credit under the Wholesale Agreement at ¶9 which provides: "Upon the occurrence of an Event of Default Ford Credit may accelerate, and declare immediately due and payable, all Advances made hereunder together with accrued interest and flat charges."

18. Ford Credit has demanded that Bob Lewis Lincoln Mercury pay the amounts owing, but Bob Lewis Lincoln Mercury has failed and refused to pay the amount now due. As of June 15, 2007, the total principal loan balance that Bob Lewis Lincoln Mercury owes to Ford Credit under the Wholesale Agreement is $2,333,494.56, plus accrued interest and flat fees as billed for May, 2007 statement of $28,000.31.

**C.    Defaults by Bob Lewis Lincoln Mercury Motors under Capital Loan Agreement**

19. Under the Capital Loan Agreement a default under any other agreement between Ford Credit and Bob Lewis Lincoln Mercury is a default under the Capital Loan Agreement. As a result of Bob Lewis Lincoln Mercury's default, Ford Credit elects to accelerate the balance that Bob Lewis Lincoln Mercury owes to it under the Capital Loan Agreement.

20.     As of June 15, 2007, Bob Lewis Lincoln Mercury owes Ford Credit under the Capital Loan Agreement the amount of $269,114.82.  Interest continues to accrue at the rate stated in the Capital Loan Agreement.

      **D.**     **Ford Credit has Contractual Right to Possession of its Collateral**

21.     Under the Wholesale Agreement, the Security Agreement and the Capital Loan Agreement, Bob Lewis Lincoln Mercury granted to Ford Credit a security interest in the Collateral.

22.     By reason of Bob Lewis Lincoln Mercury's defaults as alleged above and pursuant to the terms of the Wholesale Agreement at ¶9, and the terms of the Capital Loan Agreement at ¶7, Ford Credit is entitled to immediate possession of the Collateral in which Ford Credit holds a security interest.

23.     Ford Credit has made demand upon Bob Lewis Lincoln Mercury to assemble and deliver the Collateral to Ford Credit.

24.     Despite Ford Credit's demand upon Bob Lewis Lincoln Mercury to assemble and deliver the Collateral, Bob Lewis Lincoln Mercury has failed and refused to deliver possession of the Collateral to Ford Credit.  Bob Lewis Lincoln Mercury remains in possession of the Collateral in defiance of Ford Credit's security interest and contractual rights to possession.

25.     Ford Credit has inspected Bob Lewis Lincoln Mercury sales lot at 911 Capitol Expressway Auto Mall, San Jose, California 95136, and attests that the Collateral, including the vehicle inventory, is located and kept at this principal place of business.

26.     As of June 15, 2007, the total value of the vehicle inventory subject to Ford Credit's security interest is approximately $2,287,804.15.

   a. The new vehicles are valued at Bob Lewis Lincoln Mercury's dealer invoice for the acquisition of the new vehicles at $2,181,193.18.

   b. The program vehicles are valued at 70% of the original floored balance at $54,828.90. The 70% of the original floored balance is based upon Ford Credit's experience in selling similar new and used motor vehicles.

   c. The used vehicles are valued at 70% of the original floored balance at $51,782.07. The 70% of the original floored balance is based upon Ford Credit's experience in selling similar new and used motor vehicles.

A schedule of the vehicle inventory including Ford Credit's valuation of each used motor vehicle by make, model, year, and vehicle identification number is attached hereto as Exhibit "F" and is incorporated by reference.

27.   The parts, accessories, equipment, furniture and fixtures are valued at $298,350.00. Of that amount $139,358.00 is represented as the value of the parts. Ford Credit has adopted the value Bob Lewis Lincoln Mercury placed on these assets in its April 30, 2007 Dealer Financial Statement. A copy of the Dealer Financial Statement is attached hereto as Exhibit "G".

28.   While Ford Credit's Collateral has an estimated aggregate Vehicle Collateral and parts and accessories value of $2,427,162.15, it is owed the following principal amounts:

| | |
|---|---|
| Wholesale Loan Agreement | $2,333,494.56 |
| Capital Loan Agreement | $ 266,679.99 |
| Total | $2,600,174.55 |

1 | 29.    Ford Credit is informed and believes and alleges that the Collateral in which Ford Credit has a security interest has not been taken for a tax, assessment or fine pursuant to statute, or seized under any execution against the property.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct this 18th day of June, 2007, at Fresno, California.

                /s/ Phil Ward
                Phil Ward

**ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: June 19, 2007

SEVERSON & WERSON
A Professional Corporation

By: /s/ Donald H. Cram, III
     Donald H. Cram, III

Attorneys for Plaintiff
FORD MOTOR CREDIT COMPANY, LLC