OCT 29 '03 12:59 FR FORD MOTOR CREDIT    5592610246 TO 918002▮▮▮▮▮▮

**0330360194**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Sheila Hirsch 559-261-4545

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Pacific Corp & Title Services
914 "S" Street
Sacramento, CA 95814
P6-0001-155-5

14894KQ

FILED
SACRAMENTO, CA
OCT 28, 2003 AT 1547
KEVIN SHELLEY
SECRETARY OF STATE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names
   1a. ORGANIZATION'S NAME: Lewis Family Enterprises, Inc.
   1c. MAILING ADDRESS: 909 Capitol Expwy    CITY: San Jose    STATE: Ca    POSTAL CODE: 95136
   1d. — | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Corporation | 1f. JURISDICTION OF ORGANIZATION: California | 1g. ORGANIZATIONAL ID #: C2561145 | ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME (blank)

3. SECURED PARTY'S NAME
   3a. ORGANIZATION'S NAME: Ford Motor Credit Company
   3c. MAILING ADDRESS: 8365 N Fresno St Ste 260    CITY: Fresno    STATE: Ca    POSTAL CODE: 93720

4. This FINANCING STATEMENT covers the following types (or items) of collateral sold or hereafter acquired by Debtor(s):
   1) Equipment, furniture, machinery, demonstrator and service vehicles, supplies and other goods of every kind.
   2) Motor vehicles, tractors, trailers, implements, service parts, and accessories and other inventory of every kind and any accessions thereto.
   3) Accounts, instruments, chattel paper, general intangibles, contract rights, documents and supporting obligations thereto.
   4) Fixtures located at the above address and at any other address from which the above debtor conducts business now or in the future.

8. OPTIONAL FILER REFERENCE DATA
   FRA503

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**EXHIBIT D**