Lewis Family Enterprises, Inc. dba Bob Lewis Lincoln-Mercury

Sold Units - Full Payoff Not Received List

| VIN Number | Year | Make | Model | Sold Date | Sold To | Finance Source, Funding Status, Comments | Original Balance | Certified Funds | Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5LMFL28597LJ17445 | 2007 | LINCOLN | NAVIGATOR | 6/8/2007 | Kehinde Olugbode | FMCC - Not yet funded - No payoff received | 57339.32 | 0 | |
| 5LMFL28577LJ14852 | 2007 | LINCOLN | NAVIGATOR | 5/19/2007 | Robert Traube | FMCC - Funded 6/8/07 - Remaining balance of flooring | 56423.32 | 51550.10 | |
| 5LMFU28587LJ18762 | 2007 | LINCOLN | NAVIGATOR | 5/26/2007 | Andrew Lancafield | FMCC - Funded 6/1/07 - No payoff received | 55490.32 | 0 | |
| 5LMFL27507LJ13883 | 2007 | LINCOLN | NAVIGATOR | 5/25/2007 | Michelle Guerrero | FMCC - Funded 6/8/07 - Remaining balance of flooring | 54793.32 | 41909.26 | |
| 2LMDU88C87BJ14372 | 2007 | LINCOLN | MKX | 4/27/2007 | Cypress Coast L/M | Dealer Trade to Cypress Coast L/M on 4/27/07- No payoff received | 40269.03 | 0 | |
| 3LNHM26T37R661225 | 2007 | LINCOLN | MKZ | 6/4/2007 | Jack Edwards | FMCC - Funded 6/8/07 - Remaining balance of flooring | 29210.40 | 27417.81 | |
| 2MEFM74W07X608939 | 2007 | MERCURY | GRAND MARQUIS | 5/31/2007 | Cypress Coast L/M | Dealer Trade to Cypress Coast L/M on 5/28/07 - No payoff received | 25229.15 | 0 | |
| 5LMFU27536LJ02890 | 2006 | LINCOLN | NAVIGATOR | 5/15/2007 | Rhemely Frogozo | Meriwest Credit Union - Funded 5/29/07 - No payoff received | 46425.36 | 0 | |
| 5LMFU275X6LJ06225 | 2006 | LINCOLN | NAVIGATOR | 5/25/2007 | George Castanneda | FMCC - Funded 6/4/07 - No payoff received | 46425.36 | 0 | |
| 1FAFP56U97A132777 | 2007 | FORD | TAURUS | 5/27/2007 | Ronald Hedval | Drive Financial - Funded 6/5/07 - No payoff received | 12150.00 | 0 | |
| 1LNHM82V96Y642091 | 2006 | LINCOLN | TOWN CAR | 5/19/2007 | Howard Koehler | Chase Bank - Funded 5/29/07 - No payoff received | 23186.00 | 0 | |
| 1FMPU16516LA89530 | 2006 | FORD | EXPEDITION | 5/19/2007 | Maryann Jimenez | HSBC - Funded 5/30/07 - No payoff received | 22275.00 | 0 | |
| 1LNHM82W86Y623895 | 2006 | LINCOLN | TOWN CAR | 4/4/2007 | Douglas Perdue | CU - Funded 4/20/07 - No payoff received | 22174.00 | 0 | |
| 1FMEU73E56UB35532 | 2006 | FORD | EXPLORER | 4/19/2007 | Denise Newsom | One Pay - Funded 4/20/07 - No payoff received | 18124.00 | 0 | |
| 1FMYU03166KC97330 | 2006 | FORD | ESCAPE | 5/2/2007 | Capitol Ford | Wholesaled to Capital Ford - Funding Unknown - No payoff received | 16176.43 | 0 | |
| 2MEFM75W16X624175 | 2006 | MERCURY | GRAND MARQUIS | 6/5/2007 | Herman Mackey | Americredit - Not yet funded - No payoff received | 12555.00 | 0 | |
| 1FAFP56U36A229892 | 2006 | FORD | TAURUS | 4/23/2007 | Nicholas Araujo | CPS - Funding unknown - Remaining balance of flooring | 11309.00 | 4187.64 | |
| 1LNHM87A95Y655525 | 2005 | LINCOLN | LS | 4/22/2007 | Debra Miller | HSBC - Funded 5/01/07 - No payoff received | 17475.00 | 0 | |
| 5LMEU68H84ZJ21330 | 2004 | LINCOLN | AVIATOR | 4/29/2007 | Jamie Mercado | Wachovia Bank - Funded 5/01/07 - No payoff received | 18529.00 | 0 | |
| 1FMFU17L34LA41064 | 2004 | FORD | EXPEDITION | 3/17/2007 | Melissa Washington | HSBC - Funded 4/25/07 - No payoff received | 17330.00 | 0 | |
| 1FMZU63K53ZB33747 | 2003 | FORD | EXPLORER | 3/19/2007 | Tomas Pelayo | Chase Bank - Funded 4/20/07 - No payoff received | 13010.00 | 0 | |
| 3A4FY48B87T501774 | 2007 | CHRYSLER | PT CRUISER | 6/2/2007 | Monica Jones | Triad Financial - Not funded yet - Remaining balance of flooring | 9576.00 | 2655.50 | |

REMAINING BALANCE

**EXHIBIT E**