# 2007 FORD MOTOR COMPANY DEALER FINANCIAL STATEMENT 2007

| | | | |
|---|---|---|---|
| P & A CODE | 11042 | DEALER | BOB LEWIS LM |
| PERIOD OF | 4 | ADDRESS | 911 CAPITOL EXPRWY AUTOMALL |
| MONTH ENDED | 30 APR 2007 | CITY-STATE/PROVINCE ZIP/POSTAL CODE | SAN JOSE, CA 95136 |
| REC'D | | SALES CODE | 51F488 |

## BALANCE SHEET

### ASSETS

| Line | Item | Detail | Amount |
|---|---|---|---|
| 1 | CASH | ON HAND, IN BANK | 602380 |
| 2 | | MONEY MARKET / DEPOSIT | |
| 3 | FINANCE CONTRACTS | NEW | 173936 |
| 4 | | USED | 284276 |
| 5 | MARKETABLE SECURITIES | | |
| 6 | NOTES RECEIVABLE | | 59995 |
| 7 | DISCOUNTED NOTES RECEIVABLE (NON US) | | |
| 8 | ACCOUNTS RECEIVABLE | VEHICLE | 59643 |
| 9 | | PARTS SERVICE BODY | 108511 |
| 10 | | OTHER | 37510 |
| 11 | FORD REC | W & P CLAIMS | 869 |
| 12 | | VEHICLE HOLDBACK | 5425 |
| 13 | | INCENTIVES / CARRYOVER ALLOWANCE | -2661 |
| 14 | | FBO / JAG CSI / JAG FAC | 50354 |
| 15 | | LDBP 50354 / OTHER #2 / OTHER #3 | |
| 16 | | VCSI / VMS / LR | |
| 17 | | JOBBER INCENTIVES/ESP/FLOOR PLAN ASSISTANCE/OTHER | 1461 |
| 18 | | | |
| 19 | FINANCE RECEIVABLES - CURRENT | | 36449 |
| 20 | ALLOWANCE - DOUBTFUL RECEIVABLES | | |
| 21 | NEW | CARS FORD / L-M 16 | 462281 |
| 22 | | TRUCKS FORD / L-M 46 | 1951377 |
| 23 | | DEMOS FORD / L-M | |
| 24 | USED | CARS 48 / 30 DAY 14 | 303977 |
| 25 | | TRUCKS 10 / 30 DAY 6 | 113984 |
| 26 | RE-MARKETED VEHICLES | CARS 8 / 30 DAY 7 | 136387 |
| 27 | | TRUCKS 3 / 30 DAY 2 | 43492 |
| 28 | PARTS INV. | FoMoCo 139358 | 139358 |
| 29 | ALLOWANCE - PARTS INVENTORY ADJUSTMENT | | |
| 30 | OTHER INVENTORIES | MEMO: WORK IN PROCESS 3023 | 8653 |
| 31 | LIFO INVENTORY RESERVE | NEW / USED | |
| 32 | | PARTS | |
| 33 | PREPAID EXPENSES | | 20130 |
| 34 | TOTAL CURRENT ASSETS | | 4597787 |
| 35 | LEASED VEHICLES - NET | UNITS: CAR / TRK | |
| 36 | RENTAL VEHICLES - NET | | 40968 |
| 37 | LAND AND IMPROVEMENTS - NET | | |
| 38 | BUILDINGS | COST | 22000 |
| 39 | | DEPRECIATION | 3713 |
| 40 | EQUIPMENT | COST | 266694 |
| 41 | | DEPRECIATION | 158992 |
| 42 | LEASEHOLDS | COST | 215537 |
| 43 | | AMORTIZED | 64220 |
| 44 | FINANCE RECEIVABLES DEFERRED - NET | | 884 |
| 45 | RECEIVABLES - OFFICERS & EMPLOYEES | | |
| 46 | CASH VALUE - LIFE INSURANCE | | |
| 47 | OTHER ASSETS - NET | | 2 |
| 48 | TOTAL ASSETS | | 4916947 |
| 49 | FROZEN CAPITAL | USED VEHICLE INVENTORY | 83778 |
| 50 | | PARTS INVENTORY | 0 |
| 51 | | PSB RECEIVABLES | 0 |
| 52 | | TOTAL | 83778 |

### LIABILITIES

| Group | Item | Amount |
|---|---|---|
| NOTES PAYABLE | NEW VEHICLES & DEMOS | 2881623 |
| | USED VEHICLES | 320309 |
| | REMARKETED VEHICLES | 329626 |
| | RECREATION VEHICLES | |
| | OTHER - SHORT TERM | |
| | LONG TERM - CURRENT PORTION | |
| | INSTALLMENT SALE BALANCE | |
| BANK LOANS (AUTHORIZED LIMIT) CANADA ONLY | | |
| ACCOUNTS PAYABLE | | 200045 |
| INCOME TAXES | | |
| CUSTOMER | DEPOSITS | |
| | ACCOMMODATIONS-SVC. CONTRACTS/REPO REFUND | 25132 |
| ACCRUED | TAXES | 706 |
| | PAYROLL & BONUSES | 52427 |
| | PROFIT SHARING (NON US) | |
| | OTHER | 100197 |
| | DEFERRED INTEREST INCOME (CURRENT PORTION-NON US) | |
| TOTAL CURRENT LIABILITIES | | 3910065 |

| VEHICLE EQUITY | |
|---|---|
| NEW | -467965 |
| USED | -52095 |

| NET CASH | |
|---|---|
| NET CASH | 182214 |
| AVERAGE MONTH TOTAL EXPENSES | 390783 |
| NET CASH OVER (UNDER) | -208569 |

| Group | Item | Amount |
|---|---|---|
| LONG TERM LIABILITIES | MORTGAGES PAYABLE | |
| NOTES PAYABLE | OFFICERS & OWNERS | 2074000 |
| | FORD | 280013 |
| | OTHER | 57232 |
| | LEASED VEHICLES | |
| | RENTAL VEHICLES | |
| ESTIMATED LIABILITY-REPOSSESSION PURCHASE LOSS | | |
| OTHER LIABILITIES | | |
| TOTAL LIABILITIES | | 6321310 |

### NET WORTH

| Group | Item | Amount |
|---|---|---|
| CORPORATION | CAPITAL STOCK | 200000 |
| | RETAINED EARNINGS | -1288638 |
| | LEGAL RESERVE (NON US) | |
| | OTHER CAPITAL RESERVE (NON US) | |
| | FIXED ASSET REVALUATION (NON US) | |
| SUB "S" | DIVIDENDS DECLARED | |
| PARTNERS' OR PROPRIETOR'S | INVESTMENT | |
| | DRAWING | |
| NET INVESTMENT | | -1088638 |
| NET PROFIT - AFTER INCOME TAX - YTD | | -315725 |
| NET WORTH | | -1404363 |
| TOTAL LIABILITIES & NET WORTH | | 4916947 |

### WORKING CAPITAL

| Item | Amount |
|---|---|
| ACTUAL | 687722 |
| RECOMMENDED MINIMUM OR GUIDE | 1166879 |
| ACTUAL OVER (UNDER) | -479157 |

## OPERATING ANALYSIS

| Line | | | MONTH | YTD | % TOTAL SALES MONTH | % TOTAL SALES YTD |
|---|---|---|---|---|---|---|
| 54 | TOTAL | SALES | 1441308 | 6373517 | | |
| 55 | | GROSS | 253532 | 1182684 | 176 | 186 |
| 56 | | EXPENSE | 379676 | 1563132 | 263 | 245 |
| 57 | OPERATING PROFIT | | -126144 | -380448 | -88 | -60 |
| 58 | ADDIT. & DEDUCT. TO INCOME - BONUSES | | 13198 | 64729 | 9 | 10 |
| 59 | PROFIT BEFORE INCOME TAX | | -112946 | -315719 | -78 | -50 |

| Account | | | | |
|---|---|---|---|---|
| VEH. ACCOUNTS | | | | |
| PARTS ACCOUNTS | 2596 | 9130 | 2366 | 14 |
| SERVICE ACCOUNTS | 44296 | 47461 | 1655 | 867 |
| BODY ACCOUNTS | | | | |
| WARR. RECEIVABLES | 273 | 597 | | |
| FORD INCENTIVES | | | | |
| NOTES RECEIVABLES | | | | |



EXHIBIT G

DEALER BOB LEWIS LM P&A CODE 11042 SALES CODE 51F488 MONTH 30 APR 2007 PG2

## OPERATING SUMMARY

| Line | Operating Summary | Dollars Month | Dollars YTD | Units YTD Car | Units YTD Truck |
|---|---|---|---|---|---|
| 1-2 | TOTAL SALES | 1441308 | 6373517 | N 24 / U 126 | N 42 / U 54 |
| | | | | % TOTAL GROSS MONTH | % TOTAL GROSS YTD |
| 3-4 | TOTAL GROSS | 253532 | 1182684 | | |
| 5-6 | TOTAL SELLING EXPENSE | 230206 | 964927 | 908 | 816 |
| 7-8 | TOTAL SELLING/ ADJUSTED SELLING GROSS | 23326 | 217757 | 92 | 184 |
| 9-10 | TOTAL FIXED EXPENSE | 149470 | 598205 | 590 | 506 |
| 11-12 | DEALER SALARY | | | | |
| 13-14 | OPERATING PROFIT | -126144 | -380448 | -498 | -322 |
| 15 | LEASED VEHICLE (NON-OPERATING INCOME) | | | | |
| 16 | RENTAL VEHICLE | | | | |
| 17 | RECREATIONAL VEHICLE | | | | |
| 18 | | | | | |
| 19 | TRACTOR/ OTHER | | | | |
| 20 | ADJ. TO INCOME | 4813 | 35690 | 19 | 30 |
| 21 | CUSTOMER SATISFACTION & FORD SUPPORT | 8385 | 29039 | 33 | 25 |
| 22 | INDEMNITIES (NON US) | | | | |
| 23 | BONUS DEALER | | | | |
| 24 | BONUS EMPLOYEE | | | | |
| 25 | PROFIT BEFORE INCOME TAX | -112946 | -315719 | -445 | -267 |
| 26 | PNVS | | | -6644 | -4784 |
| 27 | EST. INCOME TAX | -1 | 6 | % TOTAL SALES | |
| 28 | PROFIT SHARING (NON US) | | | | |
| 29 | COMBINED CAPITAL LEGAL RESERVE (NON US) | | | | |
| 30 | NET PROFIT AFTER TAX | -112945 | -315725 | -78 | -50 |

## DEPARTMENTAL OPERATING SUMMARY

| Line | | NEW | USED | PARTS * | SERVICE * | BODY * |
|---|---|---|---|---|---|---|
| 1 | TOTAL SALES M | 650670 | 547981 | 126743 | 115914 | |
| 2 | TOTAL SALES Y | 2462799 | 2792938 | 543494 | 574286 | |
| 3 | TOTAL GROSS M | 63470 | 67237 | 41927 | 80898 | |
| 4 | TOTAL GROSS Y | 184441 | 420419 | 186043 | 391781 | |
| 5 | TOTAL SELLING EXPENSE M | 66294 | 77142 | 21862 | 64908 | |
| 6 | TOTAL SELLING EXPENSE Y | 234333 | 362515 | 99102 | 268977 | |
| 7 | ADJUSTED SELLING GROSS M | -2824 | -9905 | 20065 | 15990 | |
| 8 | ADJUSTED SELLING GROSS Y | -49892 | 57904 | 86941 | 122804 | |
| 9 | TOTAL FIXED EXPENSE M | 49324 | 29894 | 20926 | 49326 | |
| 10 | TOTAL FIXED EXPENSE Y | 197408 | 119640 | 83749 | 197408 | |
| 11 | DEALER SALARY M | | | | | |
| 12 | DEALER SALARY Y | | | | | |
| 13 | OPERATING PROFIT M | -52148 | -39799 | -861 | -33336 | |
| 14 | OPERATING PROFIT Y | -247300 | -61736 | 3192 | -74604 | |

## ADDITIONS / DEDUCTIONS

| | Month | YTD |
|---|---|---|
| CASH DISC. EARNED | | |
| INTEREST INCOME | | |
| DIVIDEND INCOME | | |
| SALES FIXED ASSETS | | |
| OTHER | 4813 | 35690 |
| TDS (VOLVO ONLY) | | |
| CASH DISCOUNT | | |
| OTHER | | |
| TOTAL (Line 20) | 4813 | 35690 |

## CUSTOMER SATISFACTION AND FORD SUPPORT

| | Month | YTD |
|---|---|---|
| FORD BLUE OVAL | | |
| VOLVO CSI / VMS | | |
| LOSP | 8385 | 29039 |
| OTHER # 2 | | |
| OTHER # 3 | | |
| JAG CSI / FAC / CPO / MMP | | |
| LAND ROVER | | |
| TOTAL CUSTOMER SATISFACTION ADJUSTMENT (Line 21) | 8385 | 29039 |

| Line | | Month | YTD | PNVS | |
|---|---|---|---|---|---|
| 32 | TOTAL OVERHEAD EXP. | 331804 | 1340824 | A | B |
| 33 | TOTAL P, S, BS GROSS | 122825 | 577824 | 7225 | 8755 |
| 34 | NET OPERATING COST | 208979 | 763000 | C | D |
| 35 | TOTAL VEHICLE GROSS | 130707 | 604860 | 7689 | 9165 |
| 36 | TOTAL VAR. SALES EXP. | 47872 | 222308 | 2816 | 3368 |
| 37 | TOTAL VARIABLE GROSS | 82835 | 382552 | 4873 | 5796 |

BREAK-EVEN UNITS: N.O.C. ÷ VAR. GROSS PNVUVR — MONTH 111, YTD 407

## NON-US DEALER ADJUSTMENTS (MEMO)

| | Month | YTD |
|---|---|---|
| EXCHANGE RATE ADJUSTMENT | | |
| MONETARY ADJUSTMENT | | |
| [illegible] | 232723 | 887123 |

Service Absorption: The Sum of Total Parts, Service & Body Shop Gross Profits DIVIDED By the Sum of Total Fixed Expense + Dealer Salary + Parts, Service & Body Shop Sales Expense.

(Benchmark is 85% - 100%) — MONTH 52.0%, YTD 59.8%

## OPERATING TREND ANALYSIS

| Month | New Units Car | New Units Truck | Used Units Retail Car | Used Units Retail Truck | Total Car/Trk (Inc. Whsl.) | Selling/Adjusted Selling Gross (000) New | Used | Parts * | Service * | Body Shop * | Fixed Exp. (000) | Opt. Pft (000) | Pft Bit (000) | Net Profit PNVS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | -20 | 20 | 24 | 45 | | 155 | -86 | -68 | |
| FEBRUARY | | | | | | -17 | 15 | 21 | 27 | | 148 | -104 | -83 | |
| MARCH | 19 | 30 | 73 | 39 | 199 | -10 | 33 | 22 | 35 | | 146 | -65 | -52 | -1060 |
| APRIL | 5 | 12 | 23 | 4 | 47 | -3 | -10 | 20 | 16 | | 149 | -126 | -113 | -6644 |
| MAY | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | |
| CURRENT YTD | 24 | 42 | 96 | 43 | 246 | -50 | 58 | 87 | 123 | | 598 | -380 | -316 | -4784 |
| PRIOR YTD | 33 | 58 | 100 | 80 | 316 | -120 | 90 | 68 | 131 | | 571 | -403 | -309 | -3397 |



EXHIBIT G

DEALER BOB LEWIS LM P & A CODE 11042 SALES CODE 51F488 MONTH 30 APR 2007 PG 3C

NEW VEHICLE DEPARTMENT

| LINE NO | MONTH SALES | MONTH GROSS | MONTH UNITS | MONTH GR PVS | | | | YEAR TO DATE UNITS | YEAR TO DATE GR PVS | YEAR TO DATE SALES | YEAR TO DATE GROSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | RETAIL CARS | CROWN VICTORIA | 3000 3001 | | | | |
| 2 | | | | | | TAURUS | 3020 3021 | | | | |
| 3 | | | | | | 500 | 3022 3024 | | | | |
| 4 | | | | | | MUSTANG | 3040 3041 | | | | |
| 5 | | | | | | FOCUS | 3035 3036 | | | | |
| 6 | | | | | | MONDEO (MEXICO ONLY) | 3030 3031 | | | | |
| 7 | | | | | | FIESTA/IKON (MEXICO ONLY) | 3110 3111 | | | | |
| 8 | | | | | | KA (MEXICO ONLY) | 3050 3051 | | | | |
| 9 | | | | | | FORD GT | 3037 3038 | | | | |
| 10 | | | | | | FUSION | 3027 3028 | | | | |
| 11 | | | | | | TBD FORD CAR #1 | 3012 3013 | | | | |
| 12 | | | | | | TBD FORD CAR #2 | 3032 3033 | | | | |
| 13 | | | | | | TBD FORD CAR #3 | 3047 3048 | | | | |
| 14 | | | | | | TBD FORD CAR #4 | 3062 3063 | | | | |
| 15 | | | | | | TBD FORD CAR #5 | 3066 3067 | | | | |
| 16 | | | | | | TBD FORD CAR #6 | 3070 3071 | | | | |
| 17 | | | | | | TBD FORD CAR #7 | 3074 3075 | | | | |
| 18 | | | | | | TBD FORD CAR #8 | 3078 3079 | | | | |
| 19 | | | | | | TBD FORD CAR #9 | 3082 3083 | | | | |
| 20 | | | | | | FORD DISCONTINUED MODEL CARS | 3045 3046 | | | | |
| 21 | | | | | | TOTAL FORD RETAIL CARS | | | | | |
| 22 | 31787 | 1656 | 1 | 1656 | | GRAND MARQUIS / MARAUDER | 3200 3201 | 2 | 1681 | 57797 | 3361 |
| 23 | | | | | | SABLE | 3220 3221 | | | | |
| 24 | | | | | | MONTEGO | 3322 3323 | 2 | 1805 | 54574 | 3609 |
| 25 | 63819 | 4243 | 3 | 1414 | | MILAN | 3224 3225 | 7 | 968 | 152939 | 6776 |
| 26 | | | | | | TBD LM CAR #2 | 3212 3213 | | | | |
| 27 | | | | | | TBD LM CAR #3 | 3216 3217 | | | | |
| 28 | | | | | | TOWN CAR | 3280 3281 | 2 | 1897 | 83325 | 3793 |
| 29 | | | | | | LS | 3320 3321 | | | | |
| 30 | 35005 | 2755 | 1 | 2755 | | ZEPHYR / MKZ | 3222 3223 | 10 | 1873 | 332796 | 18734 |
| 31 | | | | | | LINCOLN MKS | 3226 3227 | | | | |
| 32 | | | | | | TBD LM CAR #5 | 3230 3231 | | | | |
| 33 | | | | | | TBD LM CAR #6 | 3234 3235 | | | | |
| 34 | | | | | | TBD LM CAR #7 | 3238 3239 | | | | |
| 35 | | | | | | TBD LM CAR #8 | 3247 3248 | | | | |
| 36 | | | | | | LM DISCONTINUED MODEL CARS | 3242 3243 | | | | |
| 37 | 130611 | 8654 | 5 | 1731 | | TOTAL LM RETAIL CARS | | 23 | 1577 | 681431 | 36273 |
| 38 | | | | | | TOTAL JAGUAR RETAIL CARS | 3388 3389 | | | | |
| 39 | | | | | | TOTAL VOLVO RETAIL CARS | 3300 3301 | | | | |
| 40 | | | | | | TOTAL MAZDA RETAIL CARS | 3304 3305 | | | | |
| 41 | | | | | NON FOMOCO CARS | | 3340 3341 | | | | |
| 42 | 130611 | 8654 | 5 | 1731 | TOTAL RETAIL CARS | | | 23 | 1577 | 681431 | 36273 |
| 43 | | | | | FORD MOTOR CO. FLEET CARS | | 3360 | 1 | 928 | 40978 | 928 |
| 44 | | | | | NON FoMoCo FLEET CARS | | 3370 | | | | |
| 45 | | | | | TOTAL FLEET CARS | | | 1 | 928 | 40978 | 928 |
| 46 | | 1400 | | | CAR INCENTIVES | | 4380 | | | | 2225 |
| 47 | 130611 | 10054 | 5 | 2011 | TOTAL NEW CARS | | | 24 | 1643 | 722409 | 39426 |
| 48 | | | | | | | | | | | |
| 49 | | | | | | | | | | | |
| 50 | | | | | | | | | | | |
| 51 | | | | | | | | | | | |
| 52 | | | | | | | | | | | |
| 53 | | | | | | | | | | | |
| 54 | | | | | | | | | | | |
| 55 | | | | | | | | | | | |
| 56 | | | | | | | | | | | |
| 57 | | | | | | | | | | | |
| 58 | | | | | | | | | | | |
| 59 | | | | | | | | | | | |
| 60 | | | | | | | | | | | |
| 61 | | | | | | | | | | | |
| 62 | | | | | | | | | | | |

NEW VEHICLE DEPARTMENT



EXHIBIT G

DEALER BOB LEWIS LM P & A CODE 11042 SALES CODE 51F488 MONTH 30 APR 2007 PG 3T

| LINE | MONTH SALES | MONTH GROSS | MONTH UNITS | MONTH GR PVS | NEW VEHICLE DEPARTMENT | YTD UNITS | YTD GR PVS | YTD SALES | YTD GROSS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | EDGE | | | | |
| 2 | | | | | FREESTYLE | | | | |
| 3 | | | | | ESCAPE | | | | |
| 4 | | | | | EXPLORER | | | | |
| 5 | | | | | EXPEDITION | | | | |
| 6 | | | | | EXCURSION | | | | |
| 7 | | | | | FREESTAR (MINIVAN) | | | | |
| 8 | | | | | ECONOLINE / CLUB WAGON | | | | |
| 9 | | | | | RANGER | | | | |
| 10 | | | | | F150 (UNDER 8500# GVW) | | | | |
| 11 | | | | | F-SUPER DUTY (F250-350 OVER 8500# GVW) | | | | |
| 12 | | | | | COURIER (MEXICO ONLY) | | | | |
| 13 | | | | | ECOSPORT (MEXICO ONLY) | | | | |
| 14 | | | | | TRANSIT (MEXICO ONLY) | | | | |
| 15 | | | | | TBD FORD TRUCK #2 | | | | |
| 16 | | | | | TBD FORD TRUCK #3 | | | | |
| 17 | | | | | TBD FORD TRUCK #4 | | | | |
| 18 | | | | | TBD FORD TRUCK #5 | | | | |
| 19 | | | | | TBD FORD TRUCK #6 | | | | |
| 20 | | | | | TBD FORD TRUCK #7 | | | | |
| 21 | | | | | TBD FORD TRUCK #8 | | | | |
| 22 | | | | | FORD DISCONTINUED MODEL TRUCKS | | | | |
| 23 | | | | | TOTAL FORD LIGHT TRUCK RETAIL | | | | |
| 24 | | | | | MONTEREY | | | | |
| 25 | 58896 | 2244 | 2 | 1122 | MARINER | 6 | 1566 | 180215 | 9394 |
| 26 | | | | | MOUNTAINEER | 5 | 1112 | 172243 | 5559 |
| 27 | | | | | TBD L/M TRUCK #1 | | | | |
| 28 | | | | | TBD L/M TRUCK #2 | | | | |
| 29 | | | | | TBD L/M TRUCK #3 | | | | |
| 30 | | | | | AVIATOR | | | | -143 |
| 31 | 297837 | 14351 | 6 | 2392 | NAVIGATOR | 16 | 1576 | 809863 | 25212 |
| 32 | | -448 | | | LINCOLN MARK LT | 6 | -91 | 209060 | -548 |
| 33 | 163326 | 8184 | 4 | 2046 | LINCOLN MKX | 9 | 2389 | 369009 | 21499 |
| 34 | | | | | TBD L/M TRUCK #5 | | | | |
| 35 | | | | | TBD L/M TRUCK #6 | | | | |
| 36 | | | | | L/M DISCONTINUED MODEL TRUCKS | | | | |
| 37 | 520059 | 24331 | 12 | 2028 | TOTAL L/M LIGHT TRUCK RETAIL | 42 | 1452 | 1740390 | 60973 |
| 38 | | | | | TOTAL VOLVO TRUCK RETAIL | | | | |
| 39 | | | | | TOTAL MAZDA TRUCK RETAIL | | | | |
| 40 | | | | | TOTAL LAND ROVER TRUCK RETAIL | | | | |
| 41 | | | | | NON FOMOCO LIGHT TRUCK | | | | |
| 42 | 520059 | 24331 | 12 | 2028 | TOTAL LIGHT TRUCK RETAIL | 42 | 1452 | 1740390 | 60973 |
| 43 | | | | | FLEET LIGHT TRUCKS | | | | |
| 44 | 520059 | 24331 | 12 | 2028 | TOTAL LIGHT TRUCK | 42 | 1452 | 1740390 | 60973 |
| 45 | | | | | RTL FLT F-SUPER DUTY (F450-550 OVER 8500# GVW) | | | | |
| 46 | | | | | F-SUPER DUTY (F650-750) | | | | |
| 47 | | | | | LOW CAB (FWD) | | | | |
| 48 | | | | | TOTAL FORD COMMERCIAL TRUCKS | | | | |
| 49 | | | | | NON FOMOCO CLASS 4-7-8 | | | | |
| 50 | | | | | TOTAL COMMERCIAL/OTHER TRUCKS | | | | |
| 51 | | | | | UNITS MO. / MEMO FLEET COMMERCIAL / UNITS YTD | | | | |
| 52 | | 1399 | | | TRUCK INCENTIVES | | | | 3399 |
| 53 | 520059 | 25730 | 12 | 2144 | TOTAL NEW TRUCK | 42 | 1533 | 1740390 | 64372 |
| 54 | | 1521 | | | DEALER TRANSFERS (Units) YTD 20 | | | | 4655 |
| 55 | 650670 | 37305 | 17 | 2194 | TOTAL NEW VEHICLES | 66 | 1643 | 2462799 | 108453 |
| 56 | 257370 | 8920 | 8 | 1115 | MEMO: NEW INTERNET SALES | 16 | 2692 | 1170867 | 43070 |

| LINE | RETAIL LEASE | | CAR UNITS | CAR GROSS | CAR GR PVL | TRUCK UNITS | TRUCK GROSS | TRUCK GR PVL | NON FOMOCO UNITS | NON FOMOCO GROSS | NON FOMOCO GR PVL | TOTAL UNITS | TOTAL GROSS | TOTAL GR PVL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | NEW | MONTH | 2 | 2454 | 1227 | 3 | 3965 | 1322 | | | | 5 | 6419 | 1284 |
| 60 | NEW | YTD | 2 | 841 | 421 | 3 | 13633 | 4544 | | | | 5 | 14474 | 2895 |
| 61 | USED | MONTH | | | | | | | | | | | | |
| 62 | USED | YTD | | | | | | | | | | | | |



EXHIBIT G

DEALER BOB LEWIS LM    P&A CODE 11042    SALES CODE 51F488    MONTH 30 APR 2007    PG 4

| SALES | GROSS | UNITS | GR PVS | USED VEHICLE DEPARTMENT | UNITS | GR PVS | SALES | GROSS |
|---|---|---|---|---|---|---|---|---|
| 337676 | 25120 | 17 | 1478 | USED CARS RETAIL | 81 | 1681 | 1375202 | 136200 |
| | | | | MEMO: USED CERTIFIED CARS (FRANCHISE ONLY) | | | | |
| 82531 | 7031 | 6 | 1172 | REMARKETED CARS RETAIL | 15 | 1637 | 250130 | 24557 |
| | -212 | | | USED LIGHT TRUCKS RETAIL | 29 | 2786 | 584071 | 80803 |
| | | | | MEMO: USED CERTIFIED TRUCKS (FRANCHISE ONLY) | | | | |
| | | | | USED MED/HVY TRUCKS RETAIL | | | | |
| 102839 | 13477 | 4 | 3369 | REMARKETED TRUCKS RETAIL | 14 | 3490 | 339883 | 48861 |
| | | | | USED CAR/TRK INCENTIVES | | | | |
| 523046 | 45416 | 27 | 1682 | TOTAL USED RETAIL | 139 | 2089 | 2549286 | 290421 |
| 13545 | 1025 | 2 | 513 | USED CARS WHOLESALE | 29 | -117 | 174120 | -3382 |
| | | | | REMARKETED CARS WHOLESALE | 1 | -200 | 6545 | -200 |
| 11390 | 2495 | 1 | 2495 | USED TRUCKS WHOLESALE | 11 | 92 | 62987 | 1012 |
| | | | | REMARKETED TRUCKS WHOLESALE | | | | |
| | | | | USED VEH. INVENTORY ADJUSTMENT | | | | |
| 24935 | 3520 | 3 | 1173 | TOTAL USED WHOLESALE | 41 | -63 | 243652 | -2570 |
| 547981 | 48936 | 30 | 1631 | TOTAL USED VEHICLES | 180 | 1599 | 2792938 | 287851 |
| 159945 | 12921 | 8 | 1615 | MEMO: USED INTERNET SALES | 72 | 2220 | 1266973 | 159827 |

| CAR MONTH | CAR YTD | CAR MONTH | CAR YTD | CAR MONTH | CAR YTD | RECONDITIONING ANALYSIS | TRK MONTH | TRK YTD | TRK MONTH | TRK YTD | TRK MONTH | TRK YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 73 | 4733 | 42886 | 364 | 587 | | 1 | 37 | 1632 | 22278 | 1632 | 602 |

| INCOME MONTH | INCOME YTD | UNITS MONTH | UNITS YTD | %PEN YTD | PVR MONTH | PVR YTD | F&I DEPARTMENT | UNITS MONTH | UNITS YTD | %PEN YTD | PVR MONTH | PVR YTD | INCOME MONTH | INCOME YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3365 | 20194 | 4 | 50 | 76.9 | 198 | 311 | FINANCE CONTRACTS | 4 | 115 | 82.7 | 247 | 421 | 6658 | 58457 |
| 248 | 7006 | | | | 15 | 108 | FIN. INC ADJ. | | | | 9 | 53 | 248 | 7305 |
| | | | | | | | INSURANCE CONTRACTS | | | | | | | |
| | | | | | | | INSUR. ADJ. | | | | | | | |
| 13958 | 37905 | 4 | 20 | 30.8 | 821 | 583 | EXT. SERVICE CONTR. | 2 | 52 | 37.4 | 182 | 352 | 4907 | 48884 |
| 1170 | -150 | | | | 69 | -2 | EXT. SERVICE CONTR. ADJ. | | | | 75 | 36 | 2030 | 5045 |
| 10260 | 24745 | | | | 604 | 381 | OTHER MERCHANDISE | | | | 334 | 270 | 9014 | 37577 |
| | | | | | | | REPO LOSS NET | | | | | | | |
| 26165 | 75988 | | | | 1539 | 1169 | F&I INCOME | | | | 678 | 954 | 18301 | 132568 |

| NEW MONTH | NEW YTD | PER UNIT MONTH | PER UNIT YTD | | PER UNIT MONTH | PER UNIT YTD | USED MONTH | USED YTD |
|---|---|---|---|---|---|---|---|---|
| 37305 | 108453 | 2194 | 1669 | CAR / TRUCK GROSS | 1812 | 2071 | 48936 | 287851 |
| ( ) | ( ) | | | COST OF SALES ADJ: LIFO | | | ( ) | ( ) |
| 26165 | 75988 | 1539 | 1169 | F & I NET INCOME (LINE 31) | 678 | 954 | 18301 | 132568 |
| 650670 | 2462799 | NEW GROSS % SALES | | S TOTAL VEHICLE S | USED GROSS % SALES | | 547981 | 2792938 |
| 63470 | 184441 | 9.8 | 7.5 | G TOTAL VEHICLE G | 12.3 | 15.1 | 67237 | 420419 |
| NEW VEHICLE SALES EXPENSE | | % TOTAL NEW GROSS | | | % TOTAL USED GROSS | | USED VEHICLE SALES EXPENSE | |
| 9416 | 26043 | 14.8 | 14.1 | COMM. & INCENT. SALESPERSON | 21.7 | 17.1 | 14566 | 71728 |
| 1994 | 3354 | 3.1 | 1.8 | SALES MANAGERS | 7.2 | 9.2 | 4824 | 38544 |
| 6267 | 17806 | 9.9 | 9.7 | F & I | 8.1 | 8.9 | 5427 | 37555 |
| 1395 | 9796 | 2.2 | 5.3 | PRE-DELIVERY | | | | |
| (2217) | (12707) | 3.5 | 6.9 | PRE-DELIVERY ALLOWANCES | | | | |
| 147 | 1434 | .2 | .8 | FREE SERVICE / MAINTENANCE & POLICY | 9.0 | 6.8 | 6053 | 28755 |
| 17002 | 45726 | 26.8 | 24.8 | TOTAL VARIABLE EXPENSES | 45.9 | 42.0 | 30870 | 176582 |
| 46468 | 138715 | 73.2 | 75.2 | VARIABLE GROSS | 54.1 | 58.0 | 36367 | 243837 |
| 3538 | 10790 | 5.6 | 5.9 | SALARIES SALESPERSONS | 6.7 | 3.2 | 4527 | 13537 |
| 13713 | 66963 | 21.6 | 36.3 | SALARIES SALES MANAGERS | 18.9 | 10.1 | 12693 | 42402 |
| 6795 | 24540 | 10.7 | 13.3 | SALARIES OTHER | 11.0 | 5.6 | 7412 | 23646 |
| | | | | SALARIES F & I | | | | |
| 4245 | 23242 | 6.7 | 12.6 | ADVERTISING | 6.6 | 10.2 | 4412 | 42970 |
| 2474 | 13728 | 3.9 | 7.4 | MEMO: INTERNET ADVERTISING | 8.2 | 8.4 | 5502 | 35255 |
| (7630) | (28156) | 12.0 | 15.3 | ADVERTISING REBATES | 2.7 | 2.4 | (1830) | (9935) |
| 10444 | 37089 | 16.5 | 20.1 | PROMOTION | 11.9 | 6.0 | 8021 | 25272 |
| 783 | 1752 | 1.2 | .9 | TRAINING | .7 | .4 | 504 | 1473 |
| 217 | 1298 | .3 | .7 | DEMO EXPENSE | | .4 | | 1500 |
| | -843 | | -.5 | SERVICE LOANERS | | | | |
| | | | | F & I OTHER | | | | |
| 27649 | 104309 | 43.6 | 56.6 | INTEREST - FLOOR PLAN | 15.7 | 10.7 | 10533 | 45068 |
| (10462) | (52377) | 16.5 | 28.4 | FLOOR PLAN ASSISTANCE | | | ( ) | ( ) |
| 49292 | 188607 | 77.7 | 102.3 | TOTAL SEMI-FIXED EXPENSES | 68.8 | 44.2 | 46272 | 185933 |
| -2824 | -49892 | -4.4 | -27.1 | SELLING GROSS | -14.7 | 13.8 | -9905 | 57904 |



EXHIBIT G

DEALER BOB LEWIS LM P&A CODE 11042 SALES CODE 51F488 MONTH 30 APR 2007 PG5

**PARTS DEPARTMENT / SERVICE DEPARTMENT**

| LINE NO. | Parts MONTH | Parts YTD | Parts Gross % Sales MON | Parts Gross % Sales YTD | Account | S/G | Service MONTH | Service YTD | Service Gross % Sales MON | Service Gross % Sales YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 30210 | 108652 | | | 5400, 5401 5402 WHOLESALE* | S | | | | |
| 2 | 5101 | 18970 | | | | G | | | | |
| 3 | -100 | 172 | | | 5410 WHOLESALE 5411 JOB INCENTIVE | G | | | | |
| 4 | 5001 | 19142 | 16.6 | 17.6 | TOTAL WHOLESALE | G | | | | |
| 5 | 6180 | 38893 | | | COUNTER RETAIL | S | | | | |
| 6 | 2072 | 11557 | 33.5 | 29.7 | | G | | | | |
| 7 | 56263 | 250538 | | | REPAIR SHOP | S | 80864 | 347031 | | |
| 8 | 24164 | 103872 | 42.9 | 41.5 | | G | 67251 | 280017 | 83.2 | 80.7 |
| 9 | 983 | 18924 | | | ESP REPAIR SHOP | S | 3324 | 35722 | | |
| 10 | 518 | 5726 | 52.7 | 30.3 | | G | 2301 | 24535 | 69.2 | 68.7 |
| 11 | | | | | 6450 JOB INCENTIVE | G | | | | |
| 12 | 19586 | 86545 | | | WARRANTY & POLICY CLAIMS (SERVICE) | S | 22083 | 93289 | | |
| 13 | 5774 | 24382 | 29.5 | 28.2 | | G | 14827 | 60518 | 67.1 | 64.9 |
| 14 | 7864 | 30565 | | | INTERNAL (SERVICE) | S | 6106 | 45004 | | |
| 15 | 892 | 6373 | 11.3 | 20.9 | | G | 4519 | 34083 | 74.0 | 75.7 |
| 16 | | | | | UNAPPLIED TIME | G | -7381 | -13162 | | |
| 17 | | 3720 | | | SUBLET REPAIRS | S | 3305 | 32593 | | |
| 18 | | 239 | | 6.4 | | G | 124 | 1924 | 3.8 | 5.9 |
| 19 | | | | | OTHER MERCHANDISE | S | | | | |
| 20 | | | | | | G | | | | |
| 21 | | | | | PARTS SALES SERV-OTHER FRANCHISE | S | | | | |
| 22 | | | | | | G | | | | |
| 23 | 84696 | 390292 | | | TOTAL | S | | | | |
| 24 | 31348 | 140592 | 37.0 | 36.0 | | G | | | | |
| 25 | | | | | BODY SHOP (METAL) | S | | | | |
| 26 | | | | | | G | | | | |
| 27 | | | | | BODY SHOP (PAINT) | S | | | | |
| 28 | | | | | | G | | | | |
| 29 | | | | | WARRANTY & POLICY CLAIMS (BODY SHOP) | S | | | | |
| 30 | | | | | | G | | | | |
| 31 | | | | | INTERNAL (BODY SHOP) | S | | | | |
| 32 | | | | | | G | | | | |
| 33 | 5657 | 5657 | | | MATERIALS | S | 232 | 20647 | | |
| 34 | 1845 | 1845 | 32.6 | 32.6 | | G | -743 | 3866 | E | 18.7 |
| 35 | | | | | PARTS SALES BODY-OTHER FRANCHISE | S | | | | |
| 36 | | | | | | G | | | | |
| 37 | 5657 | 5657 | | | TOTAL PARTS SALES-BODY | S | | | | |
| 38 | 1845 | 1845 | 32.6 | 32.6 | | G | | | | |
| 39 | 1661 | 12907 | | | DISCOUNTS EARNED | G | | | | |
| 40 | | | | | INVENTORY ADJ. | G | | | | |
| 41 | 126743 | 543494 | | | TOTAL | S | 115914 | 574286 | | |
| 42 | 41927 | 186043 | 33.1 | 34.2 | | G | 80898 | 391781 | 69.8 | 68.2 |
| 43 | | | | | COST OF SALES: LIFO | G | | | | |
| 44 | 41927 | 186043 | 33.1 | 34.2 | | G | 80898 | 391781 | 69.8 | 68.2 |
| 45 | | | % PARTS SALES EXPENSE | % PARTS GROSS | | | | | % SERVICE SALES EXPENSE | % SERV GROSS |
| 46 | 8542 | 31204 | 20.4 | 16.8 | COMP-MGRS | | 2500 | 2500 | 3.1 | 6 |
| 47 | 3764 | 29643 | 9.0 | 15.9 | SAL-OTHER | | 18802 | 72793 | 23.2 | 18.6 |
| 48 | 900 | 3565 | 2.1 | 1.9 | COMM & INV-OTH | | 20488 | 90408 | 25.3 | 23.1 |
| 49 | 2624 | 16394 | 6.3 | 8.8 | ADVERTI PROMO | | 4236 | 27972 | 5.2 | 7.1 |
| 50 | | | | | ADVERTISING REBATES | | | | | |
| 51 | | | | | TRAINING | | 1700 | 6431 | 2.1 | 1.6 |
| 52 | 2250 | 2250 | 5.4 | 1.2 | POLICY ADJ | | 2413 | 4986 | 3.0 | 1.3 |
| 53 | | | | | SERV. LOANER | | 1387 | -350 | 1.7 | -.1 |
| 54 | 217 | 1360 | .5 | .7 | TOOLS & SUPPLIES | | 4549 | 23779 | 5.6 | 6.1 |
| 55 | 272 | 916 | .6 | .5 | FREIGHT | | | 82 | | .0 |
| 56 | 241 | 1620 | .6 | .9 | EQ. & VEH. MAINT. | | 1834 | 12259 | 2.3 | 3.1 |
| 57 | 3052 | 12150 | 7.3 | 6.5 | INV. CNTRL & DP | | 2556 | 9595 | 3.2 | 2.4 |
| 58 | | | | | VAC / TO PAY -TECH | | 4443 | 18522 | 5.5 | 4.7 |
| 59 | 21862 | 99102 | 52.1 | 53.3 | TOT. SALES EXP. | | 64908 | 268977 | 80.2 | 68.7 |
| 60 | 20065 | 86941 | 47.9 | 46.7 | SELLING GROSS | | 15990 | 122804 | 19.8 | 31.3 |
| 61 | | | | | SHOP PARTS GROSS TRANS. | | | | | |
| 62 | 20065 | 86941 | | | ADJ. SELLING GROSS | | 15990 | 122804 | | |

**LABOR RATES**

| REPAIR | BODY | W & P | INTERNAL |
|---|---|---|---|
| 120.00 | | 108.28 | 120.00 |

**BODY SHOP DEPARTMENT**

| FRANCHISE R.O. ANALYSIS | | TRAFFIC R.O. COUNT | SALES PER R.O. PARTS | SALES PER R.O. LABOR |
|---|---|---|---|---|
| REPAIR SHOP | M | 271 | 208 | 298 |
| | Y | 1278 | 196 | 272 |
| BODY SHOP | M | | | |
| | Y | | | |
| W & P CLAIMS SERVICE | M | 109 | 180 | 203 |
| | Y | 496 | 174 | 188 |
| W & P CLAIMS BODY | M | | | |
| | Y | | | |
| ESP REPAIR | M | 35 | 28 | 95 |
| | Y | 238 | 80 | 150 |
| INTERNAL | M | 29 | 271 | 211 |
| | Y | 279 | 110 | 161 |

**MEMO: OTHER FRAN PARTS DEPT**

| | | |
|---|---|---|
| WHOLESALE | S | |
| | G | |
| COUNTER RETAIL | S | |
| | G | |

**MEMO: OTHER FRAN PARTS PURCHASES**

| MONTH | YTD |
|---|---|
| | |

| RO ANALYSIS | | TRAFFIC RO COUNT | SALES PER RO PARTS | SALES PER RO LABOR |
|---|---|---|---|---|
| SERVICE OTH FRAN | M | | | |
| | Y | | | |
| BODY OTH FRAN | M | | | |
| | Y | | | |

**MEMO: PRODUCTIVITY / EFFICIENCY**

| SERVICE TECHNICIANS | MONTH | YTD |
|---|---|---|
| AVAILABLE CLOCKED HOURS | 1512 | 5984 |
| ACTUAL RETAIL HOURS WORKED | 797 | 4978 |
| FLAT RATE HOURS SOLD | 802 | 4949 |



EXHIBIT G

DEALER BOB LEWIS LM | P&A CODE 11042 | SALES CODE 51F488 | MONTH 30 APR 2007 | PG 6

| LINE NO | FIXED EXPENSE | MONTH | YTD | % GROSS MON | % GROSS YTD | NEW | USED | PARTS * | SERVICE * | BODY * | UNAPPLIED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SELLING ADJUSTED SELLING GROSS ALL DEPTS | 23326 | 217757 | 92 | 184 | -49892 | 57904 | 86941 | 122804 | | |
| | | | | | | DEPARTMENTAL FIXED EXPENSE ALLOCATION - YTD | | | | | |
| 1 | SAL.-GEN. MGR. | | | | | | | | | | |
| 2 | SALARIES-ADM. | 13529 | 38343 | 53 | 32 | 12653 | 7669 | 5368 | 12653 | | |
| 3 | EMPLOYEE BENEFIT | 23376 | 87609 | 92 | 74 | 28911 | 17522 | 12265 | 28911 | | |
| 4 | PAYROLL TAXES | 16921 | 80924 | 67 | 68 | 26705 | 16185 | 11329 | 26705 | | |
| 5 | PENSIONS | | | | | | | | | | |
| 6 | INSTL. ADV. & PROMO. | | | | | | | | | | |
| 7 | RENT & EQUIVALENT * | 47294 | 217611 | 187 | 184 | 70188 | 42538 | 29777 | 75008 | | 100 |
| 8 | UTILITIES | 3849 | 19006 | 15 | 16 | 6272 | 3801 | 2661 | 6272 | | |
| 9 | TELEPHONE | 5349 | 15300 | 21 | 13 | 5049 | 3060 | 2142 | 5049 | | |
| 10 | TAXES | 460 | 1436 | 2 | 1 | 474 | 287 | 201 | 474 | | |
| 11 | INSURANCE | 1265 | 10076 | 5 | 9 | 4916 | 2979 | 2085 | 96 | | |
| 12 | OFFICE SUPPLIES | 564 | 6633 | 2 | 6 | 2189 | 1326 | 929 | 2189 | | |
| 13 | PROFESSIONAL & SERVICE FEES | 9651 | 34591 | 38 | 29 | 11415 | 6918 | 4843 | 11415 | | |
| 14 | DATA PROCESSING | 14879 | 35055 | 59 | 30 | 11568 | 7011 | 4908 | 11568 | | |
| 15 | BAD DEBTS | | | | | | | | | | |
| 16 | CONTRIBUTIONS | | | | | | | | | | |
| 17 | INTEREST | 11257 | 39185 | 44 | 33 | 12931 | 7837 | 5486 | 12931 | | |
| 18 | DEPREC. EQUIP. | | 9115 | | 8 | 3008 | 1823 | 1276 | 3008 | | |
| 19 | EQ. & VEH. MAINT. GEN'L. | 200 | 800 | 1 | 1 | 264 | 160 | 112 | 264 | | |
| 20 | TRAVEL & ENTERTAINMENT | | | | | | | | | | |
| 21 | MISCL. EXPENSE | 876 | 2521 | 3 | 2 | 832 | 504 | 353 | 832 | | |
| 22 | ALLOCATION OF UNAPPLIED EXPENSE | | | | | 33 | 20 | 14 | 33 | | 100 |
| 23 | TOTAL FIXED | 149470 | 598205 | 590 | 506 | 197408 | 119640 | 83749 | 197408 | | TOTAL APPLIED |
| 24 | DEALER SALARY | | | | | | | | | | |
| 25 | OPERATING PROFIT | -126144 | -380448 | -498 | -322 | -247300 | -61736 | 3192 | -74604 | | |

| LINE NO | NEW VEHICLE MONTH | NEW VEHICLE YTD | F & I SELLING GROSS ANALYSIS | USED VEHICLE MONTH | USED VEHICLE YTD |
|---|---|---|---|---|---|
| 28 | 37305 | 108453 | GROSS | 48936 | 287851 |
| 29 | 10735 | 27920 | VAR. SELLING EXP. | 25443 | 139027 |
| 30 | 49292 | 188607 | SEMI-FIXED SELLING EXP. | 46272 | 185933 |
| 31 | -22722 | -108074 | SELLING GROSS | -22779 | -37109 |
| 32 | 26165 | 75988 | TOTAL F & I NET INCOME | 18301 | 132568 |
| 33 | 6267 | 17806 | F & I SELLING EXPENSES | 5427 | 37555 |
| 34 | 19898 | 58182 | F & I SELLING GROSS | 12874 | 95013 |
| 35 | -2824 | -49892 | TOTAL SELLING GROSS | -9905 | 57904 |

| RENTAL DEPARTMENT | MONTH | YTD |
|---|---|---|
| INCOME | | |
| SALARIES | | |
| COMMISSIONS/INCENTIVES | | |
| OTHER EXPENSES | | |
| TOTAL NET | | |
| AGREEMENTS | | |

| | CAR | TRUCK | RV | [illegible] |
|---|---|---|---|---|
| TOT UNITS @ EOM | | | | |
| TOT UNIT-DAYS AVAIL. / MO. | | | | |
| CUST.-ESP.-PAID DAYS / MO. | | | | |
| SERVICE LOANER-PAID DAYS / MO. | | | | |
| DEALER-PAID DAYS / MO. | | | | |
| NON-UTILIZED DAYS / MO. | | | | |
| % UTILIZATION | | | | |
| % CUSTOMER / ESP. PAID | | | | |

| LINE NO | RENT & EQUIVALENT | MONTH | YTD |
|---|---|---|---|
| 37 | NET RENT OR EQUIV. | 39034 | 183693 |
| 38 | DEPREC. & AMORT. | | 5018 |
| 39 | INSURANCE-BUILDING | 371 | 3568 |
| 40 | TAX-REAL ESTATE | 3302 | 13208 |
| 41 | MAINT.-BUILDING | 4588 | 12124 |
| 42 | TOTAL | 47295 | 217611 |

| LINE NO | PERSONNEL SUMMARY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | BODY |
|---|---|---|---|---|---|---|---|---|
| 44 | DEALERS | 1 | | | | | | |
| 45 | MANAGEMENT | 2 | 2 | 2 | | 1 | | |
| 46 | SLSPRNS / SERV ADVSRS | | 14 | | | 1 | 2 | |
| 47 | TECHNICIANS REPAIR | | | | | | 11 | |
| 48 | TECHNICIANS INTERNAL | | | | | | | |
| 49 | CLERICAL | 2 | 2 | | | | | |
| 50 | OTHER | | | | | | 2 | |
| 51 | TOTAL 42 | 5 | 18 | 2 | | 2 | 15 | |

| LINE NO | SALESPERSON | | | SERVICE ADVISOR | | |
|---|---|---|---|---|---|---|
| 52 | SALESPERSON TENURE (IN MOS.) | LESS THAN 12 MOS. | 12 | SERVICE ADVISOR TENURE (IN MOS.) | LESS THAN 12 MOS. | |
| 53 | | 12 TO 36 MOS. | 2 | | 12 TO 36 MOS. | 1 |
| 54 | | 37 TO 60 MOS. | | | 37 TO 60 MOS. | 1 |
| 55 | | 61+ MOS. | | | 61+ MOS. | |
| 56 | SALESPERSON TURNOVER | HIRED-YTD | 2 | SERVICE ADVISOR TURNOVER | HIRED-YTD | |
| 57 | | TERM.-YTD | | | TERM.-YTD | |

| LINE NO | MEMO, SPLIT SLS FORCE | NEW ONLY | USED ONLY | [illegible] | TOTAL | STALL COUNT REPAIR | STALL COUNT INTERNAL | STALL COUNT BODY |
|---|---|---|---|---|---|---|---|---|
| 59 | MANAGERS | | | 2 | 2 | | | |
| 60 | SALESPERSONS | | | 14 | 14 | 21 | | |



EXHIBIT G

DEALER BOB LEWIS LM P&A CODE 11042 SALES CODE 51F488 MONTH 30 APR 2007 PG 7

PARTS DEPARTMENT — MONTH | YTD | MON | YTD — GRS % SLS

SERVICE DEPARTMENT — MONTH | YTD | MON | YTD — GRS % SLS

# MEMO: QUALITY CARE SERVICE CENTER (QCSC:
## QUICK LANE (US)
## FAST LANE (CANADA)

| Line | Parts Dept code | Description | S/G | Service Dept code |
|---|---|---|---|---|
| 7 | 7006 | 1402 PARTS | S | |
| 8 | 7007 | WHOLESALE | G | |
| 9 | 7072 | 1422 PARTS | S | |
| 10 | 7073 | COUNTER RETAIL | G | |
| 11 | 7076 | 1435 RETAIL 1705 | S | 7376 |
| 12 | 7077 | SHOP SALES | G | 7377 |
| 13 | 7078 | 1436 TIRE 1706 | S | 7378 |
| 14 | 7079 | SALES | G | 7379 |
| 15 | 7080 | 1448 ESP/ESC/QFC 6718 | S | 7380 |
| 16 | 7081 | SALES | G | 7381 |
| 17 | 7074 | 3462 WARRANTY 5722 | S | 7374 |
| 18 | 7075 | SALES | G | 7375 |
| 19 | 7082 | 3478 INTERNAL 6736 | S | 7382 |
| 20 | 7083 | SALES | G | 7383 |
| 21 | 7084 | 6478 INTERNAL 6734 | S | 7384 |
| 22 | 7085 | TIRE SALES | G | 7385 |
| 23 | | UNAPPLIED TIME 6747 | G | 7373 |
| 24 | 7086 | 1486 6793 | S | 7386 |
| 25 | 7087 | SUBLET SALES | G | 7387 |
| 26 | 7088 | 1482 OTHER 3791 | S | 7388 |
| 27 | 7089 | MERCHANDISE | G | 7389 |
| 28 | 7090 | 5440 MATERIALS 5791 | S | 7390 |
| 29 | 7091 | | G | 7391 |
| 30 | 7092 | 6461, 58 DISC EARNED | G | |
| 31 | 7093 | 6671, 85 INVENT ADJ | G | |
| 32 | 7094 | TOTAL | S | 7394 |
| 33 | 7095 | DEPARTMENTS | G | 7395 |

| FRANCHISE R.O. ANALYSIS | | TRAFFIC R.O. COUNT | SALES PER R.O. PARTS | SALES PER R.O. LABOR |
|---|---|---|---|---|
| RETAIL SHOP SALES | M | | | |
| | Y | 7664 | | |
| ESP/ECS/QFC SALES | M | | | |
| | Y | 7068 | | |
| INTERNAL SALES | M | | | |
| | Y | 7000 | | |
| OTHER MERCHANDISE | M | | | |
| | Y | 7660 | | |
| WARRANTY SALES | M | | | |
| | Y | 7602 | | |

## SERV SALES EXPENSE — % SERV GRS

| Line | Description | Code |
|---|---|---|
| 35 | SALARIES-MGRS. 7900 | 7397 |
| 36 | SALARIES-TECH 7907 7910 | 7398 |
| 37 | COMM & INC-MGRS 7915 | 7399 |
| 38 | COMM & INC-TECH 7917 7920 | 7400 |
| 39 | ADVERTIPROMO 7930 7931 | 7404 |
| 40 | TRAINING 7940 | 7402 |
| 41 | POLICY ADJ 7950 | 7403 |
| 42 | TOOLS & SUPPLIES 7970 | 7404 |
| 43 | FREIGHT/HANDLING 7971 | 7405 |
| 44 | EQ. & VEH MAINT 7980 | 7406 |
| 45 | INV CNTRL & DP 7985 | 7407 |
| 46 | VAC/TO PAY-TECH 7990 | 7408 |
| 47 | TOTAL SALES EXP | 7409 |
| 48 | | 7410 |

## PARTS ALLOCATION FIXED EXPENSE

| Line | Description | Code | MTH | YTD code | YTD |
|---|---|---|---|---|---|
| 42 | SALARIES | 6009 | | 7951 | |
| 43 | BENEFITS | 6041 | | 7952 | |
| 44 | PAYROLL TAXES | 6100 | | 7953 | |
| 45 | PENSIONS | 6398 | | 7954 | |
| 46 | RENT & LEASE | 6308 | | 7955 | |
| 47 | DEP BLDG & IMP | 6346 | | 7956 | |
| 48 | AMORT of IMPR | 6364 | | 7957 | |
| 49 | INS BLDGS | 6388 | | 7958 | |
| 50 | TAXES REAL ESTATE | 6405 | | 7959 | |
| 51 | MAIN BLDGS | 6416 | | 7960 | |
| 52 | UTILITIES | 6480 | | 7961 | |
| 53 | TELEPHONE | 6466 | | 7962 | |
| 54 | TAXES EXCLUDING INCOME/REAL ESTATE | 6444 | | 7963 | |
| 55 | OFFICE SUPPLIES | 6468 | | 7964 | |
| 56 | PROF & SERV FEES | 6708 | | 7965 | |
| 57 | BAD DEBT | 6726 | | 7966 | |
| 58 | CONTRIBUTIONS | 6768 | | 7967 | |
| 59 | DEPREC EQUIP | 6800 | | 7968 | |
| 60 | TRAVEL & ENTERT | 6820 | | 7969 | |
| 61 | MISC EXPENSE | 6841 | | 7970 | |
| 62 | TOT FIXED EXP | | | 7975 | |

## SERV PERSONNEL

| | Code | | |
|---|---|---|---|
| MANAGERS | 7501 | | |
| SERVICE WRITERS | 7502 | | |
| REPAIR TECHNICIAN | 7503 | | |
| INTERNAL TECHNICIAN | 7504 | | |
| TOTAL | 7505 | | |

## STALL COUNT

| REPAIR | INTERNAL |
|---|---|
| 7510 | 7511 |

## SERVICE ALLOCATION FIXED EXPENSE

| Description | Code | MTH | YTD code | YTD |
|---|---|---|---|---|
| SALARIES | 8005 | | 7861 | |
| BENEFITS | 8045 | | 7862 | |
| PAYROLL TAXES | 8100 | | 7863 | |
| PENSIONS | 8105 | | 7864 | |
| RENT & LEASE | 8308 | | 7865 | |
| DEP BLDG & IMP | 8345 | | 7866 | |
| AMORT of IMPR | 8365 | | 7867 | |
| INS BLDGS | 8394 | | 7868 | |
| TAXES REAL ESTATE | 8405 | | 7869 | |
| MAIN BLDGS | 8425 | | 7870 | |
| UTILITIES | 8005 | | 7871 | |
| TELEPHONE | 8525 | | 7872 | |
| TAXES EXCLUDING INCOME/REAL ESTATE | 8445 | | 7873 | |
| OFFICE SUPPLIES | 8446 | | 7874 | |
| PROF & SERV FEES | 8605 | | 7875 | |
| BAD DEBT | 8705 | | 7876 | |
| CONTRIBUTIONS | 8723 | | 7877 | |
| DEPREC EQUIP | 8765 | | 7878 | |
| TRAVEL & ENTERT | 8805 | | 7879 | |
| MISC EXPENSE | 8825 | | 7880 | |
| TOT FIXED EXP | | | 7881 | |



EXHIBIT G