1  DUANE M. GECK (State Bar No. 114823)
   Email: dmg@severson.com
2  DAVID E. PINCH (State Bar No. 124851)
3  Email: dep@severson.com
   DONALD H. CRAM, III (State Bar No. 160004)
4  Email: dhc@severson.com
5  SEVERSON & WERSON
6  A Professional Corporation
   One Embarcadero Center, Suite 2600
7  San Francisco, CA  94111
8  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
9

10  Attorneys for Plaintiff Ford Motor Credit Company, LLC

11

12
                        UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14
                              SAN JOSE DIVISION
15

16  FORD MOTOR CREDIT COMPANY,        )   No.  C 07-03301 RS
    LLC, a Delaware Limited Liability  )
17  Company,                           )
                                       )
18            Plaintiff,               )
                                       )
19      vs.                            )   **DECLARATION OF DONALD H.**
                                       )   **CRAM, III RE: NOTICE OF**
20  LEWIS FAMILY ENTERPRISES, INC.,    )   **FORD CREDIT'S** *EX PARTE*
    dba BOB LEWIS LINCOLN              )   **APPLICATION FOR WRIT OF**
21  MERCURY, a California corporation, )   **POSSESSION AND FOR**
    and STEVEN ROBERT LEWIS, an        )   **TEMPORARY RESTRAINING**
22  individual,                        )   **ORDER**
                                       )
23            Defendants.              )
                                       )
24                                     )
25                                     )
                                       )
26                                     )
                                       )
27  _____)

28

10872/0122/632009.1                          DECLARATION OF DONALD H. CRAM, III RE:
                                             NOTICE
                                             *Ford Credit v. Lewis Family Enterprises, Inc.*

I, DONALD H. CRAM, III, declare and state:

1.   I am an attorney who is licensed to practice in the State of California and before this Court. I am one of the attorneys of record for the plaintiff in this action, Ford Motor Credit Company, LLC. I make this declaration on my own personal and first-hand knowledge. If I were sworn as a witness before this Court I could testify competently and completely to the following facts.

2.   On June 26, 2007, at approximately 10:30 a.m. I telephoned Steven Robert Lewis at (408) 497-0668. Mr. Lewis is the President of the defendant, Lewis Family Enterprises, Inc., dba Bob Lewis Lincoln Mercury ("Bob Lewis Lincoln Mercury").

3.   I informed Mr. Lewis that Ford Motor Credit Company is submitting an Ex Parte Application to seek a Writ of Possession and to seek a temporary restraining order. I advised Mr. Lewis that if Bob Lewis Lincoln Mercury intends to oppose the application that it should file opposition promptly with the Court. I also advised Mr. Lewis that if the Court elects to set a specific time and location for a hearing on the application, I will give Bob Lewis Lincoln Mercury additional notice of the time and location of the hearing.

4.   I electronically transmitted copies of the application and all supporting documents and the proposed orders to Mr. Lewis this morning at stevelewis@boblewis.com. A true and correct copy of my email correspondence to Mr. Lewis is attached hereto as "Exhibit A." A second copy will be sent to Mr. Lewis for overnight delivery on June 26, 2007. A copy of the Complaint was served on Bob Lewis Lincoln Mercury on June 25, 2007. The Ex Parte Application and all supporting documents will be served by hand on Bob Lewis Lincoln Mercury this afternoon once the pleadings are filed with the Court. A proof of service will be filed subsequently.

1  I declare under penalty of perjury under the laws of the United States and the
2  State of California that the foregoing is true and correct this 26th day of June 2007.
3
4
   /s/ Donald H. Cram, III
5  Donald H. Cram, III
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: June 26, 2007
SEVERSON & WERSON
A Professional Corporation

By: /s/ Donald H. Cram, III
　　　Donald H. Cram, III

Attorneys for Plaintiff
FORD MOTOR CREDIT COMPANY, LLC