## Donald H. Cram

**From:** Donald H. Cram
**Sent:** Tuesday, June 26, 2007 11:10 AM
**To:** Steve Lewis (stevelewis@boblewis.com)
**Subject:** Ford Credit v. Lewis Family Enterprises, Inc., et al.; Case No. C 07-03301 RS

Donald H. Cram, III

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Direct Line: (415) 677-5536
Direct Fax: (415) 677-5664
www.severson.com

Dear Mr. Lewis:

Pursuant to our earlier conversation I am enclosing the following documents:

1. Consent to Proceed before a United States Magistrate Judge;

2. Complaint (without exhibits);

3. Ex Parte Application for Writ of Possession;

4. Memorandum of Points and Authorities in Support of the Application;

5. Declaration of Phil Ward in Support of the Application (without exhibits);

6. Proposed Order for Writ of Possession (without exhibits); and

7. Alternative Proposed Temporary Restraining Order (without exhibits).

I will send you copies of the foregoing documents with exhibits by overnight mail today.

As I indicated to you, any opposition to Ford Motor Credit's Ex Parte Application should be submitted to the United States District Court for the Northern District of California, San Jose Division. I will advise you further in the event the Court schedules a hearing on the Ex Parte Application.

Please feel free to contact me should you have any questions.

Don Cram

**EXHIBIT A**

6/26/2007

Severson & Werson
A Professional Corporation
dhc@severson.com

**EXHIBIT A**