DUANE M. GECK (State Bar No. 114823)
Email: dmg@severson.com
DAVID E. PINCH (State Bar No. 124851)
Email: dep@severson.com
DONALD H. CRAM, III (State Bar No. 160004)
Email: dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Plaintiff Ford Motor Credit Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>Defendants. | No. C 07-03301 RS<br><br>**[PROPOSED] ORDER FOR WRIT OF POSSESSION** |

The Application of Ford Motor Credit Company, LLC a Delaware limited liability company ("Ford Credit") for the issuance of an order for writ of possession and for injunctive relief came on for hearing before the United States District Court for the Northern District of California, on June ___, 2007.

The Court, having reviewed the application of Ford Credit for writ of possession and injunctive relief, the supporting declarations and memorandum of points and authorities and the complaint on file in this action, and any opposition, finds that Ford Credit has established that it is entitled to the issuance of a Writ of Possession and has established the probable validity that there is an immediate danger that the vehicles identified on the attached Exhibit "A", the other personal property described in the attached Exhibit "B" and the proceeds from the sale of any such vehicle or other personal property (collectively the "Collateral"), may become unavailable to levy and may become substantially impaired in value, and

GOOD CAUSE APPEARING, THEREFOR,

IT IS HEREBY ORDERED that:

1. Defendant, Lewis Family Enterprises, Inc., dba Bob Lewis Lincoln Mercury ("Bob Lewis Lincoln Mercury") has received timely and proper notice of this hearing on Plaintiff Ford Credit's Application for Writ of Possession and Injunctive Relief under the Court's Local Rules.

2. Ford Credit has established the probable validity of its security interest in, and claim to possession of, the vehicles identified on the attached Exhibit "A" and all of Bob Lewis Lincoln Mercury's furniture, fixtures, machinery, supplies and other equipment, all motor vehicles, tractors, trailers, implements, service parts and accessories and other inventory of every kind, all accounts, contract rights, chattel paper and general intangibles as described in the attached Exhibit "B", and that Defendant Bob Lewis Lincoln Mercury is in default on its loan obligations owing to Ford Credit as set forth in the moving papers.

3.     Ford Credit has established that the Collateral is located at 911 Capitol Expressway Auto Mall, San Jose, California (the "Dealership").

4.     The Clerk of this Court shall issue a writ of possession as provided in California Code of Civil Procedure section 512.010, made applicable by Federal Rule of Civil Procedure 64.

5.     The levying officer within whose jurisdiction the Collateral, or some part thereof, is located, is authorized to execute the Writ of Possession and levy on the Collateral in either of the following manners as directed by Ford Credit:

a.     The levying officer may seize the Collateral and retain custody of it in the manner provided by California Code of Civil Procedure sections 514.010 - 514.050; or

b.     The levying officer within whose jurisdiction the Collateral, or some part thereof, is located may maintain the peace while Ford Credit, its agents and employees take and maintain possession of the Collateral in the manner provided by California Code of Civil Procedure sections 514.010 - 514.050.

c.     Upon delivery of the Collateral to Ford Credit, the United States Marshal Service shall be held harmless as to the transport, storage, and maintenance of the Collateral.

d.     Ford Credit is to store the Collateral in a reasonable manner and either Ford Credit or the storage facility shall carry sufficient insurance to protect the Collateral from loss prior to its sale or disposition.  Ford Credit shall dispose of the Collateral in the manner provided under the California Uniform Commercial Code.

6.     Ford Credit has established that it has a security interest in all accounts of Bob Lewis Lincoln Mercury.  Ford Credit is authorized under this Order and the Writ of Possession to take possession of all Collateral in the deposit accounts of Bob Lewis Lincoln Mercury wherever located.  Ford Credit is authorized to have

the United States Marshal serve a financial institution levy upon any financial institution with possession of Collateral for turnover of the Collateral in the Accounts to Ford Credit through the United States Marshal in the manner provided under California Code of Civil Procedure section 704.080. Bob Lewis Lincoln Mercury shall issue no checks, drafts or other form of withdrawals from the Accounts from the date of the issuance of this Order except to make payment to Ford Credit.

7. Bob Lewis Lincoln Mercury shall deliver and turn over the Collateral to Ford Credit as provided by California Code of Civil Procedure section 512.070. Ford Credit will then hold the Collateral for not less than 10 days in order to allow Bob Lewis Lincoln Mercury an opportunity to obtain redelivery of the Collateral pursuant to Cal. Code of Civ. Proc. §514.030.

8. Ford Credit is authorized to use a single USM-285 form which will refer to a list including all motor vehicles comprising the Collateral and identifying each motor vehicle specifically by make, model, year, and vehicle identification number. The levying officer is directed to accept such form in full compliance with its procedures requiring the use of form USM-285.

9. The writ of possession shall issue forthwith. The Court waives any filing or posting of an undertaking or bond by Ford Credit as the Court is permitted and authorized to do under California Code of Civil Procedure section 515.010(b).

10. The written undertaking required by Bob Lewis Lincoln Mercury for redelivery or to stay delivery shall be in the amount of $____________________.

11. The Clerk of this Court shall attach a copy of this Order to the writ of possession.

12. The levying officer may enter the following private places at any time or times, using any necessary reasonable force, whether the premises are occupied or unoccupied, to take possession of the Property or some part thereof: 911 Capitol

Expressway Auto Mall, San Jose, California.

13. Ford Credit's representatives shall, if the levying officer so requests, accompany the levying officer to the business premises described above, to review and examine Bob Lewis Lincoln Mercury's books and records relating to the vehicles and parts constituting the Collateral in order to determine the status, location and time and date of return of any Collateral. Ford Credit's representative is authorized to remain at the Dealership at all times until all the Collateral is removed from the Dealership.

14. The levying officer is authorized to remain on Bob Lewis Lincoln Mercury's business premises at all times until all the Collateral is removed from the Dealership.

IT IS FURTHER ORDERED THAT:

15. Bob Lewis Lincoln Mercury, its agents, employees, and all persons acting for it or on its behalf, are hereby immediately restrained and enjoined from transferring any interest in the Collateral by lease, sale, pledge, gift, or grant of security interest or otherwise disposing of, encumbering, secreting or transferring possession of the Collateral, in any manner which would prevent, hinder, or delay the levying officer from taking possession of the Collateral.

16. Defendant Bob Lewis Lincoln Mercury, its agents, employees and anyone acting on its behalf, are enjoined and restrained from transferring any interest by sale, pledge, gift or grant of security interest or otherwise disposing of, or encumbering the Collateral identified on the attached Exhibits "A" and "B".

17. In the event that Bob Lewis Lincoln Mercury ceases to conduct business, Ford Credit is authorized to have all mail to be delivered to Bob Lewis Lincoln Mercury redirected to a post office box that Ford Credit will maintain for the purpose of receiving Bob Lewis Lincoln Mercury's mail. Ford Credit will be

authorized to open the mail to Bob Lewis Lincoln Mercury and to take possession of all money paid to Bob Lewis Lincoln Mercury and to endorse all checks, money orders, and other forms of payment to Ford Credit and to apply the funds to the contract balances owing by Bob Lewis Lincoln Mercury to Ford Credit. Bob Lewis Lincoln Mercury, its officers, or its appointed employees are agents are permitted to be present when Ford Credit opens any such redirected mail. The parties shall cooperate in scheduling a reasonable time for the opening of the redirected mail.

18. This Order shall remain in effect until modified by further order of this Court, or modified by written agreement signed by Plaintiff Ford Credit and Defendant Bob Lewis Lincoln Mercury filed with and approved by order of this Court.

DATED: ____________.

______________________________
JUDGE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Lewis Family Entrerprises, Inc. dba Bob Lewis Lincoln-Mercury**

| VIN # | Model Year | Make | Model | Principal Balance |
|---|---|---|---|---|
| **LINCOLN-MERCURY NEW WHOLESALE** | | | | |
| 4M2CU97158KJ02277 | 2008 | MERCURY | MARINER | 28708.52 |
| 4M2CU97168KJ06399 | 2008 | MERCURY | MARINER | 26383.52 |
| 4M2CU97118KJ03457 | 2008 | MERCURY | MARINER | 26383.52 |
| 5LMFL28527LJ09882 | 2007 | LINCOLN | NAVIGATOR | 56858.84 |
| 5LMFL28517LJ14216 | 2007 | LINCOLN | NAVIGATOR | 56839.32 |
| 5LMFU28547LJ23747 | 2007 | LINCOLN | NAVIGATOR | 55744.88 |
| 5LMFU28577LJ18994 | 2007 | LINCOLN | NAVIGATOR | 54658.32 |
| 5LMFU28557LJ07959 | 2007 | LINCOLN | NAVIGATOR | 54658.32 |
| 5LMFL27547LJ09884 | 2007 | LINCOLN | NAVIGATOR | 54248.84 |
| 5LMFU28537LJ22945 | 2007 | LINCOLN | NAVIGATOR | 53968.40 |
| 5LMFU28517LJ16948 | 2007 | LINCOLN | NAVIGATOR | 53902.32 |
| 5LMFU28507LJ15502 | 2007 | LINCOLN | NAVIGATOR | 53786.32 |
| 5LMFU27547LJ04214 | 2007 | LINCOLN | NAVIGATOR | 52447.20 |
| 5LMFU27547LJ14225 | 2007 | LINCOLN | NAVIGATOR | 52048.32 |
| 5LMFU28507LJ01745 | 2007 | LINCOLN | NAVIGATOR | 51979.20 |
| 5LMFU28587LJ05087 | 2007 | LINCOLN | NAVIGATOR | 51938.32 |
| 5LMFU27587LJ16947 | 2007 | LINCOLN | NAVIGATOR | 51292.32 |
| 5LMFU27537LJ02406 | 2007 | LINCOLN | NAVIGATOR | 50323.20 |
| 5LMFL28567LJ20383 | 2007 | LINCOLN | NAVIGATOR L | 50309.40 |
| 1LNHM82W07Y608261 | 2007 | LINCOLN | TOWN CAR | 44620.15 |
| 1LNHM82W87Y606872 | 2007 | LINCOLN | TOWN CAR | 44551.15 |
| 5LMFU27557LJ00642 | 2007 | LINCOLN | NAVIGATOR | 44477.20 |
| 5LMFU27587LJ03065 | 2007 | LINCOLN | NAVIGATOR | 44477.20 |
| 5LMFU27567LJ00584 | 2007 | LINCOLN | NAVIGATOR | 44477.20 |
| 5LMFU27537LJ03605 | 2007 | LINCOLN | NAVIGATOR | 44477.20 |
| 5LMFU27507LJ07059 | 2007 | LINCOLN | NAVIGATOR | 44471.84 |
| 5LTPW18517FJ09347 | 2007 | LINCOLN | MARK LT | 44225.75 |
| 2LMDU88C97BJ16471 | 2007 | LINCOLN | MKX | 40571.03 |
| 2LMDU88C87BJ23072 | 2007 | LINCOLN | MKX | 40518.85 |
| 2LMDU88C37BJ13792 | 2007 | LINCOLN | MKX | 40517.03 |
| 2LMDU88C07BJ08372 | 2007 | LINCOLN | MKX | 40017.03 |
| 2LMDU88C37BJ17163 | 2007 | LINCOLN | MKX | 39757.03 |
| 2LMDU88C17BJ18182 | 2007 | LINCOLN | MKX | 39757.03 |
| 2LMDU68C87BJ04932 | 2007 | LINCOLN | MKX | 38410.03 |
| 2LMDU68C27BJ06871 | 2007 | LINCOLN | MKX | 37680.03 |
| 4M2ÈU48837UJ07021 | 2007 | MERCURY | MOUNTAINEER | 37450.80 |
| 2LMDU88C47BJ25272 | 2007 | LINCOLN | MKX | 36876.85 |
| 4M2EU48887UJ10187 | 2007 | MERCURY | MOUNTAINEER | 36316.10 |
| 2LMDU68C87BJ10939 | 2007 | LINCOLN | MKX | 35840.03 |
| 4M2EU48E37UJ01967 | 2007 | MERCURY | MOUNTAINEER | 33932.10 |
| 2LMDU68C87BJ10620 | 2007 | LINCOLN | MKX | 33080.03 |
| 3LNHM26TX7R633518 | 2007 | LINCOLN | MKZ | 30178.80 |
| 3LNHM26T87R648440 | 2007 | LINCOLN | MKZ | 29634.45 |
| 3LNHM26T27R663841 | 2007 | LINCOLN | MKZ | 29298.95 |
| 4M2CU97187KJ12185 | 2007 | MERCURY | MARINER | 27800.52 |
| 4M2CU91107KJ13372 | 2007 | MERCURY | MARINER | 27630.35 |

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| 4M2CU971X7KJ05061 | 2007 | MERCURY | MARINER | 27449.02 |
| 3MEHM02197R642514 | 2007 | MERCURY | MILAN | 27243.10 |
| 4M2CU91187KJ03947 | 2007 | MERCURY | MARINER | 26844.02 |
| 3MEHM08147R641150 | 2007 | MERCURY | MILAN | 26200.10 |
| 1MEHM40177G606760 | 2007 | MERCURY | MONTEGO | 24236.15 |
| 3MEHM07Z47R643715 | 2007 | MERCURY | MILAN | 18683.10 |
| 5LTPW185X6FJ06770 | 2006 | LINCOLN | MARK LT | 41684.68 |
| 1MEFM50U25A635011 | 2005 | MERCURY | SABLE | 21329.20 |
| | | **Unsold Floorplan Balance** | | **2181193.18** |

**PROGRAM CAR LINE**

| | | | | |
|---|---|---|---|---|
| 1LNFM87A46Y632128 | 2006 | LINCOLN | LS | 20665.00 |
| 1ZVFT84N265217760 | 2006 | FORD | MUSTANG | 17668.00 |
| 1ZVFT80N165202463 | 2006 | FORD | MUSTANG | 15998.00 |
| 5LMFU27R74LJ11348 | 2004 | LINCOLN | NAVIGATOR | 23996.00 |
| | | **Unsold Floorplan Balance** | | **78327.00** |

**USED VEHICLE WHOLESALE LINE**

| | | | | |
|---|---|---|---|---|
| 1G2ZG58B574120289 | 2007 | PONTIAC | G6 | 11433.44 |
| 1FAFP34N77W107718 | 2007 | FORD | FOCUS | 9440.00 |
| 1J4GK48K36W205463 | 2006 | JEEP | LIBERTY | 10400.00 |
| 1G1AK55F667624774 | 2006 | CHEVROLET | COBALT | 6720.00 |
| 1LNHM81W85Y671512 | 2005 | LINCOLN | TOWN CAR | 15980.00 |
| 1FAFP34NX5W245573 | 2005 | FORD | FOCUS | 6240.00 |
| 1N4BA41E94C834351 | 2004 | NISSAN | MAXIMA | 13760.94 |
| | | **Unsold Floorplan Balance** | | **73974.38** |

**Exhibit A**

# 2007 FORD MOTOR COMPANY DEALER FINANCIAL STATEMENT 2007

| | | | |
|---|---|---|---|
| P & A CODE | 11042 | DEALER | BOB LEWIS LM |
| PERIOD OF | 4 | ADDRESS | 911 CAPITOL EXPRWY AUTOMALL |
| MONTH ENDED | 30 APR 2007 | CITY-STATE/PROVINCE ZIP/POSTAL CODE | SAN JOSE, CA 95136 |
| REC'D | | SALES CODE | 51F488 |

## BALANCE SHEET

### ASSETS

| Line | Item | Amount |
|---|---|---|
| 1 | CASH – ON HAND, IN BANK | 602380 |
| 2 | CASH – MONEY MARKET / DEPOSIT | |
| 3 | FINANCE CONTRACTS – NEW | 173936 |
| 4 | FINANCE CONTRACTS – USED | 284276 |
| 5 | MARKETABLE SECURITIES | |
| 6 | NOTES RECEIVABLE | |
| 7 | DISCOUNTED NOTES RECEIVABLE (NON US) | 59995 |
| 8 | ACCOUNTS RECEIVABLE – VEHICLE | |
| 9 | ACCOUNTS RECEIVABLE – PARTS SERVICE BODY | 59643 |
| 10 | ACCOUNTS RECEIVABLE – OTHER | 108511 |
| 11 | FORD REC – W & P CLAIMS | 37510 |
| 12 | FORD REC – VEHICLE HOLDBACK | 869 |
| 13 | FORD REC – INCENTIVES / CARRYOVER ALLOWANCE | 5425 |
| 14 | FBD / JAD CSI / JAD FAC | -2661 |
| 15 | LDSP 50354 / OTHER #2 / OTHER #3 | 50354 |
| 16 | VCSB / VMS / LR | |
| 17 | JOBBER INCENTIVES/ESP/FLOOR PLAN ASSISTANCE/OTHER | 1461 |
| 18 | | |
| 19 | FINANCE RECEIVABLES - CURRENT | 36449 |
| 20 | ALLOWANCE - DOUBTFUL RECEIVABLES | |
| 21 | NEW – CARS (FORD 16) | 462281 |
| 22 | NEW – TRUCKS (FORD 46) | 1951377 |
| 23 | NEW – DEMOS (FORD) | |
| 24 | USED – CARS 48 (30 DAY 14) | 303977 |
| 25 | USED – TRUCKS 10 (30 DAY 6) | 113984 |
| 26 | RE-MARKETED VEHICLES – CARS 8 (30 DAY 7) | 136387 |
| 27 | RE-MARKETED VEHICLES – TRUCKS 3 (30 DAY 2) | 43492 |
| 28 | PARTS INV. (FoMoCo 139358) | 139358 |
| 29 | ALLOWANCE - PARTS INVENTORY ADJUSTMENT | |
| 30 | OTHER INVENTORIES (MEMO: WORK IN PROCESS 3023) | 8653 |
| 31 | LIFO INVENTORY RESERVE – NEW / USED | |
| 32 | LIFO INVENTORY RESERVE – PARTS | |
| 33 | PREPAID EXPENSES | 20130 |
| 34 | TOTAL CURRENT ASSETS | 4597787 |
| 35 | LEASED VEHICLES - NET | |
| 36 | RENTAL VEHICLES - NET | 40968 |
| 37 | LAND AND IMPROVEMENTS - NET | |
| 38 | BUILDINGS – COST | 22000 |
| 39 | BUILDINGS – DEPRECIATION | 3713 |
| 40 | EQUIPMENT – COST | 266694 |
| 41 | EQUIPMENT – DEPRECIATION | 158992 |
| 42 | LEASEHOLDS – COST | 215537 |
| 43 | LEASEHOLDS – AMORTIZED | 64220 |
| 44 | FINANCE RECEIVABLES DEFERRED - NET | 884 |
| 45 | RECEIVABLES - OFFICERS & EMPLOYEES | |
| 46 | CASH VALUE - LIFE INSURANCE | |
| 47 | OTHER ASSETS - NET | 2 |
| 48 | TOTAL ASSETS | 4916947 |

| Line | FROZEN CAPITAL | Amount |
|---|---|---|
| 49 | USED VEHICLE INVENTORY | 83778 |
| 50 | PARTS INVENTORY | 0 |
| 51 | PSB RECEIVABLES | 0 |
| 52 | TOTAL | 83778 |

### LIABILITIES

| Item | Amount |
|---|---|
| NOTES PAYABLE – NEW VEHICLES & DEMOS | 2881623 |
| NOTES PAYABLE – USED VEHICLES | 320309 |
| NOTES PAYABLE – REMARKETED VEHICLES | 329626 |
| NOTES PAYABLE – RECREATION VEHICLES | |
| NOTES PAYABLE – OTHER - SHORT TERM | |
| NOTES PAYABLE – LONG TERM - CURRENT PORTION | |
| NOTES PAYABLE – INSTALLMENT SALE BALANCE | |
| BANK LOANS (AUTHORIZED LIMIT) CANADA ONLY | |
| ACCOUNTS PAYABLE | 200045 |
| INCOME TAXES | |
| CUSTOMER – DEPOSITS | |
| CUSTOMER – ACCOMMODATIONS-SVC. CONTRACTS/REPO REFUND | 25132 |
| ACCRUED – TAXES | 706 |
| ACCRUED – PAYROLL & BONUSES | 52427 |
| ACCRUED – PROFIT SHARING (NON US) | |
| ACCRUED – OTHER | 100197 |
| DEFERRED INTEREST INCOME (CURRENT PORTION-NON US) | |
| TOTAL CURRENT LIABILITIES | 3910065 |
| NEW -467965 / VEHICLE EQUITY | -52095 |

| NET CASH | |
|---|---|
| NET CASH | 182214 |
| AVERAGE MONTH TOTAL EXPENSES | 390783 |
| NET CASH OVER (UNDER) | -208569 |

| Item | Amount |
|---|---|
| LONG TERM LIABILITIES – MORTGAGES PAYABLE | |
| NOTES PAYABLE – OFFICERS & OWNERS | 2074000 |
| NOTES PAYABLE – FORD | 280013 |
| NOTES PAYABLE – OTHER | 57232 |
| NOTES PAYABLE – LEASED VEHICLES | |
| NOTES PAYABLE – RENTAL VEHICLES | |
| ESTIMATED LIABILITY-REPOSSESSION PURCHASE LOSS | |
| OTHER LIABILITIES | |
| TOTAL LIABILITIES | 6321310 |

### NET WORTH

| Item | Amount |
|---|---|
| CORPORATION – CAPITAL STOCK | 200000 |
| CORPORATION – RETAINED EARNINGS | -1288638 |
| CORPORATION – LEGAL RESERVE (NON US) | |
| CORPORATION – OTHER CAPITAL RESERVE (NON US) | |
| CORPORATION – FIXED ASSET REVALUATION (NON US) | |
| SUB "S" – DIVIDENDS DECLARED | |
| PARTNERS' OR PROPRIETOR'S – INVESTMENT | |
| PARTNERS' OR PROPRIETOR'S – DRAWING | |
| NET WORTH | -1088638 |
| NET PROFIT - AFTER INCOME TAX - YTD | -315725 |
| NET WORTH | -1404363 |
| TOTAL LIABILITIES & NET WORTH | 4916947 |

### WORKING CAPITAL

| Item | Amount |
|---|---|
| ACTUAL | 687722 |
| RECOMMENDED MINIMUM OR GUIDE | 1166879 |
| ACTUAL OVER (UNDER) | -479157 |

### OPERATING ANALYSIS

| Line | Item | MONTH | YTD | MONTH % TOTAL SALES | YTD % TOTAL SALES |
|---|---|---|---|---|---|
| 54 | TOTAL SALES | 1441308 | 6373517 | | |
| 55 | TOTAL GROSS | 253532 | 1182684 | 17.6 | 18.6 |
| 56 | TOTAL EXPENSE | 379676 | 1563132 | 26.3 | 24.5 |
| 57 | OPERATING PROFIT | -126144 | -380448 | -8.8 | -6.0 |
| 58 | ADD'T & DEDUCT TO INCOME - BONUSES | 13198 | 64729 | .9 | 1.0 |
| 59 | PROFIT BEFORE INCOME TAX | -112946 | -315719 | -7.8 | -5.0 |

### RECEIVABLES AGING

| | | | | |
|---|---|---|---|---|
| VEH. ACCOUNTS | | | | |
| PARTS ACCOUNTS | 2596 | 9130 | 2366 | 14 |
| SERVICE ACCOUNTS | 44296 | 47461 | 1655 | 867 |
| BODY ACCOUNTS | | | | |
| WARR. RECEIVABLES | 273 | 597 | | |
| FORD INCENTIVES | | | | |
| NOTES RECEIVABLES | | | | |

Exhibit B

DEALER BOB LEWIS LM P&A CODE 11042 SALES CODE 51F488 MONTH 30 APR 2007 PG2

OPERATING SUMMARY

| Operating Summary | Dollars Month | Dollars YTD | Units YTD Car | Units YTD Truck |
|---|---|---|---|---|
| Total Sales | 1441308 | 6373517 | N 24 / U 126 | N 42 / U 54 |
| Total Gross | 253532 | 1182684 | % Total Gross Month | YTD |
| Total Selling Expense | 230206 | 964927 | 908 | 816 |
| Total Selling/Adjusted Selling Gross | 23326 | 217757 | 92 | 184 |
| Total Fixed Expense | 149470 | 598205 | 590 | 506 |
| Dealer Salary | | | | |
| Operating Profit | -126144 | -380448 | -498 | -322 |
| Leased Vehicle (Net Income) | | | | |
| Rental Vehicle (Net Income) | | | | |
| Recreational Vehicle (Net Income) | | | | |
| Tractor/Other | | | | |
| Adj. to Income | 4813 | 35690 | 19 | 30 |
| Customer Satisfaction & Ford Support | 8385 | 29039 | 33 | 25 |
| Indemnities (Non US) | | | | |
| Bonus – Dealer | | | | |
| Bonus – Employee | | | | |
| Profit Before Income Tax | -112946 | -315719 | -445 | -267 |
| PNVS | | | -6644 | -4784 |
| Est. Income Tax | -1 | 6 | % Total Sales | |
| Profit Sharing (Non US) | | | | |
| Combined Capital Legal Reserve (Non US) | | | | |
| Net Profit After Tax | -112945 | -315725 | -78 | -50 |

DEPARTMENTAL OPERATING SUMMARY

| | M/Y | New | Used | Parts * | Service * | Body * |
|---|---|---|---|---|---|---|
| Total Sales | M | 650670 | 547981 | 126743 | 115914 | |
| | Y | 2462799 | 2792938 | 543494 | 574286 | |
| Total Gross | M | 63470 | 67237 | 41927 | 80898 | |
| | Y | 184441 | 420419 | 186043 | 391781 | |
| Total Selling Expense | M | 66294 | 77142 | 21862 | 64908 | |
| | Y | 234333 | 362515 | 99102 | 268977 | |
| Total Selling/Adjusted Selling Gross | M | -2824 | -9905 | 20065 | 15990 | |
| | Y | -49892 | 57904 | 86941 | 122804 | |
| Total Fixed Expense | M | 49324 | 29894 | 20926 | 49326 | |
| | Y | 197408 | 119640 | 83749 | 197408 | |
| Dealer Salary | M | | | | | |
| | Y | | | | | |
| Operating Profit | M | -52148 | -39799 | -861 | -33336 | |
| | Y | -247300 | -61736 | 3192 | -74604 | |

ADJUSTMENTS TO INCOME

| Item | Month | YTD |
|---|---|---|
| Cash Disc. Earned | | |
| Interest Income | | |
| Dividend Income | | |
| Sales Fixed Assets | | |
| Other | 4813 | 35690 |
| TDS (Volvo Only) | | |
| Cash Discount | | |
| Other | | |
| Total (Line 20) | 4813 | 35690 |

CUSTOMER SATISFACTION AND FORD SUPPORT

| Item | Month | YTD |
|---|---|---|
| Ford Blue Oval | | |
| Volvo CSI / VMS | | |
| LOSP | 8385 | 29039 |
| Other # 2 | | |
| Other # 3 | | |
| JAG CSI / FAC / CPO / MMP | | |
| Land Rover | | |
| Total Customer Satisfaction Adjustment (Line 21) | 8385 | 29039 |

NON-US DEALER ADJUSTMENTS (MEMO)

| Item | Month | YTD |
|---|---|---|
| Exchange Rate Adjustment | | |
| Monetary Adjustment | | |
| [illegible] | 232723 | 887123 |

| | Month | YTD | PNVS | |
|---|---|---|---|---|
| | | | A | B |
| Total Overhead Exp. | 331804 | 1340824 | | |
| Total P, S, BS Gross | 122825 | 577824 | 7225 | 8755 |
| Net Operating Cost | 208979 | 763000 | C | D |
| Total Vehicle Gross | 130707 | 604860 | 7689 | 9165 |
| Total Var. Sales Exp. | 47872 | 222308 | 2816 | 3368 |
| Total Variable Gross | 82835 | 382552 | 4873 | 5796 |

BREAK-EVEN UNITS: N.O.C. ÷ VAR. GROSS PN/UVR — Month: 111; YTD: 407

Service Absorption: The Sum of Total Parts, Service & Body Shop Gross Profits DIVIDED By the Sum of Total Fixed Expense + Dealer Salary + Parts, Service & Body Shop Sales Expense.

(Benchmark is 85% - 100%) — Month: 52.0%; YTD: 59.8%

OPERATING TREND ANALYSIS

| Month | New Units Car | New Units Truck | Used Units Retail Car | Used Units Retail Truck | Total Car/Trk (Inc Whsl) | New | Used | Parts * | Service * | Body Shop * | Fixed Exp. (000) | Opt. PFT (000) | PFT BIT (000) | Net Profit PNVS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | | | | | | -20 | 20 | 24 | 45 | | 155 | -86 | -68 | |
| February | | | | | | -17 | 15 | 21 | 27 | | 148 | -104 | -83 | |
| March | 19 | 30 | 73 | 39 | 199 | -10 | 33 | 22 | 35 | | 146 | -65 | -52 | -1060 |
| April | 5 | 12 | 23 | 4 | 47 | -3 | -10 | 20 | 16 | | 149 | -126 | -113 | -6644 |
| May | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | |
| Current YTD | 24 | 42 | 96 | 43 | 246 | -50 | 58 | 87 | 123 | | 598 | -380 | -316 | -4784 |
| Prior YTD | 33 | 58 | 100 | 80 | 316 | -120 | 90 | 68 | 131 | | 571 | -403 | -309 | -3397 |

(New through Body Shop columns: SELLING/ADJUSTED * SELLING GROSS (000))

Exhibit B



DEALER BOB LEWIS LM P&A CODE 11042 SALES CODE 51F488 MONTH 30 APR 2007 PG 3C

NEW VEHICLE DEPARTMENT

| LINE | MONTH SALES | MONTH GROSS | MONTH UNITS | MONTH GR PVS | | | YEAR-TO-DATE UNITS | YEAR-TO-DATE GR PVS | YEAR-TO-DATE SALES | YEAR-TO-DATE GROSS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | RETAIL CARS | CROWN VICTORIA | | | | |
| 2 | | | | | | TAURUS | | | | |
| 3 | | | | | | 500 | | | | |
| 4 | | | | | | MUSTANG | | | | |
| 5 | | | | | | FOCUS | | | | |
| 6 | | | | | | MONDEO (MEXICO ONLY) | | | | |
| 7 | | | | | | FIESTA/IKON (MEXICO ONLY) | | | | |
| 8 | | | | | | KA (MEXICO ONLY) | | | | |
| 9 | | | | | | FORD GT | | | | |
| 10 | | | | | | FUSION | | | | |
| 11 | | | | | | TBD FORD CAR #1 | | | | |
| 12 | | | | | | TBD FORD CAR #2 | | | | |
| 13 | | | | | | TBD FORD CAR #3 | | | | |
| 14 | | | | | | TBD FORD CAR #4 | | | | |
| 15 | | | | | | TBD FORD CAR #5 | | | | |
| 16 | | | | | | TBD FORD CAR #6 | | | | |
| 17 | | | | | | TBD FORD CAR #7 | | | | |
| 18 | | | | | | TBD FORD CAR #8 | | | | |
| 19 | | | | | | TBD FORD CAR #9 | | | | |
| 20 | | | | | | FORD DISCONTINUED MODEL CARS | | | | |
| 21 | | | | | | TOTAL FORD RETAIL CARS | | | | |
| 22 | 31787 | 1656 | 1 | 1656 | | GRAND MARQUIS / MARAUDER | 2 | 1681 | 57797 | 3361 |
| 23 | | | | | | SABLE | | | | |
| 24 | | | | | | MONTEGO | 2 | 1805 | 54574 | 3609 |
| 25 | 63819 | 4243 | 3 | 1414 | | MILAN | 7 | 968 | 152939 | 6776 |
| 26 | | | | | | TBD LM CAR #2 | | | | |
| 27 | | | | | | TBD LM CAR #3 | | | | |
| 28 | | | | | | TOWN CAR | 2 | 1897 | 83325 | 3793 |
| 29 | | | | | | LS | | | | |
| 30 | 35005 | 2755 | 1 | 2755 | | ZEPHYR / MKZ | 10 | 1873 | 332796 | 18734 |
| 31 | | | | | | LINCOLN MKS | | | | |
| 32 | | | | | | TBD LM CAR #5 | | | | |
| 33 | | | | | | TBD LM CAR #6 | | | | |
| 34 | | | | | | TBD LM CAR #7 | | | | |
| 35 | | | | | | TBD LM CAR #8 | | | | |
| 36 | | | | | | LM DISCONTINUED MODEL CARS | | | | |
| 37 | 130611 | 8654 | 5 | 1731 | | TOTAL LM RETAIL CARS | 23 | 1577 | 681431 | 36273 |
| 38 | | | | | | TOTAL JAGUAR RETAIL CARS | | | | |
| 39 | | | | | | TOTAL VOLVO RETAIL CARS | | | | |
| 40 | | | | | | TOTAL MAZDA RETAIL CARS | | | | |
| 41 | | | | | NON FOMOCO CARS | | | | | |
| 42 | 130611 | 8654 | 5 | 1731 | TOTAL RETAIL CARS | | 23 | 1577 | 681431 | 36273 |
| 43 | | | | | FORD MOTOR CO. FLEET CARS | | 1 | 928 | 40978 | 928 |
| 44 | | | | | NON FoMoCo FLEET CARS | | | | | |
| 45 | | | | | TOTAL FLEET CARS | | 1 | 928 | 40978 | 928 |
| 46 | | 1400 | | | CAR INCENTIVES | | | | | 2225 |
| 47 | 130611 | 10054 | 5 | 2011 | TOTAL CARS | | 24 | 1643 | 722409 | 39426 |

Exhibit B

DEALER BOB LEWIS LM | P&A CODE 11042 | SALES CODE 51F488 | MONTH 30 APR 2007 | PC 3T

NEW VEHICLE DEPARTMENT — RETAIL TRUCKS

| LINE | MONTH SALES | MONTH GROSS | MONTH UNITS | MONTH GR PVS | | YTD UNITS | YTD GR PVS | YEAR-TO-DATE SALES | YTD GROSS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | EDGE | | | | |
| 2 | | | | | FREESTYLE | | | | |
| 3 | | | | | ESCAPE | | | | |
| 4 | | | | | EXPLORER | | | | |
| 5 | | | | | EXPEDITION | | | | |
| 6 | | | | | EXCURSION | | | | |
| 7 | | | | | FREESTAR (MINIVAN) | | | | |
| 8 | | | | | ECONOLINE / CLUB WAGON | | | | |
| 9 | | | | | RANGER | | | | |
| 10 | | | | | F150 (UNDER 8500# GVW) | | | | |
| 11 | | | | | F-SUPER DUTY (F250-350 OVER 8500# GVW) | | | | |
| 12 | | | | | COURIER (MEXICO ONLY) | | | | |
| 13 | | | | | ECOSPORT (MEXICO ONLY) | | | | |
| 14 | | | | | TRANSIT (MEXICO ONLY) | | | | |
| 15 | | | | | TBD FORD TRUCK #2 | | | | |
| 16 | | | | | TBD FORD TRUCK #3 | | | | |
| 17 | | | | | TBD FORD TRUCK #4 | | | | |
| 18 | | | | | TBD FORD TRUCK #5 | | | | |
| 19 | | | | | TBD FORD TRUCK #6 | | | | |
| 20 | | | | | TBD FORD TRUCK #7 | | | | |
| 21 | | | | | TBD FORD TRUCK #8 | | | | |
| 22 | | | | | FORD DISCONTINUED MODEL TRUCKS | | | | |
| 23 | | | | | TOTAL FORD LIGHT TRUCK RETAIL | | | | |
| 24 | | | | | MONTEREY | | | | |
| 25 | 58896 | 2244 | 2 | 1122 | MARINER | 6 | 1566 | 180215 | 9394 |
| 26 | | | | | MOUNTAINEER | 5 | 1112 | 172243 | 5559 |
| 27 | | | | | TBD L/M TRUCK #1 | | | | |
| 28 | | | | | TBD L/M TRUCK #2 | | | | |
| 29 | | | | | TBD L/M TRUCK #3 | | | | |
| 30 | | | | | AVIATOR | | | | -143 |
| 31 | 297837 | 14351 | 6 | 2392 | NAVIGATOR | 16 | 1576 | 809863 | 25212 |
| 32 | | -448 | | | LINCOLN MARK LT | 6 | -91 | 209060 | -548 |
| 33 | 163326 | 8184 | 4 | 2046 | LINCOLN MKX | 9 | 2389 | 369009 | 21499 |
| 34 | | | | | TBD L/M TRUCK #5 | | | | |
| 35 | | | | | TBD L/M TRUCK #6 | | | | |
| 36 | | | | | L/M DISCONTINUED MODEL TRUCKS | | | | |
| 37 | 520059 | 24331 | 12 | 2028 | TOTAL L/M LIGHT TRUCK RETAIL | 42 | 1452 | 1740390 | 60973 |
| 38 | | | | | TOTAL VOLVO TRUCK RETAIL | | | | |
| 39 | | | | | TOTAL MAZDA TRUCK RETAIL | | | | |
| 40 | | | | | TOTAL LAND ROVER TRUCK RETAIL | | | | |
| 41 | | | | | NON FOMOCO LIGHT TRUCK | | | | |
| 42 | 520059 | 24331 | 12 | 2028 | TOTAL LIGHT TRUCK RETAIL | 42 | 1452 | 1740390 | 60973 |
| 43 | | | | | FLEET LIGHT TRUCKS | | | | |
| 44 | 520059 | 24331 | 12 | 2028 | TOTAL LIGHT TRUCK | 42 | 1452 | 1740390 | 60973 |
| 45 | | | | | RTL FLT F-SUPER DUTY (F450-550 OVER 8500# GVW) | | | | |
| 46 | | | | | F-SUPER DUTY (F650-750) | | | | |
| 47 | | | | | LOW CAB (FWD) | | | | |
| 48 | | | | | TOTAL FORD COMMERCIAL TRUCKS | | | | |
| 49 | | | | | NON FOMOCO CLASS 4-7-8 | | | | |
| 50 | | | | | TOTAL COMMERCIAL/OTHER TRUCKS | | | | |
| 51 | | | | | UNITS / MEMO FLEET MO. COMMERCIAL / UNITS YTD | | | | |
| 52 | | 1399 | | | TRUCK INCENTIVES | | | | 3399 |
| 53 | 520059 | 25730 | 12 | 2144 | TOTAL NEW TRUCK | 42 | 1533 | 1740390 | 64372 |
| 54 | | 1521 | | | DEALER TRANSFERS (Units) YTD 20 | | | | 4655 |
| 55 | 650670 | 37305 | 17 | 2194 | TOTAL NEW VEHICLES | 66 | 1643 | 2462799 | 108453 |
| 56 | 257370 | 8920 | 8 | 1115 | MEMO: NEW INTERNET SALES | 16 | 2692 | 1170867 | 43070 |

**RETAIL LEASE**

| | | CAR UNITS | CAR GROSS | CAR GR PVL | TRUCK UNITS | TRUCK GROSS | TRUCK GR PVL | NON FOMOCO UNITS | NON FOMOCO GROSS | NON FOMOCO GR PVL | TOTAL UNITS | TOTAL GROSS | TOTAL GR PVL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW | MONTH | 2 | 2454 | 1227 | 3 | 3965 | 1322 | | | | 5 | 6419 | 1284 |
| NEW | YTD | 2 | 841 | 421 | 3 | 13633 | 4544 | | | | 5 | 14474 | 2895 |
| USED | MONTH | | | | | | | | | | | | |
| USED | YTD | | | | | | | | | | | | |

Exhibit B

DEALER BOB LEWIS LM P&A CODE 11042 SALES CODE 51F488 MONTH 30 APR 2007 PG 4

| MONTH SALES | MONTH GROSS | MONTH UNITS | MONTH GR PVS | USED VEHICLE DEPARTMENT | YTD UNITS | YTD GR PVS | YTD SALES | YTD GROSS |
|---|---|---|---|---|---|---|---|---|
| 337676 | 25120 | 17 | 1478 | USED CARS RETAIL | 81 | 1681 | 1375202 | 136200 |
| | | | | MEMO: USED CERTIFIED CARS (FRANCHISE ONLY) | | | | |
| 82531 | 7031 | 6 | 1172 | REMARKETED CARS RETAIL | 15 | 1637 | 250130 | 24557 |
| | -212 | | | USED LIGHT TRUCKS RETAIL | 29 | 2786 | 584071 | 80803 |
| | | | | MEMO: USED CERTIFIED TRUCKS (FRANCHISE ONLY) | | | | |
| | | | | USED MED/HVY TRUCKS RETAIL | | | | |
| 102839 | 13477 | 4 | 3369 | REMARKETED TRUCKS RETAIL | 14 | 3490 | 339883 | 48861 |
| | | | | USED CAR/TRK INCENTIVES | | | | |
| 523046 | 45416 | 27 | 1682 | TOTAL USED RETAIL | 139 | 2089 | 2549286 | 290421 |
| 13545 | 1025 | 2 | 513 | USED CARS WHOLESALE | 29 | -117 | 174120 | -3382 |
| | | | | REMARKETED CARS WHOLESALE | 1 | -200 | 6545 | -200 |
| 11390 | 2495 | 1 | 2495 | USED TRUCKS WHOLESALE | 11 | 92 | 62987 | 1012 |
| | | | | REMARKETED TRUCKS WHOLESALE | | | | |
| | | | | USED VEH INVENTORY ADJUSTMENT | | | | |
| 24935 | 3520 | 3 | 1173 | TOTAL USED WHOLESALE | 41 | -63 | 243652 | -2570 |
| 547981 | 48936 | 30 | 1631 | TOTAL USED VEHICLES | 180 | 1599 | 2792938 | 287851 |
| 159945 | 12921 | 8 | 1615 | MEMO: USED INTERNET SALES | 72 | 2220 | 1266973 | 159827 |

| MONTH | YTD | MONTH | YTD | MONTH | YTD | CAR RECONDITIONING ANALYSIS TRK | MONTH | YTD | MONTH | YTD | MONTH | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 73 | 4733 | 42886 | 364 | 587 | | 1 | 37 | 1632 | 22278 | 1632 | 602 |

| NEW INCOME MONTH | NEW INCOME YTD | NEW UNITS MONTH | NEW UNITS YTD | NEW %PEN YTD | NEW PVR MONTH | NEW PVR YTD | F&I DEPARTMENT | USED UNITS MONTH | USED UNITS YTD | USED %PEN YTD | USED PVR MONTH | USED PVR YTD | USED INCOME MONTH | USED INCOME YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3365 | 20194 | 4 | 50 | 769 | 198 | 311 | 5100 FINANCE CONTRACTS | 4 | 115 | 827 | 247 | 421 | 6658 | 58457 |
| 248 | 7006 | | | | 15 | 108 | 5110 FIN. INC ADJ. | | | | 9 | 53 | 248 | 7305 |
| | | | | | | | 5120 INSURANCE CONTRACTS | | | | | | | |
| | | | | | | | 5130 INSUR ADJ. | | | | | | | |
| 13958 | 37905 | 4 | 20 | 308 | 821 | 583 | 5140 EXT. SERVICE CONTR | 2 | 52 | 374 | 182 | 352 | 4907 | 48884 |
| 1170 | -150 | | | | 69 | -2 | 5150 EXT. SERVICE CONTR. REB. | | | | 75 | 36 | 2030 | 5045 |
| 10260 | 24745 | | | | 604 | 381 | 5160 OTHER MERCHANDISE | | | | 334 | 270 | 9014 | 37577 |
| | | | | | | | 5170, 6180 REPO LOSS NET | | | | | | | |
| 26165 | 75988 | | | | 1539 | 1169 | TOTAL F&I INCOME | | | | 678 | 954 | 18301 | 132568 |

| MONTH | YTD | MONTH | YTD | TOTAL VEHICLE | MONTH | YTD | MONTH | YTD |
|---|---|---|---|---|---|---|---|---|
| 37305 | 108453 | 2194 | 1669 | CAR / TRUCK GROSS | 1812 | 2071 | 48936 | 287851 |
| ( | | | | COST OF SALES ADJ: LIFO | | | ( | |
| 26165 | 75988 | 1539 | 1169 | F & I NET INCOME (LINE 31) | 678 | 954 | 18301 | 132568 |
| 650670 | 2462799 | NEW GROSS % SALES | | S / S USED GROSS % SALES | | | 547981 | 2792938 |
| 63470 | 184441 | 98 | 75 | G / G | 123 | 151 | 67237 | 420419 |

| NEW VEHICLE SALES EXPENSE MONTH | NEW VEHICLE SALES EXPENSE YTD | % TOTAL NEW GROSS MONTH | % TOTAL NEW GROSS YTD | EXPENSE | % TOTAL USED GROSS MONTH | % TOTAL USED GROSS YTD | USED VEHICLE SALES EXPENSE MONTH | USED VEHICLE SALES EXPENSE YTD |
|---|---|---|---|---|---|---|---|---|
| 9416 | 26043 | 148 | 141 | COMM. & INCENT. SALESPERSON | 217 | 171 | 14566 | 71728 |
| 1994 | 3354 | 31 | 18 | COMM. & INCENT. SALES MANAGERS | 72 | 92 | 4824 | 38544 |
| 6267 | 17806 | 99 | 97 | COMM. & INCENT. F & I | 81 | 89 | 5427 | 37555 |
| 1395 | 9796 | 22 | 53 | PRE-DELIVERY | | | | |
| (2217 | 12707 | 35 | 69 | PRE-DELIVERY ALLOWANCES | | | | |
| 147 | 1434 | 2 | 8 | FREE SERVICE / MAINTENANCE & POLICY | 90 | 68 | 6053 | 28755 |
| 17002 | 45726 | 268 | 248 | TOTAL VARIABLE EXPENSE | 459 | 420 | 30870 | 176582 |
| 46468 | 138715 | 732 | 752 | VARIABLE GROSS | 541 | 580 | 36367 | 243837 |
| 3538 | 10790 | 56 | 59 | SALARIES SALESPERSONS | 67 | 32 | 4527 | 13537 |
| 13713 | 66963 | 216 | 363 | SALARIES SALES MANAGERS | 189 | 101 | 12693 | 42402 |
| 6795 | 24540 | 107 | 133 | SALARIES OTHER | 110 | 56 | 7412 | 23646 |
| | | | | SALARIES F & I | | | | |
| 4245 | 23242 | 67 | 126 | ADVERTISING | 66 | 102 | 4412 | 42970 |
| 2474 | 13728 | 39 | 74 | MEMO: INTERNET ADVERTISING | 82 | 84 | 5502 | 35255 |
| (7630 | 28156 | 120 | 153 | ADVERTISING REBATES | 27 | 24 | (1830 | 9935 |
| 10444 | 37089 | 165 | 201 | PROMOTION | 119 | 60 | 8021 | 25272 |
| 783 | 1752 | 12 | 9 | TRAINING | 7 | 4 | 504 | 1473 |
| 217 | 1298 | 3 | 7 | DEMO EXPENSE | | 4 | | 1500 |
| | -843 | | -5 | SERVICE LOANERS | | | | |
| | | | | F & I OTHER | | | | |
| 27649 | 104309 | 436 | 566 | INTEREST - FLOOR PLAN | 157 | 107 | 10533 | 45068 |
| (10462 | 52377 | 165 | 284 | FLOOR PLAN ASSISTANCE | | | ( | |
| 49292 | 188607 | 777 | 1023 | TOTAL SEMI-FIXED EXPENSES | 688 | 442 | 46272 | 185933 |
| -2824 | -49892 | -44 | -271 | SELLING GROSS | -147 | 138 | -9905 | 57904 |

Exhibit B

DEALER BOB LEWIS LM P&A CODE 11042 SALES CODE 51F488 MONTH 30 APR 2007 PG5

| Line | Parts Dept. Month | Parts Dept. YTD | Parts Gross % Sales Mon | Parts Gross % Sales YTD | Account | S/G | Service Dept. Month | Service Dept. YTD | Service Gross % Sales Mon | Service Gross % Sales YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 30210 | 108652 | | | WHOLESALE* | S | | | | |
| 2 | 5101 | 18970 | | | | G | | | | |
| 3 | -100 | 172 | | | 6410 WHOLESALE / 6411 JOB INCENTIVE | G | | | | |
| 4 | 5001 | 19142 | 16.6 | 17.6 | TOTAL WHOLESALE | G | | | | |
| 5 | 6180 | 38893 | | | | S | | | | |
| 6 | 2072 | 11557 | 33.5 | 29.7 | | G | | | | |
| 7 | 56263 | 250538 | | | REPAIR SHOP | S | 80864 | 347031 | | |
| 8 | 24164 | 103872 | 42.9 | 41.5 | | G | 67251 | 280017 | 83.2 | 80.7 |
| 9 | 983 | 18924 | | | ESP REPAIR SHOP | S | 3324 | 35722 | | |
| 10 | 518 | 5726 | 52.7 | 30.3 | | G | 2301 | 24535 | 69.2 | 68.7 |
| 11 | | | | | JOB INCENTIVE | G | | | | |
| 12 | 19586 | 86545 | | | WARRANTY & POLICY CLAIMS (SERVICE) | S | 22083 | 93289 | | |
| 13 | 5774 | 24382 | 29.5 | 28.2 | | G | 14827 | 60518 | 67.1 | 64.9 |
| 14 | 7864 | 30565 | | | INTERNAL (SERVICE) | S | 6106 | 45004 | | |
| 15 | 892 | 6373 | 11.3 | 20.9 | | G | 4519 | 34083 | 74.0 | 75.7 |
| 16 | | | | | UNAPPLIED TIME | G | -7381 | -13162 | | |
| 17 | | 3720 | | | SUBLET REPAIRS | S | 3305 | 32593 | | |
| 18 | | 239 | | 64 | | G | 124 | 1924 | 3.8 | 5.9 |
| 19 | | | | | OTHER MERCHANDISE | S | | | | |
| 20 | | | | | | G | | | | |
| 21 | | | | | PARTS SALES SERV-OTHER FRANCHISE | S | | | | |
| 22 | | | | | | G | | | | |
| 23 | 84696 | 390292 | | | TOTAL | S | | | | |
| 24 | 31348 | 140592 | 37.0 | 36.0 | | G | | | | |
| 25 | | | | | BODY SHOP (METAL) | S | | | | |
| 26 | | | | | | G | | | | |
| 27 | | | | | BODY SHOP (PAINT) | S | | | | |
| 28 | | | | | | G | | | | |
| 29 | | | | | WARRANTY & POLICY CLAIMS (BODY SHOP) | S | | | | |
| 30 | | | | | | G | | | | |
| 31 | | | | | INTERNAL (BODY SHOP) | S | | | | |
| 32 | | | | | | G | | | | |
| 33 | 5657 | 5657 | | | MATERIALS | S | 232 | 20647 | | |
| 34 | 1845 | 1845 | 32.6 | 32.6 | | G | -743 | 3866 | E | 18.7 |
| 35 | | | | | PARTS SALES BODY-OTHER FRANCHISE | S | | | | |
| 36 | | | | | | G | | | | |
| 37 | 5657 | 5657 | | | TOTAL PARTS SALES - BODY | S | | | | |
| 38 | 1845 | 1845 | 32.6 | 32.6 | | G | | | | |
| 39 | 1661 | 12907 | | | DISCOUNTS EARNED | G | | | | |
| 40 | | | | | INVENTORY ADJ. | G | | | | |
| 41 | 126743 | 543494 | | | TOTAL | S | 115914 | 574286 | | |
| 42 | 41927 | 186043 | 33.1 | 34.2 | | G | 80898 | 391781 | 69.8 | 68.2 |
| 43 | | | | | COST OF SALES: LIFO | G | | | | |
| 44 | 41927 | 186043 | 33.1 | 34.2 | | G | 80898 | 391781 | 69.8 | 68.2 |
| 45 | EXPENSES | | % PARTS GROSS | | | | | | | |
| 46 | 8542 | 31204 | 20.4 | 16.8 | COMP-MGRS. | | 2500 | 2500 | 3.1 | .6 |
| 47 | 3764 | 29643 | 9.0 | 15.9 | SAL-OTHER | | 18802 | 72793 | 23.2 | 18.6 |
| 48 | 900 | 3565 | 2.1 | 1.9 | COMM & INCENTIVE | | 20488 | 90408 | 25.3 | 23.1 |
| 49 | 2624 | 16394 | 6.3 | 8.8 | ADVERT / PROMO | | 4236 | 27972 | 5.2 | 7.1 |
| 50 | | | | | | | | | | |
| 51 | | | | | | | | | | |
| 52 | 2250 | 2250 | 5.4 | 1.2 | TRAINING | | 1700 | 6431 | 2.1 | 1.6 |
| 53 | | | | | POLICY ADJ | | 2413 | 4986 | 3.0 | 1.3 |
| 54 | 217 | 1360 | .5 | .7 | SERV LOANER | | 1387 | -350 | 1.7 | -.1 |
| 55 | 272 | 916 | .6 | .5 | TOOLS & SUPPLIES | | 4549 | 23779 | 5.6 | 6.1 |
| 56 | 241 | 1620 | .6 | .9 | FREIGHT | | | 82 | | .0 |
| 57 | 3052 | 12150 | 7.3 | 6.5 | EQ & VEH. MAINT. | | 1834 | 12259 | 2.3 | 3.1 |
| 58 | | | | | INV CNTRL & DP | | 2556 | 9595 | 3.2 | 2.4 |
| 59 | 21862 | 99102 | 52.1 | 53.3 | VAC / TO PAY TECH / TOT. SALES EXP. | | 4443 | 18522 | 5.5 | 4.7 |
| 60 | 20065 | 86941 | 47.9 | 46.7 | SELLING GROSS | | 64908 | 268977 | 80.2 | 68.7 |
| 61 | | | | | SHOP PARTS GROSS TRANS. | | 15990 | 122804 | 19.8 | 31.3 |
| 62 | 20065 | 86941 | | | ADJ. SELLING GROSS | | 15990 | 122804 | | |

LABOR RATES

| REPAIR | BODY | W & P | INTERNAL |
|---|---|---|---|
| 12000 | | 10828 | 12000 |

| FRANCHISE R.O. ANALYSIS | | TRAFFIC R.O. COUNT | SALES PER R.O. PARTS | SALES PER R.O. LABOR |
|---|---|---|---|---|
| REPAIR SHOP | M | 271 | 208 | 298 |
| | Y | 1278 | 196 | 272 |
| BODY SHOP | M | | | |
| | Y | | | |
| W & P CLAIMS SERVICE | M | 109 | 180 | 203 |
| | Y | 496 | 174 | 188 |
| W & P CLAIMS BODY | M | | | |
| | Y | | | |
| ESP REPAIR | M | 35 | 28 | 95 |
| | Y | 238 | 80 | 150 |
| INTERNAL | M | 29 | 271 | 211 |
| | Y | 279 | 110 | 161 |

MEMO: OTHER FRAN PARTS PURCHASES

| MONTH | YTD |
|---|---|
| | |

| RO ANALYSIS | | TRAFFIC RO COUNT | SALES PER RO PARTS | SALES PER RO LABOR |
|---|---|---|---|---|
| SERVICE OTH FRAN | M | | | |
| | Y | | | |
| BODY OTH FRAN | M | | | |
| | Y | | | |

MEMO: PRODUCTIVITY / EFFICIENCY

| SERVICE TECHNICIANS | MONTH | YTD |
|---|---|---|
| AVAILABLE CLOCKED HOURS | 1512 | 5984 |
| ACTUAL RETAIL HOURS WORKED | 797 | 4978 |
| FLAT RATE HOURS SOLD | 802 | 4949 |

OTHER FRAN PARTS DEPT.

| | | |
|---|---|---|
| WHOLESALE | S | |
| | G | |
| COUNTER RETAIL | S | |
| | G | |

Exhibit B

DEALER BOB LEWIS LM | P & A CODE 11042 | SALES CODE 51F488 | MONTH 30 APR 2007 | PG 6

| LINE NO | FIXED EXPENSE | MONTH | YTD | % GROSS MON | % GROSS YTD | NEW | USED | PARTS * | SERVICE * | BODY * | UNAPPLIED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SELLING GROSS / ADJUSTED SELLING GROSS ALL DEPTS | 23326 | 217757 | 92 | 184 | -49892 | 57904 | 86941 | 122804 | | |
| | | | | | | DEPARTMENTAL FIXED EXPENSE ALLOCATION | | | | | |
| 1 | SAL.-GEN MGR. | | | | | | | | | | |
| 2 | SALARIES-ADM. | 13529 | 38343 | 53 | 32 | | | | | | |
| 3 | EMPLOYEE BENEFIT | 23376 | 87609 | 92 | 74 | 12653 | 7669 | 5368 | 12653 | | |
| 4 | PAYROLL TAXES | 16921 | 80924 | 67 | 68 | 28911 | 17522 | 12265 | 28911 | | |
| 5 | PENSIONS | | | | | 26705 | 16185 | 11329 | 26705 | | |
| 6 | INST'L ADV. & PROMO | | | | | | | | | | |
| 7 | RENT & EQUIVALENT * | 47294 | 217611 | 187 | 184 | | | | | | |
| 8 | UTILITIES | 3849 | 19006 | 15 | 16 | 70188 | 42538 | 29777 | 75008 | | 100 |
| 9 | TELEPHONE | 5349 | 15300 | 21 | 13 | 6272 | 3801 | 2661 | 6272 | | |
| 10 | TAXES | 460 | 1436 | 2 | 1 | 5049 | 3060 | 2142 | 5049 | | |
| 11 | INSURANCE | 1265 | 10076 | 5 | 9 | 474 | 287 | 201 | 474 | | |
| 12 | OFFICE SUPPLIES | 564 | 6633 | 2 | 6 | 4916 | 2979 | 2085 | 96 | | |
| 13 | PROFESSIONAL & SERVICE FEES | 9651 | 34591 | 38 | 29 | 2189 | 1326 | 929 | 2189 | | |
| 14 | DATA PROCESSING | 14879 | 35055 | 59 | 30 | 11415 | 6918 | 4843 | 11415 | | |
| 15 | BAD DEBTS | | | | | 11568 | 7011 | 4908 | 11568 | | |
| 16 | CONTRIBUTIONS | | | | | | | | | | |
| 17 | INTEREST | 11257 | 39185 | 44 | 33 | | | | | | |
| 18 | DEPREC. EQUIP. | | 9115 | | 8 | 12931 | 7837 | 5486 | 12931 | | |
| 19 | EQ. & VEH. MAINT. GEN'L. | 200 | 800 | 1 | 1 | 3008 | 1823 | 1276 | 3008 | | |
| 20 | TRAVEL & ENTERTAINMENT | | | | | 264 | 160 | 112 | 264 | | |
| 21 | MISCL. EXPENSE | 876 | 2521 | 3 | 2 | | | | | | |
| 22 | | | | | | 832 | 504 | 353 | 832 | | |
| | ALLOCATION OF UNAPPLIED EXPENSE | | | | | 33 | 20 | 14 | 33 | | 100 |
| 23 | TOTAL FIXED EXPENSE | 149470 | 598205 | 590 | 506 | 197408 | 119640 | 83749 | 197408 | | TOTAL APPLIED |
| 24 | DEALER SALARY | | | | | | | | | | |
| 25 | OPERATING PROFIT | -126144 | -380448 | -498 | -322 | -247300 | -61736 | 3192 | -74604 | | |

## F & I SELLING GROSS ANALYSIS

| LINE NO | NEW VEHICLE MONTH | NEW VEHICLE YTD | | USED VEHICLE MONTH | USED VEHICLE YTD |
|---|---|---|---|---|---|
| 28 | 37305 | 108453 | GROSS | 48936 | 287851 |
| 29 | 10735 | 27920 | VAR. SELLING EXP | 25443 | 139027 |
| 30 | 49292 | 188607 | SEMI-FIXED SELLING EXP. | 46272 | 185933 |
| 31 | -22722 | -108074 | SELLING GROSS | -22779 | -37109 |
| 32 | 26165 | 75988 | TOTAL F & I NET INCOME | 18301 | 132568 |
| 33 | 6267 | 17806 | F & I SELLING EXPENSES | 5427 | 37555 |
| 34 | 19898 | 58182 | F & I SELLING GROSS | 12874 | 95013 |
| 35 | -2824 | -49892 | TOTAL SELLING GROSS | -9905 | 57904 |

## RENTAL DEPARTMENT

| | MONTH | YTD |
|---|---|---|
| INCOME | | |
| SALARIES | | |
| COMMISSIONS/INCENTIVES | | |
| OTHER EXPENSES | | |
| TOTAL NET | | |
| AGREEMENTS | | |

| RENTAL | CAR | TRUCK | RV | |
|---|---|---|---|---|
| TOT UNITS @ EOM | | | | |
| TOT UNIT-DAYS AVAIL. / MO. | | | | |
| CUST.-ESP.-PAID DAYS / MO. | | | | |
| SERVICE LOANER-PAID DAYS / MO. | | | | |
| DEALER-PAID DAYS / MO. | | | | |
| NON-UTILIZED DAYS / MO. | | | | |
| % UTILIZATION | | | | |
| % CUSTOMER / ESP. PAID | | | | |

## RENT OR EQUIVALENT

| LINE NO | | MONTH | YTD |
|---|---|---|---|
| 37 | NET RENT OR EQUIV. | 39034 | 183693 |
| 38 | DEPREC. & AMORT. | | 5018 |
| 39 | INSURANCE-BUILDING | 371 | 3568 |
| 40 | TAX-REAL ESTATE | 3302 | 13208 |
| 41 | MAINT.-BUILDING | 4588 | 12124 |
| 42 | TOTAL | 47295 | 217611 |

## PERSONNEL SUMMARY

| LINE NO | | TOTAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | SERVICE | BODY |
|---|---|---|---|---|---|---|---|---|---|
| 44 | DEALERS | | 1 | | | | | | |
| 45 | MANAGEMENT | | 2 | 2 | 2 | | 1 | | |
| 46 | SLSPRNS / SERV ADVSRS | | | 14 | | | 1 | 2 | |
| 47 | TECHNICIANS REPAIR | | | | | | | 11 | |
| 48 | TECHNICIANS INTERNAL | | | | | | | | |
| 49 | CLERICAL | | 2 | 2 | | | | | |
| 50 | OTHER | | | | | | | 2 | |
| 51 | TOTAL | 42 | 5 | 18 | 2 | | 2 | 15 | |

| LINE NO | SALESPERSON TENURE (IN MOS.) | | SERVICE ADVISOR TENURE (IN MOS.) | |
|---|---|---|---|---|
| 52 | LESS THAN 12 MOS. | 12 | LESS THAN 12 MOS. | |
| 53 | 12 TO 36 MOS | 2 | 12 TO 36 MOS. | 1 |
| 54 | 37 TO 60 MOS | | 37 TO 60 MOS | 1 |
| 55 | 61+ MOS. | | 61+ MOS | |

| LINE NO | SALESPERSON TURNOVER | | SERVICE ADVISOR TURNOVER | |
|---|---|---|---|---|
| 56 | HIRED-YTD | 2 | HIRED-YTD | |
| 57 | TERM.-YTD | | TERM.-YTD | |

| LINE NO | MEMO, SPLIT SLS FORCE | NEW ONLY | USED ONLY | COMBINED NEW & USED | TOTAL |
|---|---|---|---|---|---|
| 59 | MANAGERS | | | 2 | 2 |
| 60 | SALESPERSONS | | | 14 | 14 |

| STALL COUNT | REPAIR | INTERNAL | BODY |
|---|---|---|---|
| | 21 | | |

Exhibit B

DEALER BOB LEWIS LM P&A CODE 11042 SALES CODE 51F488 MONTH 30 APR 2007 PG7

PARTS DEPARTMENT — MONTH | YTD | MON | YTD — GRS % SLS

SERVICE DEPARTMENT — MONTH | YTD | MON | YTD — GRS % SLS

**MEMO: QUALITY CARE SERVICE CENTER (QCSC:**
**QUICK LANE (US)**
**FAST LANE (CANADA)**

| FRANCHISE R.O. ANALYSIS | | TRAFFIC R.O. COUNT | SALES PER R.O. PARTS | SALES PER R.O. LABOR |
|---|---|---|---|---|
| RETAIL SHOP SALES | M | | | |
| | Y | | | |
| ESP/ECS/QFC SALES | M | | | |
| | Y | | | |
| INTERNAL SALES | M | | | |
| | Y | | | |
| OTHER MERCHANDISE | M | | | |
| | Y | | | |
| WARRANTY SALES | M | | | |
| | Y | | | |

| Line | Item | |
|---|---|---|
| 7 | PARTS | S |
| 8 | WHOLESALE | G |
| 9 | PARTS | S |
| 10 | COUNTER RETAIL | G |
| 11 | RETAIL | S |
| 12 | SHOP SALES | G |
| 13 | TIRE | S |
| 14 | SALES | G |
| 15 | ESP/ESC/QFC | S |
| 16 | SALES | G |
| 17 | WARRANTY | S |
| 18 | SALES | G |
| 19 | INTERNAL | S |
| 20 | SALES | G |
| 21 | INTERNAL | S |
| 22 | TIRE SALES | G |
| 23 | UNAPPLIED TIME | G |
| 24 | | S |
| 25 | SUBLET SALES | G |
| 26 | OTHER | S |
| 27 | MERCHANDISE | G |
| 28 | MATERIALS | S |
| 29 | | G |
| 30 | DISC EARNED | G |
| 31 | INVENT ADJ | G |
| 32 | TOTAL | S |
| 33 | DEPARTMENTS | G |

SERV SALES EXPENSE

| Item |
|---|
| SALARIES-MGRS. |
| SALARIES-TECH |
| COMM & INC-MGRS |
| COMM & INC-TECH |
| ADVERT/PROMO |
| TRAINING |
| POLICY ADJ |
| TOOLS & SUPPLIES |
| FREIGHT/HANDLING |
| EQ & VEH MAINT |
| INV CNTRL & DP |
| VAC/TO PAY-TECH |

PARTS ALLOCATION FIXED EXPENSE

| Line | Item | MTH | YTD |
|---|---|---|---|
| 42 | SALARIES | | |
| 43 | BENEFITS | | |
| 44 | PAYROLL TAXES | | |
| 45 | PENSIONS | | |
| 46 | RENT & LEASE | | |
| 47 | DEP BLDG & IMP | | |
| 48 | AMORT of IMPR | | |
| 49 | INS BLDGS | | |
| 50 | TAXES REAL ESTATE | | |
| 51 | MAIN BLDGS | | |
| 52 | UTILITIES | | |
| 53 | TELEPHONE | | |
| 54 | TAXES EXCLUDING INCOME/REAL ESTATE | | |
| 55 | OFFICE SUPPLIES | | |
| 56 | PROF & SERV FEES | | |
| 57 | BAD DEBT | | |
| 58 | CONTRIBUTIONS | | |
| 59 | DEPREC EQUIP | | |
| 60 | TRAVEL & ENTERT | | |
| 61 | MISC EXPENSE | | |
| 62 | TOT FIXED EXP | | |

SERVICE ALLOCATION FIXED EXPENSE

| Item | MTH | YTD |
|---|---|---|
| SALARIES | | |
| BENEFITS | | |
| PAYROLL TAXES | | |
| PENSIONS | | |
| RENT & LEASE | | |
| DEP BLDG & IMP | | |
| AMORT of IMPR | | |
| INS BLDGS | | |
| TAXES REAL ESTATE | | |
| MAIN BLDGS | | |
| UTILITIES | | |
| TELEPHONE | | |
| TAXES EXCLUDING INCOME/REAL ESTATE | | |
| OFFICE SUPPLIES | | |
| PROF & SERV FEES | | |
| BAD DEBT | | |
| CONTRIBUTIONS | | |
| DEPREC EQUIP | | |
| TRAVEL & ENTERT | | |
| MISC EXPENSE | | |
| TOT FIXED EXP | | |

SERVICE PERSONNEL

| Item | |
|---|---|
| MANAGERS | |
| SERVICE WRITERS | |
| REPAIR TECHNICIAN | |
| INTERNAL TECHNICIAN | |
| TOTAL | |

STALL COUNT

| REPAIR | INTERNAL |
|---|---|
| | |

Exhibit B