DUANE M. GECK (State Bar No. 114823)
Email: dmg@severson.com
DAVID E. PINCH (State Bar No. 124851)
Email: dep@severson.com
DONALD H. CRAM, III (State Bar No. 160004)
Email: dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Plaintiff Ford Motor Credit Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>     vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>            Defendants. | No.   C 07-03301 RS<br><br>**[PROPOSED] ORDER GRANTING FORD MOTOR CREDIT COMPANY'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON APPLICATION FOR WRIT OF POSSESSION AND INJUNCTIVE RELIEF AGAINST LEWIS FAMILY ENTERPRISES, INC.** |

10872/0122/632015.1

ORDER GRANTING FORD MOTOR CREDIT COMPANY'S
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER
*Ford Credit  v. Lewis Family Enterprises, Inc*

1    The ex parte application of plaintiff, Ford Motor Credit Company, LLC ("Ford Credit") for the issuance of an order for writ of possession and for injunctive relief was scheduled for hearing before the United States District Court for the Eastern District of California on June ___, 2007.

The Court, having reviewed the application of Ford Credit for writ of possession and injunctive relief, the verified Complaint, the supporting declaration of Phil Ward, and memorandum of points and authorities on file in this action, and any opposition, finds that Ford Credit has established the probable validity that there is an immediate danger that the vehicles identified on the attached Exhibit "A" (the "Vehicles"), the other personal property described in the attached Exhibit "B" and the proceeds from the sale of any such vehicle or other personal property (collectively the "Collateral"), may become unavailable to levy and may become substantially impaired in value, and

GOOD CAUSE APPEARING, THEREFOR:

IT IS HEREBY ORDERED that:

1.   Defendant, Lewis Family Enterprises, Inc., dba Bob Lewis Lincoln Mercury ("Bob Lewis Lincoln Mercury") received timely and proper notice of this ex parte hearing on plaintiff Ford Credit's Application for Writ of Possession and Injunctive Relief under the Court's Local Rules.

2.   Ford Credit has established the probable validity of its security interest in the vehicles identified on the attached Exhibit "A" and to all of Bob Lewis Lincoln Mercury's parts, accessories, furniture, fixtures, machinery, supplies and other equipment, contract rights, chattel paper and general intangibles, and that defendant Bob Lewis Lincoln Mercury is in default on its loan obligations owing to Ford Credit as set forth in the moving papers. The vehicles and other personal property are collectively referred to as the "Collateral" below.

10872/0122/632015.1

- 2 -

ORDER GRANTING FORD MOTOR CREDIT COMPANY'S
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER
*Ford Credit v. Lewis Family Enterprises, Inc*

3.  Ford Credit has established that the Collateral is located at 911 Capitol Expressway Auto Mall, San Jose, California (the "Dealership").

4.  Bob Lewis Lincoln Mercury may sell or lease the Collateral in the ordinary course of business only as provided in this Order:

    a. At the time of any retail sale or lease of any Vehicle, Bob Lewis Lincoln Mercury shall immediately notify Ford Credit of such sale or lease via email to the following email address: pward4@ford.com and by promptly delivering or faxing to Ford Credit a true copy of the written contract of such retail sale or lease.

    b. Bob Lewis Lincoln Mercury shall turn over possession to Ford Credit and Ford Credit shall maintain physical custody of titles for all vehicles in which Ford Credit has a lien or security interest, whether or not financed by Ford Credit.

    c. Within the earlier of five business days from retail sale or lease of a Vehicle identified on the attached Exhibit "A," or one business day from Bob Lewis Lincoln Mercury's receipt of any of the sale proceeds for any retail sale or lease of a Vehicle, including any Vehicle identified on Exhibit "A" that has been sold or leased on or before the date of this Order for which defendant Bob Lewis Lincoln Mercury received proceeds before or after the date of this Order, Bob Lewis Lincoln Mercury shall immediately and forthwith remit to Ford Credit by electronic funds transfer all amounts received by Bob Lewis Lincoln Mercury up to the amount advanced by Ford Credit to Bob Lewis Lincoln Mercury to acquire the vehicle (the "Advanced Price"). Any proceeds in excess of the Advanced Price on a

- 3 -

particular vehicle may be retained by Bob Lewis Lincoln Mercury to use towards its operating expenses. Ford Credit's security interest continues to attach to the proceeds in excess of the Advanced Price to the extent they are not used to cover operating expenses;

    d.    Within the earlier of five business days from sale or lease of a vehicle not identified on the attached Exhibit "A" (the "Non-Floored Vehicles"), or one business day from Bob Lewis Lincoln Mercury's receipt of any of the "cash" proceeds of such sale or lease of a Non-Floored Vehicle, Bob Lewis Lincoln Mercury shall immediately and forthwith remit to Ford Credit by electronic funds transfer or other immediately available funds received by Bob Lewis Lincoln Mercury in the amount of 75% of Bob Lewis Lincoln Mercury's net sale price of the Non-Floored Vehicle after payment of taxes, registration, and licensing.

    e.    Should Bob Lewis Lincoln Mercury receive any vehicle as a "trade-in" for the payment of a Vehicle or a Non-Floored Vehicle, Bob Lewis Lincoln Mercury shall notify Ford Credit within one business day of receiving the trade-in by email to the following email address: pward4@ford.com . Furthermore, Bob Lewis Lincoln Mercury shall promptly pay or satisfy any liens or amounts owing against the trade-in Vehicle. Bob Lewis Lincoln Mercury may subsequently sell the trade-in as a Non-Floored Vehicle in accordance with subparagraph a., b. and c. above;

- 4 -

10872/0122/632015.1

ORDER GRANTING FORD MOTOR CREDIT COMPANY'S
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER
*Ford Credit v. Lewis Family Enterprises, Inc*

      f.      Trades or transfers of Vehicles by Bob Lewis Lincoln Mercury with other dealers ("Dealer Trades") are prohibited without the written consent of Ford Credit. Requests for Dealer Trades shall be made via email to the following email address: pward4@ford.com;

      g.      Bob Lewis Lincoln Mercury shall limit the use of Demonstrators to customer test drives.

      h.      Bob Lewis Lincoln Mercury may sell parts, accessories, or related supplies ("Parts") in the ordinary course of its service department's business only as follows: Bob Lewis Lincoln Mercury shall use the proceeds from the cost of the Parts sold to either (1) buy replacement Parts, or (2) pay Bob Lewis Lincoln Mercury's invoice cost on account of part's sales, in the form of cashier's checks or other immediately available funds to Ford Credit. While Bob Lewis Lincoln Mercury continues to use parts, it must replenish the parts inventory to adequately protect and maintain Ford Credit's collateral position. Bob Lewis Lincoln Mercury shall submit to Ford Credit a written accounting upon its request of the following:

            (a) Parts sold the previous week;

            (b) Parts ordered as replacements the previous week; and,

            (c) Payment for any parts not replaced the previous week.

5. Bob Lewis Lincoln Mercury is restrained from removing any of the Collateral in such manner as to make it less available to seizure by levying officer and/or impairing the value of the subject Collateral.

6. Bob Lewis Lincoln Mercury shall permit Ford Credit and its authorized agents and employees to enter upon Bob Lewis Lincoln Mercury's dealership sales lot at 911 Capitol Expressway Auto Mall, San Jose, California during business operating hours. Ford Credit shall be authorized to hold possession of keys to all vehicles, to be present while all mail and other package deliveries are opened and to review the cash receipts journals on a daily basis. Ford Credit is authorized to conduct audits and inspections of the Collateral and Bob Lewis Lincoln Mercury's books and records. Bob Lewis Lincoln Mercury shall deliver copies of all bank statements to Ford Credit within one hour of receipt by Bob Lewis Lincoln Mercury of such statements each day.

7. The value of Bob Lewis Lincoln Mercury's assets is approximately $2,586,154.15 which is less than the principal amounts of the contractual obligations totaling $2,600,174.55 it owes to Ford Credit by $14,020.40. Under California Code of Civil Procedure §515.010(b), Ford Credit is not required to file an undertaking. The findings in this paragraph 7, in particular, and the finding in this order, generally, are subject to review and reconsideration at the time of the hearing set for the writ of possession and injunctive relief.

8. Hearing on Ford Credit's application for writ of possession and injunctive relief is set in this Courtroom on July __, 2007, at _____ __.m. Bob Lewis Lincoln Mercury shall file and serve its responsive papers no later than July __, 2007. Ford Credit shall file any reply papers no later than July __, 2007. Service of Bob Lewis Lincoln Mercury's response or Ford Credit's reply may be made by Fax and/or email.

9. This order shall issue June ___, 2007, at ____ _.m.

10872/0122/632015.1

- 6 -
ORDER GRANTING FORD MOTOR CREDIT COMPANY'S
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER
*Ford Credit v. Lewis Family Enterprises, Inc*

1  This Order shall remain in effect until modified by further order of this Court, or
2  modified by written agreement signed by plaintiff Ford Credit and defendant Bob
3  Lewis Lincoln Mercury filed with and approved by order of this Court.
4
5  DATED: _____.
6
   _____
7  JUDGE
   UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF
8  CALIFORNIA

- 7 -

10872/0122/632015.1

ORDER GRANTING FORD MOTOR CREDIT COMPANY'S
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER
*Ford Credit v. Lewis Family Enterprises, Inc*

**Lewis Family Entrerprises, Inc. dba Bob Lewis Lincoln-Mercury**

| VIN # | Model Year | Make | Model | Principal Balance |
|---|---|---|---|---|
| **LINCOLN-MERCURY NEW WHOLESALE** | | | | |
| 4M2CU97158KJ02277 | 2008 | MERCURY | MARINER | 28708.52 |
| 4M2CU97168KJ06399 | 2008 | MERCURY | MARINER | 26383.52 |
| 4M2CU97118KJ03457 | 2008 | MERCURY | MARINER | 26383.52 |
| 5LMFL28527LJ09882 | 2007 | LINCOLN | NAVIGATOR | 56858.84 |
| 5LMFL28517LJ14216 | 2007 | LINCOLN | NAVIGATOR | 56839.32 |
| 5LMFU28547LJ23747 | 2007 | LINCOLN | NAVIGATOR | 55744.88 |
| 5LMFU28577LJ18994 | 2007 | LINCOLN | NAVIGATOR | 54658.32 |
| 5LMFU28557LJ07959 | 2007 | LINCOLN | NAVIGATOR | 54658.32 |
| 5LMFL27547LJ09884 | 2007 | LINCOLN | NAVIGATOR | 54248.84 |
| 5LMFU28537LJ22945 | 2007 | LINCOLN | NAVIGATOR | 53968.40 |
| 5LMFU28517LJ16948 | 2007 | LINCOLN | NAVIGATOR | 53902.32 |
| 5LMFU28507LJ15502 | 2007 | LINCOLN | NAVIGATOR | 53786.32 |
| 5LMFU27547LJ04214 | 2007 | LINCOLN | NAVIGATOR | 52447.20 |
| 5LMFU27547LJ14225 | 2007 | LINCOLN | NAVIGATOR | 52048.32 |
| 5LMFU28507LJ01745 | 2007 | LINCOLN | NAVIGATOR | 51979.20 |
| 5LMFU28587LJ05087 | 2007 | LINCOLN | NAVIGATOR | 51938.32 |
| 5LMFU27587LJ16947 | 2007 | LINCOLN | NAVIGATOR | 51292.32 |
| 5LMFU27537LJ02406 | 2007 | LINCOLN | NAVIGATOR | 50323.20 |
| 5LMFL28567LJ20383 | 2007 | LINCOLN | NAVIGATOR L | 50309.40 |
| 1LNHM82W07Y608261 | 2007 | LINCOLN | TOWN CAR | 44620.15 |
| 1LNHM82W87Y606872 | 2007 | LINCOLN | TOWN CAR | 44551.15 |
| 5LMFU27557LJ00642 | 2007 | LINCOLN | NAVIGATOR | 44477.20 |
| 5LMFU27587LJ03065 | 2007 | LINCOLN | NAVIGATOR | 44477.20 |
| 5LMFU27567LJ00584 | 2007 | LINCOLN | NAVIGATOR | 44477.20 |
| 5LMFU27537LJ03605 | 2007 | LINCOLN | NAVIGATOR | 44477.20 |
| 5LMFU27507LJ07059 | 2007 | LINCOLN | NAVIGATOR | 44471.84 |
| 5LTPW18517FJ09347 | 2007 | LINCOLN | MARK LT | 44225.75 |
| 2LMDU88C97BJ16471 | 2007 | LINCOLN | MKX | 40571.03 |
| 2LMDU88C87BJ23072 | 2007 | LINCOLN | MKX | 40518.85 |
| 2LMDU88C37BJ13792 | 2007 | LINCOLN | MKX | 40517.03 |
| 2LMDU88C07BJ08372 | 2007 | LINCOLN | MKX | 40017.03 |
| 2LMDU88C37BJ17163 | 2007 | LINCOLN | MKX | 39757.03 |
| 2LMDU88C17BJ18182 | 2007 | LINCOLN | MKX | 39757.03 |
| 2LMDU68C87BJ04932 | 2007 | LINCOLN | MKX | 38410.03 |
| 2LMDU68C27BJ06871 | 2007 | LINCOLN | MKX | 37680.03 |
| 4M2EU48837UJ07021 | 2007 | MERCURY | MOUNTAINEER | 37450.80 |
| 2LMDU88C47BJ25272 | 2007 | LINCOLN | MKX | 36876.85 |
| 4M2EU48887UJ10187 | 2007 | MERCURY | MOUNTAINEER | 36316.10 |
| 2LMDU68C87BJ10939 | 2007 | LINCOLN | MKX | 35840.03 |
| 4M2EU48E37UJ01967 | 2007 | MERCURY | MOUNTAINEER | 33932.10 |
| 2LMDU68C87BJ10620 | 2007 | LINCOLN | MKX | 33080.03 |
| 3LNHM26TX7R633518 | 2007 | LINCOLN | MKZ | 30178.80 |
| 3LNHM26T87R648440 | 2007 | LINCOLN | MKZ | 29634.45 |
| 3LNHM26T27R663841 | 2007 | LINCOLN | MKZ | 29298.95 |
| 4M2CU97187KJ12185 | 2007 | MERCURY | MARINER | 27800.52 |
| 4M2CU91107KJ13372 | 2007 | MERCURY | MARINER | 27630.35 |

Exhibit A

| VIN | Year | Make | Model | Balance |
|---|---|---|---|---|
| 4M2CU971X7KJ05061 | 2007 | MERCURY | MARINER | 27449.02 |
| 3MEHM02197R642514 | 2007 | MERCURY | MILAN | 27243.10 |
| 4M2CU91187KJ03947 | 2007 | MERCURY | MARINER | 26844.02 |
| 3MEHM08147R641150 | 2007 | MERCURY | MILAN | 26200.10 |
| 1MEHM40177G606760 | 2007 | MERCURY | MONTEGO | 24236.15 |
| 3MEHM07Z47R643715 | 2007 | MERCURY | MILAN | 18683.10 |
| 5LTPW185X6FJ06770 | 2006 | LINCOLN | MARK LT | 41684.68 |
| 1MEFM50U25A635011 | 2005 | MERCURY | SABLE | 21329.20 |
| **Unsold Floorplan Balance** | | | | **2181193.18** |

**PROGRAM CAR LINE**

| VIN | Year | Make | Model | Balance |
|---|---|---|---|---|
| 1LNFM87A46Y632128 | 2006 | LINCOLN | LS | 20665.00 |
| 1ZVFT84N265217760 | 2006 | FORD | MUSTANG | 17668.00 |
| 1ZVFT80N165202463 | 2006 | FORD | MUSTANG | 15998.00 |
| 5LMFU27R74LJ11348 | 2004 | LINCOLN | NAVIGATOR | 23996.00 |
| **Unsold Floorplan Balance** | | | | **78327.00** |

**USED VEHICLE WHOLESALE LINE**

| VIN | Year | Make | Model | Balance |
|---|---|---|---|---|
| 1G2ZG58B574120289 | 2007 | PONTIAC | G6 | 11433.44 |
| 1FAFP34N77W107718 | 2007 | FORD | FOCUS | 9440.00 |
| 1J4GK48K36W205463 | 2006 | JEEP | LIBERTY | 10400.00 |
| 1G1AK55F667624774 | 2006 | CHEVROLET | COBALT | 8720.00 |
| 1LNHM81W85Y671512 | 2005 | LINCOLN | TOWN CAR | 15980.00 |
| 1FAFP34NX5W245573 | 2005 | FORD | FOCUS | 8240.00 |
| 1N4BA41E94C834351 | 2004 | NISSAN | MAXIMA | 13760.94 |
| **Unsold Floorplan Balance** | | | | **73974.38** |

Exhibit A

# 2007 FORD MOTOR COMPANY DEALER FINANCIAL STATEMENT 2007

**P & A CODE:** 11042
**PERIOD OF:** 4
**MONTH ENDED:** 30 APR 2007
**DEALER:** BOB LEWIS LM
**ADDRESS:** 911 CAPITOL EXPWY AUTOMALL
**CITY/STATE/PROVINCE ZIP/POSTAL CODE:** SAN JOSE, CA 95136
**SALES CODE:** 51F488

## BALANCE SHEET

### ASSETS

| # | Item | Amount |
|---|------|--------|
| 1 | CASH - ON HAND, IN BANK | 602380 |
| 2 | CASH - MONEY MARKET / DEPOSIT | |
| 3 | FINANCE CONTRACTS - NEW | 173936 |
| 4 | FINANCE CONTRACTS - USED | 284276 |
| 5 | MARKETABLE SECURITIES | |
| 6 | NOTES RECEIVABLE | 59995 |
| 7 | DISCOUNTED NOTES RECEIVABLE (NON US) | |
| 8 | ACCOUNTS RECEIVABLE - VEHICLE | 59643 |
| 9 | ACCOUNTS RECEIVABLE - PARTS SERVICE BODY | 108511 |
| 10 | ACCOUNTS RECEIVABLE - OTHER | 37510 |
| 11 | W & P CLAIMS | 869 |
| 12 | FORD - VEHICLE HOLDBACK | 5425 |
| 13 | FORD - INCENTIVES / CARRYOVER ALLOWANCE | -2661 |
| 14 | FORD - JAG CSI / JAG FAC | 50354 |
| 15 | FORD - LDRP 50354 OTHER #2 / OTHER #3 | |
| 16 | FORD - VCS / LMG / LR | |
| 17 | JOBBER INCENTIVES/ESP/FLOOR PLAN ASSISTANCE/OTHER | 1461 |
| 18 | | |
| 19 | FINANCE RECEIVABLES - CURRENT | 36449 |
| 20 | ALLOWANCE - DOUBTFUL RECEIVABLES | |
| 21 | NEW CARS FORD L-M 16 | 462281 |
| 22 | NEW TRUCKS FORD L-M 46 | 1951377 |
| 23 | NEW DEMOS FORD L-M | |
| 24 | USED CARS 48 / 30 DAY 14 | 303977 |
| 25 | USED TRUCKS 10 / 30 DAY 6 | 113984 |
| 26 | REMARKETED VEHICLES CARS 8 / 30 DAY 7 | 136387 |
| 27 | REMARKETED VEHICLES TRUCKS 3 / 30 DAY 2 | 43492 |
| 28 | PARTS INV. FoMoCo 39358 | 139358 |
| 29 | ALLOWANCE - PARTS INVENTORY ADJUSTMENT | |
| 30 | OTHER INVENTORIES  MEMO WORK IN PROCESS 3023 | 8653 |
| 31 | LIFO INVENTORY RESERVE - NEW | |
| 32 | LIFO INVENTORY RESERVE - USED / PARTS | |
| 33 | PREPAID EXPENSES | 20130 |
| 34 | **TOTAL CURRENT ASSETS** | 4597787 |
| 35 | LEASED VEHICLES - NET | |
| 36 | RENTAL VEHICLES - NET | |
| 37 | LAND AND IMPROVEMENTS - NET | 40968 |
| 38 | BUILDINGS - COST | 22000 |
| 39 | BUILDINGS - DEPRECIATION | 3713 |
| 40 | EQUIPMENT - COST | 266694 |
| 41 | EQUIPMENT - DEPRECIATION | 158992 |
| 42 | LEASEHOLDS - COST | 215537 |
| 43 | LEASEHOLDS - AMORTIZED | 64220 |
| 44 | FINANCE RECEIVABLES DEFERRED - NET | |
| 45 | RECEIVABLES - OFFICERS & EMPLOYEES | 884 |
| 46 | CASH VALUE - LIFE INSURANCE | |
| 47 | OTHER ASSETS - NET | |
| 48 | **TOTAL ASSETS** | 4916947 |

### LIABILITIES

| Item | Amount |
|------|--------|
| NOTES PAYABLE - NEW VEHICLES & DEMOS | 2881623 |
| NOTES PAYABLE - USED VEHICLES | 320309 |
| NOTES PAYABLE - REMARKETED VEHICLES | 329626 |
| NOTES PAYABLE - RECREATION VEHICLES | |
| NOTES PAYABLE - OTHER - SHORT TERM | |
| NOTES PAYABLE - LONG TERM - CURRENT PORTION | |
| NOTES PAYABLE - INSTALLMENT SALE BALANCE | |
| BANK LOANS (AUTHORIZED LIMIT) CANADA ONLY | |
| ACCOUNTS PAYABLE | 200045 |
| INCOME TAXES | |
| CUSTOMER DEPOSITS | |
| ACCOMMODATIONS-SVC. CONTRACTS/REPO REFUND | 25132 |
| ACCRUED TAXES | 706 |
| ACCRUED PAYROLL & BONUSES | 52427 |
| ACCRUED PROFIT SHARING (NON US) | |
| ACCRUED OTHER | 100197 |
| DEFERRED INTEREST INCOME (CURRENT PORTION-NON US) | |
| | 3910065 |
| NET CASH -467965 | -52095 |
| AVERAGE MONTH TOTAL EXPENSES | 182214 |
| NET CASH OVER (UNDER) | 390783 |
| | -208569 |
| LONG TERM NOTES PAYABLE - MORTGAGES PAYABLE | |
| LONG TERM NOTES PAYABLE - OFFICERS & OWNERS | 2074000 |
| LONG TERM NOTES PAYABLE - FORD | 280013 |
| LONG TERM NOTES PAYABLE - OTHER | 57232 |
| LONG TERM NOTES PAYABLE - LEASED VEHICLES | |
| LONG TERM NOTES PAYABLE - RENTAL VEHICLES | |
| ESTIMATED LIABILITY-REPOSSESSION PURCHASE LOSS | |
| OTHER LIABILITIES | |
| | 6321310 |
| CORPORATION - CAPITAL STOCK | 200000 |
| CORPORATION - RETAINED EARNINGS | -1288638 |
| CORPORATION - LEGAL RESERVE (NON US) | |
| CORPORATION - OTHER CAPITAL RESERVE (NON US) | |
| CORPORATION - FIXED ASSET REVALUATION (NON US) | |
| SUB "S" DIVIDENDS DECLARED | |
| PARTNERS' OR PROPRIETOR'S INVESTMENT | |
| PARTNERS' OR PROPRIETOR'S DRAWING | |
| NET PROFIT - AFTER INCOME TAX - YTD | -1088638 |
| NET WORTH | -315725 |
| | -1404363 |
| | 4916947 |

### USED VEHICLE INVENTORY

| | Amount |
|---|---|
| ACTUAL | 687722 |
| RECOMMENDED MINIMUM OR GUIDE | 1166879 |
| ACTUAL OVER (UNDER) | -479157 |

USED VEHICLE INVENTORY 83778
PARTS INVENTORY 0
PSB RECEIVABLES 0
TOTAL 83778

### OPERATING ANALYSIS

| | MONTH | YTD | % TOTAL SALES | | MONTH | YTD |
|---|---|---|---|---|---|---|
| TOTAL SALES | 1441308 | 6373517 | | | | |
| TOTAL GROSS | 253532 | 1182684 | 17.6 | 18.6 | | |
| TOTAL EXPENSE | 379676 | 1563132 | 26.3 | 24.5 | | |
| OPERATING PROFIT | -126144 | -380448 | -8.8 | -6.0 | | |
| ADDIT & DEDUCT TO INCOME - BONUSES | 13198 | 64729 | .9 | 1.0 | | |
| PROFIT BEFORE INCOME TAX | -112946 | -315719 | -7.8 | -5.0 | | |

| VEH. ACCOUNTS | | | | | |
|---|---|---|---|---|---|
| PARTS ACCOUNTS | 2596 | 9130 | 2366 | | 14 |
| SERVICE ACCOUNTS | 44296 | 47461 | 1655 | | 867 |
| BODY ACCOUNTS | | | | | |
| WARR. RECEIVABLES | 273 | 597 | | | |
| FORD INCENTIVES | | | | | |
| NOTES RECEIVABLES | | | | | |

FORD 2007 PAGE 1

**Exhibit B**

DEALER: BOB LEWIS LM | P&A CODE 11042 | SALES CODE 51F488 | MONTH 30 APR 2007 PG 2

**OPERATING SUMMARY / DEPARTMENTAL OPERATING SUMMARY**

| Line | Operating Summary | Dollars Month | Dollars YTD | Units YTD Car | Units YTD Truck | % Total Gross Month | % Total Gross YTD | New | Used | Parts | Service | Body |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TOTAL SALES | | | N 24 / U 126 | N 42 / U 54 | | | 1650670 | 547981 | 126743 | 115914 | |
| 2 | | 1441308 | 6373517 | | | | | 2462799 | 2792938 | 543494 | 574286 | |
| 3 | TOTAL GROSS | | | | | | | 63470 | 67237 | 41927 | 80898 | |
| 4 | | 253532 | 1182684 | | | | | 184441 | 420419 | 186043 | 391781 | |
| 5 | TOTAL SELLING EXPENSE | | | | | | | 66294 | 77142 | 21862 | 64908 | |
| 6 | | 230206 | 964927 | 908 | 816 | | | 234333 | 362515 | 99102 | 268977 | |
| 7 | TOTAL SELLING/ADJUSTED SELLING GROSS | | | | | | | -2824 | -9905 | 20065 | 15990 | |
| 8 | | 23326 | 217757 | 92 | 184 | | | -49892 | 57904 | 86941 | 122804 | |
| 9 | TOTAL FIXED EXPENSE | | | | | | | 49324 | 29894 | 20926 | 49326 | |
| 10 | | 149470 | 598205 | 590 | 506 | | | 197408 | 119640 | 83749 | 197408 | |
| 11 | DEALER SALARY | | | | | | | | | | | |
| 13 | OPERATING PROFIT | | | | | | | -52148 | -39799 | -861 | -33336 | |
| 14 | | -126144 | -380448 | -498 | -322 | | | -247300 | -61736 | 3192 | -74604 | |
| 15 | LEASED VEHICLE | | | | | | | | | | | |
| 16 | RENTAL VEHICLE | | | | | | | CASH DISC. EARNED | | | | |
| 17 | RECREATIONAL VEHICLE | | | | | | | INTEREST INCOME | | | | |
| 18 | | | | | | | | DIVIDEND INCOME | | | | |
| 19 | TRACTOR/OTHER | | | | | | | SALES FIXED ASSETS | | | | |
| 20 | ADJ. TO INCOME | 4813 | 35690 | 19 | 30 | | | OTHER | | | 4813 | 35690 |
| 21 | CUSTOMER SATISFACTION & FORD SUPPORT | 8385 | 29039 | 33 | 25 | | | TDS (VOLVO ONLY) | | | | |
| 22 | INDEMNITIES (NON US) | | | | | | | | | | | |
| 23 | BONUS DEALER | | | | | | | CASH DISCOUNT | | | | |
| 24 | BONUS EMPLOYEE | | | | | | | OTHER | | | | |
| 25 | PROFIT BEFORE INCOME TAX | -112946 | -315719 | -445 | -267 | | | | | | 4813 | 35690 |
| 27 | EST. INCOME TAX | -1 | 6 | PNVS -6644 | -4784 | | | | | | | |
| 28 | PROFIT SHARING (NON US) | | | | | % TOTAL SALES | | CUSTOMER SATISFACTION AND FORD SUPPORT | | | | |
| 29 | COMBINED CAPITAL LEGAL RESERVE (NON US) | | | | | | | FORD BLUE OVAL | | | | |
| 30 | NET PROFIT AFTER TAX | -112945 | -315725 | -78 | -50 | | | VOLVO CSI/VMS | | | | |
| 31 | | | | | | | | LOSP | | | 8385 | 29039 |
| 32 | TOTAL OVERHEAD EXP. | 331804 | 1340824 | A | B PNVS | | | OTHER #2 | | | | |
| 33 | TOTAL P.S. BS GROSS | 122825 | 577824 | 722587 | 55 | | | OTHER #3 | | | | |
| 34 | NET OPERATING COST | 208979 | 763000 | C | D | | | JAG CSI/FAC/CPO/MMP | | | | |
| 35 | TOTAL VEHICLE GROSS | 130707 | 604860 | 768991 | 65 | | | LAND ROVER | | | | |
| 36 | TOTAL VAR. SALES EXP. | 47872 | 222308 | 281633 | 68 | | | TOTAL CUSTOMER SATISFACTION ADJUSTMENT (Line 21) | | | 8385 | 29039 |
| 37 | VARIABLE GROSS | 82835 | 382552 | 487357 | 96 | | | | | | | |
| 38 | BREAK-EVEN UNITS: | | | MONTH | YTD | | | NON-US DEALER ADJUSTMENTS (MEMO) | | | | |
| 39 | N.O.C. ÷ VAR. GROSS PN/UVR | | | 111 | 407 | | | EXCHANGE RATE ADJUSTMENT | | | | |
| 40 | Service Absorption: The Sum of Total Parts, Service & Body Shop Gross Profits DIVIDED By the Sum of Total Fixed Expense + Dealer Salary + Parts, Service & Body Shop Sales Expense. | | | | | | | MONETARY ADJUSTMENT | | | | |
| 41-42 | | | | | | | | | | | MONTH 232723 | YTD 887123 |
| 44 | (Benchmark is 85% - 100%) | MONTH 52.0% | YTD 59.8% | | | | | | | | | |

| Line | Operating Trend Analysis | New Units Car | New Units Truck | Used Units Retail Car | Used Units Retail Truck | Total Car/Trk (INC WHSL) | Selling/Adjusted Selling Gross (000) NEW | USED | PARTS | SERVICE | BODY SHOP | FIXED EXP. (000) | OPT. PFT (000) | PFT BIT (000) | NET PROFIT PNVS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | JANUARY | | | | | | | | | | | | | | |
| 48 | FEBRUARY | | | | | | -20 | 20 | 24 | 45 | | 155 | -86 | -68 | |
| 49 | MARCH | | | | | | -17 | 15 | 21 | 27 | | 148 | -104 | -83 | |
| 50 | APRIL | 19 | 30 | 73 | 39 | 199 | -10 | 33 | 22 | 35 | | 146 | -65 | -52 | -1060 |
| 51 | MAY | 5 | 12 | 23 | 4 | 47 | -3 | -10 | 20 | 16 | | 149 | -126 | -113 | -6644 |
| 52 | JUNE | | | | | | | | | | | | | | |
| 53 | JULY | | | | | | | | | | | | | | |
| 54 | AUGUST | | | | | | | | | | | | | | |
| 55 | SEPTEMBER | | | | | | | | | | | | | | |
| 56 | OCTOBER | | | | | | | | | | | | | | |
| 57 | NOVEMBER | | | | | | | | | | | | | | |
| 58 | DECEMBER | | | | | | | | | | | | | | |
| 59 | CURRENT YTD | 24 | 42 | 96 | 43 | 246 | -50 | 58 | 87 | 123 | | 598 | -380 | -316 | -4784 |
| 60 | PRIOR YTD | 33 | 58 | 100 | 80 | 316 | -120 | 90 | 68 | 131 | | 571 | -403 | -309 | -3397 |

FORD 2007 PAGE 2

**Exhibit B**

| LINE NO | DEALER | BOB LEWIS LM | | | P&A CODE 11042 | SALES CODE 51F488 | | MONTH 30 APR 2007 | PG 3C | |
|---|---|---|---|---|---|---|---|---|---|---|
| | SALES | MONTH GROSS | UNITS | GR PVS | NEW VEHICLE DEPARTMENT | UNITS | GR PVS | YEAR TO DATE SALES | | GROSS |
| 1 | | | | | CROWN VICTORIA | | | | | |
| 2 | | | | | TAURUS | | | | | |
| 3 | | | | | 500 | | | | | |
| 4 | | | | | MUSTANG | | | | | |
| 5 | | | | | FOCUS | | | | | |
| 6 | | | | | MONDEO (MEXICO ONLY) | | | | | |
| 7 | | | | | FIESTA/IKON (MEXICO ONLY) | | | | | |
| 8 | | | | | KA (MEXICO ONLY) | | | | | |
| 9 | | | | | FORD GT | | | | | |
| 10 | | | | | FUSION | | | | | |
| 11 | | | | | TBD FORD CAR #1 | | | | | |
| 12 | | | | | TBD FORD CAR #2 | | | | | |
| 13 | | | | | TBD FORD CAR #3 | | | | | |
| 14 | | | | | TBD FORD CAR #4 | | | | | |
| 15 | | | | | TBD FORD CAR #5 | | | | | |
| 16 | | | | | TBD FORD CAR #6 | | | | | |
| 17 | | | | | TBD FORD CAR #7 | | | | | |
| 18 | | | | | TBD FORD CAR #8 | | | | | |
| 19 | | | | | TBD FORD CAR #9 | | | | | |
| 20 | | | | | FORD DISCONTINUED MODEL CARS | | | | | |
| 21 | | | | | TOTAL FORD RETAIL CARS | | | | | |
| 22 | 31787 | 1656 | 1 | 1656 | GRAND MARQUIS / MARAUDER | 2 | 1681 | 57797 | | 3361 |
| 23 | | | | | SABLE | | | | | |
| 24 | | | | | MONTEGO | | | | | |
| 25 | 63819 | 4243 | 3 | 1414 | MILAN | 2 | 1805 | 54574 | | 3609 |
| 26 | | | | | TBD LM CAR #2 | 7 | 968 | 152939 | | 6776 |
| 27 | | | | | TBD LM CAR #3 | | | | | |
| 28 | | | | | TOWN CAR | | | | | |
| 29 | | | | | LS | 2 | 1897 | 83325 | | 3793 |
| 30 | 35005 | 2755 | 1 | 2755 | ZEPHYR / MKZ | 10 | 1873 | 332796 | | 18734 |
| 31 | | | | | LINCOLN MKS | | | | | |
| 32 | | | | | TBD LM CAR #5 | | | | | |
| 33 | | | | | TBD LM CAR #6 | | | | | |
| 34 | | | | | TBD LM CAR #7 | | | | | |
| 35 | | | | | TBD LM CAR #8 | | | | | |
| 36 | | | | | LM DISCONTINUED MODEL CARS | | | | | |
| 37 | 130611 | 8654 | 5 | 1731 | TOTAL LM RETAIL CARS | 23 | 1577 | 681431 | | 36273 |
| 38 | | | | | TOTAL JAGUAR RETAIL CARS | | | | | |
| 39 | | | | | TOTAL VOLVO RETAIL CARS | | | | | |
| 40 | | | | | TOTAL MAZDA RETAIL CARS | | | | | |
| 41 | | | | | NON FOMOCO CARS | | | | | |
| 42 | 130611 | 8654 | 5 | 1731 | TOTAL RETAIL CARS | 23 | 1577 | 681431 | | 36273 |
| 43 | | | | | FORD MOTOR CO. FLEET CARS | 1 | 928 | 40978 | | 928 |
| 44 | | | | | NON FoMoCo FLEET CARS | | | | | |
| 45 | | | | | | 1 | 928 | 40978 | | 928 |
| 46 | | 1400 | | | CAR INCENTIVES | | | | | |
| 47 | 130611 | 10054 | 5 | 2011 | | | | | | 2225 |
| 48 | | | | | | 24 | 1643 | 722409 | | 39426 |

FORD 2007 PAGE 3

**Exhibit B**

| LINE NO | DEALER BOB LEWIS LM | | | | P&A CODE 11042 | SALES CODE 51F488 | | MONTH 30 APR 2007 | | | PC 3T |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SALES | MONTHLY GROSS | UNITS | GR PVS | | UNITS | GR PVS | YEAR-TO-DATE SALES | | GROSS | |
| 1 | | | | | | | | | | | |
| 2 | | | | | EDGE | | | | | | |
| 3 | | | | | FREESTYLE | | | | | | |
| 4 | | | | | ESCAPE | | | | | | |
| 5 | | | | | EXPLORER | | | | | | |
| 6 | | | | | EXPEDITION | | | | | | |
| 7 | | | | | EXCURSION | | | | | | |
| 8 | | | | | FREESTAR (MINIVAN) | | | | | | |
| 9 | | | | | ECONOLINE / CLUB WAGON | | | | | | |
| 10 | | | | | RANGER | | | | | | |
| 11 | | | | | F150 (UNDER 8500# GVW) | | | | | | |
| 12 | | | | | F-SUPER DUTY (F250-350 OVER 8500# GVW) | | | | | | |
| 13 | | | | | COURIER (MEXICO ONLY) | | | | | | |
| 14 | | | | | ECOSPORT (MEXICO ONLY) | | | | | | |
| 15 | | | | | TRANSIT (MEXICO ONLY) | | | | | | |
| 16 | | | | | TBD FORD TRUCK #2 | | | | | | |
| 17 | | | | | TBD FORD TRUCK #3 | | | | | | |
| 18 | | | | | TBD FORD TRUCK #4 | | | | | | |
| 19 | | | | | TBD FORD TRUCK #5 | | | | | | |
| 20 | | | | | TBD FORD TRUCK #6 | | | | | | |
| 21 | | | | | TBD FORD TRUCK #7 | | | | | | |
| 22 | | | | | TBD FORD TRUCK #8 | | | | | | |
| 23 | | | | | FORD DISCONTINUED MODEL TRUCKS | | | | | | |
| 24 | | | | | TOTAL FORD LIGHT TRUCK RETAIL | | | | | | |
| 25 | 58896 | 2244 | 2 | 1122 | MONTEREY | | | | | | |
| 26 | | | | | MARINER | 6 | 1566 | 180215 | | 9394 | |
| 27 | | | | | MOUNTAINEER | 5 | 1112 | 172243 | | 5559 | |
| 28 | | | | | TBD L/M TRUCK #1 | | | | | | |
| 29 | | | | | TBD L/M TRUCK #2 | | | | | | |
| 30 | | | | | TBD L/M TRUCK #3 | | | | | | |
| 31 | 297837 | 14351 | 6 | 2392 | AVIATOR | | | | | | |
| 32 | | -448 | | | NAVIGATOR | 16 | 1576 | 809863 | | -143 | |
| 33 | 163326 | 8184 | 4 | 2046 | LINCOLN MARK LT | 6 | -91 | 209060 | | 25212 | |
| 34 | | | | | LINCOLN MKX | 9 | 2389 | 369009 | | -548 | |
| 35 | | | | | TBD L/M TRUCK #5 | | | | | 21499 | |
| 36 | | | | | TBD L/M TRUCK #6 | | | | | | |
| 37 | 520059 | 24331 | 12 | 2028 | LM DISCONTINUED MODEL TRUCKS | | | | | | |
| 38 | | | | | TOTAL L/M LIGHT TRUCK RETAIL | 42 | 1452 | 1740390 | | 60973 | |
| 39 | | | | | TOTAL VOLVO TRUCK RETAIL | | | | | | |
| 40 | | | | | TOTAL MAZDA TRUCK RETAIL | | | | | | |
| 41 | | | | | TOTAL LAND ROVER TRUCK RETAIL | | | | | | |
| 42 | 520059 | 24331 | 12 | 2028 | NON FOMOCO LIGHT TRUCK | | | | | | |
| 43 | | | | | TOTAL LIGHT TRUCK RETAIL | 42 | 1452 | 1740390 | | 60973 | |
| 44 | 520059 | 24331 | 12 | 2028 | FLEET LIGHT TRUCKS | | | | | | |
| 45 | | | | | TOTAL LIGHT TRUCK | 42 | 1452 | 1740390 | | 60973 | |
| 46 | | | | | F-SUPER DUTY (F450-550 OVER 8500# GVW) | | | | | | |
| 47 | | | | | F-SUPER DUTY (F650-750) | | | | | | |
| 48 | | | | | LOW CAB (FWD) | | | | | | |
| 49 | | | | | TOTAL FORD COMMERCIAL TRUCKS | | | | | | |
| 50 | | | | | NON FOMOCO CLASS 4-7-8 | | | | | | |
| 51 | | | | | TOTAL COMMERCIAL/OTHER TRUCKS | | | | | | |
| 52 | | | | | UNITS MEMO FLEET UNITS M.G. COMMERCIAL YTD | | | | | | |
| 53 | 520059 | 1399 25730 | 12 | 2144 | TRUCK INCENTIVES TOTAL NEW TRUCK | 42 | 1533 | 1740390 | | 3399 64372 | |
| 54 | | 1521 | | | DEALER TRANSFERS (Units) YTD 20 | | | | | | |
| 55 | 650670 | 37305 | 17 | 2194 | TOTAL NEW VEHICLES | 66 | 1643 | 2462799 | | 4655 108453 | |
| 56 | 257370 | 8920 | 8 | 1115 | MEMO: NEW INTERNET SALES | 16 | 2692 | 1170867 | | 43070 | |
| 57 | RETAIL LEASE | | CAR | | | | TRUCK | | | | |
| 58 | | UNITS | GROSS | GR PVL | UNITS | GROSS | GR PVL | UNITS | GROSS | GR PVL | |
| 59 | NEW MONTH | 2 | 2454 | 1227 | 3 | 3965 | 1322 | | | | |
| 60 | NEW YTD | 2 | 841 | 421 | 3 | 13633 | 4544 | | | | |
| 61 | USED MONTH | | | | | | | 5 | 6419 | 1284 | |
| 62 | USED YTD | | | | | | | 5 | 14474 | 2895 | |

FORD 2007 PAGE 4

**Exhibit B**

DEALER: BOB LEWIS LM    P&A CODE 11042    SALES CODE 51F488    MONTH 30 APR 2007    PG 4

### USED VEHICLE DEPARTMENT

| LINE NO. | SALES | GROSS | UNITS | GR PVS | Description | UNITS | GR PVS | SALES | GROSS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 337676 | 25120 | 17 | 1478 | USED CARS RETAIL | 81 | 1681 | 1375202 | 136200 |
| 2 | | | | | MEMO: USED CERTIFIED CARS (FRANCHISE ONLY) | | | | |
| 3 | 82531 | 7031 | 6 | 1172 | REMARKETED CARS RETAIL | 15 | 1637 | 250130 | 24557 |
| 4 | | -212 | | | USED LIGHT TRUCKS RETAIL | 29 | 2786 | 584071 | 80803 |
| 5 | | | | | MEMO: USED CERTIFIED TRUCKS (FRANCHISE ONLY) | | | | |
| 6 | | | | | USED MED/HVY TRUCKS RETAIL | | | | |
| 7 | 102839 | 13477 | 4 | 3369 | REMARKETED TRUCKS RETAIL | 14 | 3490 | 339883 | 48861 |
| 8 | | | | | USED CAR/TRK INCENTIVES | | | | |
| 9 | 523046 | 45416 | 27 | 1682 | TOTAL USED RETAIL | 139 | 2089 | 2549286 | 290421 |
| 10 | 13545 | 1025 | 2 | 513 | USED CARS WHOLESALE | 29 | -117 | 174120 | -3382 |
| 11 | | | | | REMARKETED CARS WHOLESALE | 1 | -200 | 6545 | -200 |
| 12 | 11390 | 2495 | 1 | 2495 | USED TRUCKS WHOLESALE | 11 | 92 | 62987 | 1012 |
| 13 | | | | | REMARKETED TRUCKS WHOLESALE | | | | |
| 14 | | | | | USED VEH INVENTORY ADJUSTMENT | | | | |
| 15 | 24935 | 3520 | 3 | 1173 | TOTAL USED WHOLESALE | 41 | -63 | 243652 | -2570 |
| 16 | 547981 | 48936 | 30 | 1631 | TOTAL USED VEHICLES | 180 | 1599 | 2792938 | 287851 |
| 17 | 159945 | 12921 | 8 | 1615 | MEMO: USED INTERNET SALES | 72 | 2220 | 1266973 | 159827 |

### RECONDITIONING ANALYSIS

| LINE | MONTH | YTD | MONTH | YTD | MONTH | YTD | CAR/TRK | MONTH | YTD | MONTH | YTD | MONTH | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 13 | 73 | 4733 | 42986 | 364 | 587 | C | 1 | 37 | 1632 | 22278 | 1632 | 602 |

### INCOME

| LINE | MONTH | YTD | UNITS MONTH | YTD | %PEN YTD | PVR MONTH | YTD | Description | UNITS MONTH | YTD | %PEN YTD | PVR MONTH | YTD | INCOME MONTH | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 3365 | 20194 | 4 | | 50 | 769 | 198 | 311 | FINANCE CONTRACTS | 4 | 115 | 827 | 247 | 421 | 6658 | 58457 |
| 24 | 248 | 7006 | | | | | 15 | 108 | FIN INC ADJ | | | | 9 | 53 | 248 | 7305 |
| 25 | | | | | | | | | INSURANCE CONTRACTS | | | | | | | |
| 27 | 13958 | 37905 | 4 | | 20 | 308 | 821 | 583 | EXT SERVICE CONTR | 2 | 52 | 374 | 182 | 352 | 4907 | 48884 |
| 28 | 1170 | -150 | | | | | 69 | -2 | EXT SERVICE CONTR REP | | | | 75 | 36 | 2030 | 5045 |
| 29 | 10260 | 24745 | | | | | 604 | 381 | OTHER MERCHANDISE | | | | 334 | 270 | 9014 | 37577 |
| 30 | | | | | | | | | REPO LOSS NET | | | | | | | |
| 31 | 26165 | 75988 | | | | | 1539 | 1169 | F&I INCOME | | | | 678 | 954 | 18301 | 132568 |

| LINE | MONTH | YTD | | | Description | MONTH | YTD | MONTH | YTD |
|---|---|---|---|---|---|---|---|---|---|
| 33 | 37305 | 108453 | 2194 | 1669 | CAR/TRUCK GROSS | 1812 | 2071 | 48936 | 287851 |
| 34 | | | | | COST OF SALES ADJ: LIFO | | | | |
| 35 | 26165 | | 75988 | 1539 1169 | F&I NET INCOME (LINE 31) | 678 | 954 | 18301 | 132568 |
| 36 | 650670 | 2462799 | NEW GROSS % SALES | | | | | USED GROSS % SALES 547981 | 2792938 |
| 37 | 63470 | 184441 | 98 | 75 | | 123 | 151 | 67237 | 420419 |
| 38 | NEW VEHICLE SALES EXPENSE | | % TOTAL NEW GROSS | | | % TOTAL USED GROSS | | USED VEHICLE SALES EXPENSE | |
| 39 | 9416 | 26043 | 148 | 141 | COMM. SALESPERSON | 217 | 171 | 14566 | 71728 |
| 40 | 1994 | 3354 | 31 | 18 | INCENT. SALES MANAGERS | 72 | 92 | 4824 | 38544 |
| 41 | 6267 | 17806 | 99 | 97 | F&I | 81 | 89 | 5427 | 37555 |
| 42 | 1395 | 9796 | 22 | 53 | PRE-DELIVERY | | | | |
| 43 | 2217 | 12707 | 35 | 69 | PRE-DELIVERY ALLOWANCES | | | | |
| 44 | 147 | 1434 | 2 | 8 | FREE SERVICE/MAINTENANCE & POLICY | | | | |
| 45 | 17002 | 45726 | 268 | 248 | | 90 | 68 | 6053 | 28755 |
| 46 | 46468 | 138715 | 732 | 752 | VARIABLE GROSS | 459 | 420 | 30870 | 176582 |
| 47 | 3538 | 10790 | 56 | 59 | SALESPERSONS | 541 | 580 | 36367 | 243837 |
| 48 | 13713 | 66963 | 216 | 363 | SALES MANAGERS | 67 | 32 | 4527 | 13537 |
| 49 | 6795 | 24540 | 107 | 133 | OTHER | 189 | 101 | 12693 | 42402 |
| 50 | | | | | F&I | 110 | 56 | 7412 | 23646 |
| 51 | 4245 | 23242 | 67 | 126 | ADVERTISING | 66 | 102 | 4412 | 42970 |
| 52 | 2474 | 13728 | 39 | 74 | MEMO: INTERNET ADVERTISING | 82 | 84 | 5502 | 35255 |
| 53 | 7630 | 28156 | 120 | 153 | ADVERTISING REBATES | 27 | 24 | 1830 | 9935 |
| 54 | 10444 | 37089 | 165 | 201 | PROMOTION | 119 | 60 | 8021 | 25272 |
| 55 | 783 | 1752 | 12 | 9 | TRAINING | 7 | 4 | 504 | 1473 |
| 56 | 217 | 1298 | 3 | 7 | DEMO EXPENSE | | 4 | | 1500 |
| 57 | | -843 | | -5 | SERVICE LOANERS | | | | |
| 58 | | | | | F&I OTHER | | | | |
| 59 | 27649 | 104309 | 436 | 566 | INTEREST-FLOOR PLAN | 157 | 107 | 10533 | 45068 |
| 60 | 10462 | 52377 | 165 | 284 | FLOOR PLAN ASSISTANCE | | | | |
| 61 | 49292 | 188607 | 777 | 1023 | TOTAL SEMI-FIXED EXPENSES | 688 | 442 | 46272 | 185933 |
| 62 | -2824 | -49892 | -44 | -271 | SELLING GROSS | -147 | 138 | -9905 | 57904 |

FORD 2007 PAGE 5

**Exhibit B**

| LINE NO | MONTH | YTD | MON | YTD | | | MONTH | YTD | MON | YTD | | MONTH | YTD | MON | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEALER BOB LEWIS LM | | | | P&A CODE 11042 | SALES CODE 51F488 | | | | | MONTH 30 APR 2007 PG 5 | | | | |
| | PARTS DEPARTMENT | | GROSS % SALES | | | SERVICE DEPARTMENT | | | GROSS % SALES | | | | | GROSS % SALES | |
| | | | | | | | | | | | | FRANCHISE R.O. ANALYSIS | TRAFFIC R O COUNT | SALES PER R.O. | |
| | | | | | | | | LABOR RATES | | | | | | PARTS | LABOR |
| | | | | | | | REPAIR | BODY | W & P | INTERNAL | | | | | |
| 1 | 30210 | 108652 | | | 5400, 5401 5407 | WHOLESALE* | | | | | | | | | |
| 2 | 5101 | 18970 | | | | 64N WHOLESALE | | | | | | REPAIR SHOP | M | 271 | 208 | 298 |
| 3 | -100 | 172 | | | | MU JOB INCENTIVE | 12000 | | 10828 | 12000 | | | Y | 1278 | 196 | 272 |
| 4 | 5001 | 19142 | 166 | 176 | | TOTAL WHOLESALE | | | | | | BODY SHOP | M | | | |
| 5 | 6180 | 38893 | | | | | 80864 | 347031 | | | | | Y | | | |
| 6 | 2072 | 11557 | 335 | 297 | | | 57251 | 280017 | 832 | 807 | | W & P CLAIMS SERVICE | M | 109 | 180 | 203 |
| 7 | 56263 | 250538 | | | | REPAIR SHOP | 3324 | 35722 | | | | | Y | 496 | 174 | 188 |
| 8 | 24164 | 103872 | 429 | 415 | | | 2301 | 24535 | 692 | 687 | | W & P CLAIMS BODY | M | | | |
| 9 | 983 | 18924 | | | | ESP REPAIR SHOP | | | | | | | Y | | | |
| 10 | 518 | 5726 | 527 | 303 | | | 22083 | 93289 | | | | ESP REPAIR | M | 35 | 28 | 95 |
| 11 | | | | | | JOB INCENTIVE | 14827 | 60518 | 671 | 649 | | | Y | 238 | 80 | 150 |
| 12 | 19586 | 86545 | | | | WARRANTY & POLICY CLAIMS (SERVICE) | 6106 | 45004 | | | | INTERNAL | M | 29 | 271 | 211 |
| 13 | 5774 | 24382 | 295 | 282 | | | 4519 | 34083 | 740 | 757 | | | Y | 279 | 110 | 161 |
| 14 | 7864 | 30565 | | | | INTERNAL (SERVICE) | -7381 | -13162 | | | | | | | | |
| 15 | 892 | 6373 | 113 | 209 | | UNAPPLIED TIME | 3305 | 32593 | | | | | | | | |
| 16 | | | | | | | 124 | 1924 | 38 | 59 | | | | | | |
| 17 | | 3720 | | | | SUBLET REPAIRS | | | | | | | | | | |
| 18 | | 239 | | 64 | | | | | | | | | | | | |
| 19 | | | | | | OTHER MERCHANDISE | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | |
| 21 | | | | | | PARTS SALES SERV OTHER FRANCHISE | | | | | | WHOLESALE | S | | | |
| 22 | | | | | | | | | | | | | G | | | |
| 23 | 84696 | 390292 | | | | TOTAL | | | | | | COUNTER RETAIL | S | | | |
| 24 | 31348 | 140592 | 370 | 360 | | | MEMO: OTHER FRAN PARTS PURCHASES | | | | | | G | | | |
| 25 | | | | | | | MONTH | YTD | | | | | | | | |
| 26 | | | | | | BODY SHOP (METAL) | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | |
| 28 | | | | | | BODY SHOP (PAINT) | RO ANALYSIS | TRAFFIC RO COUNT | SALES PER RO | | | | | | | |
| 29 | | | | | | | | | PARTS | LABOR | | | | | | |
| 30 | | | | | | WARRANTY & POLICY CLAIMS (BODY SHOP) | SERVICE | M | | | | | | | | |
| 31 | | | | | | | OTH FRAN | Y | | | | | | | | |
| 32 | | | | | | INTERNAL (BODY SHOP) | BODY | M | | | | | | | | |
| 33 | 5657 | 5657 | | | | | OTH FRAN | Y | | | | | | | | |
| 34 | 1845 | 1845 | 326 | 326 | | MATERIALS | 232 | 20647 | | | | | | | | |
| 35 | | | | | | | -743 | 3866 | E | 187 | | | | | | |
| 36 | | | | | | PARTS SALES BODY OTHER FRANCHISE | SERVICE PRODUCTIVITY / EFFICIENCY | | | | | | | | | |
| 37 | 5657 | 5657 | | | | | SERVICE TECHNICIANS | MONTH | YTD | | | | | | | |
| 38 | 1845 | 1845 | 326 | 326 | | PARTS SALES BODY | AVAILABLE CLOCKED HOURS | 1512 | 5984 | | | | | | | |
| 39 | 1661 | 12907 | | | | DISCOUNTS EARNED | ACTUAL RETAIL HOURS WORKED | 797 | 4978 | | | | | | | |
| 40 | | | | | | INVENTORY ADJ | FLAT RATE HOURS SOLD | 802 | 4949 | | | | | | | |
| 41 | 126743 | 543494 | | | | | | | | | | | | | | |
| 42 | 41927 | 186043 | 331 | 342 | | | 115914 | 574286 | | | | | | | | |
| 43 | | | | | | | 80898 | 391781 | 698 | 682 | | | | | | |
| 44 | 41927 | 186043 | 331 | 342 | | COST OF SALES: LIFO | | | | | | | | | | |
| 45 | | | | | | % PARTS GROSS | 80898 | 391781 | 698 | 682 | | | | | | |
| 46 | 8542 | 31204 | 204 | 168 | | COMP | 2500 | 2500 | 31 | 6 | | | | | | |
| 47 | 3764 | 29643 | 90 | 159 | | SAL-OTHER | 18802 | 72793 | 232 | 186 | | | | | | |
| 48 | 900 | 3565 | 21 | 19 | | COMM & IN-CTH | 20488 | 90408 | 253 | 231 | | | | | | |
| 49 | 2624 | 16394 | 63 | 88 | | ADVERT/PROMO | 4236 | 27972 | 52 | 71 | | | | | | |
| 50 | | | | | | | | | | | | | | | | |
| 51 | | | | | | TRAINING | 1700 | 6431 | 21 | 16 | | | | | | |
| 52 | 2250 | 2250 | 54 | 12 | | POLICY ADJ | 2413 | 4986 | 30 | 13 | | | | | | |
| 53 | | | | | | SERV LOANER | 1387 | -350 | 17 | -1 | | | | | | |
| 54 | 217 | 1360 | 5 | 7 | | TOOLS & SUPPLIES | 4549 | 23779 | 56 | 61 | | | | | | |
| 55 | 272 | 916 | 6 | 5 | | FREIGHT | | 82 | | 0 | | | | | | |
| 56 | 241 | 1620 | 6 | 9 | | EQ & VEH MAINT | 1834 | 12259 | 23 | 31 | | | | | | |
| 57 | 3052 | 12150 | 73 | 65 | | INV CNTRL & DP | 2556 | 9595 | 32 | 24 | | | | | | |
| 58 | | | | | | VAC J TO PAY TECH | 4443 | 18522 | 55 | 47 | | | | | | |
| 59 | 21862 | 99102 | 521 | 533 | | TOT SALES EXP | 64908 | 268977 | 802 | 687 | | | | | | |
| 60 | 20065 | 86941 | 479 | 467 | | SELLING GROSS | 15990 | 122804 | 198 | 313 | | | | | | |
| 61 | | | | | | SHOP PARTS GROSS TRANS. | | | | | | | | | | |
| 62 | 20065 | 86941 | | | | ADJ SELLING | 15990 | 122804 | | | | | | | | |

FORD 2007 PAGE 6

**Exhibit B**

DEALER: BOB LEWIS LM | P&A CODE: 11042 | SALES CODE: 51F488 | MONTH 30 APR 2007 PG 6

| Line | Account | Month | YTD | MON % GROSS | YTD % GROSS | NEW | USED | PARTS | SERVICE | BODY | UNAPPLIED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SELLING GROSS ALL DEPTS | 23326 | 217757 | 92 | 184 | -49892 | 57904 | 86941 | 122804 | | |
| | FIXED EXPENSE | | | | | | | | | | |
| 1 | SAL-GEN MGR | | | | | | | | | | |
| 2 | SALARIES-ADM | 13529 | 38343 | 53 | 32 | 12653 | 7669 | 5368 | 12653 | | |
| 3 | EMPLOYEE BENEFIT | 23376 | 87609 | 92 | 74 | 28911 | 17522 | 12265 | 28911 | | |
| 4 | PAYROLL TAXES | 16921 | 80924 | 67 | 68 | 26705 | 16185 | 11329 | 26705 | | |
| 5 | PENSIONS | | | | | | | | | | |
| 6 | INSTL ADV & PROMO | | | | | | | | | | |
| 7 | RENT & EQUIVALENT | 47294 | 217611 | 187 | 184 | 70188 | 42538 | 29777 | 75008 | | |
| 8 | UTILITIES | 3849 | 19006 | 15 | 16 | 6272 | 3801 | 2661 | 6272 | | 100 |
| 9 | TELEPHONE | 5349 | 15300 | 21 | 13 | 5049 | 3060 | 2142 | 5049 | | |
| 10 | TAXES | 460 | 1436 | 2 | 1 | 474 | 287 | 201 | 474 | | |
| 11 | INSURANCE | 1265 | 10076 | 5 | 9 | 4916 | 2979 | 2085 | 96 | | |
| 12 | OFFICE SUPPLIES | 564 | 6633 | 2 | 6 | 2189 | 1326 | 929 | 2189 | | |
| 13 | PROFESSIONAL & SERVICE FEES | 9651 | 34591 | 38 | 29 | 11415 | 6918 | 4843 | 11415 | | |
| 14 | DATA PROCESSING | 14879 | 35055 | 59 | 30 | 11568 | 7011 | 4908 | 11568 | | |
| 15 | BAD DEBTS | | | | | | | | | | |
| 16 | CONTRIBUTIONS | | | | | | | | | | |
| 17 | INTEREST | 11257 | 39185 | 44 | 33 | 12931 | 7837 | 5486 | 12931 | | |
| 18 | DEPREC. EQUIP. | | 9115 | | 8 | 3008 | 1823 | 1276 | 3008 | | |
| 19 | EQ. & VEH. MAINT. GEN'L | 200 | 800 | 1 | 1 | 264 | 160 | 112 | 264 | | |
| 20 | TRAVEL & ENTERTAINMENT | | | | | | | | | | |
| 21 | MISCL. EXPENSE | 876 | 2521 | 3 | 2 | 832 | 504 | 353 | 832 | | |
| 22 | ALLOCATION OF UNAPPLIED EXPENSE | | | | | 33 | 20 | 14 | 33 | | 100 |
| 23 | TOTAL FIXED | 149470 | 598205 | 590 | 506 | 197408 | 119640 | 83749 | 197408 | | |
| 24 | DEALER SALARY | | | | | | | | | | |
| 25 | OPERATING PROFIT | -126144 | -380448 | -498 | -322 | -247300 | -61736 | 3192 | -74604 | | |

| Line | NEW VEHICLE | | F&I SELLING GROSS ANALYSIS | USED VEHICLE | |
|---|---|---|---|---|---|
| | MONTH | YTD | | MONTH | YTD |
| 28 | 37305 | 108453 | GROSS | 48936 | 287851 |
| 29 | 10735 | 27920 | VAR. SELLING EXP. | 25443 | 139027 |
| 30 | 49292 | 188607 | SEMI-FIXED SELLING EXP. | 46272 | 185933 |
| 31 | -22722 | -108074 | SELLING GROSS | -22779 | -37109 |
| 32 | 26165 | 75988 | TOTAL F&I NET INCOME | 18301 | 132568 |
| 33 | 6267 | 17806 | F&I SELLING EXPENSES | 5427 | 37555 |
| 34 | 19898 | 58182 | F&I SELLING GROSS | 12874 | 95013 |
| 35 | -2824 | -49892 | TOTAL SELLING GROSS | -9905 | 57904 |

| | MONTH | YTD |
|---|---|---|
| NET RENT OR EQUIV. | 39034 | 183693 |
| DEPREC. & AMORT. | | 5018 |
| INSURANCE-BUILDING | 371 | 3568 |
| TAX-REAL ESTATE | 3302 | 13208 |
| MAINT.-BUILDING | 4588 | 12124 |
| TOTAL | 47295 | 217611 |

FORD 2007 PAGE 7

Exhibit B

| DEALER | BOB LEWIS LM | | | P&A CODE | 11042 | SALES CODE | 51F488 | MONTH 30 APR 2007 PG 7 |

**MEMO: QUALITY CARE SERVICE CENTER (QCSC:
QUICK LANE (US)
FAST LANE (CANADA)**

FORD 2007 PAGE 8

**Exhibit B**