**United States District Court**
For the Northern District of California

***E-FILED 6/27/07*** 

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, | NO. C 07-03301 RS |
| Plaintiff, | **ORDER REASSIGNING CASE** |
| v. | |
| LEWIS FAMILY ENTERPRISES, INC, et al., | |
| Defendants. | |

Plaintiff herein seeks preliminary relief on an expedited basis. Defendants have advised the Court that they will be represented herein by counsel who is presently out of the country. Under these circumstances, it is not feasible to obtain a determination from all parties as to whether they would consent to the jurisdiction of the undersigned by a date that would permit timely consideration of plaintiff's application for preliminary relief. Accordingly, good cause appearing, this action shall be reassigned to a district court judge.

IT IS SO ORDERED.

Dated: June 27, 2007

RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Donald Hogan Cram , III    dhc@severson.com, blb@severson.com

Duane M. Geck    dmg@severson.com

David E. Pinch    dep@severson.com, ma@severson.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 6/27/07**                                      **Richard W. Wieking, Clerk**

**By:**_____
    **Chambers**

ORDER REASSIGNING CASE
C 07-03301 RS

2