| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>DONALD H. CRAM, III, ESQ.<br>SEVERSON & WERSON, A.P.C.<br>ONE EMBARCADERO CENTER<br>SUITE 2600<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-398-3344    *FAX No:* 415-956-0439 | | | | *For Court Use Only* |

*Attorney for:* Plaintiff   |   *Ref. No. or File No.:* 18072-122

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* FORD MOTOR COMPANY, LLC
*Defendant:* LEWIS FAMILY ENTERPRISES, INC., et al.

| **PROOF OF SERVICE<br>SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 07-03301 RS |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CIVIL COVER SHEET; PLAINTIFF'S CERTIFICATION AS TO INTERESTED PARTIES; COMPLAINT.

*3. a. Party served:*   LEWIS FAMILY ENTERPRISES, INC.

*4. Address where the party was served:*   911 CAPITOL EXPRESSWAY
SAN JOSE, CA 95133

*5. I served the party:*
   b. **by substituted service.** On: Mon., Jun. 25, 2007 at: 3:45PM by leaving the copies with or in the presence of:
      KAREN LEWIS, ASSISTANT ENGINEER
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

*7. Person Who Served Papers:*          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDGAR MENDEZ             d.  **The Fee** for Service was:

                                e.  I am: (3) registered California process server
   **First Legal Support Services**            (i)   Employee
          ATTORNEY SERVICES                    (ii)  *Registration No.:*   2006-0000964-00
   1138 HOWARD STREET                          (iii) *County:*             San Francisco
   San Francisco, CA 94103                     (iv)  *Expiration Date:*    Fri, Feb. 15, 2008
   (415) 626-3111, FAX (415) 626-1331

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Wed, Jun. 27, 2007

Judicial Council Form                PROOF OF SERVICE                (EDGAR MENDEZ)
Rule 982.9.(a)&(b) Rev January 1, 2007        SUMMONS                        *6358664.doncr.73016*

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>DONALD H. CRAM, III, ESQ.<br>SEVERSON & WERSON, A.P.C.<br>ONE EMBARCADERO CENTER<br>SUITE 2600<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-398-3344     *FAX No:* 415-956-0439 | |

| *Attorney for:* Plaintiff | *Ref. No or File No.:*<br>18072-122 |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* FORD MOTOR COMPANY, LLC

*Defendant:* LEWIS FAMILY ENTERPRISES, INC., et al.

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 07-03301 RS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: INITIAL CASE MANAGEMENT, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CIVIL COVER SHEET; PLAINTIFF'S CERTIFICATION AS TO INTERESTED PARTIES; COMPLAINT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Wed., Jun. 27, 2007
   b. Place of Mailing:          SAN FRANCISCO, CA 94103
   c. Addressed as follows:     LEWIS FAMILY ENTERPRISES, INC.
                              911 CAPITOL EXPRESSWAY
                              SAN JOSE, CA 95133

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Jun. 27, 2007 in the ordinary course of business.

5. *Person Serving:*                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
      a. AARON DANIEL
      b. FIRST LEGAL SUPPORT SERVICES      d. *The Fee for Service was:*
         1138 HOWARD STREET                e. I am: Not a Registered California Process Server
         SAN FRANCISCO, CA 94103
      c. 415-626-3111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Jun. 27, 2007