IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ford Motor Credit Company, LLC, | NO. C 07-03301 JW |
| Plaintiff,<br>v.<br>Lewis Family Enterprises, Inc. et al.,<br>Defendants. | **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER; SETTING HEARING FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND WRIT OF POSSESSION** |

The Court, having reviewed the application of Ford Motor Credit Company for writ of possession and injunctive relief and the declaration filed in support thereof, finds good cause to order Defendants to appear and show cause why a writ of possession should not be granted. Pending hearing on the motion, Defendants are ORDERED to hold all proceeds of sales of the vehicles identified on Exhibit A to the Proposed Order Granting Ex Parte Application for Temporary Restraining Order (Docket Item No. 7) in a trust account, to be distributed only upon further order of the Court. Except for deposit in trust, Defendants are permitted to engage in sales of automobiles subject to their current contracts with Ford Motor Credit Company as usual.

///
///
///
///

Plaintiff shall serve Defendants a copy of the Complaint, Supporting Declarations and Memorandum, and a copy of this Order by **July 9, 2007**. Defendants are ordered to appear on **July 26, 2007 at 1:30 PM** and to show cause, if any, why a writ of possession should not issue.

Dated: June 29, 2007

JAMES WARE
United States District Judge

2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  David E. Pinch dep@severson.com
   Donald Hogan Cram dhc@severson.com
3  Duane M. Geck dmg@severson.com

4

5

6

7  **Dated:  June 29, 2007**                              **Richard W. Wieking, Clerk**

8                                                          **By: /s/JW Chambers**
                                                                **Elizabeth Garcia**
9                                                               **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28