IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ford Motor Credit Company, LLC, | NO. C 07-03301 JW |
| Plaintiff, | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND WRIT OF POSSESSION** |
| v. | |
| Lewis Family Enterprises, Inc. et al., | |
| Defendants. | |

Due to the Court's unavailability, the hearing the above motion presently set for July 26, 2007 is continued to **August 2, 2007 at 1:30 PM.** Plaintiff shall serve a Copy of this Order by July 10, 2007.

Dated: July 5, 2007

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  David E. Pinch dep@severson.com
   Donald Hogan Cram dhc@severson.com
3  Duane M. Geck dmg@severson.com

4
   **Dated:  July 5, 2007**                              **Richard W. Wieking, Clerk**
5

6                                                        **By: /s/JW Chambers**
                                                              **Elizabeth Garcia**
7                                                             **Courtroom Deputy**