| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| DONALD H. CRAM, III, ESQ.<br>SEVERSON & WERSON, A.P.C.<br>ONE EMBARCADERO CENTER<br>SUITE 2600<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-398-3344  FAX No: 415-956-0439 | |
| Ref. No. or File No.: 18072-122 | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: FORD MOTOR COMPANY, LLC
Defendant: LEWIS FAMILY ENTERPRISES, INC., et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07-03301 RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Consent To Proceed Before A United States Magistrate Judge; Complaint; Ex Parte Application For Writ Of Possession And For Temporary Restraining Order; Ford Credit's Memorandum Of Points And Authorities In Support Of Ex Parte Application For Writ Of Possession And For Temporary Restraining Order; Declaration Of Phil Ward In Support Of Ford Credit's Ex Parte Application For Writ Of Possession And For Temporary Restraining Order; Declaration Of Donald H. Cram, Iii Re: Notice Of Ford Credit's Ex Parte Application For Writ Of Possession And For Temporary Restraining Order; [Proposed] Order For Writ Of Possession; [Proposed] Order Granting Ford Motor Credit Company's Ex Parte Application For Temporary Restraining Order And Setting Hearing On Application For Writ Of Possession And Injunctive Relief Against Lewis Family Enterprises, Inc..

3. a. Party served:      LEWIS FAMILY ENTERPRISES, INC.
   b. Person served:     JUDY TURNER, HUMAN RESOURCES/AUTHORIZED TO ACCEPT

4. Address where the party was served:   911 CAPITOL EXPRESSWAY AUTO MALL
                                         SAN JOSE, CA 95134

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 26, 2007 (2) at: 4:25PM

7. Person Who Served Papers:     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDGAR MENDEZ
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.:   2006-0000964-00
      (iii) County:            San Francisco
      (iv) Expiration Date:    Fri, Feb. 15, 2008

First Legal Support Services
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Jul. 05, 2007

Judicial Council Form                 PROOF OF SERVICE                    (EDGAR MENDEZ)
Rule 982.9.(a)&(b) Rev January 1, 2007                                    6358934.doncr.74226