| Attorney or Party without Attorney: DONALD H. CRAM, III, ESQ. SEVERSON & WERSON, A.P.C. ONE EMBARCADERO CENTER SUITE 2600 SAN FRANCISCO, CA 94111 | For Court Use Only |
|---|---|
| Telephone No: 415-398-3344    FAX No: 415-956-0439 | |
| Attorney for: Plaintiff | Ref. No. or File No.: 18072-122 |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | |
| Plaintiff: FORD MOTOR COMPANY, LLC | |
| Defendant: LEWIS FAMILY ENTERPRISES, INC., et al. | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: C 07-03301 RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CIVIL COVER SHEET; PLAINTIFF'S CERTIFICATION AS TO INTERESTED PARTIES; COMPLAINT.

3. a. Party served: STEVEN ROBERT LEWIS

4. Address where the party was served: 15121 VIA LORNITA AVENUE
MONTE SERANO, CA 95030

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 26, 2007 (2) at: 8:50PM

7. *Person Who Served Papers:*         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELLENOR RIOS
   
   d. *The Fee for Service was:*
   
   e. I am: (3) registered California process server
   (i) Owner
   (ii) Registration No.: 984
   (iii) County: Santa Clara

First Legal Support Services
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Mon, Jul. 02, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS

(ELLENOR RIOS)    6358665.doncr.73745