| | |
|---|---|
| *Attorney or Party without Attorney:*<br>DONALD H. CRAM, III, ESQ.<br>SEVERSON & WERSON, A.P.C.<br>ONE EMBARCADERO CENTER<br>SUITE 2600<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-398-3344   *FAX No:* 415-956-0439<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:* 18072-122

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* FORD MOTOR COMPANY, LLC
*Defendant:* LEWIS FAMILY ENTERPRISES, INC., et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07-03301 JW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER; SETTING HEARING FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND WRIT OF POSSESSION.

3. a. *Party served:* LEWIS FAMILY ENTERPRISES, INC.
   b. *Person served:* JUDY TURNER, HUMAN RESOURCES/AUTHORIZED TO ACCEPT

4. *Address where the party was served:* 911 CAPITOL EXPRESSWAY AUTO MALL
   SAN JOSE, CA 95124

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 02, 2007 (2) at: 12:20PM

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDGAR MENDEZ
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2006-0000964-00
      (iii) County: San Francisco
      (iv) Expiration Date: Fri, Feb. 15, 2008

First Legal Support Services
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Thu, Jul. 05, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(EDGAR MENDEZ)
6359910.doncr.74250