**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY,<br><br>    Plaintiff(s),<br><br>    v.<br><br>LEWIS FAMILY ENTERPRISES DBA BOB LEWIS LINCOLN MERCURY, ET AL,<br><br>    Defendant(s).<br>_____/ | No. C 07-03301 JW<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Order to Show Cause re Preliminary Injunction and Write of Possession before Judge James Ware previously noticed for August 2, 2007 at 1:30 PM, has been reset to **August 1, 2007 at 11:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: July 9, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy