| *Attorney or Party without Attorney:*<br>DONALD H. CRAM, III, ESQ.<br>SEVERSON & WERSON, A.P.C.<br>ONE EMBARCADERO CENTER<br>SUITE 2600<br>SAN FRANCISCO, CA 94111 | *For Court Use Only* |
|---|---|

*Telephone No:* 415-398-3344    *FAX No:* 415-956-0439

| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>18072-122 |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court Northern District Of California

*Plaintiff:* FORD MOTOR COMPANY, LLC

*Defendant:* LEWIS FAMILY ENTERPRISES, INC., et al.

| **PROOF OF SERVICE** | *Hearing Date:*<br>Thu, Aug. 02, 2007 | *Time:*<br>1:30PM | *Dept/Div:* | *Case Number:*<br>C 07-03301 JW |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND WRIT OF POSSESSION.

*3. a. Party served:*      LEWIS FAMILY ENTERPRISES, INC.
  *b. Person served:*      JUDY LOUIS, AUTHORIZED TO ACCEPT

*4. Address where the party was served:*      911 CAPITAL EXPRESSWAY AUTO MALL
         SAN JOSE, CA 95136

*5. I served the party:*
  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jul. 06, 2007 (2) at: 3:45PM

*7. Person Who Served Papers:*
  a. EDGAR MENDEZ

**First Legal Support Services** sm
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. *The Fee for Service was:*

e. I am: (3) registered California process server
    *(i)*    Employee
    *(ii)*    *Registration No.:*    2006-0000964-00
    *(iii)*    *County:*    San Francisco
    *(iv)*    *Expiration Date:*    Fri, Feb. 15, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Mon, Jul. 09, 2007

(EDGAR MENDEZ)
6360675.doncr.74781