| Attorney or Party without Attorney: <br> DONALD H. CRAM, III, ESQ. <br> SEVERSON & WERSON, A.P.C. <br> ONE EMBARCADERO CENTER <br> SUITE 2600 <br> SAN FRANCISCO, CA 94111 <br> Telephone No: 415-398-3344   FAX No: 415-956-0439 <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| | Ref. No. or File No.: <br> 18072-122 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |
| Plaintiff: FORD MOTOR COMPANY, LLC |
| Defendant: LEWIS FAMILY ENTERPRISES, INC., et al. |

| **PROOF OF SERVICE** | Hearing Date: <br> Wed, Aug. 01, 2007 | Time: <br> 11:00AM | Dept/Div: <br> 8 | Case Number: <br> C 07-03301 JW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the CLERK'S NOTICE.

3. a. Party served:    LEWIS FAMILY ENTERPRISES DBA BOB LEWIS LINCOLN MERCURY
   b. Person served:   JODY LEWIS, AUTHORIZED TO ACCEPT

4. Address where the party was served:    911 CAPITAL EXPRESSWAY
   SAN JOSE, CA 95136

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jul. 11, 2007 (2) at: 12:40PM

7. *Person Who Served Papers:*            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDGAR MENDEZ
   
   **First Legal Support Services**
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i) Employee
       (ii) Registration No.:   2006-0000964-00
       (iii) County:            San Francisco
       (iv) Expiration Date:    Fri, Feb. 15, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Jul. 17, 2007

                                                                                (EDGAR MENDEZ)

| Judicial Council Form <br> Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | 6361415.doncr.76214 |
|---|---|---|