1  DUANE M. GECK (State Bar No. 114823)
   Email: dmg@severson.com
2  DAVID E. PINCH (State Bar No. 124851)
   Email: dep@severson.com
3  DONALD H. CRAM, III (State Bar No. 160004)
   Email: dhc@severson.com
4
5  SEVERSON & WERSON
   A Professional Corporation
6  One Embarcadero Center, Suite 2600
7  San Francisco, CA 94111
   Telephone: (415) 398-3344
8  Facsimile: (415) 956-0439
9
10 Attorneys for Plaintiff Ford Motor Credit Company, LLC
11
12
13                UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA
15                       SAN JOSE DIVISION

16 FORD MOTOR CREDIT COMPANY,    )   No.  C 07-03301 JW
   LLC, a Delaware Limited Liability )
17 Company,                       )
                                  )
18        Plaintiff,              )
                                  )   **REQUEST FOR ENTRY OF**
19    vs.                         )   **CLERK'S DEFAULT OF**
                                  )   **DEFENDANT REQUEST FOR**
20 LEWIS FAMILY ENTERPRISES, INC.,)   **ENTRY OF CLERK'S DEFAULT**
   dba BOB LEWIS LINCOLN          )   **OF DEFENDANT STEVEN**
21 MERCURY, a California corporation, )   **ROBERT LEWIS**
   and STEVEN ROBERT LEWIS, an    )
22 individual,                    )   No Hearing Pending
                                  )
23        Defendants.             )   The Hon. James Ware
                                  )   Complaint filed June 22, 2007
24                                )
25                                )
26                                )
27                                )

28 10872/0122/635957.2            REQUEST FOR ENTRY OF CLERK'S DEFAULT OF
                                  DEFENDANT STEVEN ROBERT LEWIS
                                  *Ford Credit v. Lewis Family Enterprises, Inc.*

1     TO THE DEFENDANT, AND HIS ATTORNEYS, IF ANY, AND OTHER
2 INTERESTED PARTIES:
3     Plaintiff, Ford Motor Credit Company, requests that the Clerk of this Court enter the
4 default of Steven Robert Lewis under Federal Rule of Civil Procedure Rule 55 as follows:
5     1. Name of Defendant against whom default judgment is sought:
6 Steven Robert Lewis.
7     2. Plaintiff, Ford Motor Credit Company, filed the above-captioned proceeding on June
8 22, 2007.
9     3. The Summons and Complaint were personally served on June 26, 2007. Steven
10 Robert Lewis was served at 15121 Via Lornita Avenue, Monte Serano, California 95030.
11     4. The Court filed the Proof of Service on July 6, 2007. A copy of the Service of Process
12 as filed is attached hereto as Exhibit A.
13     5. The time for filing an Answer or other response expired on July 19, 2007.
14     6. No answer or other responsive pleading has been filed or served by Steven Robert
15 Lewis.
16     7. Steven Robert Lewis is not in the military service so as to be entitled to the benefits of the
17 Soldier's and Sailor's Civil Relief Act of 1940 (50 U.S.C. Appen. §501 et seq.)
18     WHEREFORE, Plaintiff requests that the Clerk of the Court enter the Default of Steven
19 Robert Lewis.
20 DATED: July 30, 2007

SEVERSON & WERSON
A Professional Corporation

By: /s/ David E. Pinch
David E. Pinch

Attorneys for Plaintiff
FORD MOTOR CREDIT COMPANY

| Attorney or Party without Attorney: DONALD H. CRAM, III, ESQ. SEVERSON & WERSON, A.P.C. ONE EMBARCADERO CENTER SUITE 2600 SAN FRANCISCO, CA 94111 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 415-398-3344    FAX No: 415-956-0439 | | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: 18072-122 | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | | | | | |
| Plaintiff: FORD MOTOR COMPANY, LLC | | | | | |
| Defendant: LEWIS FAMILY ENTERPRISES, INC., et al. | | | | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: C 07-03301 RS | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CIVIL COVER SHEET; PLAINTIFF'S CERTIFICATION AS TO INTERESTED PARTIES; COMPLAINT.

3. a. Party served:    STEVEN ROBERT LEWIS

4. Address where the party was served:    15121 VIA LORNITA AVENUE
   MONTE SERANO, CA 95030

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 26, 2007 (2) at: 8:50PM

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELLENOR RIOS
   
   d. *The Fee for Service was:*
   
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:    984
      (iii) County:    Santa Clara

**First Legal Support Services**
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Jul. 02, 2007

   (ELLENOR RIOS)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

6358665.doncr.73745

**EXHIBIT A**