DUANE M. GECK (State Bar No. 114823)
Email: dmg@severson.com
DAVID E. PINCH (State Bar No. 124851)
Email: dep@severson.com
DONALD H. CRAM, III (State Bar No. 160004)
Email: dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Plaintiff Ford Motor Credit Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>             Plaintiff,<br><br>     vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>             Defendants. | No.   C 07-03301 JW<br><br>**REQUEST FOR ENTRY OF CLERK'S DEFAULT OF DEFENDANT LEWIS FAMILY ENTERPRISES, INC.**<br><br>No Hearing Pending<br><br>The Hon. James Ware<br>Complaint filed June 22, 2007 |

10872/0122/635957.1

REQUEST FOR ENTRY OF CLERK'S DEFAULT OF
DEFENDANT LEWIS FAMILY ENTERPRISES, INC.
*Ford Credit v. Lewis Family Enterprises, Inc.*

TO THE DEFENDANT, AND HIS ATTORNEYS, IF ANY, AND OTHER INTERESTED PARTIES:

Plaintiff, Ford Motor Credit Company, requests that the Clerk of this Court enter the default of Lewis Family Enterprises, Inc. dba Bob Lewis Lincoln Mercury, a California corporation under Federal Rule of Civil Procedure Rule 55 as follows:

1. Name of Defendant against whom default judgment is sought:

Lewis Family Enterprises, Inc. dba Bob Lewis Lincoln Mercury, a California corporation.

2. Plaintiff, Ford Motor Credit Company, filed the above-captioned proceeding on June 22, 2007.

3. The Summons and Complaint were personally served on June 25, 2007. Lewis Family Enterprises, Inc. dba Bob Lewis Lincoln Mercury, a California corporation was served on Karen Lewis, an authorized agent for service, at 911 Capitol Expressway, San Jose, California 95133.

4. The Court filed the Proofs of Service on June 28, 2007. A copy of the Service of Process as filed is attached hereto as Exhibit A.

5. The time for filing an Answer or other response expired on July 18, 2007.

6. No answer or other responsive pleading has been filed or served by Lewis Family Enterprises, Inc. dba Bob Lewis Lincoln Mercury, a California corporation.

7. Lewis Family Enterprises, Inc. dba Bob Lewis Lincoln Mercury, a California corporation is a corporation and therefore is not in the military service so as to be entitled to the benefits of the Soldier's and Sailor's Civil Relief Act of 1940 (50 U.S.C. Appen. §501 et seq.)

WHEREFORE, Plaintiff requests that the Clerk of the Court enter the Default of Lewis Family Enterprises, Inc. dba Bob Lewis Lincoln Mercury, a California corporation.

10872/0122/635957.1

- 2 -

REQUEST FOR ENTRY OF CLERK'S DEFAULT OF DEFENDANT LEWIS FAMILY ENTERPRISES, INC.
*Ford Credit v. Lewis Family Enterprises, Inc.*

1 | DATED: July 30, 2007

SEVERSON & WERSON
A Professional Corporation

By: /s/ David E. Pinch
David E. Pinch

Attorneys for Plaintiff
FORD MOTOR CREDIT COMPANY

10872/0122/635957.1

- 3 -

REQUEST FOR ENTRY OF CLERK'S DEFAULT OF
DEFENDANT LEWIS FAMILY ENTERPRISES, INC.
*Ford Credit v. Lewis Family Enterprises, Inc.*

| *Attorney or Party without Attorney:* <br> DONALD H. CRAM, III, ESQ. <br> SEVERSON & WERSON, A.P.C. <br> ONE EMBARCADERO CENTER <br> SUITE 2600 <br> SAN FRANCISCO, CA 94111 <br> *Telephone No:* 415-398-3344   *FAX No:* 415-956-0439 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* 18072-122 |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court Northern District Of California |
| *Plaintiff:* FORD MOTOR COMPANY, LLC |
| *Defendant:* LEWIS FAMILY ENTERPRISES, INC., et al. |

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* C 07-03301 RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CIVIL COVER SHEET; PLAINTIFF'S CERTIFICATION AS TO INTERESTED PARTIES; COMPLAINT.

3. a. *Party served:*  LEWIS FAMILY ENTERPRISES, INC.

4. *Address where the party was served:*  911 CAPITOL EXPRESSWAY
SAN JOSE, CA 95133

5. *I served the party:*
   b. **by substituted service.** On: Mon., Jun. 25, 2007 at: 3:45PM by leaving the copies with or in the presence of:
   KAREN LEWIS, ASSISTANT ENGINEER
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDGAR MENDEZ                                    d. *The Fee for Service was:*
   
   **First Legal Support Services**          e. I am: (3) registered California process server
   ATTORNEY SERVICES                                  (i) Employee
   1138 HOWARD STREET                                 (ii) *Registration No.:*   2006-0000964-00
   San Francisco, CA 94103                            (iii) *County:*            San Francisco
   (415) 626-3111, FAX (415) 626-1331                 (iv) *Expiration Date:*    Fri, Feb. 15, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Jun. 27, 2007

                                                                                                   (EDGAR MENDEZ)
   Judicial Council Form                          PROOF OF SERVICE                                      6358664.doncr.730.6
   Rule 982.9.(a)&(b) Rev January 1, 2007         SUMMONS

**EXHIBIT A**

| Attorney or Party without Attorney: <br> DONALD H. CRAM, III, ESQ. <br> SEVERSON & WERSON, A.P.C. <br> ONE EMBARCADERO CENTER <br> SUITE 2600 <br> SAN FRANCISCO, CA 94111 <br> Telephone No: 415-398-3344    FAX No: 415-956-0439 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff    Ref. No or File No.: 18072-122 | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | |
| Plaintiff: FORD MOTOR COMPANY, LLC | |
| Defendant: LEWIS FAMILY ENTERPRISES, INC., et al. | |

| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C 07-03301 RS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CIVIL COVER SHEET; PLAINTIFF'S CERTIFICATION AS TO INTERESTED PARTIES; COMPLAINT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:          Wed., Jun. 27, 2007
    b. Place of Mailing:         SAN FRANCISCO, CA 94103
    c. Addressed as follows:     LEWIS FAMILY ENTERPRISES, INC.
                                 911 CAPITOL EXPRESSWAY
                                 SAN JOSE, CA 95133

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Jun. 27, 2007 in the ordinary course of business.

5. Person Serving:
    a. AARON DANIEL
    b. FIRST LEGAL SUPPORT SERVICES
       1138 HOWARD STREET
       SAN FRANCISCO, CA 94103
    c. 415-626-3111

    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. *The Fee for Service was:*
    e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    Date: Wed, Jun. 27, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(AARON DANIEL)    6358664.doncr.73016

**EXHIBIT A**