DUANE M. GECK (State Bar No. 114823)
Email: dmg@severson.com
DAVID E. PINCH (State Bar No. 124851)
Email: dep@severson.com
DONALD H. CRAM, III (State Bar No. 160004)
Email: dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Plaintiff Ford Motor Credit Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>Defendants. | No. C 07-03301 JW<br><br>**CERTIFICATE OF SERVICE** |

10872/0122/632011.2

CERTIFICATE OF SERVICE
*Ford Credit v. Lewis Family Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**REQUEST FOR ENTRY OF CLERK'S DEFAULT OF DEFENDANT LEWIS FAMILY ENTERPRISES, INC.**

on all interested parties in said case addressed as follows:

Lewis Family Enterprises, Inc.          Steven Robert Lewis
911 Capitol Expressway                  15121 Via Lornita Avenue
San Jose, CA  95133                     Monte Serano, CA  95030
*Defendants*                            *Defendant*

☒ **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above:

1.  ☐  deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

2.  ☒  placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in a sealed envelope with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on July 30, 2007.

_____
Patricia S. Glover

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**REQUEST FOR ENTRY OF CLERK'S DEFAULT OF DEFENDANT REQUEST FOR ENTRY OF CLERK'S DEFAULT OF DEFENDANT STEVEN ROBERT LEWIS**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| Lewis Family Enterprises, Inc. | Steven Robert Lewis |
| 911 Capitol Expressway | 15121 Via Lornita Avenue |
| San Jose, CA 95133 | Monte Serano, CA 95030 |
| *Defendants* | *Defendant* |

☒ **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above:

    1. ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    2. ☒ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in a sealed envelope with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on July 30, 2007.

_____
Patricia S. Glover