**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking                                                              General Court Number
Clerk                                                                                       408.535.5364

August 1, 2007

RE:  CV 07-03301 JW        FORD MOTOR CREDIT COMPANY-v- LEWIS FAMILY ENTERPRISES DBA BOB LEWIS LINCOLN MERCURY, ET AL

Default is entered as to Defendant Lewis Family Enterprises, Inc.  on 8/1/07 .

                RICHARD W. WIEKING, Clerk

                byCindy Vargas
                Case Systems Administrator

NDC TR-4  Rev. 3/89