**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

August 1, 2007

RE:  CV 07-03301 JW      FORD MOTOR CREDIT COMPANY-v- LEWIS FAMILY ENTERPRISES DBA BOB LEWIS LINCOLN MERCURY, ET AL

Default is entered as to Defendant Steven Robert Lewis on 8/1/07 .

RICHARD W. WIEKING, Clerk

by Cindy Vargas
Case Systems Administrator

NDC TR-4  Rev. 3/89