Lewis Family Entrerprises, Inc. dba Bob Lewis Lincoln-Mercury

| VIN # | Model Year | Make | Model | Principal Balance |
|---|---|---|---|---|
| **LINCOLN-MERCURY NEW WHOLESALE** | | | | |
| 4M2CU97158KJ02277 | 2008 | MERCURY | MARINER | 28708.52 |
| 4M2CU97168KJ06399 | 2008 | MERCURY | MARINER | 26383.52 |
| 4M2CU97118KJ03457 | 2008 | MERCURY | MARINER | 26383.52 |
| 5LMFL28527LJ09882 | 2007 | LINCOLN | NAVIGATOR | 56858.84 |
| 5LMFL28517LJ14216 | 2007 | LINCOLN | NAVIGATOR | 56839.32 |
| 5LMFU28547LJ23747 | 2007 | LINCOLN | NAVIGATOR | 55744.88 |
| 5LMFU28577LJ18994 | 2007 | LINCOLN | NAVIGATOR | 54658.32 |
| 5LMFU28557LJ07959 | 2007 | LINCOLN | NAVIGATOR | 54658.32 |
| 5LMFL27547LJ09884 | 2007 | LINCOLN | NAVIGATOR | 54248.84 |
| 5LMFU28537LJ22945 | 2007 | LINCOLN | NAVIGATOR | 53968.40 |
| 5LMFU28517LJ16948 | 2007 | LINCOLN | NAVIGATOR | 53902.32 |
| 5LMFU28507LJ15502 | 2007 | LINCOLN | NAVIGATOR | 53786.32 |
| 5LMFU27547LJ04214 | 2007 | LINCOLN | NAVIGATOR | 52447.20 |
| 5LMFU27547LJ14225 | 2007 | LINCOLN | NAVIGATOR | 52048.32 |
| 5LMFU28507LJ01745 | 2007 | LINCOLN | NAVIGATOR | 51979.20 |
| 5LMFU28587LJ05087 | 2007 | LINCOLN | NAVIGATOR | 51938.32 |
| 5LMFU27587LJ16947 | 2007 | LINCOLN | NAVIGATOR | 51292.32 |
| 5LMFU27537LJ02406 | 2007 | LINCOLN | NAVIGATOR | 50323.20 |
| 5LMFL28567LJ20383 | 2007 | LINCOLN | NAVIGATOR L | 50309.40 |
| 1LNHM82W07Y608261 | 2007 | LINCOLN | TOWN CAR | 44620.15 |
| 1LNHM82W87Y606872 | 2007 | LINCOLN | TOWN CAR | 44551.15 |
| 5LMFU27557LJ00642 | 2007 | LINCOLN | NAVIGATOR | 44477.20 |
| 5LMFU27587LJ03065 | 2007 | LINCOLN | NAVIGATOR | 44477.20 |
| 5LMFU27567LJ00584 | 2007 | LINCOLN | NAVIGATOR | 44477.20 |
| 5LMFU27537LJ03605 | 2007 | LINCOLN | NAVIGATOR | 44477.20 |
| 5LMFU27507LJ07059 | 2007 | LINCOLN | NAVIGATOR | 44471.84 |
| 5LTPW18517FJ09347 | 2007 | LINCOLN | MARK LT | 44225.75 |
| 2LMDU88C97BJ16471 | 2007 | LINCOLN | MKX | 40571.03 |
| 2LMDU88C87BJ23072 | 2007 | LINCOLN | MKX | 40518.85 |
| 2LMDU88C37BJ13792 | 2007 | LINCOLN | MKX | 40517.03 |
| 2LMDU88C07BJ08372 | 2007 | LINCOLN | MKX | 40017.03 |
| 2LMDU88C37BJ17163 | 2007 | LINCOLN | MKX | 39757.03 |
| 2LMDU88C17BJ18182 | 2007 | LINCOLN | MKX | 39757.03 |
| 2LMDU68C87BJ04932 | 2007 | LINCOLN | MKX | 38410.03 |
| 2LMDU68C27BJ06871 | 2007 | LINCOLN | MKX | 37680.03 |
| 4M2EU48837UJ07021 | 2007 | MERCURY | MOUNTAINEER | 37450.80 |
| 2LMDU88C47BJ25272 | 2007 | LINCOLN | MKX | 36876.85 |
| 4M2EU48887UJ10187 | 2007 | MERCURY | MOUNTAINEER | 36316.10 |
| 2LMDU68C87BJ10939 | 2007 | LINCOLN | MKX | 35840.03 |
| 4M2EU48E37UJ01967 | 2007 | MERCURY | MOUNTAINEER | 33932.10 |
| 2LMDU68C87BJ10620 | 2007 | LINCOLN | MKX | 33080.03 |
| 3LNHM26TX7R633518 | 2007 | LINCOLN | MKZ | 30178.80 |
| 3LNHM26T87R648440 | 2007 | LINCOLN | MKZ | 29634.45 |
| 3LNHM26T27R663841 | 2007 | LINCOLN | MKZ | 29298.95 |
| 4M2CU97187KJ12185 | 2007 | MERCURY | MARINER | 27800.52 |
| 4M2CU91107KJ13372 | 2007 | MERCURY | MARINER | 27630.35 |

Exhibit A

| VIN | Year | Make | Model | Balance |
|---|---|---|---|---|
| 4M2CU971X7KJ05061 | 2007 | MERCURY | MARINER | 27449.02 |
| 3MEHM02197R642514 | 2007 | MERCURY | MILAN | 27243.10 |
| 4M2CU91187KJ03947 | 2007 | MERCURY | MARINER | 26844.02 |
| 3MEHM08147R641150 | 2007 | MERCURY | MILAN | 26200.10 |
| 1MEHM40177G606760 | 2007 | MERCURY | MONTEGO | 24236.15 |
| 3MEHM07Z47R643715 | 2007 | MERCURY | MILAN | 46683.10 |
| 5LTPW185X6FJ06770 | 2006 | LINCOLN | MARK LT | 41684.68 |
| 1MEFM50U25A635011 | 2005 | MERCURY | SABLE | 21829.20 |

**Unsold Floorplan Balance** 2181193.18

**PROGRAM CAR LINE**

| VIN | Year | Make | Model | Balance |
|---|---|---|---|---|
| 1LNFM87A46Y632128 | 2006 | LINCOLN | LS | 20665.00 |
| 1ZVFT84N265217760 | 2006 | FORD | MUSTANG | 17668.00 |
| 1ZVFT80N165202463 | 2006 | FORD | MUSTANG | 15998.00 |
| 5LMFU27R74LJ11348 | 2004 | LINCOLN | NAVIGATOR | 23996.00 |

**Unsold Floorplan Balance** 78327.00

**USED VEHICLE WHOLESALE LINE**

| VIN | Year | Make | Model | Balance |
|---|---|---|---|---|
| 1G2ZG58B574120289 | 2007 | PONTIAC | G6 | 11433.44 |
| 1FAFP34N77W107718 | 2007 | FORD | FOCUS | 9440.00 |
| 1J4GK48K36W205463 | 2006 | JEEP | LIBERTY | 10400.00 |
| 1G1AK55F667624774 | 2006 | CHEVROLET | COBALT | 6720.00 |
| 1LNHM81W85Y671512 | 2005 | LINCOLN | TOWN CAR | 15980.00 |
| 1FAFP34NX5W245573 | 2005 | FORD | FOCUS | 6240.00 |
| 1N4BA41E94C834351 | 2004 | NISSAN | MAXIMA | 13760.94 |

**Unsold Floorplan Balance** 73974.38

Exhibit A