# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge: James Ware**
**Date:  8/1/2007**
**Case No: C-07-03301 JW**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Irene Rodriguez**
**Interpreter: N/A**

## TITLE

**Ford Motor Credit Company, LLC. v. Lewis Family Enterprises, Inc.**

**Attorney(s) for Plaintiff(s)**: Donald Cram, III
**Attorney(s) for Defendant(s)**: No appearance made by counsel or parties

## PROCEEDINGS

**OSC re Preliminary Injunction and Writ of Possession [Doc. 12, 4]**

## ORDER AFTER HEARING

Hearing Held.  For the reasons stated on the record the Court GRANTED the Preliminary Injunction and Writ of Possession.  The Court extended the TRO for 10 days.  Clerk to issue Writ.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: