1  DUANE M. GECK (State Bar No. 114823)
   Email: dmg@severson.com
2  DAVID E. PINCH (State Bar No. 124851)
   Email: dep@severson.com
3  DONALD H. CRAM, III (State Bar No. 160004)
4  Email: dhc@severson.com
   SEVERSON & WERSON
5  A Professional Corporation
   One Embarcadero Center, Suite 2600
6  San Francisco, CA  94111
7  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
8
9
   Attorneys for Plaintiff Ford Motor Credit Company, LLC
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>        Defendants.<br>_____ | No.  C 07-03301 JW<br><br>**WRIT OF POSSESSION AFTER HEARING**<br><br>Hearing Date: August 1, 2007<br>Time:        11:00 a.m.<br>Courtroom:   8<br><br>The Hon. James Ware |

TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA:

---
10872/0122/636322.1                                          WRIT OF POSSESSION AFTER HEARING

1  You are directed to levy upon and retain in your custody, until released or sold (Code of Civil Procedure Section 514.030), the following property or any part thereof:

All motor vehicles as identified on Exhibit "A" attached hereto and all parts, accessories, furniture, fixtures, equipment, and other personal property identified in Exhibit "B" attached hereto and all deposit accounts of LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY and to enter the following private place to take possession of the above described property or some part thereof: 911 Capitol Expressway Auto Mall, San Jose, California; and to return this writ and the certificate of your proceedings within 30 days after levy and service, but in no event later than 60 days after issuance of this writ.

NOTICE TO DEFENDANTS, LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY:

The Court has waived the filing of any undertaking by Plaintiff, Ford Motor Credit Company, LLC, pursuant to California Code of Civil Procedure Section 515.010(b). You have the right to obtain redelivery of the property by filing a written undertaking in the amount of $2,586,154.15, as prescribed by Code of Civil Procedure Section 515.020. You also have certain other rights as provided in Code of Civil Procedure Sections 512.020-512.120.

Dated: _____

_____
CLERK OF COURT

(Court Seal)