# 2007 FORD MOTOR COMPANY DEALER FINANCIAL STATEMENT 2007

| | | | |
|---|---|---|---|
| P & A CODE | 11042 | DEALER | BOB LEWIS LM |
| PERIOD OF | 4 | ADDRESS | 911 CAPITOL EXPRWY AUTOMALL |
| MONTH ENDED | 30 APR 2007 | CITY-STATE/PROVINCE ZIP/POSTAL CODE | SAN JOSE, CA 95136 |
| REC'D | | SALES CODE | 51F488 |

## BALANCE SHEET

### ASSETS

| Line | Item | Amount |
|---|---|---|
| 1 | CASH – ON HAND, IN BANK | |
| 2 | CASH – MONEY MARKET / DEPOSIT | 602380 |
| 3 | FINANCE CONTRACTS – NEW | 173936 |
| 4 | FINANCE CONTRACTS – USED | 284276 |
| 5 | MARKETABLE SECURITIES | |
| 6 | NOTES RECEIVABLE | 59995 |
| 7 | DISCOUNTED NOTES RECEIVABLE (NON US) | |
| 8 | ACCOUNTS RECEIVABLE – VEHICLE | 59643 |
| 9 | ACCOUNTS RECEIVABLE – PARTS SERVICE BODY | 108511 |
| 10 | ACCOUNTS RECEIVABLE – OTHER | 37510 |
| 11 | FORD RECEIVABLES – W & P CLAIMS | 869 |
| 12 | FORD RECEIVABLES – VEHICLE HOLDBACK | 5425 |
| 13 | FORD RECEIVABLES – INCENTIVES / CARRYOVER ALLOWANCE | -2661 |
| 14 | FORD REC – FRD / LINCOLN CR / JAG FAC | |
| 15 | FORD REC – LOSP 50354 / OTHER #2 / OTHER #3 | 50354 |
| 16 | FORD REC – VCB / VAS / LR | |
| 17 | JOBBER INCENTIVES/ESP/FLOOR PLAN ASSISTANCE/OTHER | 1461 |
| 18 | | |
| 19 | FINANCE RECEIVABLES - CURRENT | 36449 |
| 20 | ALLOWANCE - DOUBTFUL RECEIVABLES | |
| 21 | NEW – CARS – FORD – L-M 16 | 462281 |
| 22 | NEW – TRUCKS – FORD – L-M 46 | 1951377 |
| 23 | NEW – DEMOS – FORD – L-M | |
| 24 | USED – CARS 48 – 30 DAY 14 | 303977 |
| 25 | USED – TRUCKS 10 – 30 DAY 6 | 113984 |
| 26 | USED – RE-MARKETED VEHICLES – CARS 8 – 30 DAY 7 | 136387 |
| 27 | USED – RE-MARKETED VEHICLES – TRUCKS 3 – 30 DAY 2 | 43492 |
| 28 | PARTS INV. – FoMoCo 139358 | 139358 |
| 29 | ALLOWANCE - PARTS INVENTORY ADJUSTMENT | |
| 30 | OTHER INVENTORIES (MEMO: WORK IN PROCESS 3023) | 8653 |
| 31 | LIFO INVENTORY RESERVE – NEW / USED | |
| 32 | LIFO INVENTORY RESERVE – PARTS | |
| 33 | PREPAID EXPENSES | 20130 |
| 34 | TOTAL CURRENT ASSETS | 4597787 |
| 35 | LEASED VEHICLES - NET | |
| 36 | RENTAL VEHICLES - NET | 40968 |
| 37 | LAND AND IMPROVEMENTS - NET | |
| 38 | BUILDINGS – COST | 22000 |
| 39 | BUILDINGS – DEPRECIATION | 3713 |
| 40 | EQUIPMENT – COST | 266694 |
| 41 | EQUIPMENT – DEPRECIATION | 158992 |
| 42 | LEASEHOLDS – COST | 215537 |
| 43 | LEASEHOLDS – AMORTIZED | 64220 |
| 44 | FINANCE RECEIVABLES DEFERRED - NET | 884 |
| 45 | RECEIVABLES - OFFICERS & EMPLOYEES | |
| 46 | CASH VALUE - LIFE INSURANCE | |
| 47 | OTHER ASSETS - NET | 2 |
| 48 | TOTAL ASSETS | 4916947 |
| 49 | FROZEN CAPITAL – USED VEHICLE INVENTORY | 83778 |
| 50 | FROZEN CAPITAL – PARTS INVENTORY | 0 |
| 51 | FROZEN CAPITAL – PSB RECEIVABLES | 0 |
| 52 | FROZEN CAPITAL – TOTAL | 83778 |

### LIABILITIES

| Line | Item | Amount |
|---|---|---|
| 1 | NOTES PAYABLE – NEW VEHICLES & DEMOS | 2881623 |
| 2 | NOTES PAYABLE – USED VEHICLES | 320309 |
| 3 | NOTES PAYABLE – REMARKETED VEHICLES | 329626 |
| 4 | NOTES PAYABLE – RECREATION VEHICLES | |
| 5 | NOTES PAYABLE – OTHER - SHORT TERM | |
| 6 | NOTES PAYABLE – LONG TERM - CURRENT PORTION | |
| 7 | NOTES PAYABLE – INSTALLMENT SALE BALANCE | |
| 8 | BANK LOANS (AUTHORIZED LIMIT) CANADA ONLY | |
| 9 | ACCOUNTS PAYABLE | 200045 |
| 10 | INCOME TAXES | |
| 11 | CUSTOMER – DEPOSITS | |
| 12 | CUSTOMER – ACCOMMODATIONS-SVC. CONTRACTS/REPO REFUND | 25132 |
| 13 | ACCRUED – TAXES | 706 |
| 14 | ACCRUED – PAYROLL & BONUSES | 52427 |
| 15 | ACCRUED – PROFIT SHARING (NON US) | |
| 16 | ACCRUED – OTHER | 100197 |
| 17 | DEFERRED INTEREST INCOME (CURRENT PORTION-NON US) | |
| 18 | TOTAL CURRENT LIABILITIES | 3910065 |
| 19 | NEW – -467965 / CURRENT RATIO / USED -52095 | |
| 20 | NET CASH | 182214 |
| 21 | AVERAGE MONTH TOTAL EXPENSES | 390783 |
| 22 | NET CASH OVER (UNDER) | -208569 |
| 23 | LONG TERM LIABILITIES – MORTGAGES PAYABLE | |
| 24 | NOTES PAYABLE – OFFICERS & OWNERS | 2074000 |
| 25 | NOTES PAYABLE – FORD | 280013 |
| 26 | NOTES PAYABLE – OTHER | 57232 |
| 27 | NOTES PAYABLE – LEASED VEHICLES | |
| 28 | NOTES PAYABLE – RENTAL VEHICLES | |
| 29 | ESTIMATED LIABILITY-REPOSSESSION PURCHASE LOSS | |
| 30 | OTHER LIABILITIES | |
| 31 | TOTAL LIABILITIES | 6321310 |

### NET WORTH

| Line | Item | Amount |
|---|---|---|
| 32 | CORPORATION – CAPITAL STOCK | 200000 |
| 33 | CORPORATION – RETAINED EARNINGS | -1288638 |
| 34 | CORPORATION – LEGAL RESERVE (NON US) | |
| 35 | CORPORATION – OTHER CAPITAL RESERVE (NON US) | |
| 36 | CORPORATION – FIXED ASSET REVALUATION (NON US) | |
| 37 | SUB "S" – DIVIDENDS DECLARED | |
| 38 | PARTNERS' OR PROPRIETOR'S – INVESTMENT | |
| 39 | PARTNERS' OR PROPRIETOR'S – DRAWING | |
| 40 | SUB TOTAL | -1088638 |
| 41 | NET PROFIT - AFTER INCOME TAX - YTD | -315725 |
| 42 | NET WORTH | -1404363 |
| 43 | TOTAL LIABILITIES & NET WORTH | 4916947 |

### WORKING CAPITAL

| Item | Amount |
|---|---|
| ACTUAL | 687722 |
| RECOMMENDED MINIMUM OR GUIDE | 1166879 |
| ACTUAL OVER (UNDER) | -479157 |

### OPERATING ANALYSIS

| Line | Item | MONTH | YTD | MONTH % TOTAL SALES | YTD % TOTAL SALES |
|---|---|---|---|---|---|
| 54 | TOTAL SALES | 1441308 | 6373517 | | |
| 55 | TOTAL GROSS | 253532 | 1182684 | 17.6 | 18.6 |
| 56 | TOTAL EXPENSE | 379676 | 1563132 | 26.3 | 24.5 |
| 57 | OPERATING PROFIT | -126144 | -380448 | -8.8 | -6.0 |
| 58 | ADD'L & DEDUCT TO INCOME - BONUSES | 13198 | 64729 | .9 | 1.0 |
| 59 | PROFIT BEFORE INCOME TAX | -112946 | -315719 | -7.8 | -5.0 |

### RECEIVABLES AGING

| Item | | | | |
|---|---|---|---|---|
| VEH. ACCOUNTS | | | | |
| PARTS ACCOUNTS | 2596 | 9130 | 2366 | 14 |
| SERVICE ACCOUNTS | 44296 | 47461 | 1655 | 867 |
| BODY ACCOUNTS | | | | |
| WARR. RECEIVABLES | 273 | 597 | | |
| FORD INCENTIVES | | | | |
| NOTES RECEIVABLES | | | | |

Exhibit B

DEALER BOB LEWIS LM  P&A CODE 11042  SALES CODE 51F488  MONTH 30 APR 2007 PG2

OPERATING SUMMARY

| OPERATING SUMMARY | DOLLARS MONTH | DOLLARS YTD | UNITS YTD CAR | UNITS YTD TRUCK | | NEW | USED | PARTS * | SERVICE * | BODY * |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL SALES | 1441308 | 6373517 | N 24 | N 42 | M | 650670 | 547981 | 126743 | 115914 | |
| | | | U 126 | U 54 | Y | 2462799 | 2792938 | 543494 | 574286 | |
| | | | % TOTAL GROSS MONTH | YTD | | | | | | |
| TOTAL GROSS | 253532 | 1182684 | | | M | 63470 | 67237 | 41927 | 80898 | |
| | | | | | Y | 184441 | 420419 | 186043 | 391781 | |
| TOTAL SELLING EXPENSE | 230206 | 964927 | 908 | 816 | M | 66294 | 77142 | 21862 | 64908 | |
| | | | | | Y | 234333 | 362515 | 99102 | 268977 | |
| TOTAL SELLING/ ADJUSTED SELLING GROSS | 23326 | 217757 | 92 | 184 | M | -2824 | -9905 | 20065 | 15990 | |
| | | | | | Y | -49892 | 57904 | 86941 | 122804 | |
| TOTAL FIXED EXPENSE | 149470 | 598205 | 590 | 506 | M | 49324 | 29894 | 20926 | 49326 | |
| | | | | | Y | 197408 | 119640 | 83749 | 197408 | |
| DEALER SALARY | | | | | M | | | | | |
| | | | | | Y | | | | | |
| OPERATING PROFIT | -126144 | -380448 | -498 | -322 | M | -52148 | -39799 | -861 | -33336 | |
| | | | | | Y | -247300 | -61736 | 3192 | -74604 | |

| NET INCOME | MONTH | YTD | CAR | TRUCK |
|---|---|---|---|---|
| LEASED VEHICLE | | | | |
| RENTAL VEHICLE | | | | |
| RECREATIONAL VEHICLE | | | | |
| TRACTOR/ OTHER | | | | |
| ADJ. TO INCOME | 4813 | 35690 | 19 | 30 |
| CUSTOMER SATISFACTION & FORD SUPPORT | 8385 | 29039 | 33 | 25 |
| INDEMNITIES (NON US) | | | | |
| BONUS DEALER | | | | |
| BONUS EMPLOYEE | | | | |
| PROFIT BEFORE INCOME TAX | -112946 | -315719 | -445 | -267 |
| | | PNVS | -6644 | -4784 |
| EST. INCOME TAX | -1 | 6 | % TOTAL SALES | |
| PROFIT SHARING (NON US) | | | | |
| COMBINED CAPITAL LEGAL RESERVE (NON US) | | | | |
| NET PROFIT AFTER TAX | -112945 | -315725 | -78 | -50 |

| | MONTH | YTD | PNVS | |
|---|---|---|---|---|
| TOTAL OVERHEAD EXP. | 331804 | 1340824 | A | B |
| TOTAL P. S. BS GROSS | 122825 | 577824 | 7225 | 8755 |
| NET OPERATING COST | 208979 | 763000 | C | D |
| TOTAL VEHICLE GROSS | 130707 | 604860 | 7689 | 9165 |
| TOTAL VAR. SALES EXP. | 47872 | 222308 | 2816 | 3368 |
| TOTAL VARIABLE GROSS | 82835 | 382552 | 4873 | 5796 |

| BREAK-EVEN UNITS: N.O.C. + VAR. GROSS PN/UVR | MONTH | YTD |
|---|---|---|
| | 111 | 407 |

Service Absorption: The Sum of Total Parts, Service & Body Shop Gross Profits DIVIDED By the Sum of Total Fixed Expense + Dealer Salary + Parts, Service & Body Shop Sales Expense.

| (Benchmark is 85% - 100%) | MONTH | YTD |
|---|---|---|
| | 52.0% | 59.8% |

| | MONTH | YTD |
|---|---|---|
| CASH DISC. EARNED | | |
| INTEREST INCOME | | |
| DIVIDEND INCOME | | |
| SALES FIXED ASSETS | | |
| OTHER | 4813 | 35690 |
| TDS (VOLVO ONLY) | | |
| CASH DISCOUNT | | |
| OTHER | | |
| (Line 20) | 4813 | 35690 |

| CUSTOMER SATISFACTION AND FORD SUPPORT | MONTH | YTD |
|---|---|---|
| FORD BLUE OVAL | | |
| VOLVO CSI / VMS | | |
| LOSP | 8385 | 29039 |
| OTHER # 2 | | |
| OTHER # 3 | | |
| JAG CSI / FAC / CPO / MMP | | |
| LAND ROVER | | |
| TOTAL CUSTOMER SATISFACTION ADJUSTMENT (Line 21) | 8385 | 29039 |

| NON-US DEALER ADJUSTMENTS (MEMO) | MONTH | YTD |
|---|---|---|
| EXCHANGE RATE ADJUSTMENT | | |
| MONETARY ADJUSTMENT | | |
| | 232723 | 887123 |

| OPERATING TREND ANALYSIS | NEW UNITS CAR | NEW UNITS TRUCK | USED UNITS RETAIL CAR | USED UNITS RETAIL TRUCK | TOTAL CAR/TRK (INC WHSL) | SELLING/ADJUSTED * SELLING GROSS (000) NEW | USED | PARTS * | SERVICE * | BODY SHOP * | FIXED EXP. (000) | OPT. PFT (000) | PFT BIT (000) | NET PROFIT PNVS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | -20 | 20 | 24 | 45 | | 155 | -86 | -68 | |
| FEBRUARY | | | | | | -17 | 15 | 21 | 27 | | 148 | -104 | -83 | |
| MARCH | 19 | 30 | 73 | 39 | 199 | -10 | 33 | 22 | 35 | | 146 | -65 | -52 | -1060 |
| APRIL | 5 | 12 | 23 | 4 | 47 | -3 | -10 | 20 | 16 | | 149 | -126 | -113 | -6644 |
| MAY | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | |
| CURRENT YTD | 24 | 42 | 96 | 43 | 246 | -50 | 58 | 87 | 123 | | 598 | -380 | -316 | -4784 |
| PRIOR YTD | 33 | 58 | 100 | 80 | 316 | -120 | 90 | 68 | 131 | | 571 | -403 | -309 | -3397 |

**Exhibit B**

DEALER BOB LEWIS LM P&A CODE 11042 SALES CODE 51F488 MONTH 30 APR 2007 PG 3C

NEW VEHICLE DEPARTMENT

| LINE | MONTH SALES | MONTH GROSS | MONTH UNITS | MONTH GR PVR | | RETAIL CARS | YTD UNITS | YTD GR PVR | YTD SALES | YTD GROSS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | CROWN VICTORIA | | | | |
| 2 | | | | | | TAURUS | | | | |
| 3 | | | | | | 500 | | | | |
| 4 | | | | | | MUSTANG | | | | |
| 5 | | | | | | FOCUS | | | | |
| 6 | | | | | | MONDEO (MEXICO ONLY) | | | | |
| 7 | | | | | | FIESTA/IKON (MEXICO ONLY) | | | | |
| 8 | | | | | | KA (MEXICO ONLY) | | | | |
| 9 | | | | | | FORD GT | | | | |
| 10 | | | | | | FUSION | | | | |
| 11 | | | | | | TBD FORD CAR #1 | | | | |
| 12 | | | | | | TBD FORD CAR #2 | | | | |
| 13 | | | | | | TBD FORD CAR #3 | | | | |
| 14 | | | | | | TBD FORD CAR #4 | | | | |
| 15 | | | | | R | TBD FORD CAR #5 | | | | |
| 16 | | | | | E | TBD FORD CAR #6 | | | | |
| 17 | | | | | T | TBD FORD CAR #7 | | | | |
| 18 | | | | | A | TBD FORD CAR #8 | | | | |
| 19 | | | | | I | TBD FORD CAR #9 | | | | |
| 20 | | | | | L | FORD DISCONTINUED MODEL CARS | | | | |
| 21 | | | | | | TOTAL FORD RETAIL CARS | | | | |
| 22 | 31787 | 1656 | 1 | 1656 | C | GRAND MARQUIS / MARAUDER | 2 | 1681 | 57797 | 3361 |
| 23 | | | | | A | SABLE | | | | |
| 24 | | | | | R | MONTEGO | 2 | 1805 | 54574 | 3609 |
| 25 | 63819 | 4243 | 3 | 1414 | S | MILAN | 7 | 968 | 152939 | 6776 |
| 26 | | | | | | TBD LM CAR #2 | | | | |
| 27 | | | | | | TBD LM CAR #3 | | | | |
| 28 | | | | | | TOWN CAR | 2 | 1897 | 83325 | 3793 |
| 29 | | | | | | LS | | | | |
| 30 | 35005 | 2755 | 1 | 2755 | | ZEPHYR / MKZ | 10 | 1873 | 332796 | 18734 |
| 31 | | | | | | LINCOLN MKS | | | | |
| 32 | | | | | | TBD LM CAR #5 | | | | |
| 33 | | | | | | TBD LM CAR #6 | | | | |
| 34 | | | | | | TBD LM CAR #7 | | | | |
| 35 | | | | | | TBD LM CAR #8 | | | | |
| 36 | | | | | | LM DISCONTINUED MODEL CARS | | | | |
| 37 | 130611 | 8654 | 5 | 1731 | | [illegible] | 23 | 1577 | 681431 | 36273 |
| 38 | | | | | | TOTAL JAGUAR RETAIL CARS | | | | |
| 39 | | | | | | TOTAL VOLVO RETAIL CARS | | | | |
| 40 | | | | | | TOTAL MAZDA RETAIL CARS | | | | |
| 41 | | | | | | NON FOMOCO CARS | | | | |
| 42 | 130611 | 8654 | 5 | 1731 | | [illegible] | 23 | 1577 | 681431 | 36273 |
| 43 | | | | | | FORD MOTOR CO. FLEET CARS | 1 | 928 | 40978 | 928 |
| 44 | | | | | | NON FoMoCo FLEET CARS | | | | |
| 45 | | | | | | [illegible] | 1 | 928 | 40978 | 928 |
| 46 | | 1400 | | | | CAR INCENTIVES | | | | 2225 |
| 47 | 130611 | 10054 | 5 | 2011 | | [illegible] | 24 | 1643 | 722409 | 39426 |
| 48 | | | | | | | | | | |
| 49 | | | | | | | | | | |
| 50 | | | | | | | | | | |
| 51 | | | | | | | | | | |
| 52 | | | | | | | | | | |
| 53 | | | | | | | | | | |
| 54 | | | | | | | | | | |
| 55 | | | | | | | | | | |
| 56 | | | | | | | | | | |
| 57 | | | | | | | | | | |
| 58 | | | | | | | | | | |
| 59 | | | | | | | | | | |
| 60 | | | | | | | | | | |
| 61 | | | | | | | | | | |
| 62 | | | | | | | | | | |

**Exhibit B**

DEALER BOB LEWIS LM | P&A CODE 11042 | SALES CODE 51F488 | MONTH 30 APR 2007 | PC 3T

| Line | Sales | Gross | Units | GR PVU | Description | Units | GR PVU | Sales | Gross |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | EDGE | | | | |
| 3 | | | | | FREESTYLE | | | | |
| 4 | | | | | ESCAPE | | | | |
| 5 | | | | | EXPLORER | | | | |
| 6 | | | | | EXPEDITION | | | | |
| 7 | | | | | EXCURSION | | | | |
| 8 | | | | | FREESTAR (MINIVAN) | | | | |
| 9 | | | | | ECONOLINE / CLUB WAGON | | | | |
| 10 | | | | | RANGER | | | | |
| 11 | | | | | F150 (UNDER 8500# GVW) | | | | |
| 12 | | | | | F-SUPER DUTY (F250-350 OVER 8500# GVW) | | | | |
| 13 | | | | | COURIER (MEXICO ONLY) | | | | |
| 14 | | | | | ECOSPORT (MEXICO ONLY) | | | | |
| 15 | | | | | TRANSIT (MEXICO ONLY) | | | | |
| 16 | | | | | TBD FORD TRUCK #2 | | | | |
| 17 | | | | | TBD FORD TRUCK #3 | | | | |
| 18 | | | | | TBD FORD TRUCK #4 | | | | |
| 19 | | | | | TBD FORD TRUCK #5 | | | | |
| 20 | | | | | TBD FORD TRUCK #6 | | | | |
| 21 | | | | | TBD FORD TRUCK #7 | | | | |
| 22 | | | | | TBD FORD TRUCK #8 | | | | |
| 23 | | | | | FORD DISCONTINUED MODEL TRUCKS | | | | |
| 24 | | | | | TOTAL FORD LIGHT TRUCK RETAIL | | | | |
| 25 | 58896 | 2244 | 2 | 1122 | MONTEREY | | | | |
| 26 | | | | | MARINER | 6 | 1566 | 180215 | 9394 |
| 27 | | | | | MOUNTAINEER | 5 | 1112 | 172243 | 5559 |
| 28 | | | | | TBD L/M TRUCK #1 | | | | |
| 29 | | | | | TBD L/M TRUCK #2 | | | | |
| 30 | | | | | TBD L/M TRUCK #3 | | | | |
| 31 | 297837 | 14351 | 6 | 2392 | AVIATOR | | | | -143 |
| 32 | | -448 | | | NAVIGATOR | 16 | 1576 | 809863 | 25212 |
| 33 | 163326 | 8184 | 4 | 2046 | LINCOLN MARK LT | 6 | -91 | 209060 | -548 |
| 34 | | | | | LINCOLN MKX | 9 | 2389 | 369009 | 21499 |
| 35 | | | | | TBD L/M TRUCK #5 | | | | |
| 36 | | | | | TBD L/M TRUCK #6 | | | | |
| 37 | 520059 | 24331 | 12 | 2028 | L/M DISCONTINUED MODEL TRUCKS | | | | |
| 38 | | | | | TOTAL L/M LIGHT TRUCK RETAIL | 42 | 1452 | 1740390 | 60973 |
| 39 | | | | | TOTAL VOLVO TRUCK RETAIL | | | | |
| 40 | | | | | TOTAL MAZDA TRUCK RETAIL | | | | |
| 41 | | | | | TOTAL LAND ROVER TRUCK RETAIL | | | | |
| 42 | 520059 | 24331 | 12 | 2028 | NON FOMOCO LIGHT TRUCK | | | | |
| 43 | | | | | TOTAL LIGHT TRUCK RETAIL | 42 | 1452 | 1740390 | 60973 |
| 44 | 520059 | 24331 | 12 | 2028 | FLEET LIGHT TRUCKS | | | | |
| 45 | | | | | TOTAL LIGHT TRUCK | 42 | 1452 | 1740390 | 60973 |
| 46 | | | | | F-SUPER DUTY (F450-550 OVER 8500# GVW) | | | | |
| 47 | | | | | F-SUPER DUTY (F650-750) | | | | |
| 48 | | | | | LOW CAB (FWD) | | | | |
| 49 | | | | | TOTAL FORD COMMERCIAL TRUCKS | | | | |
| 50 | | | | | NON FOMOCO CLASS 4-7-8 | | | | |
| 51 | | | | | TOTAL COMMERCIAL/OTHER TRUCKS | | | | |
| 52 | | 1399 | | | UNITS MO. / MEMO FLEET COMMERCIAL / UNITS YTD | | | | |
| 53 | 520059 | 25730 | 12 | 2144 | TRUCK INCENTIVES | | | | 3399 |
| 54 | | 1521 | | | TOTAL NEW TRUCK | 42 | 1533 | 1740390 | 64372 |
| 55 | 650670 | 37305 | 17 | 2194 | DEALER TRANSFERS (Units) YTD 20 | | | | 4655 |
| 56 | 257370 | 8920 | 8 | 1115 | TOTAL NEW VEHICLES | 66 | 1643 | 2462799 | 108453 |
| 57 | | | | | MEMO: NEW INTERNET SALES | 16 | 2692 | 1170867 | 43070 |

RETAIL LEASE

| | | Car Units | Car Gross | Car GR PVL | Truck Units | Truck Gross | Truck GR PVL | Non Fomoco Units | Non Fomoco Gross | Non Fomoco GR PVL | Total Units | Total Gross | Total GR PVL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW | MONTH | 2 | 2454 | 1227 | 3 | 3965 | 1322 | | | | 5 | 6419 | 1284 |
| NEW | YTD | 2 | 841 | 421 | 3 | 13633 | 4544 | | | | 5 | 14474 | 2895 |
| USED | MONTH | | | | | | | | | | | | |
| USED | YTD | | | | | | | | | | | | |

Exhibit B

DEALER BOB LEWIS LM P&A CODE 11042 SALES CODE 51F488 MONTH 30 APR 2007 PG 4

| SALES | GROSS | UNITS | GR PVS | USED VEHICLE DEPARTMENT | UNITS | GR PVS | SALES | GROSS |
|---|---|---|---|---|---|---|---|---|
| 337676 | 25120 | 17 | 1478 | USED CARS RETAIL | 81 | 1681 | 1375202 | 136200 |
| | | | | MEMO: USED CERTIFIED CARS (FRANCHISE ONLY) | | | | |
| 82531 | 7031 | 6 | 1172 | REMARKETED CARS RETAIL | 15 | 1637 | 250130 | 24557 |
| | -212 | | | USED LIGHT TRUCKS RETAIL | 29 | 2786 | 584071 | 80803 |
| | | | | MEMO: USED CERTIFIED TRUCKS (FRANCHISE ONLY) | | | | |
| | | | | USED MED/HVY TRUCKS RETAIL | | | | |
| 102839 | 13477 | 4 | 3369 | REMARKETED TRUCKS RETAIL | 14 | 3490 | 339883 | 48861 |
| | | | | USED CAR/TRK INCENTIVES | | | | |
| 523046 | 45416 | 27 | 1682 | TOTAL USED RETAIL | 139 | 2089 | 2549286 | 290421 |
| 13545 | 1025 | 2 | 513 | USED CARS WHOLESALE | 29 | -117 | 174120 | -3382 |
| | | | | REMARKETED CARS WHOLESALE | 1 | -200 | 6545 | -200 |
| 11390 | 2495 | 1 | 2495 | USED TRUCKS WHOLESALE | 11 | 92 | 62987 | 1012 |
| | | | | REMARKETED TRUCKS WHOLESALE | | | | |
| | | | | USED VEH INVENTORY ADJUSTMENT | | | | |
| 24935 | 3520 | 3 | 1173 | TOTAL USED WHOLESALE | 41 | -63 | 243652 | -2570 |
| 547981 | 48936 | 30 | 1631 | TOTAL USED VEHICLES | 180 | 1599 | 2792938 | 287851 |
| 159945 | 12921 | 8 | 1615 | MEMO: USED INTERNET SALES | 72 | 2220 | 1266973 | 159827 |

| MONTH | YTD | MONTH | YTD | MONTH | YTD | CAR | RECONDITIONING ANALYSIS | TRK | MONTH | YTD | MONTH | YTD | MONTH | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 73 | 4733 | 42886 | 364 | 587 | | | | 1 | 37 | 1632 | 22278 | 1632 | 602 |

| INCOME MONTH | INCOME YTD | UNITS MONTH | UNITS YTD | %PEN YTD | PVR MONTH | PVR YTD | | UNITS MONTH | UNITS YTD | %PEN YTD | PVR MONTH | PVR YTD | INCOME MONTH | INCOME YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3365 | 20194 | 4 | 50 | 769 | 198 | 311 | FINANCE CONTRACTS | 4 | 115 | 827 | 247 | 421 | 6658 | 58457 |
| 248 | 7006 | | | | 15 | 108 | FIN. RES. ADJ. | | | | 9 | 53 | 248 | 7305 |
| | | | | | | | INSURANCE CONTRACTS | | | | | | | |
| | | | | | | | INSUR. ADJ. | | | | | | | |
| 13958 | 37905 | 4 | 20 | 308 | 821 | 583 | EXT. SERVICE CONTR. | 2 | 52 | 374 | 182 | 352 | 4907 | 48884 |
| 1170 | -150 | | | | 69 | -2 | EXT. SERVICE CONTR. REP. | | | | 75 | 36 | 2030 | 5045 |
| 10260 | 24745 | | | | 604 | 381 | OTHER MERCHANDISE | | | | 334 | 270 | 9014 | 37577 |
| | | | | | | | REPO LOSS NET | | | | | | | |
| 26165 | 75988 | | | | 1539 | 1169 | F&I NET INCOME | | | | 678 | 954 | 18301 | 132568 |

| MONTH | YTD | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 37305 | 108453 | 2194 | 1669 | CAR / TRUCK GROSS | 1812 | 2071 | 48936 | 287851 |
| | | | | COST OF SALES ADJ: LIFO | | | | |
| 26165 | 75988 | 1539 | 1169 | F & I NET INCOME (LINE 31) | 678 | 954 | 18301 | 132568 |
| 650670 | 2462799 | NEW GROSS % SALES | | S | USED GROSS % SALES | | 547981 | 2792938 |
| 63470 | 184441 | 98 | 75 | G | 123 | 151 | 67237 | 420419 |
| NEW VEHICLE SALES EXPENSE | | % TOTAL NEW GROSS | | | % TOTAL USED GROSS | | USED VEHICLE SALES EXPENSE | |
| 9416 | 26043 | 148 | 141 | COMM. & INCENT. SALESPERSON | 217 | 171 | 14566 | 71728 |
| 1994 | 3354 | 31 | 18 | SALES MANAGERS | 72 | 92 | 4824 | 38544 |
| 6267 | 17806 | 99 | 97 | F & I | 81 | 89 | 5427 | 37555 |
| 1395 | 9796 | 22 | 53 | PRE-DELIVERY | | | | |
| 2217 | 12707 | 35 | 69 | PRE-DELIVERY ALLOWANCES | | | | |
| 147 | 1434 | 2 | 8 | FREE SERVICE / MAINTENANCE & POLICY | 90 | 68 | 6053 | 28755 |
| 17002 | 45726 | 268 | 248 | TOTAL VARIABLE EXPENSE | 459 | 420 | 30870 | 176582 |
| 46468 | 138715 | 732 | 752 | VARIABLE GROSS | 541 | 580 | 36367 | 243837 |
| 3538 | 10790 | 56 | 59 | SALARIES SALESPERSONS | 67 | 32 | 4527 | 13537 |
| 13713 | 66963 | 216 | 363 | SALES MANAGERS | 189 | 101 | 12693 | 42402 |
| 6795 | 24540 | 107 | 133 | OTHER | 110 | 56 | 7412 | 23646 |
| | | | | F & I | | | | |
| 4245 | 23242 | 67 | 126 | ADVERTISING | 66 | 102 | 4412 | 42970 |
| 2474 | 13728 | 39 | 74 | MEMO: INTERNET ADVERTISING | 82 | 84 | 5502 | 35255 |
| 7630 | 28156 | 120 | 153 | ADVERTISING REBATES | 27 | 24 | 1830 | 9935 |
| 10444 | 37089 | 165 | 201 | PROMOTION | 119 | 60 | 8021 | 25272 |
| 783 | 1752 | 12 | 9 | TRAINING | 7 | 4 | 504 | 1473 |
| 217 | 1298 | 3 | 7 | DEMO EXPENSE | | 4 | | 1500 |
| | -843 | | -5 | SERVICE LOANERS | | | | |
| | | | | F & I OTHER | | | | |
| 27649 | 104309 | 436 | 566 | INTEREST - FLOOR PLAN | 157 | 107 | 10533 | 45068 |
| 10462 | 52377 | 165 | 284 | FLOOR PLAN ASSISTANCE | | | | |
| 49292 | 188607 | 777 | 1023 | TOTAL SEMI-FIXED EXPENSES | 688 | 442 | 46272 | 185933 |
| -2824 | -49892 | -44 | -271 | SELLING GROSS | -147 | 138 | -9905 | 57904 |

Exhibit B

DEALER BOB LEWIS LM P&A CODE 11042 SALES CODE 51F488 MONTH 30 APR 2007 PG5

| LINE | Parts Dept. MONTH | Parts Dept. YTD | Gross % Sales MON | Gross % Sales YTD | Account | | Service Dept. MONTH | Service Dept. YTD | Gross % Sales MON | Gross % Sales YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 30210 | 108652 | | | WHOLESALE* | S | | | | |
| 2 | 5101 | 18970 | | | | G | | | | |
| 3 | -100 | 172 | | | WHOLESALE JOB INCENTIVE | G | | | | |
| 4 | 5001 | 19142 | 166 | 176 | TOTAL WHOLESALE | G | | | | |
| 5 | 6180 | 38893 | | | [illegible] | S | | | | |
| 6 | 2072 | 11557 | 335 | 297 | | G | | | | |
| 7 | 56263 | 250538 | | | REPAIR SHOP | S | 80864 | 347031 | | |
| 8 | 24164 | 103872 | 429 | 415 | | G | 67251 | 280017 | 832 | 807 |
| 9 | 983 | 18924 | | | ESP REPAIR SHOP | S | 3324 | 35722 | | |
| 10 | 518 | 5726 | 527 | 303 | | G | 2301 | 24535 | 692 | 687 |
| 11 | | | | | JOB INCENTIVE | G | | | | |
| 12 | 19586 | 86545 | | | WARRANTY & POLICY CLAIMS (SERVICE) | S | 22083 | 93289 | | |
| 13 | 5774 | 24382 | 295 | 282 | | G | 14827 | 60518 | 671 | 645 |
| 14 | 7864 | 30565 | | | INTERNAL (SERVICE) | S | 6106 | 45004 | | |
| 15 | 892 | 6373 | 113 | 209 | | G | 4519 | 34083 | 740 | 757 |
| 16 | | | | | UNAPPLIED TIME | G | -7381 | -13162 | | |
| 17 | | 3720 | | | SUBLET REPAIRS | S | 3305 | 32593 | | |
| 18 | | 239 | | 64 | | G | 124 | 1924 | 38 | 59 |
| 19 | | | | | OTHER MERCHANDISE | S | | | | |
| 20 | | | | | | G | | | | |
| 21 | | | | | PARTS SALES SERV-OTHER FRANCHISE | S | | | | |
| 22 | | | | | | G | | | | |
| 23 | 84696 | 390292 | | | [illegible] | S | | | | |
| 24 | 31348 | 140592 | 370 | 360 | | G | | | | |
| 25 | | | | | BODY SHOP (METAL) | S | | | | |
| 26 | | | | | | G | | | | |
| 27 | | | | | BODY SHOP (PAINT) | S | | | | |
| 28 | | | | | | G | | | | |
| 29 | | | | | WARRANTY & POLICY CLAIMS (BODY SHOP) | S | | | | |
| 30 | | | | | | G | | | | |
| 31 | | | | | INTERNAL (BODY SHOP) | S | | | | |
| 32 | | | | | | G | | | | |
| 33 | 5657 | 5657 | | | MATERIALS | S | 232 | 20647 | | |
| 34 | 1845 | 1845 | 326 | 326 | | G | -743 | 3866 | E | 187 |
| 35 | | | | | PARTS SALES BODY-OTHER FRANCHISE | S | | | | |
| 36 | | | | | | G | | | | |
| 37 | 5657 | 5657 | | | [illegible] PARTS SALES BODY | S | | | | |
| 38 | 1845 | 1845 | 326 | 326 | | G | | | | |
| 39 | 1661 | 12907 | | | DISCOUNTS EARNED | G | | | | |
| 40 | | | | | INVENTORY ADJ. | G | | | | |
| 41 | 126743 | 543494 | | | [illegible] | S | 115914 | 574286 | | |
| 42 | 41927 | 186043 | 331 | 342 | | G | 80898 | 391781 | 698 | 682 |
| 43 | | | | | COST OF SALES: LIFO | G | | | | |
| 44 | 41927 | 186043 | 331 | 342 | [illegible] | G | 80898 | 391781 | 698 | 682 |
| 45 | [illegible] EXPENSE | | % PARTS GROSS | | | | | | | |
| 46 | 8542 | 31204 | 204 | 168 | COMP-MGRS | | 2500 | 2500 | 31 | 6 |
| 47 | 3764 | 29643 | 90 | 159 | SAL-OTHER | | 18802 | 72793 | 232 | 186 |
| 48 | 900 | 3565 | 21 | 19 | COMM & INC-OTH | | 20488 | 90408 | 253 | 231 |
| 49 | 2624 | 16394 | 63 | 88 | ADVERT/PROMO | | 4236 | 27972 | 52 | 71 |
| 50 | | | | | [illegible] | | | | | |
| 51 | | | | | TRAINING | | 1700 | 6431 | 21 | 16 |
| 52 | 2250 | 2250 | 54 | 12 | POLICY ADJ | | 2413 | 4986 | 30 | 13 |
| 53 | | | | | SERV LOANER | | 1387 | -350 | 17 | -1 |
| 54 | 217 | 1360 | 5 | 7 | TOOLS & SUPPLIES | | 4549 | 23779 | 56 | 61 |
| 55 | 272 | 916 | 6 | 5 | FREIGHT | | | 82 | | 0 |
| 56 | 241 | 1620 | 6 | 9 | EQ. & VEH. MAINT. | | 1834 | 12259 | 23 | 31 |
| 57 | 3052 | 12150 | 73 | 65 | INV CNTRL & DP | | 2556 | 9595 | 32 | 24 |
| 58 | | | | | VAC / TO PAY TECH | | 4443 | 18522 | 55 | 47 |
| 59 | 21862 | 99102 | 521 | 533 | TOT. SALES EXP. | | 64908 | 268977 | 802 | 687 |
| 60 | 20065 | 86941 | 479 | 467 | SELLING GROSS | | 15990 | 122804 | 198 | 313 |
| 61 | | | | | SHOP PARTS GROSS TRANS. | | | | | |
| 62 | 20065 | 86941 | | | ADJ. SELLING GROSS | | 15990 | 122804 | | |

LABOR RATES

| REPAIR | BODY | W & P | INTERNAL |
|---|---|---|---|
| 12000 | | 10828 | 12000 |

| FRANCHISE R.O. ANALYSIS | | TRAFFIC R O COUNT | SALES PER R.O. PARTS | SALES PER R.O. LABOR |
|---|---|---|---|---|
| REPAIR SHOP | M | 271 | 208 | 298 |
| | Y | 1278 | 196 | 272 |
| BODY SHOP | M | | | |
| | Y | | | |
| W & P CLAIMS SERVICE | M | 109 | 180 | 203 |
| | Y | 496 | 174 | 188 |
| W & P CLAIMS BODY | M | | | |
| | Y | | | |
| ESP REPAIR | M | 35 | 28 | 95 |
| | Y | 238 | 80 | 150 |
| INTERNAL | M | 29 | 271 | 211 |
| | Y | 279 | 110 | 161 |

[illegible] PARTS DEPT.

| | | MONTH | YTD |
|---|---|---|---|
| WHOLESALE | S | | |
| | G | | |
| COUNTER RETAIL | S | | |
| | G | | |

MEMO: OTHER FRAN PARTS PURCHASES

| MONTH | YTD |
|---|---|
| | |

| RO ANALYSIS | | TRAFFIC RO COUNT | SALES PER RO PARTS | SALES PER RO LABOR |
|---|---|---|---|---|
| SERVICE OTH FRAN | M | | | |
| | Y | | | |
| BODY OTH FRAN | M | | | |
| | Y | | | |

[illegible] PRODUCTIVITY / EFFICIENCY

| SERVICE TECHNICIANS | MONTH | YTD |
|---|---|---|
| AVAILABLE CLOCKED HOURS | 1512 | 5984 |
| ACTUAL RETAIL HOURS WORKED | 797 | 4978 |
| FLAT RATE HOURS SOLD | 802 | 4949 |

Exhibit B

DEALER BOB LEWIS LM  P&A CODE 11042  SALES CODE 51F488  MONTH 30 APR 2007  PG 6

| SELLING GROSS – ALL DEPTS | MONTH | YTD | MON | YTD | NEW | USED | PARTS * | SERVICE * | BODY * | UNAPPLIED |
|---|---|---|---|---|---|---|---|---|---|---|
| | 23326 | 217757 | 92 | 184 | -49892 | 57904 | 86941 | 122804 | | |

| LINE | FIXED EXPENSE | MONTH | YTD | % GROSS MON | % GROSS YTD | NEW | USED | PARTS | SERVICE | BODY | UNAPPLIED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SAL - GEN MGR | | | | | | | | | | |
| 2 | SALARIES-ADM | 13529 | 38343 | 53 | 32 | 12653 | 7669 | 5368 | 12653 | | |
| 3 | EMPLOYEE BENEFIT | 23376 | 87609 | 92 | 74 | 28911 | 17522 | 12265 | 28911 | | |
| 4 | PAYROLL TAXES | 16921 | 80924 | 67 | 68 | 26705 | 16185 | 11329 | 26705 | | |
| 5 | PENSIONS | | | | | | | | | | |
| 6 | INST. ADV. & PROMO | | | | | | | | | | |
| 7 | RENT & EQUIVALENT * | 47294 | 217611 | 187 | 184 | 70188 | 42538 | 29777 | 75008 | | 100 |
| 8 | UTILITIES | 3849 | 19006 | 15 | 16 | 6272 | 3801 | 2661 | 6272 | | |
| 9 | TELEPHONE | 5349 | 15300 | 21 | 13 | 5049 | 3060 | 2142 | 5049 | | |
| 10 | TAXES | 460 | 1436 | 2 | 1 | 474 | 287 | 201 | 474 | | |
| 11 | INSURANCE | 1265 | 10076 | 5 | 9 | 4916 | 2979 | 2085 | 96 | | |
| 12 | OFFICE SUPPLIES | 564 | 6633 | 2 | 6 | 2189 | 1326 | 929 | 2189 | | |
| 13 | PROFESSIONAL & SERVICE FEES | 9651 | 34591 | 38 | 29 | 11415 | 6918 | 4843 | 11415 | | |
| 14 | DATA PROCESSING | 14879 | 35055 | 59 | 30 | 11568 | 7011 | 4908 | 11568 | | |
| 15 | BAD DEBTS | | | | | | | | | | |
| 16 | CONTRIBUTIONS | | | | | | | | | | |
| 17 | INTEREST | 11257 | 39185 | 44 | 33 | 12931 | 7837 | 5486 | 12931 | | |
| 18 | DEPREC. EQUIP. | | 9115 | | 8 | 3008 | 1823 | 1276 | 3008 | | |
| 19 | EQ. & VEH. MAINT. GEN'L | 200 | 800 | 1 | 1 | 264 | 160 | 112 | 264 | | |
| 20 | TRAVEL & ENTERTAINMENT | | | | | | | | | | |
| 21 | MISCL. EXPENSE | 876 | 2521 | 3 | 2 | 832 | 504 | 353 | 832 | | |
| 22 | ALLOCATION OF UNAPPLIED EXPENSE | | | | | 33 | 20 | 14 | 33 | | |
| 23 | TOTAL FIXED EXPENSE | 149470 | 598205 | 590 | 506 | 197408 | 119640 | 83749 | 197408 | | 100 |
| 24 | DEALER SALARY | | | | | | | | | | TOTAL APPLIED |
| 25 | OPERATING PROFIT | -126144 | -380448 | -498 | -322 | -247300 | -61736 | 3192 | -74604 | | |

F & I SELLING GROSS ANALYSIS

| NEW VEHICLE MONTH | NEW VEHICLE YTD | | USED VEHICLE MONTH | USED VEHICLE YTD |
|---|---|---|---|---|
| 37305 | 108453 | GROSS | 48936 | 287851 |
| 10735 | 27920 | VAR. SELLING EXP | 25443 | 139027 |
| 49292 | 188607 | SEMI-FIXED SELLING EXP. | 46272 | 185933 |
| -22722 | -108074 | SELLING GROSS | -22779 | -37109 |
| 26165 | 75988 | TOTAL F & I NET INCOME | 18301 | 132568 |
| 6267 | 17806 | F & I SELLING EXPENSES | 5427 | 37555 |
| 19898 | 58182 | F & I SELLING GROSS | 12874 | 95013 |
| -2824 | -49892 | TOTAL SELLING GROSS | -9905 | 57904 |

RENTAL DEPARTMENT

| | MONTH | YTD |
|---|---|---|
| INCOME | | |
| SALARIES | | |
| COMMISSIONS/INCENTIVES | | |
| OTHER EXPENSES | | |
| TOTAL NET | | |
| AGREEMENTS | | |

| RENTAL | CAR | TRUCK | RV | [illegible] |
|---|---|---|---|---|
| TOT UNITS @ EOM | | | | |
| TOT UNIT-DAYS AVAIL. / MO. | | | | |
| CUST.-ESP.-PAID DAYS / MO. | | | | |
| SERVICE LOANER-PAID DAYS / MO. | | | | |
| DEALER-PAID DAYS / MO. | | | | |
| NON-UTILIZED DAYS / MO. | | | | |
| % UTILIZATION | | | | |
| % CUSTOMER / ESP. PAID | | | | |

RENT OR EQUIVALENT

| | MONTH | YTD |
|---|---|---|
| NET RENT OR EQUIV. | 39034 | 183693 |
| DEPREC. & AMORT. | | 5018 |
| INSURANCE-BUILDING | 371 | 3568 |
| TAX-REAL ESTATE | 3302 | 13208 |
| MAINT.-BUILDING | 4588 | 12124 |
| TOTAL | 47295 | 217611 |

PERSONNEL SUMMARY

| | TOTAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|
| DEALERS | | 1 | | | | | | |
| MANAGEMENT | | 2 | 2 | 2 | | 1 | | |
| SLSPRNS / SERV ADVSRS | | | 14 | | | 1 | 2 | |
| TECHNICIANS – REPAIR | | | | | | | 11 | |
| TECHNICIANS – INTERNAL | | | | | | | | |
| CLERICAL | | 2 | 2 | | | | | |
| OTHER | | | | | | | 2 | |
| TOTAL | 42 | 5 | 18 | 2 | | 2 | 15 | |

| SALESPERSON TENURE (IN MOS.) | |
|---|---|
| LESS THAN 12 MOS. | 12 |
| 12 TO 36 MOS | 2 |
| 37 TO 60 MOS | |
| 61+ MOS. | |

| SALESPERSON TURNOVER | |
|---|---|
| HIRED-YTD | 2 |
| TERM.-YTD | |

| SERVICE ADVISOR TENURE (IN MOS.) | |
|---|---|
| LESS THAN 12 MOS. | |
| 12 TO 36 MOS. | 1 |
| 37 TO 60 MOS. | 1 |
| 61+ MOS. | |

| SERVICE ADVISOR TURNOVER | |
|---|---|
| HIRED-YTD | |
| TERM.-YTD | |

| MEMO, SPLIT SLS FORCE | NEW ONLY | [illegible] | [illegible] | TOTAL |
|---|---|---|---|---|
| MANAGERS | | | 2 | 2 |
| SALESPERSONS | | | 14 | 14 |

| STALL COUNT: REPAIR | INTERNAL | BODY |
|---|---|---|
| 21 | | |

Exhibit B

Case 5:07-cv-0330 -RS Document 6 Filed 06/26/200 Page 16 of 16

DEALER BOB LEWIS LM P & A CODE 11042 SALES CODE 51F488 MONTH 30 APR 2007 PG 7

PARTS DEPARTMENT — MONTH / YTD / MON / YTD — GRS % SLS

SERVICE DEPARTMENT — MONTH / YTD / MON / YTD — GRS % SLS

**MEMO: QUALITY CARE SERVICE CENTER (QCSC:**
**QUICK LANE (US)**
**FAST LANE (CANADA)**

| FRANCHISE R.O. ANALYSIS | | TRAFFIC R.O. COUNT | SALES PER R.O. PARTS | SALES PER R.O. LABOR |
|---|---|---|---|---|
| RETAIL SHOP SALES | M | | | |
| | Y | | | |
| ESP/ECS/QFC SALES | M | | | |
| | Y | | | |
| INTERNAL SALES | M | | | |
| | Y | | | |
| OTHER MERCHANDISE | M | | | |
| | Y | | | |
| WARRANTY SALES | M | | | |
| | Y | | | |

| | S/G |
|---|---|
| PARTS WHOLESALE | S |
| | G |
| PARTS COUNTER RETAIL | S |
| | G |
| RETAIL SHOP SALES | S |
| | G |
| TIRE SALES | S |
| | G |
| ESP/ESC/QFC SALES | S |
| | G |
| WARRANTY SALES | S |
| | G |
| INTERNAL SALES | S |
| | G |
| INTERNAL TIRE SALES | S |
| | G |
| UNAPPLIED TIME | G |
| SUBLET SALES | S |
| | G |
| OTHER MERCHANDISE | S |
| | G |
| MATERIALS | S |
| | G |
| DISC EARNED | G |
| INVENT ADJ | G |
| TOTAL | S |
| | G |

SERV SALES EXPENSE

| |
|---|
| SALARIES-MGRS |
| SALARIES-TECH |
| COMM & INC-MGRS |
| COMM & INC-TECH |
| ADVERT/PROMO |
| TRAINING |
| POLICY ADJ |
| TOOLS & SUPPLIES |
| FREIGHT/HANDLING |
| EQ & VEH MAINT |
| INV CNTRL & DP |
| VACATION PAY-TECH |
| TOTAL |

PARTS ALLOCATION FIXED EXPENSE

| | MTH | YTD |
|---|---|---|
| SALARIES | | |
| BENEFITS | | |
| PAYROLL TAXES | | |
| PENSIONS | | |
| RENT & LEASE | | |
| DEP BLDG & IMP | | |
| AMORT of IMPR | | |
| INS BLDGS | | |
| TAXES REAL ESTATE | | |
| MAIN BLDGS | | |
| UTILITIES | | |
| TELEPHONE | | |
| TAXES EXCLUDING INCOME/REAL ESTATE | | |
| OFFICE SUPPLIES | | |
| PROF & SERV FEES | | |
| BAD DEBT | | |
| CONTRIBUTIONS | | |
| DEPREC EQUIP | | |
| TRAVEL & ENTERT | | |
| MISC EXPENSE | | |
| TOT FIXED EXP | | |

SERVICE PERSONNEL

| | |
|---|---|
| MANAGERS | |
| SERVICE WRITERS | |
| REPAIR TECHNICIAN | |
| INTERNAL TECHNICIAN | |
| TOTAL | |

STALL COUNT

| REPAIR | INTERNAL |
|---|---|
| | |

SERVICE ALLOCATION FIXED EXPENSE

| | MTH | YTD |
|---|---|---|
| SALARIES | | |
| BENEFITS | | |
| PAYROLL TAXES | | |
| PENSIONS | | |
| RENT & LEASE | | |
| DEP BLDG & IMP | | |
| AMORT of IMPR | | |
| INS BLDGS | | |
| TAXES REAL ESTATE | | |
| MAIN BLDGS | | |
| UTILITIES | | |
| TELEPHONE | | |
| TAXES EXCLUDING INCOME/REAL ESTATE | | |
| OFFICE SUPPLIES | | |
| PROF & SERV FEES | | |
| BAD DEBT | | |
| CONTRIBUTIONS | | |
| DEPREC EQUIP | | |
| TRAVEL & ENTERT | | |
| MISC EXPENSE | | |
| TOT FIXED EXP | | |

Exhibit B