1  DUANE M. GECK (State Bar No. 114823)
   Email: dmg@severson.com
2  DAVID E. PINCH (State Bar No. 124851)
3  Email: dep@severson.com
   DONALD H. CRAM, III (State Bar No. 160004)
4  Email: dhc@severson.com
5  SEVERSON & WERSON
   A Professional Corporation
6  One Embarcadero Center, Suite 2600
7  San Francisco, CA  94111
   Telephone:  (415) 398-3344
8  Facsimile:  (415) 956-0439
9
10 Attorneys for Plaintiff Ford Motor Credit Company, LLC
11
12
13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15                    SAN JOSE DIVISION

16 FORD MOTOR CREDIT COMPANY,    )   No.  C 07-03301 JW
   LLC, a Delaware Limited Liability )
17 Company,                       )
                                   )
18         Plaintiff,              )
                                   )   **NOTICE OF ENTRY OF ORDER
19     vs.                         )   AND CERTIFICATE OF
                                   )   SERVICE**
20 LEWIS FAMILY ENTERPRISES, INC.,)
   dba BOB LEWIS LINCOLN           )
21 MERCURY, a California corporation, )   Hearing Date: August 1, 2007
   and STEVEN ROBERT LEWIS, an     )   Time:         11:00 a.m.
22 individual,                     )   Courtroom:    8
                                   )
23         Defendants.              )   The Hon. James Ware
                                   )
24                                 )
                                   )
25                                 )
                                   )
26                                 )
                                   )
27 _____)
28
   10872/0122/636787.1
   Herrington 17000-25           Notice of Entry of Order              page 1

1  I, the undersigned, certify that I am, and at all times hereinafter mentioned was,
2  more than 18 years of age; and that on August 3, 2007, the enclosed Order was entered
3  on the docket of the above captioned Bankruptcy Court and on August 6, 2007, I served,
4  by U.S. Mail on the following persons, this Notice of Entry of:
5  **ORDER FOR WRIT OF POSSESSION**
6  on all interested parties in said case addressed as follows:

| | |
|---|---|
| Lewis Family Enterprises<br>dba Bob Lewis Lincoln Mercury<br>911 Capitol Expressway<br>San Jose, CA 95136 | Steven Robert Lewis<br>15121 Via Lornita Avenue<br>Monte Serano, CA 95030 |

10  [X] **(BY MAIL)**  I caused an envelope to be deposited in the mail at San Francisco,
11  California, with first class postage thereon fully prepaid.
12  I am readily familiar with Severson & Werson's practice of collecting and
13  processing correspondence for mailing.  On the same day that correspondence is placed
14  for collection and mailing, it is deposited in the ordinary course of business with the
15  United States Postal Service in sealed envelopes with first class postage fully prepaid.
16  I declare under penalty of perjury under the laws of the United States of America
17  that the foregoing is true and correct.  This declaration is executed in San Francisco,
18  California, on August 6, 2007.

 /s/ Bill Bush
Bill Bush