DAVID J. STOCK (SBN 85655)
MICHELLE C. TING (SBN 228963)
**RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK**
96 North Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514

Attorneys for Defendants
LEWIS FAMILY ENTERPRISES, INC. and
STEVEN ROBERT LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>Defendants. | Case No.: C 07-03301 JW<br><br>**DECLARATION OF DAVID J. STOCK IN SUPPORT OF DEFENDANTS' APPLICATION TO SET ASIDE CLERK'S ENTRIES OF DEFAULT**<br><br>Hearing Date: October 15, 2007<br>Hearing Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge: Honorable James Ware |

I, David J. Stock, hereby declare as follows:

1.  I am an attorney duly admitted and authorized to practice law in the State of California, and before the United States District Court, Northern District of California. I am a member of the law firm of Rankin, Landsness, Lahde, Serverian & Stock, counsel for Defendants Lewis Family Enterprises, Inc. and Steven Robert Lewis ("Defendants").

2.  On August 8, 2007, I wrote to Donald H. Cram, III, Esq., counsel for Plaintiff Ford Motor Credit Company, LLC ("Plaintiff"), to set forth Defendants' understanding that Plaintiff would take no further action as to the defaults entered by the Clerk or the order for writ of possession in light of the then-continuing buy-sell negotiations concerning the

Ford Lincoln Mercury dealership operated by Defendants. A true and correct copy of my August 8, 2007 letter is attached hereto as Exhibit A and is incorporated herein by this reference.

3. In response thereto, or on August 9, 2007, I received a letter from Mr. Cram, disagreeing with the alleged representations made to Defendants by Plaintiff as delineated in my August 8, 2007 letter. A copy of Mr. Cram's August 9, 2007 letter is attached hereto as Exhibit B and is incorporated herein by this reference.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct. Executed this 7th day of September 2007 at San Jose, California.

_____
David J. Stock

Exhibit A

LAW OFFICES
## RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
A LAW CORPORATION

MICHAEL C. SERVERIAN
DAVID J. STOCK
JON A. HEABERLIN
MICHELLE C. TING

96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CALIFORNIA 95112-5572
TELEPHONE: (408) 293-0463
FACSIMILE: (408) 293-9514
E-MAIL: rankinlaw@rlIss.com
Website: www.rlIss.com

MAURICE J. RANKIN (1888-1975)
G. DAVID LANDSNESS (1944-1997)

BERNARD P. LAHDE (Ret.)

SAN CARLOS OFFICE
939 LAUREL STREET, SUITE D
SAN CARLOS, CALIFORNIA 94070

August 8, 2007

Donald H. Cram, III, Esq.
Severson & Werson
One Embarcadero Center, 26th floor
San Francisco, CA 94111

Re:   Ford Motor Credit Company, LLC v. Lewis Family Enterprises, Inc., et al.

Dear Mr. Cram:

We have been asked to correspond and memorialize the representations made to Steven Lewis by Phil Ward regarding Ford Motor Credit Company's intent to take no further action on any Writ, Restraining Order, Injunction and/or Default obtained by your office in the above matter. Mr. Ward advised Steve when he was initially served with the papers that there would be no action taken to enforce any order or judgment that might be obtained so long as the buy-sell agreement was moving forward, and that Ford Motor Credit was simply protecting its interests in the event the buy-sell agreement with Capitol Expressway Ford was not consummated.

Contrary to Mr. Lewis's understanding Ford Motor Credit obtained a default and obtained the Writ of Possession and Temporary Restraining Order, serving it on Steve Lewis last week. Mr. Lewis had contact again with Mr. Ward late last week and discussions occurred in which Mr. Lewis advised Mr. Ward that the agreement was close to being signed and that this most recent action by Ford Motor Credit, contrary to what had been earlier represented, would require Mr. Lewis to incur the added expense of retaining counsel to take steps to set aside the default, etc.

Mr. Ward appeared to accept Mr. Lewis' assurance that things were moving forward on the buy-sell, and that continues to be the case. There are minor issues being finalized as this letter is being written and optimistically it is expected that the agreement will be signed this week.

Donald H. Cram, III, Esq.
August 8, 2007
Page 2

    Based on this situation and Mr. Ward's prior representations, Mr. Lewis is not moving forward to set aside the Default or move for reconsideration of the orders entered at this time.

    Should you have questions please do not hesitate to contact me.

Very Truly Yours,

DAVID J. STOCK

DJS

cc: Gary Vandeweghe
cc: Steve Lewis

Confirmation Report-Memory Send

```
                                Time        : 08-08-2007   04:33pm
                                Tel line 1  : +14082939514
                                Name        : RANKIN
```

| | | |
|---|---|---|
| Job number | : | 725 |
| Date | : | 08-08  04:30pm |
| To | : | 14159560439 |
| Document Pages | : | 002 |
| Start time | : | 08-08  04:32pm |
| End time | : | 08-08  04:33pm |
| Pages sent | : | 002 |
| Status | : | OK |
| Job number | : 725 | *** SEND SUCCESSFUL *** |

LAW OFFICES
**RANKIN, LANDSNESS, LAHDE,**
**SERVERIAN & STOCK**
A LAW CORPORATION

MICHAEL C. SERVERIAN
DAVID J. STOCK
JON A. HEABERLIN
MICHELLE C. TING

96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CALIFORNIA 95112-5572
TELEPHONE (408) 293-0463
FACSIMILE (408) 293-9514
E-MAIL rankinlaw@riss.com
WEBSITE www.riss.com

MAURICE J RANKIN (1888-1975)
G DAVID LANDSNESS (1944-1997)

BERNARD P LAHDE (Ret.)

SAN CARLOS OFFICE
939 LAUREL STREET, SUITE D
SAN CARLOS, CALIFORNIA 94070

August 8, 2007

Donald H. Cram, III, Esq.
Severson & Werson
One Embarcadero Center, 26th floor
San Francisco, CA 94111

Re:  Ford Motor Credit Company, LLC v. Lewis Family Enterprises, Inc., et al.

Dear Mr. Cram:

    We have been asked to correspond and memorialize the representations made to Steven Lewis by Phil Ward regarding Ford Motor Credit Company's intent to take no further action on any Writ, Restraining Order, Injunction and/or Default obtained by your office in the above matter. Mr. Ward advised Steve when he was initially served with the papers that there would be no action taken to enforce any order or judgment that might be obtained so long as the buy-sell agreement was moving forward, and that Ford Motor Credit was simply protecting its interests in the event the buy-sell agreement with Capitol Expressway Ford was not consummated.

    Contrary to Mr. Lewis's understanding Ford Motor Credit obtained a default and obtained the Writ of Possession and Temporary Restraining Order, serving it on Steve Lewis last week. Mr. Lewis had contact again with Mr. Ward late last week and discussions occurred in which Mr. Lewis advised Mr. Ward that the agreement was close to being signed and that this most recent action by Ford Motor Credit, contrary to what had been earlier represented, would require Mr. Lewis to incur the added expense of retaining counsel to take steps to set aside the default, etc.

    Mr. Ward appeared to accept Mr. Lewis' assurance that things were moving forward on the buy-sell, and that continues to be the case. There are minor issues being finalized as this letter is being written and optimistically it is expected that the agreement will be signed this week.

Exhibit B

# Severson
# &Werson

A Professional Corporation

Donald H. Cram
Associate
Direct Line: (415) 677-5536
dhc@severson.com

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

AUG 1 3 2007
BY:

August 9, 2007

**VIA FACSIMILE ORIGINAL VIA FIRST CLASS MAIL**

David J. Stock, Esq.
Rankin, Landsness, Lahde, Serverian & Stock
96 North Third Street, Suite 500
San Jose, CA  95112-5572

LOGGED _____
FILE _____
RETURN _____
DIARY _____
CALENDAR _____
SEE ME _____
RETURN W/FILE _____
TO CO _____

Re: *Ford Motor Credit Company, LLC v. Lewis Family Enterprises, Inc., et al.*
Case No. C 07-03301 JW

Dear Mr. Stock:

I am responding to your letter dated August 8, 2007 regarding the default and orders entered in this case. I disagree with your account of the representations made to Mr. Lewis as "memorialized" in your letter.

While Ford Motor Credit Company, LLC ("Ford Credit") was willing to evaluate and consider any bona fide buy-sell agreement, no such agreement ever materialized. Ford Credit has repeatedly requested that Mr. Lewis voluntary surrender the collateral to Ford Credit so as to eliminate the expense of having to litigate to enforce its contractual rights. Mr. Lewis has been unresponsive to these requests.

During the course of this litigation, I have personally communicated with Mr. Lewis a number of times, forwarding all pleadings and Court orders to Mr. Lewis electronically. In each instance, I have requested that either he or his counsel contact me. Your letter is the first response I have received since my initial communication with Mr. Lewis on June 26, 2007.

Please understand that Ford Credit is in the process of and will continue to enforce its contractual rights including obtaining possession of its collateral. The Court issued a Writ of Possession on August 6, 2007, and Ford Credit will seek execution of this Writ by the U.S. Marshals Service.

10872/0122/637275.1

San Francisco & Orange County

Severson
&Werson
A Professional Corporation

David J. Stock, Esq.
August 9, 2007
Page 2

In light of the forgoing, I will renew Ford Credit's request that Mr. Lewis execute a Voluntary Surrender so as to permit Ford Credit to regain possession of its collateral without incurring additional expense. Please contact me in this regard.

Very truly yours,

Donald H. Cram

DHC:dc

cc:   Anita L. Whisnant, Esq.
      Duane M. Geck, Esq.

10872/0122/637275.1

```
**************** -COMM. J    NAL- ******************* DATE AUG-09-20    ***** TIME 11:01 *** P.01


   MODE = MEMORY TRANSMISSION            START=AUG-09 10:59     END=AUG-09 11:01

      FILE NO.= 165

   STN NO.    COM    ABBR NO.    STATION NAME/TEL.NO.    PAGES    DURATION

    001       OK       &         720122#14082939514      003/003  00:01'16"

                                                         -SEVERSON

****************************** -              - ***** -            - *********
```



## Severson &Werson

A Professional Corporation

Donald H. Cram  
Associate  
Direct Line: (415) 677-5536  
dhc@severson.com

One Embarcadero Center, Suite 2600  
San Francisco, CA 94111  
Telephone: (415) 398-3344  
Facsimile: (415) 956-0439

## FACSIMILE TRANSMISSION COVER SHEET

IF YOU DO NOT RECEIVE 3 PAGE(S) (INCLUDING COVER SHEET)  
PLEASE CALL Donald H. Cram AT THE NUMBER LISTED ABOVE.

DATE: August 9, 2007        TIME: 11:00 AM            Sent By: Marcella Yee

                            **FAX #**                 **PHONE #**
TO:    David J. Stock, Esq.  408-293-9514             408-293-0463

FROM:  Donald H. Cram

RE:    Ford Motor Credit Company, LLC vs. Lewis Family Enterprises, Inc., et al.  
       USDC – Northern District of California  
       Case Number: C 07-03301 JW

**CLIENT NAME/NUMBER:** 10872-0122  
**SENDER'S ID NUMBER:**   9123

Attached please find a letter dated August 9, 2007 pertaining to the above mentioned case.

If you have any questions or comments, please do not hesitate to contact Donald H. Cram @ (415) 677-5536 or dhc@severson.com.

**Thank You**

The information contained in this facsimile message is ATTORNEY/CLIENT PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via mail. Thank you.