DAVID J. STOCK (SBN 85655)
MICHELLE C. TING (SBN 228963)
**RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK**
96 North Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514

Attorneys for Defendants
LEWIS FAMILY ENTERPRISES, INC. and
STEVEN ROBERT LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>    Defendants. | Case No.: C 07-03301 JW<br><br>**DECLARATION OF MICHELLE C. TING IN SUPPORT OF DEFENDANTS' APPLICATION TO SET ASIDE CLERK'S ENTRIES OF DEFAULT**<br><br>Hearing Date: October 15, 2007<br>Hearing Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge: Honorable James Ware |

I, Michelle C. Ting, hereby declare as follows:

1.   I am an attorney duly admitted and authorized to practice law in the State of California, and before the United States District Court, Northern District of California. I am an associate of the law firm of Rankin, Landsness, Lahde, Serverian & Stock, counsel for Defendants Lewis Family Enterprises, Inc. and Steven Robert Lewis ("Defendants").

2.   On August 29, 2007, I telephoned Donald H. Cram, III, Esq., to request that his client, Plaintiff Ford Motor Credit Company, LLC ("Plaintiff"), stipulate to setting aside the Clerk's entries of default. I additionally faxed a letter to Mr. Cram in this regard on that same date. A true and correct copy of my August 29, 2007 letter is attached hereto as

1 | Exhibit A and is incorporated herein by this reference.

2 | 3. On August 30, 2007, Mr. Cram telephoned me and indicated that Plaintiff would agree to set aside the entries of default if Defendants would be willing to reach a settlement for the repayment of the debt owed by Defendants to Plaintiff. I indicated that Defendants were not prepared to do so, and would be filing a motion to set aside the defaults.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct. Executed this ___9th___ day of September 2007 at San Jose, California.

Michelle C. Ting

# Exhibit A

LAW OFFICES
## RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
A LAW CORPORATION

96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CALIFORNIA 95112-5572
TELEPHONE: (408) 293-0463
FACSIMILE: (408) 293-9514
E-MAIL: mting@rllss.com
Website: www.rllss.com

BERNARD P. LAHDE
MICHAEL C. SERVERIAN
DAVID J. STOCK
JON A. HEABERLIN
MICHELLE C. TING

MAURICE J. RANKIN (1888-1975)
G. DAVID LANDSNESS (1944-1997)

SAN CARLOS OFFICE
939 LAUREL STREET, SUITE D
SAN CARLOS, CALIFORNIA 94070

# FACSIMILE COVER SHEET
August 29, 2007

| | | | |
|---|---|---|---|
| **TO:** | Donald H. Cram, III, Esq. | **FAX NO.:** | (415) 956-0439 |
| **TO:** | Steve Lewis | **FAX NO.:** | (408) 266-2393 |
| **FROM:** | Michelle C. Ting | | |
| **RE:** | Ford Motor Credit Company, LLC v. Lewis Family Enterprises, Inc., et al. United States District Court No. C 07-03301 JW | | |
| **NO. PAGES:** | 2 (including this page) | | |
| **NOTES:** | Please reference the attached. | | |

### CONFIDENTIALITY NOTICE
The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone or arrange for the return of the original document to us.

LAW OFFICES
## RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
A LAW CORPORATION

MICHAEL C. SERVERIAN
DAVID J. STOCK
JON A. HEABERLIN
MICHELLE C. TING

96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CALIFORNIA 95112-5572
TELEPHONE: (408) 293-0463
FACSIMILE: (408) 293-9514
E-MAIL: mting@rllss.com
Website: www.rllss.com

MAURICE J. RANKIN (1888-1975)
G. DAVID LANDSNESS (1944-1997)

BERNARD P. LAHDE (Ret.)

**SAN CARLOS OFFICE**
939 LAUREL STREET, SUITE D
SAN CARLOS, CALIFORNIA 94070

August 29, 2007

*VIA FACSIMILE (415) 956-0439 ONLY*
Donald H. Cram, III, Esq.
SEVERSON & WERSON
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Re: <u>Ford Motor Credit Company, LLC v. Lewis Family Enterprises, Inc., et al</u>.
United States District Court No. C 07-03301 JW

Dear Mr. Cram:

This office has been retained by Lewis Family Enterprises, Inc. and Steven Robert Lewis to defend the above-entitled action. Please inform me as to whether your client, Ford Motor Credit Company, LLC will stipulate to setting aside the court clerk's entry of default against the defendants in this matter.

Because time is of the essence, if I do not hear from you by noon on Friday, August 31, 2007, I will begin drafting the motion to set aside the entry of default. Please do not hesitate to contact me if you have any questions or concerns.

Very truly yours,

MICHELLE C. TING

cc: Steve Lewis (via facsimile only)

Confirmation Report–Memory Send

                                              Time     : 08-29-2007   03:37pm
                                              Tel line 1 : +14082939514
                                              Name     : RANKIN

| | | |
|---|---|---|
| Job number | : | 993 |
| Date | : | 08-29  03:29pm |
| To | : | 14159560439 |
| Document Pages | : | 002 |
| Start time | : | 08-29  03:36pm |
| End time | : | 08-29  03:37pm |
| Pages sent | : | 002 |
| Status | : | OK |
| Job number  : 993 | | *** SEND SUCCESSFUL *** |

LAW OFFICES
**RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**
A LAW CORPORATION

BERNARD P. LAHDE
MICHAEL C. SERVERIAN
DAVID J. STOCK
JON A. HEABERLIN
MICHELLE C. TING

96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CALIFORNIA 95112-5572
TELEPHONE: (408) 293-0463
FACSIMILE: (408) 293-9514
E-MAIL: ming@rlls.com
WEBSITE: www.rlls.com

MAURICE J. RANKIN (1888-1975)
G. DAVID LANDSNESS (1944-1997)

SAN CARLOS OFFICE
930 LAUREL STREET, SUITE D
SAN CARLOS, CALIFORNIA 94070

## FACSIMILE COVER SHEET
August 29, 2007

| | | | |
|---|---|---|---|
| **TO:** | Donald H. Cram, III, Esq. | **FAX NO.:** | (415) 956-0439 |
| **TO:** | Steve Lewis | **FAX NO.:** | (408) 266-2393 |
| **FROM:** | Michelle C. Ting | | |
| **RE:** | <u>Ford Motor Credit Company, LLC v. Lewis Family Enterprises, Inc., et al.</u><br>United States District Court No. C 07-03301 JW | | |
| **NO. PAGES:** | 2  (including this page) | | |
| **NOTES:** | Please reference the attached. | | |

**CONFIDENTIALITY NOTICE**
The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone or arrange for the return of the original document to us.