DAVID J. STOCK (SBN 85655)
MICHELLE C. TING (SBN 228963)
**RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK**
96 North Third Street, Suite 500
San Jose, California  95112
Telephone:  (408) 293-0463
Facsimile:  (408) 293-9514

Attorneys for Defendants
LEWIS FAMILY ENTERPRISES, INC. and
STEVEN ROBERT LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>    Defendants. | Case No.:  C 07-03301 JW<br><br>**[PROPOSED] ORDER SETTING ASIDE CLERK'S ENTRIES OF DEFAULT AGAINST DEFENDANTS**<br><br>Hearing Date: October 15, 2007<br>Hearing Time: 9:00 a.m.<br>Courtroom:    8, 4th Floor<br>Judge:        Honorable James Ware |

The Application to Set Aside Clerk's Entries of Default of Defendants LEWIS FAMILY ENTERPRISES, INC. and STEVEN ROBERT LEWIS ("Defendants") came on regularly for hearing on October 15, 2007, in Courtroom 8 of the United States District Court, Northern District of California, the Honorable James Ware presiding.

From proof made to the satisfaction of the Court, and good cause appearing therefore, the Court hereby ADJUDGES, DECREES, AND ORDERS as follows:

Defendants' application to set aside the Clerk's entries of default is hereby granted. Accordingly, the Court hereby orders that the entries of default against Defendants be set aside.  The Court further orders that Defendants forthwith file an answer to the complaint.

1  IT IS SO ORDERED.

4  Dated: _____     _____
                                    UNITED STATES DISTRICT COURT JUDGE