**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, | No. C 07-03301 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| LEWIS FAMILY ENTERPRISES DBA BOB LEWIS LINCOLN MERCURY, ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Set Aside Default before Judge James Ware previously noticed for October 15, 2007 at 9:00 AM, has been reset to **November 26, 2007 at 9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: September 10, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:  /s/
Elizabeth Garcia
Courtroom Deputy