1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **Northern District of California**

10 Ford Motor Credit Companym, LLC,                07-03301 JW

11                        Plaintiff(s),        **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**

12        v.

13 Lewis Family Enterprises, Inc.,

14                        Defendant(s).

15

16      The parties have failed to file an ADR Certification and either a Stipulation and

17 [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18 Conference as required by the Initial Case Management Scheduling Order.  Counsel

19 shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20 matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21 an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22 **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23 ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24 at www.adr.cand.uscourts.gov.)

25

26      Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27 copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28 (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03301 JW                    -1-

1 | 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2 | to an e-mail directed to adr@cand.uscourts.gov.

3

4 | It is the responsibility of counsel to schedule an ADR Phone Conference, if

5 | required, to occur before the Case Management Conference.

6

7

8 | Dated: September 19, 2007

9 | RICHARD W. WIEKING
   | Clerk

10 | by:    Timothy J. Smagacz

11 | *Timothy Smagacz*

12 | ADR Administrative Assistant
    | 415-522-4205

13 | Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-03301 JW                                    -2-

**PROOF OF SERVICE**

Case Name:        Ford Motor Credit Companym, LLC v. Lewis Family Enterprises, Inc.

Case Number:      07-03301 JW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 19, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Duane M. Geck
> Severson & Werson, A Professional Corp.
> One Embarcadero Center
> Suite 2600
> San Francisco, CA 94111
> dmg@severson.com

> Donald Hogan Cram III
> SEVERSON & WERSON
> One Embarcadero Center
> Suite 2600
> San Francisco, CA 94111
> dhc@severson.com

> David E. Pinch
> Severson & Werson
> One Embarcadero Center
> Suite 2500
> San Francisco, CA 94111
> dep@severson.com

David John Stock
Rankin Landsness Lahde Serverian & Stock
96 North Third Street, #500
San Jose, CA 95112
dstock@rllss.com


[ ] by Facsimile, I caused said documents to be transmitted to the following
parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully
prepaid in the United States Post Office Mail Box in San Francisco, California,
addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that
this declaration was executed on September 19, 2007 in San Francisco,
California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov