**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ford Motor Credit Companym, LLC<br><br>       Plaintiff(s),<br><br>  v.<br><br>Lewis Family Enterprises, Inc.,<br><br>       Defendant(s).<br>_____/ | No. C 07-03301 JW<br><br>CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Clerk of the Court will now randomly reassign this case to a United States Magistrate Judge because both parties have consented to jurisdiction by a United States Magistrate Judge.

    PLEASE TAKE NOTE THAT the Case Management Conference and Motion Hearing previously set before Judge James Ware have been VACATED and should be renoticed before the assigned Magistrate Judge Richard Seeborg Courtroom #4, 5th Floor, 280 S. 1st Street, San Jose, California.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408)535-5346, so as to take this matter off calendar.

Dated: September 20, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: *Elizabeth C. Garcia*
      Elizabeth Garcia
      Courtroom Deputy