1  DAVID J. STOCK (SBN 85655)
   MICHELLE C. TING (SBN 228963)
2  **RANKIN, LANDSNESS, LAHDE,**
   **SERVERIAN & STOCK**
3  96 North Third Street, Suite 500
   San Jose, California 95112
4  Telephone: (408) 293-0463
   Facsimile: (408) 293-9514
5

6  Attorneys for Defendants
   LEWIS FAMILY ENTERPRISES, INC. and
7  STEVEN ROBERT LEWIS

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>Defendants. | Case No.: C 07-03301 RS<br><br>**DEFENDANTS' RENOTICE OF APPLICATION TO SET ASIDE CLERK'S ENTRIES OF DEFAULT**<br><br>[FED. R. CIV. PROC. 55(c)]<br><br>Hearing Date: October 31, 2007<br>Hearing Time: 9:30 a.m.<br>Courtroom: 4, 5th Floor<br>Judge: Honorable Richard Seeborg |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 31, 2007, at 9:30 a.m. in Department 4 on the fifth floor of the above-named Court located at 280 South 1st, San Jose, California, Defendants LEWIS FAMILY ENTERPRISES, INC. and STEVEN ROBERT LEWIS ("Defendants") will and hereby does move the Court for an order setting aside the defaults entered by the Clerk against Defendants on August 1, 2007, pursuant to Fed. R. Civ. Proc. 55(c).

This application is made on the grounds that Defendants' failure to answer the complaint of Plaintiff FORD MOTOR CREDIT COMPANY, LLC ("Plaintiff") resulted from

---
1
**DEFENDANTS' RENOTICE OF APPLICATION TO SET ASIDE CLERK'S ENTRIES OF DEFAULT**

1 | Defendants' excusable neglect. This application is based on this renotice, and the
2 | pleadings filed on September 7, 2007 (i.e., the notice and application to set aside clerk's
3 | entries of default, the memorandum of points and authorities, the declaration of Steven
4 | Robert Lewis, the declaration of David J. Stock, and the declaration of Michelle C. Ting),
5 | and upon such other matters as may be presented to the Court at the time of the hearing.

Respectfully submitted,

Dated: September 20, 2007

RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK

By: _____ FOR
David J. Stock, Attorneys for
for Defendants LEWIS FAMILY
ENTERPRISES, INC. and
STEVEN ROBERT LEWIS