*E-FILED 10/1/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, | No. 07-03301 RS |
| Plaintiff(s), | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| v. | [Reassigned Case] |
| LEWIS FAMILY ENTERPRISES, et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Richard Seeborg for trial and all further proceedings,

IT IS HEREBY ORDERED, pursuant to Fed.R.Civ.P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on **November 28, 2007 at 2:30 p.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. No later than **November 21, 2007**, the parties shall file a Joint Case Management Conference Statement.

All documents filed in this matter shall list the civil case number followed only by the initials "**RS**."

Dated: October 1, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS DELIVERED TO:**

Donald Hogan Cram III    dhc@severson.com, blb@severson.com

Duane M. Geck    dmg@severson.com

David E. Pinch    dep@severson.com, ma@severson.com

David John Stock    dstock@rllss.com, slawrence@rllss.com

Dated: October 1, 2007

          /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

3