| | |
|---|---|
| 1 | DUANE M. GECK (State Bar No. 114823) |
|  | DAVID E. PINCH (State Bar No. 124851) |
| 2 | DONALD H. CRAM (State Bar No. 160004) |
|  | SEVERSON & WERSON |
| 3 | A Professional Corporation |
|  | One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, CA 94111 |
|  | Telephone: (415) 398-3344 |
| 5 | Facsimile: (415) 956-0439 |
| 6 | Attorneys for Plaintiff |
|  | FORD MOTOR CREDIT |
| 7 | COMPANY, LLC, a Delaware |
|  | Limited Liability Company |
| 8 | |

9   UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| 12 | FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company, | Case No.: C 07-03301 JW |
| 13 | | **CERTIFICATE OF SERVICE** |
| 14 | Plaintiff, | Hearing Date: October 31, 2007 |
|  | vs. | Time: 9:30 AM |
| 15 | | Dept.: 4 |
| 16 | LEWIS FAMILY ENTERPRISES, INC. dba BOB LEWIS LINCOLN MERCURY, a | Judge: Magistrate Richard Seeborg |
|  | California Corporation, and STEVEN | Complaint filed: June 22, 2007 |
| 17 | ROBERT LEWIS, an individual, | Trial Date: Not set |
| 18 | Defendants. | |
| 19 | | |

20   I, the undersigned, declare that I am over the age of 18 and am not a party to this

21   action. I am employed in the City and County of San Francisco, California; my business

22   address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco,

23   California 94111.

24   On the date below, I served a copy, with all exhibits (if any), of the following

25   document(s):

26   • **FORD MOTOR CREDIT COMPANY, LLC'S OPPOSITION TO APPLICATION OF DEFENDANTS TO SET ASIDE DEFAULT**

27

28   10872/0122/642325.1

Certificate of Service                                           page 1

- **DECLARATION OF DONALD H. CRAM, III, IN SUPPORT OF FORD MOTOR CREDIT COMPANY, LLC'S OPPOSITION TO APPLICATION OF DEFENDANTS TO SET ASIDE DEFAULT**

on all interested parties in said case addressed as follows:

David J. Stock
RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
96 North Third Street, Suite 500
San Jose, CA 95112

[X] **(BY MAIL)** I caused an envelope to be deposited in the mail at San Francisco, California, with first class postage thereon fully prepaid.

I am readily familiar with Severson & Werson's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in sealed envelopes with first class postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in San Francisco, California, on October 12, 2007.

    /s/ John Bertinetti
John Bertinetti