**Donald H. Cram**

---

**From:** Donald H. Cram
**Sent:** Monday, July 02, 2007 8:35 AM
**To:** Steve Lewis (stevelewis@boblewis.com)
**Subject:** Ford Credit v. Lewis Family Enterprises, Inc., et al.

Donald H. Cram, III

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Direct Line: (415) 677-5536
Direct Fax: (415) 677-5664
www.severson.com

Dear Mr. Lewis:

Attached is an endorsed copy of the Order granting Ford Credit's application for temporary restraining order entered June 29, 2007 ("TRO"). Please note that the TRO requires Bob Lewis Lincoln Mercury to hold all sale proceeds from sales of vehicles in a trust account pending further Court order. The TRO also schedules a hearing date of July 26, 2007 to determine whether to issue a writ of possession or other injunctive relief.

Please contact me (or have Bob Lewis Lincoln Mercury's lawyer contact me) should you wish to discuss this matter.

Don Cram

Severson & Werson
A Professional Corporation
dhc@severson.com

7/2/2007   **EXHIBIT B**