**Donald H. Cram**

**From:** Donald H. Cram
**Sent:** Friday, July 06, 2007 12:46 PM
**To:** Steve Lewis (stevelewis@boblewis.com)
**Subject:** Ford Credit v. Lewis Family Enterprises, Inc., et al.

Donald H. Cram, III

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Direct Line: (415) 677-5536
Direct Fax: (415) 677-5664
www.severson.com

Dear Mr. Lewis:

Attached is an endorsed copy of the Order continuing the hearing on whether to issue a writ of possession or order other injunctive relief from July 26, 2007 to August 2, 2007 at 1:30 p.m. This Order was entered on July 5, 2007.

Please contact me (or have Bob Lewis Lincoln Mercury's lawyer contact me) should you wish to discuss this matter.

Don Cram

.......................................................................................
Severson & Werson
A Professional Corporation
dhc@severson.com
.......................................................................................

7/6/2007                                                              **EXHIBIT C**