**Donald H. Cram**

---

**From:** Donald H. Cram

**Sent:** Wednesday, July 11, 2007 2:12 PM

**To:** Steve Lewis (stevelewis@boblewis.com)

**Subject:** Ford Credit v. Lewis Family Enterprises, Inc.

Donald H. Cram, III

Severson &Werson

A Professional Corporation
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Direct Line: (415) 677-5536
Direct Fax: (415) 677-5664
www.severson.com

Dear Mr. Lewis:

Attached is an endorsed copy of the Clerk's Notice continuing the hearing on whether to issue a writ of possession or order other injunctive relief from August 2, 2007 to August 1, 2007 at 11:00 a.m. This Order was entered on July 9, 2007.

Please contact me (or have Bob Lewis Lincoln Mercury's lawyer contact me) should you wish to discuss this matter.

Don Cram

**This is a Confidential, Attorney-Client Privileged Communication. Should you receive it in error, please notify us by return e-mail and destroy all copies. Thank you.**
**Severson & Werson**
**A Professional Corporation**
**dhc@severson.com**

**EXHIBIT D**