LAW OFFICES
## RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
A LAW CORPORATION

MICHAEL C SERVERIAN
DAVID J STOCK
JON A. HEABERLIN
MICHELLE C TING

96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CALIFORNIA 95112-5572
TELEPHONE (408) 293-0463
FACSIMILE (408) 293-9514
E-MAIL ronkinlow@rllss.com
WEBSITE www.rllss.com

MAURICE J RANKIN (1888-1975)
G DAVID LANDSNESS (1944-1997)

BERNARD P LAHDE (Ret.)

SAN CARLOS OFFICE
939 LAUREL STREET, SUITE D
SAN CARLOS, CALIFORNIA 94070

August 8, 2007

Donald H. Cram, III, Esq.
Severson & Werson
One Embarcadero Center, 26th floor
San Francisco, CA 94111

Re: <u>Ford Motor Credit Company, LLC v. Lewis Family Enterprises, Inc., et al.</u>

Dear Mr. Cram:

    We have been asked to correspond and memorialize the representations made to Steven Lewis by Phil Ward regarding Ford Motor Credit Company's intent to take no further action on any Writ, Restraining Order, Injunction and/or Default obtained by your office in the above matter. Mr. Ward advised Steve when he was initially served with the papers that there would be no action taken to enforce any order or judgment that might be obtained so long as the buy-sell agreement was moving forward, and that Ford Motor Credit was simply protecting its interests in the event the buy-sell agreement with Capitol Expressway Ford was not consummated.

    Contrary to Mr. Lewis's understanding Ford Motor Credit obtained a default and obtained the Writ of Possession and Temporary Restraining Order, serving it on Steve Lewis last week. Mr. Lewis had contact again with Mr. Ward late last week and discussions occurred in which Mr. Lewis advised Mr. Ward that the agreement was close to being signed and that this most recent action by Ford Motor Credit, contrary to what had been earlier represented, would require Mr. Lewis to incur the added expense of retaining counsel to take steps to set aside the default, etc.

    Mr. Ward appeared to accept Mr. Lewis' assurance that things were moving forward on the buy-sell, and that continues to be the case. There are minor issues being finalized as this letter is being written and optimistically it is expected that the agreement will be signed this week.

**Exhibit E**

Donald H. Cram, III, L
August 8, 2007
Page 2

Based on this situation and Mr. Ward's prior representations, Mr. Lewis is not moving forward to set aside the Default or move for reconsideration of the orders entered at this time.

Should you have questions please do not hesitate to contact me.

Very Truly Yours,

DAVID J. STOCK

DJS

cc: Gary Vandeweghe
cc: Steve Lewis

**Exhibit E**