

Donald H. Cram
Associate
Direct Line: (415) 677-5536
dhc@severson.com

**Severson & Werson**

A Professional Corporation

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

August 9, 2007

**VIA FACSIMILE ORIGINAL VIA FIRST CLASS MAIL**

David J. Stock, Esq.
Rankin, Landsness, Lahde, Serverian & Stock
96 North Third Street, Suite 500
San Jose, CA 95112-5572

Re:   *Ford Motor Credit Company, LLC v. Lewis Family Enterprises, Inc., et al.*
Case No. C 07-03301 JW

Dear Mr. Stock:

I am responding to your letter dated August 8, 2007 regarding the default and orders entered in this case. I disagree with your account of the representations made to Mr. Lewis as "memorialized" in your letter.

While Ford Motor Credit Company, LLC ("Ford Credit") was willing to evaluate and consider any bona fide buy-sell agreement, no such agreement ever materialized. Ford Credit has repeatedly requested that Mr. Lewis voluntary surrender the collateral to Ford Credit so as to eliminate the expense of having to litigate to enforce its contractual rights. Mr. Lewis has been unresponsive to these requests.

During the course of this litigation, I have personally communicated with Mr. Lewis a number of times, forwarding all pleadings and Court orders to Mr. Lewis electronically. In each instance, I have requested that either he or his counsel contact me. Your letter is the first response I have received since my initial communication with Mr. Lewis on June 26, 2007.

Please understand that Ford Credit is in the process of and will continue to enforce its contractual rights including obtaining possession of its collateral. The Court issued a Writ of Possession on August 6, 2007, and Ford Credit will seek execution of this Writ by the U.S. Marshals Service.

David J. Stock, Esq.
August 9, 2007
Page 2

  In light of the forgoing, I will renew Ford Credit's request that Mr. Lewis execute a Voluntary Surrender so as to permit Ford Credit to regain possession of its collateral without incurring additional expense. Please contact me in this regard.

Very truly yours,

Donald H. Cram

DHC:dc

cc: Anita L. Whisnant, Esq.
   Duane M. Geck, Esq.

10872/0122/637275.1

**EXHIBIT F**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -COMM  ⁀  ⁀NAL- \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DF ⁀E AUG-2⁀  ⁀  \*\*\*\*\* TIME 11:21 \*\*\* P.01

Case 5:07-cv-03301-RS    Document 44-7    Filed 10/12/2007    Page 3 of 3

```
         MODE = MEMORY TRANSMISSION          START=AUG-09 10:59    END=AUG-09 11:01
         FILE NO.= 165

     STN NO.    COM    ABBR NO.    STATION NAME/TEL.NO.    PAGES    DURATION

       001      OK       ■         720122#14082939514      003/003  00:01'16"

                                                           -SEVERSON
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -            - \*\*\*\*\* -                - \*\*\*\*\*\*\*\*\*

# Severson
# &Werson
A Professional Corporation

Donald H. Cram
Associate
Direct Line: (415) 677-5536
dhc@severson.com

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

## FACSIMILE TRANSMISSION COVER SHEET

IF YOU DO NOT RECEIVE 3 PAGE(S) (INCLUDING COVER SHEET)
PLEASE CALL Donald H. Cram AT THE NUMBER LISTED ABOVE.

DATE: August 9, 2007         TIME: 11:00 AM              Sent By: Marcella Yee

                             FAX #                       PHONE #
TO:    David J. Stock, Esq.  408-293-9514                408-293-0463

FROM:  Donald H. Cram

RE:    Ford Motor Credit Company, LLC vs. Lewis Family Enterprises, Inc., et al.
       USDC – Northern District of California
       Case Number: C 07-03301 JW

CLIENT NAME/NUMBER: 10872-0122
SENDER'S ID NUMBER:    9123

Attached please find a letter dated August 9, 2007 pertaining to the above mentioned case.

If you have any questions or comments, please do not hesitate to contact Donald H. Cram @ (415) 677-5536 or dhc@severson.com.

Thank You

EXHIBIT F

The information contained in this facsimile message is ATTORNEY/CLIENT PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via mail. Thank you.