DAVID J. STOCK (SBN 85655)
MICHELLE C. TING (SBN 228963)
**RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK**
96 North Third Street, Suite 500
San Jose, California  95112
Telephone:  (408) 293-0463
Facsimile:  (408) 293-9514


Attorneys for Defendants
LEWIS FAMILY ENTERPRISES, INC. and
STEVEN ROBERT LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company, <br><br>          Plaintiff, <br><br> vs. <br><br> LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual, <br><br>          Defendants. | Case No.:  C 07-03301 RS <br><br> **[PROPOSED] ORDER FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** <br><br> Hearing Date: December 12, 2007 <br> Hearing Time: 9:30 a.m. <br> Courtroom:    #4, 5th Floor <br> Judge:  Magistrate Judge Richard Seeborg |

The motion of Defendants LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, and STEVEN ROBERT LEWIS ("Defendants") for an enlargement of time to respond to the complaint filed by Plaintiff FORD MOTOR CREDIT COMPANY, LLC ("Plaintiff") pursuant to Fed. R. Civ. Proc. 6(b) and Civil L.R. 6-3 came on for hearing on December 12, 2007, at 9:30 a.m. in Courtroom Number 4 on the fifth floor of the above-entitled court, the Honorable Richard Seeborg, United States Magistrate Judge, presiding.  The parties having appeared, the Court having reviewed the parties' submissions and having heard oral argument, and good cause appearing therefor,

HEREBY ORDERS THAT:

1. Defendants' Motion for Enlargement of Time to Respond to Complaint is granted;

2. Defendants are to respond to Plaintiff's complaint by _____, which date is twenty (20) days from the date of the Court's entry of this order.

Dated: _____          _____
                                     JUDGE OF THE SUPERIOR COURT