United States District Court

For the Northern District of California

**\*E-FILED 11/6/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FORD MOTOR CREDIT COMPANY, LLC,

       Plaintiff,

  v.

LEWIS FAMILY ENTERPRISES, INC, et al.,

       Defendants.
_____/

NO. C 07-03301 RS

**ORDER VACATING HEARING
AND SCHEDULING BRIEFING**

On November 5, 2007, defendants Lewis Family Enterprises, Inc. and Steven Robert Lewis filed a motion under Civil Local Rule 6-3 to extend their time to respond to the complaint herein, setting the matter for hearing on December 12, 2007.   Absent court order, Rule 6-3 does not provide for hearings or for 35 days notice for matters such as this.  Accordingly, the hearing date is vacated. Plaintiff shall file any opposition to the motion no later than the third court day after receipt of this order, and shall otherwise comply with Rule 6-3 (c).

IT IS SO ORDERED.

Dated: November 6, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

1

**United States District Court**

For the Northern District of California

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2  Donald Hogan Cram , III     dhc@severson.com, blb@severson.com

3  Duane M. Geck      dmg@severson.com

4  David E. Pinch      dep@severson.com, ma@severson.com

5  Michael C. Serverian      mserverian@rllss.com

6  David John Stock      dstock@rllss.com, slawrence@rllss.com

7
8  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

9
10  **Dated: 11/6/07**                                    **Chambers of Judge Richard Seeborg**

11                                                         **By:        /s/ BAK**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER
C 07-03301 RS