1 | DUANE M. GECK (State Bar No. 114823)
  | DAVID E. PINCH (State Bar No. 124851)
2 | DONALD H. CRAM (State Bar No. 160004)
  | SEVERSON & WERSON
3 | A Professional Corporation
  | One Embarcadero Center, Suite 2600
4 | San Francisco, CA  94111
  | Telephone:  (415) 398-3344
5 | Facsimile:  (415) 956-0439

6 | Attorneys for Plaintiff
  | FORD MOTOR CREDIT COMPANY,
7 | LLC, a Delaware Limited Liability
  | Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LEWIS FAMILY ENTERPRISES, INC. dba BOB LEWIS LINCOLN MERCURY, a California Corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>Defendants. | Case No.:  C 07-03301 JW<br><br>**FORD MOTOR CREDIT COMPANY, LLC'S OPPOSITION TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**<br><br>**[Fed. R. Civ. Proc. 6(b) & Civil L.R. 6-3]**<br><br>Hearing Date:  No hearing pending<br>Time:<br>Dept.:  4<br>Judge:  Magistrate Richard Seeborg<br><br>Complaint filed:  June 22, 2007<br>Trial Date:  Not set |

10872/0122/648059.1

FORD MOTOR CREDIT COMPANY, LLC'S OPPOSITION TO
DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO COMPLAINT
Case No.:  C 07-03301 JW

Ford Motor Credit Company, LLC, a Delaware Limited Liability Company ("Ford Credit"), opposes the motion of defendants, Lewis Family Enterprises, Inc. and Steven Robert Lewis ("Lewis") (collectively, Lewis Family Enterprises, Inc. and Lewis shall be referred to as "Defendants"), seeking enlargement of time to respond to the Complaint filed June 22, 2007.

## I.   STANDARDS FOR ENLARGEMENT OF TIME

Upon request of a party, Rule 6(b) provides the Court with discretion to enlarge the time periods set forth in Federal Rules of Civil Procedure.  With respect to requests to enlarge time, Civil L.R. 6-3 requires that the movant:

1)   Set forth with particularity, the reason for the requested enlargement or shortening of time;

2)   Describe the efforts the party has made to obtain a stipulation to the time change;

3)   Identify the substantial harm or prejudice that would occur if the Court did not change the time;

4)   Discloses all previous time modifications in the case, whether by stipulation or Court order;

5)   Describes the effect the requested time modification would have on the schedule for the case.

## II.   GROUNDS TO DENY APPLICATION TO SET ASIDE DEFAULT

### A.   Defendants have had Ample Time to Craft a Response to the Complaint

The Complaint in this case was filed on June 22, 2007.  Lewis Family Enterprises, Inc. was personally served on June 25, 2007.  Lewis was personally served on June 26, 2007.  A responsive pleading was due on July 19, 2007.  Defendants argue that they were lulled to believe that Ford Credit would not pursue its legal rights pending an alleged sale of the dealership's franchise.  Although Ford Credit disputes this contention, there can be no doubt that by August 9, 2007, Defendants knew Ford Credit was proceeding with this action (See Declaration of Donald H. Cram, III in Support of Ford Motor Credit Company, LLC's Opposition to Application of Defendants to Set Aside Default filed October 12, 2007, ¶10 and Exhibit F).  Since this time,

- 1 -

Defendants squandered nearly three months that could have been utilized to confer with their lawyers in order to craft an appropriate response to the Complaint. Further, Defendants have already drafted an Answer to the Complaint which can be filed. Defendants by application previously sought and obtained an order setting aside their default. In support of that application, Lewis submitted a declaration and attached a proposed Answer to the Complaint (See Declaration of Steven Robert Lewis in Support of Defendants' Application to Set Aside Clerk's Entries of Default filed September 7, 2007, ¶15 and Exhibit A).

**B.   Inability to Comply with the Court's Order Setting Case Management Conference**

On October 1, 2007, the Court issued an Order Setting Case Management Conference requiring the parties to: 1) discuss the items referred to in Civil L.R. 16-10; 2) file a Joint Case Management Conference Statement no later than November 21, 2007; and 3) appear at a Case Management Conference on November 28, 2007. Defendants' delay in responding to the Complaint results in an inability to engage in meaningful discussions which in turn prohibits compliance with the deadlines imposed by the Court's Order. The delay also inhibits the ability of counsel for the parties to meet and confer in an attempt to agree upon an ADR process for this matter.

**C.   Defendants had the Opportunity to Seek an Enlargement of Time to Respond in Conjunction with Their Application to Set Aside Default**

Defendants by application previously sought an order setting aside their default and could have easily requested additional time to file a response in conjunction with this application. Instead, Defendants gave the impression that they were prepared to file an Answer (See Declaration of Steven Robert Lewis in Support of Defendants' Application to Set Aside Clerk's Entries of Default filed September 7, 2007, ¶15 and Exhibit A). Defendants' failure to seek additional time to respond to the Complaint in conjunction with the prior application to set aside their default further evidences a lack of diligence. This lack of diligence should not be rewarded.

///

///

- 2 -

10872/0122/648059.1

FORD MOTOR CREDIT COMPANY, LLC'S OPPOSITION TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT
Case No.: C 07-03301 JW

### III.   CONCLUSION

For the reasons set forth above, Ford Credit respectfully requests that the Court deny the Defendants' motion for enlargement of time to respond to the Complaint and for such further relief as the Court deems appropriate.

DATED:  November 8, 2007                    Respectfully submitted,

                                            SEVERSON & WERSON
                                            A Professional Corporation


                                            By:   /s/ Donald H. Cram, III
                                                      Donald H. Cram

                                            Attorneys for Plaintiff
                                            FORD MOTOR CREDIT COMPANY, LLC, a
                                            Delaware Limited Liability Company

10872/0122/648059.1            FORD MOTOR CREDIT COMPANY, LLC'S OPPOSITION TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT
Case No.: C 07-03301 JW