| | |
|---|---|
| 1 | DUANE M. GECK (State Bar No. 114823) |
| | DAVID E. PINCH (State Bar No. 124851) |
| 2 | DONALD H. CRAM (State Bar No. 160004) |
| | SEVERSON & WERSON |
| 3 | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 398-3344 |
| 5 | Facsimile: (415) 956-0439 |
| 6 | Attorneys for Plaintiff |
| | FORD MOTOR CREDIT |
| 7 | COMPANY, LLC, a Delaware |
| | Limited Liability Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company, | Case No.: C 07-03301 JW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | Hearing Date: No hearing pending |
| | Time: |
| LEWIS FAMILY ENTERPRISES, INC. dba BOB LEWIS LINCOLN MERCURY, a California Corporation, and STEVEN ROBERT LEWIS, an individual, | Dept.: 4 |
| | Judge: Magistrate Richard Seeborg |
| | Complaint filed: June 22, 2007 |
| | Trial Date: Not set |
| Defendants. | |

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City and County of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, California 94111.

On the date below, I served a copy, with all exhibits (if any), of the following document(s):

- **FORD MOTOR CREDIT COMPANY, LLC'S OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

10872/0122/642325.1

Certificate of Service                                                                                                   page 1

1    on all interested parties in said case addressed as follows:

2    David J. Stock
RANKIN, LANDSNESS, LAHDE,
3    SERVERIAN & STOCK
96 North Third Street, Suite 500
4    San Jose, CA 95112
Fax (408) 293-9514

5

6    ✗ **(BY FAX)**  By use of facsimile machine telephone number (415) 677-5664, I

7    faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after

8    the party's address.  The transmission was reported as complete and without error.

9        I declare under penalty of perjury under the laws of the United States of America

10   that the foregoing is true and correct.  This declaration is executed in San Francisco,

11   California, on November 8, 2007.

12

13               /s/ John Bertinetti
            John Bertinetti

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   10872/0122/642325.1