LAW OFFICES
# RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
A LAW CORPORATION

MICHAEL C. SERVERIAN
DAVID J. STOCK
JON A. HEABERLIN
MICHELLE C. TING

96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CALIFORNIA 95112-5572
TELEPHONE: (408) 293-0463
FACSIMILE: (408) 293-9514
E-MAIL: dstock@rllss.com
Website: www.rllss.com

MAURICE J. RANKIN (1888-1975)
G. DAVID LANDSNESS (1944-1997)

BERNARD P. LAHDE (Ret.)

SAN CARLOS OFFICE
939 LAUREL STREET, SUITE D
SAN CARLOS, CALIFORNIA 94070

November 14, 2007

*VIA E-FILING & US MAIL*
Honorable Richard Seeborg
United States Magistrate Judge
United States District Court for the
Northern District of California
280 South First Street
Courtroom 4, 5th Floor
San Jose, CA 95113

*VIA E-FILING & US MAIL*
Donald H. Cram, III, Esq.
SEVERSON & WERSON
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Re:   Ford Motor Credit Company, LLC v. Lewis Family Enterprises, Inc., et al.
      United States District Court No. C 07-03301 RS

Dear Judge Seeborg and Mr. Cram:

By order entered on October 1, 2007, the Court set a Case Management Conference in this matter for November 28, 2007, at 2:30 p.m. By that same order, the Court directed the parties to meet and confer regarding the case management matters set forth in Civil L.R. 16-10, and further directed the parties to file a Joint Case Management Conference Statement no later than November 21, 2007.

On October 29, 2007, the Court granted Defendants' motion to set aside the Clerk's entries of default, and permitted Defendants to answer the complaint. However, on November 5, 2007, Defendants filed a motion for enlargement of time to respond to the complaint. Namely, Defendants requested an additional twenty (20) days to prepare and file their counterclaims against Plaintiff, Plaintiff's parent company, Ford Motor Company; and Ford Dealer Development, a program operated by Ford Motor Company. Plaintiff opposed Defendants' motion on November 8, 2007. The parties are presently awaiting the Court's decision on this motion.

In the interim, the parties are unable to fully prepare a meaningful Joint Case Management Conference Statement. Specifically, if the Court grants the motion for enlargement of time, Defendants' counterclaim will result in the addition of two new parties and several new causes of action.

Accordingly, Defendants would request that the Court reset the Case Management Conference and the date for the filing of the Joint Case Management Conference Statement.

Very truly yours,

*[signature]*
DAVID J. STOCK

DJS:mct