LAW OFFICES
# RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
A LAW CORPORATION

MICHAEL C. SERVERIAN
DAVID J. STOCK
JON A. HEABERLIN
MICHELLE C. TING

96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CALIFORNIA 95112-5572
TELEPHONE: (408) 293-0463
FACSIMILE: (408) 293-9514
E-MAIL: dstock@rllss.com
Website: www.rllss.com

MAURICE J. RANKIN (1888-1975)
G. DAVID LANDSNESS (1944-1997)

BERNARD P. LAHDE (Ret.)

**SAN CARLOS OFFICE**
939 LAUREL STREET, SUITE D
SAN CARLOS, CALIFORNIA 94070

November 14, 2007

*VIA E-FILING & HAND DELIVERY*
Honorable Richard Seeborg
United States Magistrate Judge
United States District Court for the
Northern District of California
280 South First Street
Courtroom 4, 5th Floor
San Jose, CA  95113

*VIA E-FILING & US MAIL*
Donald H. Cram, III, Esq.
SEVERSON & WERSON
One Embarcadero Center
Suite 2600
San Francisco, CA  94111

Re:   Ford Motor Credit Company, LLC v. Lewis Family Enterprises, Inc., et al.
      United States District Court No. C 07-03301 RS

Dear Judge Seeborg and Mr. Cram:

   Shortly after defense counsel's e-filing of a letter of today's date requesting the resetting of the Case Management Conference and the date for the filing of the Joint Case Management Conference Statement, the parties received an order from the Court granting Defendant's motion for enlargement of time to respond to the complaint.  In accordance with the Court's order, Defendants will be filing an answer and counterclaim on or by December 4, 2007.

   Notwithstanding the foregoing, Defendants would still request that the Court reset the Case Management Conference and the date of the filing of the Conference Statement to a date shortly following December 4, 2007, to allow the parties to meaningfully meet and confer in regards to the matters set forth in Civil L.R. 16-10.

Very truly yours,

DAVID J. STOCK

DJS:mct