**United States District Court**
For the Northern District of California

**\*E-FILED\***
**November 14, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, | No. C 07-03301 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| LEWIS FAMILY ENTERPRISES, et al. | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for November 28, 2007 at 2:30 p.m. has been continued to **December 19, 2007 at 2:30 p.m.** The parties shall file a joint case management conference statement no later than December 12, 2007.

Dated: November 14, 2007

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
       Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California

1. **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**
2. Donald Hogan Cram III    dhc@severson.com, blb@severson.com
3. Duane M. Geck    dmg@severson.com
4. David E. Pinch    dep@severson.com, ma@severson.com
5. Michael C. Serverian    mserverian@rllss.com
6. David John Stock    dstock@rllss.com, slawrence@rllss.com