1  DAVID J. STOCK (SBN 85655)
   JON A. HEABERLIN (SBN 199810)
2  MICHELLE C. TING (SBN 228963)
   **RANKIN, LANDSNESS, LAHDE,**
3  **SERVERIAN & STOCK**
   96 North Third Street, Suite 500
4  San Jose, California  95112
   Telephone:  (408) 293-0463
5  Facsimile:  (408) 293-9514

6  Attorneys for Defendants and Counterclaimants
   LEWIS FAMILY ENTERPRISES, INC. and
7  STEVEN ROBERT LEWIS

8                    UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10  FORD MOTOR CREDIT COMPANY,      )   Case No.:  C 07-03301 RS
    LLC, a Delaware Limited Liability )
11  Company,                         )   **STIPULATION AND ORDER RE:**
                                     )   **CONTINUANCE OF CASE MANAGEMENT**
12          Plaintiff,               )   **CONFERENCE**
                                     )
13  vs.                              )   **Current CMC Date:  December 19, 2007**
                                     )   **Time:              2:30 p.m.**
14  LEWIS FAMILY ENTERPRISES,        )   **Courtroom:          4 (5ᵗʰ Floor)**
    INC., dba BOB LEWIS LINCOLN      )
15  MERCURY, a California corporation, )
    and STEVEN ROBERT LEWIS, an      )
16  individual,                      )
                                     )
17          Defendants.              )
                                     )
18  _____ )
                                     )
19  LEWIS FAMILY ENTERPRISES,        )
    INC., dba BOB LEWIS LINCOLN      )
20  MERCURY, a California corporation, )
    and STEVEN ROBERT LEWIS, an      )
21  individual,                      )
                                     )
22          Counterclaimants,        )
                                     )
23  vs.                              )
                                     )
24  FORD MOTOR CREDIT COMPANY,       )
    LLC, a Delaware Limited Liability )
25  Company; FORD MOTOR COMPANY,     )
    a Delaware corporation; CAPITOL  )
26  EXPRESSWAY FORD, INC., a         )
    Delaware corporation; and DOES 1 )
27  through 10, inclusive,           )
                                     )
28          Counterdefendants.       )
    _____ )

1    **THE PARTIES HEREBY STIPULATE, THROUGH COUNSEL OF RECORD:**

2   1.    A case management conference is presently scheduled for December 19, 2007, at

3   2:30 p.m., before Magistrate Judge Richard Seeborg.

4   2.    This matter is presently not at-issue.  On December 4, 2007, Defendants and

5   Counterclaimants LEWIS FAMILY ENTERPRISES, INC. and STEVEN ROBERT LEWIS

6   filed an Answer to Plaintiff's Complaint, as well as a Counterclaim naming as

7   Counterdefendants two new parties who now have yet appeared in this matter: FORD

8   MOTOR COMPANY, a Delaware corporation, and CAPITOL EXPRESSWAY FORD, INC.,

9   a Delaware corporation.  It is anticipated that new counsel will enter the matter on behalf

10  of these new parties.  Per Defendants' and Counterclaimants' counsel, service is being

11  immediately effected on the two new parties such that their responsive pleadings should

12  be due by approximately the end of December 2007.

13  3.    The parties presently in the case believe a case management conference at this

14  time would be premature given the absence of counsel or responsive pleadings from the

15  two new parties.  The preparation of a joint case management conference statement is

16  likewise presently hindered without all of the parties involved.

17

18  //

19

20

21

22  //

23

24

25  //

26

27

28  //

STIPULATION AND ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1  4.      The parties accordingly submit that in the interests of judicial economy, a brief

2  continuance of the case management conference - perhaps 45 to 60 days - would be

3  beneficial, and request the same of this Court.

4

5  Dated: December 10, 2007                    RANKIN, LANDSNESS, LAHDE,
6                                              SERVERIAN & STOCK

7

8
                                            By: /s/ Jon A. Heaberlin
9                                               JON A. HEABERLIN
                                                Attorneys for Defendants,
10                                              Counterclaimants LEWIS FAMILY
                                                ENTERPRISES, INC. and STEVEN
11                                              ROBERT LEWIS

12

13

14  DATED: /s/ December 8, 2007               SEVERSON & WERSON, P.C.

15

16                                          By: /s/ Donald H. Cram, III
                                                Donald H. Cram, III, Esq.
17                                              Attorneys for Plaintiff FORD MOTOR
                                                CREDIT CO., LLC
18

19                              **ORDER**

20      GOOD CAUSE APPEARING, the case management conference set for December

21  19, 2007, at 2:30 p.m., SHALL HEREBY BE CONTINUED to _____,

22  at _____, in Courtroom 4.  The parties shall file an ADR Certification and joint case

23  management conference statement no later than

24  _____.

25

26  **IT IS SO ORDERED.**

27  DATED: _____
                                            MAGISTRATE JUDGE OF THE U.S.
28                                          DISTRICT COURT

**STIPULATION AND ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**