| | |
|---|---|
| 1 | DUANE M. GECK (State Bar No. 114823) |
|   | DAVID E. PINCH (State Bar No. 124851) |
| 2 | DONALD H. CRAM (State Bar No. 160004) |
|   | SEVERSON & WERSON |
| 3 | A Professional Corporation |
|   | One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, CA  94111 |
|   | Telephone:  (415) 398-3344 |
| 5 | Facsimile:  (415) 956-0439 |
| 6 | Attorneys for Plaintiff |
|   | FORD MOTOR CREDIT |
| 7 | COMPANY, LLC, a Delaware |
|   | Limited Liability Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company, | Case No.:  C 07-03301 RS |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | Judge:  Richard Seeborg |
| LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual, | Complaint Date:  June 22, 2007 |
| | Trial Date:  not set |
| Defendants. | |
| LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual, | |
| Counterclaimants, | |
| vs. | |
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company; FORD MOTOR COMPANY, a Delaware corporation; CAPITOL EXPRESSWAY FORD, INC., a Delaware corporation, | |
| Counter-defendants. | |

10872/0122/642325.1

Certificate of Service                                                                                                           page 1

1  I, the undersigned, declare that I am over the age of 18 and am not a party to this
2  action. I am employed in the City and County of San Francisco, California; my business
3  address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco,
4  California 94111.
5  On the date below, I served a copy, with all exhibits (if any), of the following
6  document(s):

7  - **FORD MOTOR CREDIT COMPANY, LLC'S ANSWER TO COUNTERCLAIM OF LEWIS FAMILY ENTERPRISES, INC. AND STEVEN ROBERT LEWIS**
8

9  on all interested parties in said case addressed as follows:

10  David J. Stock
    RANKIN, LANDSNESS, LAHDE,
11  SERVERIAN & STOCK
    96 North Third Street, Suite 500
12  San Jose, CA 95112
    Fax (408) 293-9514
13

14  ✗ **(BY FAX)** By use of facsimile machine telephone number (415) 677-5664, I
15  faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after
16  the party's address. The transmission was reported as complete and without error.
17  I declare under penalty of perjury under the laws of the United States of America
18  that the foregoing is true and correct. This declaration is executed in San Francisco,
19  California, on December 19, 2007.
20
21           /s/ John Bertinetti
             John Bertinetti
22
23
24
25
26
27
28  10872/0122/642325.1

Certificate of Service                                                                    page 2