1  MARK J. KENNEY (State Bar No. 87345)
   DUANE M. GECK (State Bar No. 114823)
2  DONALD H. CRAM (State Bar No. 160004)
   DAVID E. PINCH (State Bar No. 124851)
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Counterdefendant
7  FORD MOTOR COMPANY

8
                    UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

11 | FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company, | Case No.:  C 07-03301 RS |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | Judge:  Richard Seeborg<br>Complaint Date:  June 22, 2007<br>Trial Date:  not set |
| LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual, | |
| Defendants. | |
| LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual, | |
| Counterclaimants, | |
| vs. | |
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company; FORD MOTOR COMPANY, a Delaware corporation; CAPITOL EXPRESSWAY FORD, INC., a Delaware corporation, | |
| Counter-defendants. | |

28
   58888/0042/653662.1
                    Certificate of Service                              page 1

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City and County of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, California 94111.

On the date below, I served a copy, with all exhibits (if any), of the following document(s):

- **FORD MOTOR COMPANY'S ANSWER TO COUNTERCLAIM OF LEWIS FAMILY ENTERPRISES, INC. AND STEVEN ROBERT LEWIS**

- **FORD MOTOR COMPANY'S CERTIFICATION AS TO INTERESTED PARTIES**

on all interested parties in said case addressed as follows:

David J. Stock
RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK
96 North Third Street, Suite 500
San Jose, CA 95112
Fax (408) 293-9514

[X] **(BY MAIL)** I caused an envelope to be deposited in the mail at San Francisco, California, with first class postage thereon fully prepaid.

I am readily familiar with Severson & Werson's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in sealed envelopes with first class postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in San Francisco, California, on January 3, 2008.

      /s/ John Bertinetti
      John Bertinetti

58888/0042/653662.1

Certificate of Service                 page 2