MARK J. KENNEY (State Bar No. 87345)
DUANE M. GECK (State Bar No. 114823)
DAVID E. PINCH (State Bar No. 124851)
DONALD H. CRAM, III (State Bar No. 160004)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Counterdefendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>Defendants. | Case No.:  C 07-03301 RS<br><br>**FORD MOTOR COMPANY'S CERTIFICATION AS TO INTERESTED PARTIES**<br><br>Judge:  Richard Seeborg<br>Complaint Date:  June 22, 2007<br>Trial Date:  not set |
| LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>Counterclaimants,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company; FORD MOTOR COMPANY, a Delaware corporation; CAPITOL EXPRESSWAY FORD, INC., a Delaware corporation,<br><br>Counter-defendants. | |

The undersigned, counsel of record for Ford Motor Company, certifies that the following

listed parties have a direct pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff, Ford Motor Credit Company, LLC is a Delaware limited liability company, having its principal place of business in the State of Michigan.

2. Counterdefendant, Ford Motor Company, parent corporation to Ford Motor Credit Company, LLC is a Delaware corporation having its principal place of business in the State of Michigan.

3. Defendant and Counterclaimant, Lewis Family Enterprises, Inc., dba Bob Lewis Lincoln Mercury, is a California corporation, which had its principal place of business in the County of Santa Clara, City of San Jose.

4. Defendant and Counterclaimant, Steven Robert Lewis is the principal and sole shareholder of Defendant, Lewis Family Enterprises, Inc.  Mr. Lewis resides in Santa Clara County.

5. Counterdefendant, Capitol Expressway Ford, is a Delaware Corporation, which has its principal place of business in the County of Santa Clara, City of San Jose.

DATED:  January 3, 2008

SEVERSON & WERSON
A Professional Corporation

By:  /s/ Donald H. Cram, III
Donald H. Cram, III
Attorneys for Counterdefendant
FORD MOTOR COMPANY