1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   NATHANIEL BRUNO, Cal. Bar No. 228118
3  Four Embarcadero Center
   Seventeenth Floor
4  San Francisco, CA 94111
   Tel: (415) 434-9100
5  Fax: (415) 434-3947
   E-mail: nbruno@sheppardmullin.com
6
   Attorneys for Cross-Defendant
7  CAPITOL EXPRESSWAY FORD, INC.

8
                UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

11

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual, <br><br> Defendants. | Case No. C 07-03301 RS <br><br> **STIPULATION PURSUANT TO LOCAL RULE 6-1(a) FOR EXTENSION OF TIME FOR CAPITOL EXPRESSWAY FORD, INC. TO RESPOND TO CROSS-COMPLAINT OF LEWIS FAMILY ENTERPRISES, INC. AND STEVEN ROBERT LEWIS** |
| LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual, <br><br> Cross-Complainants, <br><br> v. <br><br> FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company; FORD MOTOR COMPANY, a Delaware corporation; CAPITOL EXPRESSWAY FORD, INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Cross-Defendants. | |

# STIPULATION

WHEREAS, defendants and cross-complainants Lewis Family Enterprises, Inc., dba Bob Lewis Lincoln Mercury, and Steven Robert Lewis (collectively, "Lewis") served their cross-complaint against cross-defendant Capitol Expressway Ford, Inc. ("Capitol Ford"), on December 6, 2007;

WHEREAS, Capitol Ford did not respond to Lewis's cross-complaint within the time allotted by the Federal Rules of Civil Procedure, as well as the Local Rules for the Northern District of California;

WHEREAS, pursuant to Local Rule 6-1(a), Capitol Ford has requested that Lewis agree to extend Capitol Ford's time to respond to the cross-complaint to Friday, February 1, 2008;

WHEREAS, Lewis has graciously agreed to Capitol Ford's proposed extension of time;

IT IS HEREBY STIPULATED, AGREED AND REQUESTED by and between Lewis and Capitol Ford, by and through their counsel, as follows:

//

//

//

//

-1-

(1) Capitol Ford shall be entitled to respond to Lewis's cross-complaint, and shall have until the close of business on Friday, February 1, 2008, to file and serve its response to the cross-complaint.

Dated: January 14, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
NATHANIEL BRUNO
Attorneys for Cross-Defendant
CAPITOL EXPRESSWAY FORD, INC.

Dated: January 11, 2008

RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

By _____
DAVID J. STOCK
JON A. HEABERLIN
Attorneys for Defendant and Cross-Complainants
LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, and STEVEN ROBERT LEWIS