1  DAVID J. STOCK (SBN 85655)
   JON A. HEABERLIN (SBN 199810)
2  MICHELLE C. TING (SBN 228963)
   **RANKIN, LANDSNESS, LAHDE,**
3  **SERVERIAN & STOCK**
   96 North Third Street, Suite 500
4  San Jose, California  95112
   Telephone:  (408) 293-0463
5  Facsimile:  (408) 293-9514

6

   Attorneys for Defendants/Counterclaimants
7  LEWIS FAMILY ENTERPRISES, INC. and
   STEVEN ROBERT LEWIS
8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>            Defendants.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>            Counterclaimants,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company; FORD MOTOR COMPANY, a Delaware corporation; CAPITOL EXPRESSWAY FORD, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>            Counterdefendants. | Case No.:  C 07-03301 RS<br><br>**PROOF OF SERVICE OF COUNTERCLAIM ON FORD MOTOR CO.** |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/10/07 @ 2:20 PM |
| Name of SERVER<br>Paul Nagle | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:
Ford Motor Company, a Delaware corporation
accepted by Margaret Wilson, registered agent for service of process
818 W. 7th Street, Los Angeles, CA  90017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $85.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/11/07
                     Date

*Signature of Server*
P.O. Box 2230
Morgan Hill, CA  95038

*Address of Server*
(408) 782-0163
Santa Clara County Reg. #859

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure