1  JACK B. MCCOWAN, JR. (SBN: 062056)
   BRIAN P. MASCHLER (SBN: 111824)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Cross-Defendant
6  CAPITOL EXPRESSWAY FORD, INC.

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | FORD MOTOR CREDIT COMPANY LLC, a        ) CASE NO. C 07-03301 RS
   | Delaware Limited Liability Company      )
12 |                                         ) **SUBSTITUTION OF ATTORNEYS**
   |                       Plaintiff,        )
13 |                                         )
   |      vs.                                )
14 |                                         )
   | LEWIS FAMILY ENTERPRISES, INC., dba BOB )
15 | LEWIS LINCOLN MERCURY, a California     )
   | corporation, and STEVEN ROBERT LEWIS, an)
16 | individual,                             )
   |                                         )
17 |                       Defendants.       )
   |_____)
18 |                                         )
   | LEWIS FAMILY ENTERPRISES, INC., dba BOB )
19 | LEWIS LINCOLN MERCURY, a California     )
   | corporation, and STEVEN ROBERT LEWIS, an)
20 | individual,                             )
   |                                         )
21 |                  Cross-Complainants,    )
   |      vs.                                )
22 |                                         )
   | FORD MOTOR CREDIT COMPANY LLC, a        )
23 | Delaware Limited Liability Company; FORD)
   | MOTOR COMPANY, a Delaware corporation;  )
24 | CAPITOL EXPRESSWAY FORD, INC., a        )
   | Delaware corporation; and DOES 1 through 10,)
25 | inclusive,                              )
   |                                         )
26 |                  Cross-Defendants.      )
   |                                         )
27 |_____)

28

-1-
SUBSTITUTION OF ATTORNEYS (CASE NO. C 07-03301 RS)

1  Cross-defendant CAPITOL EXPRESSWAY FORD, INC. substitutes Jack B. McCowan,
2  Jr. and Brian P. Maschler of Gordon & Rees LLP, Embarcadero Center West, 275 Battery Street,
3  Suite 2000, San Francisco, California 94111, telephone number (415) 986-5900, facsimile
4  number (415) 988-5900, as attorneys of record in place and stead of Nathaniel Bruno of
5  Sheppard, Mullin, Richter & Hampton LLP, Four Embarcadero Center, Seventeenth Floor, San
6  Francisco, California 94111, telephone number (415) 434-9100, facsimile number (415) 434-
7  3947.

I consent to this substitution.

Dated: FEB 6, 2008            CAPITOL EXPRESSWAY FORD, INC.

By: _____
    Sergio Madrigal, President

I consent to this substitution.

Dated: February 6, 2008       SHEPPARD, MULLIN, RICHTER &
                              HAMPTON LLP

By: /s/
    Nathaniel Bruno

We accept this substitution.

Dated: February 6, 2008       GORDON & REES LLP

By: /s/ Jack B. McCowan, Jr.
    Jack B. McCowan, Jr.
    Brian P. Maschler