1   JACK B. MCCOWAN, JR. (SBN: 062056)
    BRIAN P. MASCHLER (SBN: 111824)
2   GORDON & REES LLP
    Embarcadero Center West
3   275 Battery Street, Suite 2000
    San Francisco, CA 94111
4   Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
5
    Attorneys for Cross-Defendant
6   CAPITOL EXPRESSWAY FORD, INC.

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  FORD MOTOR CREDIT COMPANY LLC, a          )   CASE NO. C 07-03301 RS
    Delaware Limited Liability Company        )
12                                            )   **STIPULATION PURSUANT TO**
                            Plaintiff,        )   **LOCAL RULE 6-1(a) FOR**
13                                            )   **EXTENSION OF TIME FOR**
                vs.                           )   **CAPITOL EXPRESSWAY FORD,**
14                                            )   **INC. TO RESPOND TO CROSS-**
    LEWIS FAMILY ENTERPRISES, INC., dba BOB   )   **COMPLAINT OF LEWIS FAMILY**
15  LEWIS LINCOLN MERCURY, a California       )   **ENTERPRISES, INC. AND STEVEN**
    corporation, and STEVEN ROBERT LEWIS, an  )   **ROBERT LEWIS**
16  individual,                               )
                                              )
17                          Defendants.       )
                                              )
18  _____ )
                                              )
19  LEWIS FAMILY ENTERPRISES, INC., dba BOB   )
    LEWIS LINCOLN MERCURY, a California       )
20  corporation, and STEVEN ROBERT LEWIS, an  )
    individual,                               )
21                                            )
                      Cross-Complainants,     )
22              vs.                           )
                                              )
23  FORD MOTOR CREDIT COMPANY LLC, a          )
    Delaware Limited Liability Company; FORD  )
24  MOTOR COMPANY, a Delaware corporation;    )
    CAPITOL EXPRESSWAY FORD, INC., a          )
25  Delaware corporation; and DOES 1 through 10,)
    inclusive,                                )
26                                            )
                      Cross-Defendants.       )
27  _____ )

28

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

-1-

1    STIPULATION

2    WHEREAS, defendants and cross-complainants Lewis Family Enterprises, Inc., dba Bob

3    Lewis Lincoln Mercury, and Steven Robert Lewis (collectively, "Lewis") served their cross-

4    complaint against cross-defendant Capitol Expressway Ford, Inc. ("Capitol Ford"), on December

5    6, 2007;

6

7    WHEREAS, Capitol Ford did not respond to Lewis's cross-complaint within the time

8    allotted by the Federal Rules of Civil Procedure, as well as the Local Rules for the Northern

9    District of California;

10

11    WHEREAS, pursuant to Local Rule 6-1(a), Capitol Ford has requested that Lewis agree

12    to extend Capitol Ford's time to respond to the cross-complaint to Friday, February 15, 2008;

13

14    WHEREAS, Lewis has graciously agreed to capitol Ford's proposed extension of time;

15

16    IT IS HEREBY STIPULATED, AGREED AND REQUESTED by and between Lewis

17    and Capitol Ford, by and through their counsel, as follows:

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

-2-

STIPULATION PURSUANT TO LOCAL RULE 6-1(a) FOR EXTENSION OF TIME FOR CAPITOL EXPRESSWAY FORD, INC. TO RESPOND TO CROSS-COMPLAINT (CASE NO. C 07 03301 RS)

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1         (1)    Capitol Ford shall be entitled to respond to Lewis's cross-complaint, and shall

2    have until the close of business on Friday, February 15, 2008 to file and serve its response to the

3    cross-complaint.

4

5    Dated: _____2/5_____, 2008          RANKIN, LANDSNESS, LAHDE, SERVERIAN &
                                      STOCK

6

7                                              By:

8                                              David J. Stock
                                          Jon K. Heaberlin

9                                              Attorneys for Defendants and Cross-
                                          Complaints

10                                             LEWIS FAMILY ENTERPRISES, INC., dba
                                        BOB LEWIS LINCOLN MERCURY, and

11                                             STEVEN ROBERT LEWIS

12   Dated: _February 7_, 2008          GORDON & REES LLP

13

14                                           /s/ Jack B. McCowan, Jr.
                              By:

15                                             Jack B. McCowan, Jr.
                                        Brian P. Maschler

16                                           Attorneys for Cross-Defendant
                                        CAPITOL EXPRESSWAY FORD, INC.

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-3-

STIPULATION PURSUANT TO LOCAL RULE 6-1(a) FOR EXTENSION OF TIME FOR CAPITOL
EXPRESSWAY FORD, INC. TO RESPOND TO CROSS-COMPLAINT (CASE NO. C 07 03301 RS)