1

2

3                                                                    **\*E-FILED\***
                                                                  **February 7, 2008**
4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11   FORD MOTOR CREDIT COMPANY,                    No. C 07-03301 RS

12              Plaintiff,

13        v.                                       **CLERK'S NOTICE**

14   LEWIS FAMILY ENTERPRISES,,
     et al.,
15

16              Defendant.
     _____/

17   TO ALL PARTIES AND COUNSEL OF RECORD:

18        The case management conference in the above-captioned matter currently set for February

19   20, 2008 at 2:30 p.m. has been continued to **February 27, 2008 at 2:30 p.m.**

20        Counter-defendants Ford Motor Company and Capital Expressway Ford, Inc. shall make a

21   determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the

22   appropriate form no later than February 20, 2008.  The parties shall file a joint Case Management

23   Conference Statement no later than February 20, 2008.

24   Dated:  February 7, 2008

25                                                 For the Court,
                                                   RICHARD W. WEIKING, Clerk
26

27                                                 By:    /s/ Martha Parker Brown
                                                          Courtroom Deputy Clerk
28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2  Nathaniel Bruno    nbruno@sheppardmullin.com, jgorsi@sheppardmullin.com

3  Donald Hogan Cram , III    dhc@severson.com, blb@severson.com

4  Duane M. Geck    dmg@severson.com

5  Jack B. McCowan , Jr    jmccowan@gordonrees.com, jstuckey@gordonrees.com,
   jwalker@gordonrees.com

6

   David E. Pinch    dep@severson.com, ma@severson.com

7

   Michael C. Serverian    mserverian@rllss.com

8

   David John Stock    dstock@rllss.com, slawrence@rllss.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28