```
 1   JACK B. MCCOWAN, JR. (SBN: 062056)
     BRIAN P. MASCHLER (SBN: 111824)
 2   GORDON & REES LLP
     Embarcadero Center West
 3   275 Battery Street, Suite 2000
     San Francisco, CA  94111
 4   Telephone: (415) 986-5900
     Facsimile: (415) 986-8054
 5
     Attorneys for Third Party Defendant,
 6   CAPITOL EXPRESSWAY FORD, INC.,
     a Delaware corporation
 7
```

UNITED STATES DISTRICT COURT CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>　　　　　　　Defendants.<br><br>―――――――――――――<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>　　　　　　　Counterclaimants,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company; FORD MOTOR COMPANY, a Delaware corporation; CAPITOL EXPRESSWAY FORD, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Counterdefendants. | CASE NO. C 07-03301 RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

- 1 -

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

| | |
|---|---|
| 1 | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE: |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 20, 2008         GORDON & REES LLP

By:  /s/ Jack B. McCowan, Jr.
     Jack B. McCowan, Jr.
     Brian P. Maschler
     Attorneys for Third Party Defendant,
     CAPITOL EXPRESSWAY FORD,
     INC., a Delaware corporation

Gordon & Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

- 2 -

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**