1 | MARK J. KENNEY (State Bar No. 87345)
DUANE M. GECK (State Bar No. 114823)
2 | DONALD H. CRAM (State Bar No. 160004)
SEVERSON & WERSON
3 | A Professional Corporation
One Embarcadero Center, Suite 2600
4 | San Francisco, CA 94111
Telephone: (415) 398-3344
5 | Facsimile: (415) 956-0439
Email: dhc@severson.com

Attorneys for Plaintiff and Counterdefendant
FORD MOTOR CREDIT COMPANY, LLC

Attorneys for Counterdefendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>Defendants. | Case No.: C07-03301 RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>The Hon. Richard Seeborg<br>Complaint filed June 22, 2007 |
| LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>Counterclaimants,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company; FORD MOTOR COMPANY, a Delaware corporation; CAPITOL EXPRESSWAY FORD, INC., a Delaware corporation,<br><br>Counter-defendants. | |

10872/0122/659451.1

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
*Ford Credit v. Lewis Family Enterprises, Inc.*

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: February 20, 2008

SEVERSON & WERSON
A Professional Corporation

By: /s/ Donald H. Cram, III
Donald H. Cram, III

Attorneys for Counter-defendant
FORD MOTOR CREDIT COMPANY

10872/0122/659451.1

-2-

CONSENT TO PROCEED BEFORE A UNITED STATES MAGEISTRATE JUDGE
*Ford Credit v. Lewis Family Enterprises, Inc.*