```
 1  MARK J. KENNEY (State Bar No. 87345)
    DUANE M. GECK (State Bar No. 114823)
 2  DONALD H. CRAM (State Bar No. 160004)
    SEVERSON & WERSON
 3  A Professional Corporation
    One Embarcadero Center, Suite 2600
 4  San Francisco, CA  94111
    Telephone:  (415) 398-3344
 5  Facsimile:  (415) 956-0439
    Email: dhc@severson.com
 6
    Attorneys for Plaintiff and Counter defendant
 7  Ford Motor Credit Company, LLC

 8  Attorneys for Counter defendant
    Ford Motor Company
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>Defendants.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>Counterclaimants,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company; FORD MOTOR COMPANY, a Delaware corporation; CAPITOL EXPRESSWAY FORD, INC., a Delaware corporation,<br><br>Counter-defendants. | Case No.:  C 07-03301 RS<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>The Hon. Richard Seeborg<br>Complaint filed June 22, 2007 |

10872/0122/659431.1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
*Ford Credit v. Lewis Family Enterprises, Inc.*

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

      Non-binding Arbitration (ADR L.R. 4)

      Early Neutral Evaluation (ENE) (ADR L.R.5)

✓      Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**

✓      Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:

The presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered)

✓      Other requested deadline <u>November 1, 2008</u>

10872/0122/659431.1

- 2 -

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
*Ford Credit v. Lewis Family Enterprises, Inc.*

DATED: February 20, 2008

    SEVERSON & WERSON
    A Professional Corporation

    By: /s/
    Donald H. Cram, III

    Attorneys for Plaintiff/Counter-defendant
    FORD MOTOR CREDIT COMPANY,
    LLC and Attorneys for Counter-defendant,
    FORD MOTOR COMPANY

DATED: February 20, 2008

    RANKIN, LANDSNESS, LAHDE,
    SERVERIAN & STOCK

    By: /s/
    Jon A. Heaberlin

    Attorneys for Defendants/Counterclaimants
    LEWIS FAMILY ENTERPRISES, INC.
    and STEVEN ROBERT LEWIS

DATED: February 20, 2008

    GORDON & REES LLP

    By: /s/
    Brian P. Maschler

    Attorneys for Counter-defendant
    CAPITOL EXPRESSWAY FORD, INC.

[PROPOSED] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:

        ☐ Non-binding Arbitration

        ☐ Early Neutral Evaluation (ENE)

    ✓ Mediation

        ☐ Private ADR

Deadline for ADR session

        ☐ 90 days from the date of this order.

    ✓ other November 1, 2008

IT SO ORDERED.

Dated:_____

                                      UNITED STATES MAGISTRATE JUDGE