| | |
|---|---|
| 1 | MARK J. KENNEY (State Bar No. 87345) |
| | DUANE M. GECK (State Bar No. 114823) |
| 2 | DONALD H. CRAM (State Bar No. 160004) |
| | SEVERSON & WERSON |
| 3 | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 398-3344 |
| 5 | Facsimile: (415) 956-0439 |
| | Email: dhc@severson.com |
| 6 | |
| 7 | Attorneys for Plaintiff and Counterdefendant |
| | Ford Motor Credit Company, LLC |
| 8 | Attorneys for Counterdefendant |
| 9 | Ford Motor Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company, | Case No.: C07-03301 RS |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| vs. | The Hon. Richard Seeborg |
| LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual, | Complaint filed June 22, 2007 |
| Defendants. | |
| LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual, | |
| Counterclaimants, | |
| vs. | |
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company; FORD MOTOR COMPANY, a Delaware corporation; CAPITOL EXPRESSWAY FORD, INC., a Delaware corporation, | |
| Counter-defendants. | |

10872/0122/659451.1

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: February 21, 2008

SEVERSON & WERSON
A Professional Corporation

By: /s/ Donald H. Cram, III
Donald H. Cram, III

Attorneys for Counter-defendant
FORD MOTOR COMPANY

10872/0122/659451.1

-2-

CONSENT TO PROCEED BEFORE A UNITED STATES MAGEISTRATE JUDGE
*Ford Credit v. Lewis Family Enterprises, Inc.*