UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time: 5 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:  NOT REPORTED          DATE:   2/27/08
COURTROOM DEPUTY:  MARTHA PARKER BROWN
                                       CASE #:   C 07-03301RS

CASE TITLE:   FORD MOTOR CREDIT COMPANY   VS.   LEWIS FAMILY ENTERPRISES, ET AL

**Appearances for Plaintiff(s)**           **Appearances for Defendant(s)**

 DONALD H. CRAM III                        JON A. HAEBERLIN for LEWIS

                                           BRAN P. MASCHLER for CAPITAL

                                           EXPRESSWAY FORD

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X}  CMC    { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     { }     { }   1.
{ }     { }     { }   2.
{ }     { }     { }   3.
{ }     { }     { }   4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED        [   ] DENIED       [   ] SUBMITTED        [   ] DENIED/GRANTED in part

[   ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**  { } Cont'd to:            @             For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;     [ ]DEFT;     [ ]COURT
Additional Comments:

  CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER

HOURS IN SETTLEMENT:              Copies to: