# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC | C 07-03301 JW R.S |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LEWIS FAMILY ENTERPRISES, INC. | WRIT OF POSSESSION |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LEWIS FAMILY ENTERPRISES, dba BOB LEWIS LINCOLN-MERCURY

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
911 CAPITOL EXPRESSWAY AUTO MALL, SAN JOSE, CALIFORNIA 95136

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DONALD H. CRAM, III
SEVERSON & WERSON, P.C.
ONE EMBARCADERO CENTER, SUITE 2600
SAN FRANCISCO, CA 94111

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

EXECUTE WRIT OF POSSESSION.   CONTACT DIANA SHIBA (510) 593-9031;
PHIL WARD (510) 559-873-8742 or STEVEN BOLDRICH AT (702)245-2191
WITH FORD MOTOR CREDIT COMPANY
OR DONALD H. CRAM, III, COUNSEL FOR FORD CREDIT AT (415) 677-5536

Signature of Attorney or other Originator requesting service on behalf of:  XX PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (415) 677-5536
DATE: 8/9/07

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 8/9/07 |
|---|---|---|---|---|
| 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 8/17/07   Time: 09:00 am

Signature of U.S. Marshal or Deputy  3157

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $71.78 | | $1,691.78 | $1,500.00 | $191.78 PAID = | |

REMARKS:
8 HRS X 4 DEPUTIES X $45.00 = $1440.00
1 HRS X 1 DEPUTIES X $45.00 = $45.00
2 HRS X 1 DEPUTIES X $45.00 = $90.00
                              $1575.00

Total Fees $1,691.78

**PRIOR EDITIONS MAY BE USED**        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)