1  DAVID J. STOCK (SBN 85655)
   JON A. HEABERLIN (SBN 199810)
2  **RANKIN, LANDSNESS, LAHDE,**
   **SERVERIAN & STOCK**
3  96 North Third Street, Suite 500
   San Jose, California  95112
4  Telephone:  (408) 293-0463
   Facsimile:  (408) 293-9514
5
   Attorneys for Defendants and Counterclaimants
6  LEWIS FAMILY ENTERPRISES, INC. and
   STEVEN ROBERT LEWIS
7
                    UNITED STATES DISTRICT COURT
8
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
9

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company, | Case No.: C 07-03301 RS |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR NON-EXPERT DISCOVERY CUTOFF AND EXPERT DISCOVERY (CIV. LOCAL RULE 6-2)** |
| vs. | |
| LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual, | **Trial:    June 15, 2009** |
| Defendants. | |
| LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual, | |
| Counterclaimants, | |
| vs. | |
| FORD MOTOR CREDIT COMPANY, LLC, a Delaware Limited Liability Company; FORD MOTOR COMPANY, a Delaware corporation; CAPITOL EXPRESSWAY FORD, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Counterdefendants. | |

**PURSUANT TO CIVIL LOCAL RULE 6-2, THE PARTIES HEREBY STIPULATE, THROUGH COUNSEL OF RECORD:**

1. The present non-expert discovery cutoff is October 1, 2008. The parties agree to a 60-day continuance of the discovery cutoff until December 1, 2008. This extension is to allow the parties to complete additional discovery which is necessary, as well as afford the parties an opportunity to explore private mediation before incurring the expense and attorney's fees attendant to the balance of discovery which remains.

2. The parties agree that expert disclosure and discovery will occur as follows:

    a. On or before January 5, 2009, Plaintiff shall disclose expert testimony and reports in accordance with Rule 26(a)(2), F.R.Civ.P.

    b. On or before January 20, 2009, Defendants shall disclose expert testimony and reports in accordance with Rule 26(a)(2), F.R.Civ.P.

    c. On or before March 16, 2009, all discovery of expert witnesses pursuant to Rule 26(a)(4), F.R.Civ.P., shall be completed.

3. The parties agree that other dates will remain in place, including the last day for mediation (November 3, 2008), hearing of pretrial motions (April 29, 2009), and the pretrial conference (June 3, 2009) and trial (June 15, 2009) dates.

4. This is the first request for alteration of any dates in the Court's Case Management Order of February 27, 2008.

Dated: September 16, 2008                                RANKIN, LANDSNESS, LAHDE,
                                                                                 SERVERIAN & STOCK


By: /s/ Jon A. Heaberlin
JON A. HEABERLIN
Attorneys for Defendants,
Counterclaimants LEWIS FAMILY
ENTERPRISES, INC. and STEVEN
ROBERT LEWIS

DATED: /s/ September 16, 2008    SEVERSON & WERSON, P.C.

By: /s/ Donald H. Cram, III
DONALD H. CRAM, III, ESQ.
Attorneys for Plaintiff FORD MOTOR CREDIT CO., LLC and Counter-Defendant FORD MOTOR COMPANY, INC.

DATED: /s/ September 16, 2008    GORDON & REES, LLP

By: /s/ Brian P. Maschler
BRIAN P. MASCHLER, ESQ.
Attorneys for Counter-Defendant CAPITOL EXPRESSWAY FORD

## ORDER

THE PARTIES HAVING STIPULATED, all non-expert discovery shall now be completed on or before December 1, 2008. Expert disclosure and discovery will occur as follows:

   a. On or before January 5, 2009, Plaintiff shall disclose expert testimony and reports in accordance with Rule 26(a)(2), F.R.Civ.P.

   b. On or before January 20, 2009, Defendants shall disclose expert testimony and reports in accordance with Rule 26(a)(2), F.R.Civ.P.

   c. On or before March 16, 2009, all discovery of expert witnesses pursuant to Rule 26(a)(4), F.R.Civ.P., shall be completed.

All other dates and deadlines will remain as currently set.

**IT IS SO ORDERED.**

DATED: _____

MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT