*E-Filed 5/29/09*

MARK JOSEPH KENNEY (State Bar No. 87345)
DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
dhc@severson.com

Attorneys for Ford Motor Company, and Ford Motor Credit Company LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>　　　　　Defendants. | Case No.: C 07-03301 RS<br><br>[~~PROPOSED~~] ORDER EXTENDING THE DEADLINE FOR DISCOVERY<br><br>Judge:  Hon. Richard Seeborg<br>Complaint Date:  June 22, 2007<br>Trial Date:  December 15, 2009 |
| AND RELATED CROSS-ACTION | |
| LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>　　　　　Cross-Complainants,<br><br>　　vs.<br><br>FORD MOTOR CREDIT COMPANY LLC, a Delaware limited liability company; FORD MOTOR COMPANY, a Delaware corporation; CAPITAL EXPRESSWAY FORD, INC., a Delaware corporation,<br><br>　　　　　Cross-Defendants. | |

1   The Court, having reviewed the Stipulated Request for Order Extending the Deadline for
2   Discovery submitted by the parties and for good cause appearing,
3   IT IS HEREBY ORDERED that the non-expert discovery deadline shall be extended from
4   June 1, 2009 to August 3, 2009.
5   IT IS FURTHER ORDERED that the expert disclosure and discovery deadlines shall be
6   extended as follows:
7       a.   On or before September 15, 2009, plaintiff shall disclose expert testimony and
8           reports in accordance with Rule 26(a)(2), F.R.Civ.P.;
9       b.   On or before September 30, 2009, defendant shall disclose expert testimony and
10          reports in accordance with Rule 26(a)(2), F.R.Civ.P.;
11      c.   On or before October 15, 2009, all discovery of expert witnesses pursuant to
12          Rule 26(a)(4), F.R.Civ.P. shall be completed.
13  IT IS FURTHER ORDERED that all other dates/deadlines set forth in the Further Case
14  Management Scheduling Order dated March 19, 2009 shall remain the same.

DATED: 5/29/09

_____
Hon. Richard Seeborg
United States Magistrate Judge for the District Court

- 2 -

10872/0122/734574.1

ORDER EXTENDING THE DEADLINE FOR DISCOVERY
CASE NO.: C 07-03301 RS