MARK JOSEPH KENNEY (State Bar No. 87345)
DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
dhc@severson.com

*E-Filed 8/5/09*

Attorneys for Ford Motor Company, and Ford Motor Credit Company LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>   vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>            Defendants. | Case No.: C 07-03301 RS<br><br>[PROPOSED] **ORDER APPROVING STIPULATED REQUEST AND CONTINUING TRIAL DATE AND EXTENDING DEADLINES IN FURTHER CASE MANAGEMENT SCHEDULING ORDER**<br><br>Judge:  Hon. Richard Seeborg<br>Complaint Date:  June 22, 2007<br>Trial Date:  December 15, 2009 |
| AND RELATED CROSS-ACTION | |
| LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>            Cross-Complainants,<br><br>   vs.<br><br>FORD MOTOR CREDIT COMPANY LLC, a Delaware limited liability company; FORD MOTOR COMPANY, a Delaware corporation; CAPITAL EXPRESSWAY FORD, INC., a Delaware corporation,<br><br>            Cross-Defendants. | |

10872/0122/749617.1

ORDER APPROVING STIPULATED REQUEST AND
CONTINUING TRIAL DATE AND EXTENDING DEADLINES
IN FURTHER CASE MANAGEMENT SCHEDULING ORDER
CASE NO.: C 07-03301 RS

The Court after reviewing the Stipulated Request for Order Continuing Trial Date and Other Deadlines in Further Case Management Scheduling Order, and for good cause appearing, makes the following order:

IT IS HEREBY ORDERED that the trial date in this matter shall be continued from December 15, 2009 to  March 15  , 2010.

IT IS FURTHER ORDERED that the deadlines set forth in the Further Case Management Scheduling Order issued March 19, 2009 and modified by Court Order entered May 29, 2009 shall be extended as follows:

    a. Completion of non-expert discovery to occur on or before November 3, 2009;

    b. On or before December 15, 2009, plaintiff shall disclose expert testimony and reports in accordance with Rule 26(a)(2), F.R.Civ.P.;

    c. On or before December 30, 2009, defendant shall disclose expert testimony and reports in accordance with Rule 26(a)(2), F.R.Civ.P.;

    d. On or before January 15, 2010, all discovery of expert witnesses pursuant to Rule 26(a)(4), F.R.Civ.P. shall be completed;

    e. All pretrial motions shall be heard on or before January 29, 2010;

    f. Counsel for the parties shall meet and confer to discuss the preparation of a joint pretrial statement and shall file a file a Joint Pretrial Statement on or before February 23, 2010;

    g. The final pretrial conference will be held on March 3, 2010, at 2:30 p.m., or on a date thereafter that is convenient to the Court;

    h. Jury trial shall commence on March 15, 2010, at 9:00 a.m., or on a date thereafter that is convenient to the Court.

DATED: 8/5/09

Hon. Richard Seeborg
United States Magistrate Judge for the District Court

10872/0122/749617.1

ORDER APPROVING STIPULATED REQUEST AND ORDER CONTINUING TRIAL DATE AND EXTENDING DEADLINES IN FURTHER CASE MANAGEMENT SCHEDULING ORDER
CASE NO.: C 07-03301 RS