1  DIEMER, WHITMAN & CARDOSI, LLP
   KATHRYN S. DIEMER, #133977
2  JUDITH L. WHITMAN, #103385
   75 East Santa Clara Street, Suite 290
   San Jose, California   95113
3  Telephone:  (408) 971-6270                               *E-Filed 11/17/09*
   Facsimile: (408) 971-6271
4
   ATTORNEYS FOR
5  Lewis Family Enterprises, Inc.
   and Steven Robert Lewis

6
                        UNITED STATES DISTRICT COURT
7
                       NORTHERN DISTRICT OF CALIFORNIA
8
                              SAN JOSE DIVISION
9

10 | FORD MOTOR CREDIT COMPANY LLC, a        | Case No.:  C 07-03301 RS
   | Delaware limited liability company,     |
11 |                                         | [PROPOSED] ORDER EXTENDING
   |           Plaintiff,                    | THE DEADLINE FOR DISCOVERY
12 |     vs.                                 |
   |                                         | Judge:  Hon. Richard Seeborg
13 | LEWIS FAMILY ENTERPRISES, INC., dba     | Complaint Date:  June 22, 2007
   | BOB LEWIS LINCOLN MERCURY, a            | Trial Date:     March 15, 2010
14 | California corporation, and STEVEN ROBERT|
   | LEWIS, an individual,                   |
15 |                                         |
   |           Defendants.                   |
16
17   AND RELATED CROSS-ACTION

18   LEWIS FAMILY ENTERPRISES, INC., dba
     BOB LEWIS LINCOLN MERCURY, a
19   California corporation, and STEVEN ROBERT
     LEWIS, an individual,
20
              Cross-Complainants,
21
          vs.
22
     FORD MOTOR CREDIT COMPANY LLC, a
23   Delaware limited liability company; FORD
     MOTOR COMPANY, a Delaware corporation;
24   CAPITAL EXPRESSWAY FORD, INC., a
     Delaware corporation,
25
              Cross-Defendants.
26

27

28

1 | The Court, having reviewed the Stipulated Request for Order Extending the Deadline for Discovery submitted by the parties and good cause appearing,

IT IS HEREBY ORDERED that the non-expert discovery deadline shall be extended from November 3, 2009 to December 10, 2009.

IT IS FURTHER ORDERED that the expert and discovery deadlines shall be extended as follows:

    a.    Completion of non-expert discovery to occur on or before December 10, 2009;

    b.    On or before January 19, 2010, plaintiff shall disclose expert testimony and reports in accordance with Rule 26(a)(2), F.R.Civ.P.;

    c.    On or before February 15, 2010, all discovery of expert witnesses pursuant to Rule 26(a)(4), F.R.Civ.P. shall be completed;

IT IS FURTHER ORDERED that all other dates/deadlines set forth in the Further Case Management Scheduling Order of August 5, 2009 shall remain the same.

DATED: 11/17/09

_____
Hon. Richard Seeborg
Unitied States Magistrate Judge for the District Court