MARK JOSEPH KENNEY (State Bar No. 87345)
DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
dhc@severson.com

**E-FILED  1/8/2010**

Attorneys for Ford Motor Company, and Ford Motor Credit Company LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>            Defendants. | Case No.: C 07-03301 RS<br><br>[PROPOSED] ORDER APPROVING STIPULATION RESOLVING "EX PARTE APPLICATION" AND VACATING TRIAL DATE AND CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT (as modified by the Court)<br><br>Judge:  Hon. Richard Seeborg<br><br>Complaint Date: June 22, 2007<br>Trial Date: March 15, 2010 |
| AND RELATED CROSS-ACTION | |
| LEWIS FAMILY ENTERPRISES, INC., dba BOB LEWIS LINCOLN MERCURY, a California corporation, and STEVEN ROBERT LEWIS, an individual,<br><br>            Cross-Complainants,<br><br>    vs.<br><br>FORD MOTOR CREDIT COMPANY LLC, a Delaware limited liability company; FORD MOTOR COMPANY, a Delaware corporation; CAPITAL EXPRESSWAY FORD, INC., a Delaware corporation,<br><br>            Cross-Defendants. | |

10872/0122/782703.1

ORDER APPROVING STIPULATION RESOLVING EX PARTE APPLICATION AND VACATING TRIAL DATE AND CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT
CASE NO.: C 07-03301 RS

The Court after reviewing the Stipulation Resolving "Ex Parte Application" and Request for Order Vacating Trial Date and Continuing Hearing on Motions for Summary Judgment ("Stipulation"), and for good cause appearing, makes the following order:

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that:

a. The hearing on the motions for summary judgment filed by Capital Expressway Ford, Inc. ("CEF"), Cross-Defendants, Ford Motor Company ("Ford") and Plaintiff and Cross-Defendant, Ford Motor Credit Company LLC ("Ford Credit"), currently scheduled to be heard on January 27, 2010 at 9:30 a.m. shall be continued to March 10, 2010 at 9:30 a.m.;

b. Defendants and Cross-Complainants, Lewis Family Enterprise, Inc. ("Lewis Family") and Steven Robert Lewis ("Lewis") shall file and serve opposition to the motions for summary judgment on or before February 10, 2010;

c. CEF, Ford and Ford Credit shall file and serve any reply on or before February 25, 2010;

d. The trial date of March 15, 2010, the final pretrial conference date of March 3, 2010, and all other remaining pretrial deadlines shall be vacated subject to being reset at the continued hearing on March 10, 2010; and

e. Pursuant to Civil Local Rule 6-3, matters of this nature are not set for hearing, absent court order. Accordingly, any notice given that the "ex parte application" would be heard on January 13, 2009, was of no effect and the matter was not calendared for hearing on that or any other date.

DATED: January 8, 2010

_____
Hon. Richard Seeborg
United States District Judge