**United States District Court**
For the Northern District of California

1

**\*E-Filed 03/07/2010\***

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10

11   FORD MOTOR CREDIT COMPANY,            No. C 07-03301  RS
     LLC,

12                                          **ORDER TO SHOW CAUSE**

13          Plaintiff,

          v.

14

15   LEWIS FAMILY ENTERPRISES, INC., et
     al.,

16

17          Defendants.

18   LEWIS FAMILY ENTERPRISES, INC., et
     al.,

19

20          Counterclaimants,

          v.

21

22   FORD MOTOR CREDIT COMPANY,
     LLC, FORD MOTOR COMPANY,

23   CAPITOL EXPRESSWAY FORD, INC.,

24          Counterdefendants.

25

26                                       /

27

28

                         1

The hearing on the motions for summary judgment motions presently set for March 18, 2010, is hereby vacated.  Pursuant to the scheduling order herein, defendants were required to file oppositions on February 19, 2010.  Defendants did not meet this deadline but filed their opposition briefs on March 4, 2010 instead.  On or before March 10, 2010, defendants shall file a declaration or declarations explaining, first, why the opposition briefs were not timely filed and, second, why the Court should consider the merits of the oppositions.  No replies or other briefing shall be filed pending further order.

IT IS SO ORDERED.

Dated:   03/07/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2

No. C 07-03301 RS
ORDER