***E-Filed 03/15/2010***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, | No. C 07-03301 RS |
| Plaintiff, | **ORDER** |
| v. | |
| LEWIS FAMILY ENTERPRISES, INC., et al., | |
| Defendants. | |
| LEWIS FAMILY ENTERPRISES, INC., et al., | |
| Counterclaimants, | |
| v. | |
| FORD MOTOR CREDIT COMPANY, LLC, FORD MOTOR COMPANY, CAPITOL EXPRESSWAY FORD, INC., | |
| Counterdefendants. | |

Having considered and accepted defense counsel's request to consider her opposition motions, the summary judgment hearing originally scheduled in the instant case for January 27, 2010 shall be continued to **April 15, 2010 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The moving parties shall file reply briefs on or before **March 22, 2010**.

The parties should be prepared to address at oral argument whether or not some litigation cost shifting is appropriate in light of defense counsel's delay.

IT IS SO ORDERED.

Dated:  03/15/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE